1  Robert A. Mittelstaedt (SBN 60359)
   Patrick T. Michael (SBN 169745)
2  JONES DAY
   555 California St 26th Floor
3  San Francisco, CA 94104
   Telephone: (415) 626-3939
4  Facsimile: (415) 875-5700
   ramittelstaedt@jonesday.com
5  pmichael@jonesday.com

6  Jane L. Froyd (SBN 220776)
   Joe C. Liu (SBN 237356)
7  Heather N. Fugitt (SBN 261588)
   JONES DAY
8  1755 Embarcadero Road
   Palo Alto, CA 94303
9  Telephone: (650) 739-3939
   Facsimile: (650) 739-3900
10 jfroyd@jonesday.com
   jcliu@jonesday.com
11 hfugitt@jonesday.com

12 Attorneys for Plaintiff
   SYNOPSYS, INC.

13

14               UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA                    NC

16 SYNOPSYS, INC.,                          CV 13-02965

17              Plaintiff,               Case No. _____

18         v.                            **COMPLAINT FOR COPYRIGHT
                                         INFRINGEMENT, PATENT
19 ATOPTECH, INC.,                       INFRINGEMENT, TRADE SECRET
                                         MISAPPROPRIATION, VIOLATION
20              Defendants.              OF THE COMPUTER FRAUD AND
                                         ABUSE ACT, VIOLATION OF THE
21                                       CALIFORNIA COMPUTER DATA
                                         ACCESS AND FRAUD ACT, UNFAIR
22                                       COMPETITION, COMMON LAW
                                         MISAPPROPRIATION, BREACH OF
23                                       CONTRACT AND BREACH OF
                                         IMPLIED COVENANT OF GOOD
24                                       FAITH AND FAIR DEALING**

25                                       **DEMAND FOR JURY TRIAL**

26

27

28

                                                              COMPLAINT

Plaintiff Synopsys, Inc. ("Synopsys"), through its counsel, states and alleges as follows:

## NATURE OF THE ACTION

1.     This case arises out of Defendant ATopTech Inc.'s ("ATopTech") copying and theft of Synopsys' proprietary and confidential information, breaches of contractual obligations to Synopsys and infringement of Synopsys' intellectual property.

2.     Synopsys is a leader in the electronic design automation ("EDA") and semiconductor intellectual property industry.  It develops, manufactures, sells and licenses products and services that enable designers to create, model and verify complex integrated circuit designs from concept to silicon.  Since 1986, engineers around the world have used Synopsys technology to design and create billions of integrated circuits and systems.

3.     ATopTech describes itself as an EDA company that develops tools for the physical design of integrated circuits at 65 nanometers and below including its Aprisa "place and route" tool and Apogee "floor planning" tool.  ATopTech claims to have offices in the United States, India, Japan and Taiwan.

4.     Synopsys and a company Synopsys acquired—Extreme DA Corporation ("Extreme DA")—licensed certain technology to ATopTech under two royalty-free license agreements: (i) a Connections Program License Agreement ("CPLA") and (ii) a license agreement relating to a method for parametric on chip variation ("POCV License").  ATopTech agreed to maintain the confidentiality of Synopsys' and Extreme DA's proprietary information and also agreed, among other things, not to reverse engineer or copy any software or other materials provided under the license agreements.  Under the POCV License, ATopTech further agreed to certain communications and marketing obligations, and agreed to keep records of all of its customers that receive ATopTech's products in which the licensed POCV method is available and to provide Synopsys and Extreme DA with the names of such customers.

5.     In November 2012, based on concerns that ATopTech was not in compliance with these license agreements and had improperly copied Synopsys proprietary information, Synopsys exercised its right to verify ATopTech's compliance with the license agreements.

6.     Synopsys spent several months attempting to work with ATopTech on a voluntary

COMPLAINT

1  production allowing ATopTech to establish compliance with the agreements and demonstrate that

2  it did not steal or copy Synopsys' proprietary information and software. Synopsys even offered

3  ATopTech the opportunity to provide any information under a non-disclosure agreement that

4  would restrict access to Synopsys' outside counsel and independent experts.

5         7.     Instead of taking advantage of this opportunity, ATopTech engaged in a

6  systematic effort to frustrate and obstruct Synopsys' attempt to verify ATopTech's contractual

7  compliance and ensure that Synopsys' intellectual property rights were not being infringed.

8  Synopsys has also discovered that ATopTech improperly accessed and downloaded certain

9  proprietary materials from Synopsys' secure customer support website, SolvNet.

10        8.     As a result, Synopsys has no alternative but to seek judicial relief. ATopTech's

11  EDA products Aprisa and Apogee infringe Synopsys' patents and copyrights, misappropriate

12  Synopsys' trade secrets and unfairly compete with and trade on Synopsys' industry leading EDA

13  tools. Moreover, ATopTech improperly accessed, downloaded and used proprietary materials

14  from Synopsys' secure customer support website to unfairly compete with Synopsys.

15  Accordingly, Synopsys brings this suit for federal copyright infringement, federal patent

16  infringement, trade secret misappropriation, violations of the federal Computer Fraud and Abuse

17  Act ("CFAA") and California Computer Data Access and Fraud Act ("CDAFA"), unfair

18  competition, misappropriation, breach of contract and breach of the implied covenant of good

19  faith and fair dealing.

20                   **THE PARTIES**

21        9.     Synopsys is a corporation organized under Delaware law with its principal place of

22  business in Santa Clara County at 700 East Middlefield Road, Mountain View, California 94043.

23       10.     On information and belief, ATopTech is a corporation organized under Delaware

24  law with its principal place of business in Santa Clara County at 2111 Tasman Drive, Santa Clara,

25  California 95054. ATopTech also claims to have offices in India, Japan and Taiwan.

26             **JURISDICTION AND VENUE**

27       11.     This action arises in part under the United States Copyright Act, 17 U.S.C. § 101,

28  *et seq.*, the patent laws of the United States, 35 U.S.C. § 100, *et seq.* and the Computer Fraud and

COMPLAINT

Abuse Act, 18 U.S.C. §§ 1030 *et seq.* This Court has subject matter jurisdiction over this action under 18 U.S.C. § 1030(g) and 28 U.S.C. §§ 1331 and 1338.

12. This Court has supplemental subject matter jurisdiction over the pendent state law and common law claims under 28 U.S.C. § 1367 because these claims are so related to Synopsys' claims under federal law that they form part of the same case or controversy and derive from a common nucleus of operative fact.

13. This Court has personal jurisdiction over ATopTech because its principle place of business is within the State of California and this judicial district, and because it has conducted and does conduct business within the State of California and this judicial district.

14. Venue in this district is appropriate under 28 U.S.C. §§ 1391 and 1400 because the events giving rise to the dispute occurred in this district.

## INTRADISTRICT ASSIGNMENT

15. This is an intellectual property action and is assigned on a district-wide basis under Civil L.R. 3-2(c) and General Order No. 44.

## FACTUAL BACKGROUND

### Synopsys' PrimeTime and GoldTime Products and Associated Intellectual Property

16. As a world leader in EDA, Synopsys is helping the electronics market accelerate innovation in all aspects of semiconductor design. Synopsys provides a complete front-to-back design and test environment, software-level to silicon-level verification, design reuse technology, field-programmable gate array solutions and professional services to help its customers get their silicon working quickly and accurately. These technology-leading solutions help give Synopsys customers a competitive edge in quickly bringing the best products to market while reducing costs and schedule risk. Since 1986, engineers around the world have used Synopsys technology to design and create billions of integrated circuits and systems.

17. To address the important issue of timing in integrated circuit design, Synopsys spent years investing in and developing PrimeTime, its proprietary static timing analysis tool that computes the expected timing of a digital circuit without requiring simulation. PrimeTime is a successful product and is widely used in industry for gate-level static timing analysis.

COMPLAINT

18. The PrimeTime software includes hundreds of Synopsys-proprietary input formats and output formats. The compilation of PrimeTime's input formats (sometimes referred to as a "command set") are proprietary to Synopsys and are not part of any open format or standard. These proprietary input formats are used within larger "scripts" that are executed by PrimeTime. PrimeTime provides feedback to the user using output formats. Synopsys' engineers and software developers expended significant creativity, time and effort in developing the individual input formats and output formats, as well as the compilation of input formats and output formats.

19. PrimeTime also supports a set of open source commands (referred to as "Synopsys Design Constraints" or "SDC") that is distinct from the compilation of Synopsys-proprietary input formats. These open source commands provide a standard interface and can be used by developers to create products that interoperate with PrimeTime or other SDC-compliant EDA tools. Synopsys makes SDC available under a free, open source license.

20. In addition to developing PrimeTime, Synopsys also invested substantial time, effort and money to protect its intellectual property and add technology and engineering talent to advance Synopsys' timing analysis solutions. In June of 2011, Synopsys filed suit in the District of Delaware against Extreme DA for improperly copying portions of the PrimeTime software into Extreme DA's static timing analysis tool, GoldTime. In October 2011, Synopsys acquired Extreme DA, including GoldTime, and confirmed that a significant portion of the PrimeTime software had been copied into GoldTime.

21. Synopsys' proprietary information, including its trade secrets at issue in this case, which has been copied and misappropriated by ATopTech, relates to Synopsys' PrimeTime, GoldTime and IC Compiler products. Such information includes Synopsys' proprietary input and output formats, scripts and technical product documentation, which generally are not publicly known, and derive value from being secret. Synopsys takes substantial steps to protect and maintain the confidentiality of its proprietary and confidential information, and such information is only disclosed to Synopsys customers, business partners or others pursuant to strict confidentiality obligations. For example, user manuals and other documentation contain proprietary rights notices, *e.g.* stating that the provided software and documentation contain

COMPLAINT

confidential and proprietary information that are Synopsys' property, that Synopsys furnishes the software and documentation under a license agreement and that such software and documentation may only be used or copied in accordance with the license terms. The end user license agreement (EULA) to which customers further are bound precludes disclosure of Synopsys confidential and proprietary information, including limiting access with respect to "employees and contractors on a 'need to know' basis."

22.     Synopsys takes other reasonable steps to protect its proprietary and confidential information by protecting its facilities, secure websites, servers, computers, networks, databases and communications systems using a variety of physical and electronic security systems, such as access cards, password protection systems, encrypted communications technology and vendor, customer and employee non-disclosure agreements.

23.     PrimeTime and GoldTime software and user documentation are original works of authorship and are subject to copyright protection.

24.     Synopsys owns all rights to the PrimeTime and GoldTime software and user documentation, which have been registered with the United States Copyright Office: U.S. Registration Nos. TX 7-261-049, TX 7-260-556, TX 7-670-937, TX 7-663-729, and TX 7-664-316. True and correct copies of these registrations are attached as Exhibits 1-5.

25.     Synopsys developed novel technologies and techniques related to integrated circuit design, which are protected by numerous U.S. patents.

26.     U.S. Patent No. 6,405,348 ("'348 Patent"), entitled "Deep sub-micron static timing analysis in the presence of crosstalk" and naming Peivand Fallah-Tehrani and Shang-Woo Chyou as inventors, was duly and legally issued by the USPTO on June 11, 2002. Synopsys is the assignee and holder of all rights, title and interests in the '348 Patent, including without limitation all rights to sue for damages for infringement thereof. A true and correct copy of the '348 Patent is attached hereto as Exhibit 6.

27.     U.S. Patent No. 6,507,941 ("'941 Patent"), entitled "Subgrid detailed routing" and naming Hardy Kwok-Shing Leung and Raymond X. Nijssen as inventors, was duly and legally issued by the USPTO on January 14, 2003. Synopsys is the owner and holder of all rights, title

and interests in the '941 Patent, including without limitation all rights to sue for damages for infringement thereof.  A true and correct copy of the '941 Patent is attached hereto as Exhibit 7.

28.    U.S. Patent No. 6,237,127 ("'127 Patent"), entitled "Static timing analysis of digital electronic circuits using non-default constraints known as exceptions" and naming Ted L. Craven, Denis M. Baylor, and Yael Rindenau as inventors, was duly and legally issued by the USPTO on May 22, 2001.  Synopsys is the owner and holder of all rights, title and interests in the '127 Patent, including without limitation all rights to sue for damages for infringement thereof. A true and correct copy of the '127 Patent is attached hereto as Exhibit 8.

29.    U.S. Patent No. 6,567,967 ("'967 Patent"), entitled "Method for designing large standard-cell base integrated circuits" and naming Yaacov I. Greidinger, David S. Reed, Ara Markosian, Stephen P. Sample, Jonathan A. Frankle, and Hasmik Lazaryan as inventors, was duly and legally issued by the USPTO on May 20, 2003.  Synopsys is the owner and holder of all rights, title and interests in the '967 Patent, including without limitation all rights to sue for damages for infringement thereof.  A true and correct copy of the '967 Patent is attached hereto as Exhibit 9.

30.    The '348 '941, '127 and '967 patents are collectively referred to herein as the "Patents-in-Suit."

**ATopTech's Access to Synopsys' Software and Other Proprietary Information**

31.    On June 10, 2010, ATopTech entered into the CPLA with Extreme DA, which related to Extreme DA's GoldTime software.  When Synopsys acquired Extreme DA, Extreme DA assigned all rights, title and interest in the GoldTime intellectual property to Synopsys, including its rights under the CPLA.  Synopsys extended the CPLA three times.  The CPLA expired on February 15, 2013.

32.    Under the CPLA, ATopTech gained access to copies of GoldTime software and documentation (and by extension, portions of the PrimeTime software and documentation that Extreme DA had copied into GoldTime).

33.    The CPLA, in all of its iterations, provided only a limited license to use GoldTime for specific interoperability purposes.  The CPLA explicitly prohibited ATopTech from

COMPLAINT

1  "incorporat[ing]" GoldTime into other software products or "reverse engineering" GoldTime.
2  This limited license did not permit ATopTech to copy the GoldTime software, or any part of it,
3  including the collection of input and output formats.  Further, the CPLA restricted ATopTech
4  from disclosing any confidential information provided under the agreement, including GoldTime-
5  related information.

6      34.    On December 3, 2010, Extreme DA and ATopTech entered into the POCV
7  License granting ATopTech a limited, non-exclusive license to Extreme DA's proprietary POCV
8  technology, including U.S. Patent No. 8,407,640 ("'640 Patent"), which ATopTech used to test
9  timing effects resulting from variations that may occur to a chip during manufacture (from
10 process, voltage or temperature effects).  When Synopsys acquired Extreme DA, Extreme DA
11 assigned all rights, title and interest in its POCV technology to Synopsys, including its rights
12 under the POCV License.

13 **ATopTech Copied PrimeTime and GoldTime**

14     35.    On information and belief, while ATopTech was continuing to receive and use
15 Synopsys confidential information pursuant to the terms and limitations of its agreements with
16 Synopsys, ATopTech copied portions of the PrimeTime and GoldTime software and
17 documentation into Aprisa user documentation and software.  Synopsys is in possession of a
18 small portion of Aprisa documentation—provided by ATopTech—revealing that Aprisa includes
19 proprietary PrimeTime and GoldTime input and output formats.

20     36.    This copying likely is widespread.  ATopTech advertises that Aprisa has
21 "excellent correlation with sign-off timing" and a "tight correlation" with Synopsys' PrimeTime
22 software.  On information and belief, such correlation is not possible without copying significant
23 portions of the PrimeTime software.

24 **ATopTech's Unauthorized Access and Improper Downloads from SolvNet**

25     37.    ATopTech also improperly accessed and stole other Synopsys proprietary
26 documentation, by downloading such materials from Synopsys' "SolvNet" secure website
27 without permission.

28     38.    SolvNet is Synopsys' password protected support website on which Synopsys,

COMPLAINT

among other things, hosts software, user guides, support documentation and other materials for customers and partners with valid user IDs. When a user registers for a SolvNet password, that user must abide by "the terms of the Privacy Policy and the end user license agreement and other agreements with Synopsys" that his or her company signed "regarding the confidential nature of all SolvNet content." This means that users must only access and download materials for which their company has a license.

39.     In 2013, Synopsys discovered that ATopTech accessed SolvNet and engaged in unauthorized access to and downloading of articles, FAQs and other documentation related to PrimeTime and another Synopsys EDA product called "IC Compiler." ATopTech's access, downloading and other use of these materials was beyond the scope of its licenses with Synopsys.

40.     On information and belief, ATopTech sought commercial gain and competitive advantage by accessing and using Synopsys proprietary information to develop its products, including ATopTech's Aprisa, which incorporate and are derived from Synopsys' confidential information and trade secrets.

**ATopTech's Refusal To Demonstrate Compliance with the License Agreements**

41.     Fearing that ATopTech wrongfully copied, used and disclosed portions of the PrimeTime and GoldTime software, and otherwise breached the CPLA and POCV License agreements, on November 28, 2012, Synopsys invoked its rights to verify compliance under both license agreements, and thereafter diligently worked to commence and complete the audit.

42.     For months, Synopsys attempted to work with ATopTech to establish compliance with the license agreements and confirm that ATopTech did not steal or copy Synopsys' proprietary information and software. Synopsys even agreed that ATopTech could provide any information under a non-disclosure agreement that would restrict access to Synopsys' outside counsel and independent experts. Rather than cooperating with Synopsys, ATopTech systematically frustrated and obstructed the audit process.

43.     On May 8, 2013—after ATopTech's continued refusal to cooperate with the audit—Synopsys served ATopTech with a default notice under the POCV license stating that ATopTech materially breached several of its obligations under the POCV license, including its

COMPLAINT

1     obligation to comply with the audit provisions.

2           44.     In this May 8th letter, and in subsequent communications, Synopsys also put

3     ATopTech on notice of Synopsys' good faith belief that ATopTech copied proprietary

4     PrimeTime and GoldTime command sets into Aprisa, in violation of the CPLA agreement and

5     Synopsys' valuable intellectual property rights, including those covered by Synopsys' PrimeTime

6     and GoldTime federal copyright registrations.

7           45.     Synopsys set a June 10, 2013 deadline for completion of the audit. The June 10

8     deadline came and went without ATopTech providing any of the requested information.

9           46.     On June 17, 2013, Synopsys again gave ATopTech the opportunity to demonstrate

10     that it had not copied and was in compliance with the license agreements. ATopTech still refused

11     to provide Synopsys with the information Synopsys requested under its contractual audit rights.

12     **COUNT I – COPYRIGHT INFRINGEMENT**

13           47.     Synopsys incorporates paragraphs 1-46 as though fully set forth herein.

14           48.     The PrimeTime and GoldTime software and user documentation ("Copyrighted

15     Software") are original works of authorship and constitute copyrightable subject matter under the

16     copyright laws of the United States, 17 U.S.C. § 101 *et seq*. The Copyrighted Software has been

17     registered with the Copyright Office. The relevant U.S. Registration Numbers include: TX

18     7-261-049, TX 7-260-556, TX 7-670-937, TX 7-663-729, and TX 7-664-316. Synopsys is the

19     owner of all right, title and interest to the copyright registrations for the Copyrighted Software

20     and has complied in all respects with the laws governing copyright.

21           49.     In compliance with copyright regulations, Synopsys filed with the Copyright

22     Office a copyright application, the registration fee and a deposit of the works being registered.

23     The effective date of the copyright registrations is the day on which an application, deposit and

24     fee have all been received in the Copyright Office. 17 U.S.C. § 410(d).

25           50.     As owner of the Copyrighted Software, Synopsys enjoys the exclusive right to,

26     among other things, reproduce the Copyrighted Software, prepare derivative works and distribute

27     copies of the Copyrighted Software. 17 U.S.C. §§ 101, 106.

28           51.     On information and belief, ATopTech had access to the Copyrighted Software,

COMPLAINT

1  copied portions of the Copyrighted Software and prepared derivative works based upon the

2  Copyrighted Software.

3       52.    By its actions alleged above, ATopTech directly infringed, and will continue to

4  infringe, Synopsys' copyrights in the Copyrighted Software by reproducing and distributing its

5  Aprisa product and associated documentation.

6       53.    On information and belief, ATopTech's infringement was deliberate, willful and in

7  disregard of Synopsys' rights, and was committed for the purpose of commercial gain.

8       54.    The infringement of Synopsys' copyrights by ATopTech harmed and will continue

9  to irreparably harm Synopsys unless restrained by this Court. Synopsys' remedy at law is not

10  adequate, by itself, to compensate for the harm inflicted and threatened by ATopTech. Thus, in

11  addition to all other remedies to which it is entitled, Synopsys is entitled to injunctive relief

12  restraining ATopTech, its officers, agents, employees and all persons acting in concert with it,

13  from engaging in further acts of copyright infringement as described herein.

14       55.    Synopsys is also entitled to recover from ATopTech the damages it has suffered

15  and will continue to suffer as a result of ATopTech's infringement, in actual amounts to be

16  proven at trial and including, but not limited to, any and all gains, profits and advantages

17  ATopTech has gained as a result of its infringement. In the alternative, Synopsys is entitled to

18  statutory damages pursuant to 17 U.S.C. § 504(c).

19       56.    Synopsys is also entitled to recover its attorney's fees and costs of suit pursuant to

20  17 U.S.C. § 505.

21       **COUNT II – TRADE SECRET MISAPPROPRIATION**

22       57.    Synopsys incorporates paragraphs 1-56 as though fully set forth herein.

23       58.    The Synopsys confidential and proprietary information alleged in this complaint

24  contains processes and information that are Synopsys trade secrets within the meaning of the

25  California Uniform Trade Secrets Act, California Civil Code §§ 3426, *et. seq.* Such information

26  derives actual and potential economic value from not being generally known to the public or to

27  other persons who can obtain economic value from their disclosure or use.

28       59.    Synopsys made reasonable efforts under the circumstances to maintain and protect

the secrecy of such trade secrets including disclosing such information only pursuant to strict confidentiality requirements.

60.     On information and belief, ATopTech misappropriated Synopsys' trade secrets by improperly acquiring, using and/or disclosing the trade secrets without Synopsys' authorization or consent and by permitting third parties to use the trade secrets without Synopsys' authorization or consent.

61.     ATopTech knew or had reason to know that the trade secrets were proprietary and secret and that any such information was derived from a person who utilized improper means to acquire it or acquired under circumstances giving rise to a duty to maintain secrecy or limit use.

62.     ATopTech's misappropriation of Synopsys' trade secrets has caused and will continue to cause Synopsys substantial injury, including, but not limited to, lost profits and the diminution in value of its trade secrets.  In addition, ATopTech has been unjustly enriched by its misappropriation of Synopsys' trade secrets.

63.     Synopsys is entitled to recover its actual damages for ATopTech's misappropriation and to recover for ATopTech's unjust enrichment resulting from the misappropriation.

64.     Synopsys also suffered irreparable harm as a result of ATopTech's activities and will continue to suffer irreparable injury that cannot be adequately remedied at law unless ATopTech, and its officers, agents, and employees and all persons acting in concert with them, are enjoined from engaging in any further acts of misappropriation.  Synopsys also is entitled to injunctive relief restraining ATopTech's improper use and disclosure of Synopsys trade secrets.

65.     On information and belief, ATopTech's misappropriation of Synopsys trade secrets was and is willful and malicious, and accordingly, Synopsys is entitled to an award of exemplary damages and reasonable attorneys' fees, costs and expenses.

## COUNT III – INFRINGEMENT OF THE '348 PATENT

66.     Synopsys incorporates paragraphs 1-65 as though fully set forth herein.

67.     On information and belief, ATopTech has been and currently is directly infringing one or more claims of the '348 Patent by making, using, offering to sell, and selling within the

COMPLAINT

United States products that embody the inventions disclosed and claimed in the '348 patent, or by importing into the United States products that embody the inventions disclosed and claimed in the '348 patent. The ATopTech products that infringe the '348 patent include, but are not limited to, its Aprisa software products that embody the patented invention by analyzing and reducing crosstalk effects on interconnects of an integrated circuit design represented as a netlist in a manner that infringes the '348 Patent.

68. On information and belief, ATopTech has been, is currently, and unless enjoined, will continue to actively induce, encourage or contribute to the infringement of the '348 Patent. At least as of the filing of this Complaint, ATopTech has had knowledge and notice of the '348 Patent and nevertheless induced, encouraged or contributed to its customers' direct infringement by providing, selling or offering for sale the Aprisa software that is designed and intended to enable analyzing and reducing crosstalk effects on interconnects of an integrated circuit design represented as a netlist in a manner that infringes the '348 Patent and by dictating by its design and instructions to users thereto the manner in which the software is used causing such infringement. On information and belief, ATopTech acted with specific intent to induce, encourage or contribute to its customers' infringement.

69. ATopTech's acts of direct and indirect infringement are willful, as ATopTech knew or should have known of the '348 Patent and that making, using, offering to sell and selling within the United States, or importing into the United States, its Aprisa software products would infringe the '348 Patent, but acted despite an objectively high likelihood that such activities would infringe the patent.

70. As a direct and proximate cause of ATopTech's infringement and willful infringement of the '348 Patent, Synopsys has suffered and will continue to suffer irreparable injury unless and until ATopTech's acts of infringement are enjoined and restrained by order of this Court. Synopsys has no adequate remedy at law and is entitled to a preliminary and permanent injunction against ATopTech and its infringing products.

71. As a direct and proximate cause of ATopTech's infringement, Synopsys suffered and will continue to suffer damages, in an amount to be determined at trial.

72.    This case is an "exceptional" case within the meaning of 35 U.S.C. § 285 and Synopsys is entitled to an award of attorneys fees.

**COUNT IV – INFRINGEMENT OF THE '941 PATENT**

73.    Synopsys incorporates paragraphs 1-72 as though fully set forth herein.

74.    On information and belief, ATopTech has been and currently is directly infringing one or more claims of the '941 Patent by making, using, offering to sell, and selling within the United States products that embody the inventions disclosed and claimed in the '941 patent, or by importing into the United States products that embody the inventions disclosed and claimed in the '941 patent. The ATopTech products that infringe the '941 patent include, but are not limited to, its Aprisa or Apogee software products that embody the patented invention by providing off-grid routing that automatically extends wire location representations from one grid to another grid in a manner that infringes the '941 Patent.

75.    On information and belief, ATopTech has been, is currently, and unless enjoined, will continue to actively induce, encourage or contribute to the infringement of the '941 Patent. At least as of the filing of this Complaint, ATopTech has had knowledge and notice of the '941 Patent and nevertheless induced, encouraged or contributed to its customers' direct infringement by providing, selling or offering for sale the Aprisa or Apogee software that is designed and intended to enable by providing off-grid routing that automatically extends wire location representations from one grid to another grid in a manner that infringes the '941 Patent and by dictating by its design and instructions to users thereto the manner in which the software is used causing such infringement. On information and belief, ATopTech acted with specific intent to induce, encourage or contribute to its customers' infringement.

76.    ATopTech's acts of direct and indirect infringement are willful, as ATopTech knew or should have known of the '941 Patent and that making, using, offering to sell and selling within the United States, or importing into the United States, its Aprisa or Apogee software products would infringe the '941 Patent, but acted despite an objectively high likelihood that such activities would infringe the patent.

77.    As a direct and proximate cause of ATopTech's infringement and willful

infringement of the '941 Patent, Synopsys has suffered and will continue to suffer irreparable injury unless and until ATopTech's acts of infringement are enjoined and restrained by order of this Court. Synopsys has no adequate remedy at law and is entitled to a preliminary and permanent injunction against ATopTech and its infringing products.

78.     As a direct and proximate cause of ATopTech's infringement, Synopsys suffered and will continue to suffer damages, in an amount to be determined at trial.

79.     This case is an "exceptional" case within the meaning of 35 U.S.C. § 285 and Synopsys is entitled to an award of attorneys fees.

## COUNT V – INFRINGEMENT OF THE '127 PATENT

80.     Synopsys incorporates paragraphs 1-79 as though fully set forth herein.

81.     On information and belief, ATopTech has been and currently is directly infringing one or more claims of the '127 Patent by making, using, offering to sell, and selling within the United States products that embody the inventions disclosed and claimed in the '127 patent, or by importing into the United States products that embody the inventions disclosed and claimed in the '127 patent. The ATopTech products that infringe the '127 patent include, but are not limited to, its Aprisa software products that embody the patented invention by providing static timing analysis that utilizes through exceptions in a manner that infringes the '127 Patent.

82.     On information and belief, ATopTech has been, is currently, and unless enjoined, will continue to actively induce, encourage or contribute to the infringement of the '127 Patent. At least as of the filing of this Complaint, ATopTech has had knowledge and notice of the '127 Patent and nevertheless induced, encouraged or contributed to its customers' direct infringement by providing, selling or offering for sale the Aprisa software that is designed and intended to enable by providing static timing analysis that utilizes through exceptions in a manner that infringes the '127 Patent and by dictating by its design and instructions to users thereto the manner in which the software is used causing such infringement. On information and belief, ATopTech acted with specific intent to induce, encourage or contribute to its customers' infringement.

83.     ATopTech's acts of direct and indirect infringement are willful, as ATopTech

1  knew or should have known of the '127 Patent and that making, using, offering to sell and selling

2  within the United States, or importing into the United States, its Aprisa software products would

3  infringe the '127 Patent, but acted despite an objectively high likelihood that such activities

4  would infringe the patent.

5          84.    As a direct and proximate cause of ATopTech's infringement and willful

6  infringement of the '127 Patent, Synopsys has suffered and will continue to suffer irreparable

7  injury unless and until ATopTech's acts of infringement are enjoined and restrained by order of

8  this Court. Synopsys has no adequate remedy at law and is entitled to a preliminary and

9  permanent injunction against ATopTech and its infringing products.

10          85.    As a direct and proximate cause of ATopTech's infringement, Synopsys suffered

11  and will continue to suffer damages, in an amount to be determined at trial.

12          86.    This case is an "exceptional" case within the meaning of 35 U.S.C. § 285 and

13  Synopsys is entitled to an award of attorneys fees.

14                **COUNT VI – INFRINGEMENT OF THE '967 PATENT**

15          87.    Synopsys incorporates paragraphs 1-86 as though fully set forth herein.

16          88.    On information and belief, ATopTech has been and currently is directly infringing

17  one or more claims of the '967 Patent by making, using, offering to sell and selling within the

18  United States products that embody the inventions disclosed and claimed in the '967 patent, or by

19  importing into the United States products that embody the inventions disclosed and claimed in

20  the '967 patent. The ATopTech products that infringe the '967 patent include, but are not limited

21  to, its Aprisa or Apogee software products that embody the patented invention by physically

22  designing integrated circuits utilizing hierarchical partitioning in a manner that infringes the '967

23  Patent.

24          89.    On information and belief, ATopTech has been, is currently, and unless enjoined,

25  will continue to actively induce, encourage or contribute to the infringement of the '967 Patent.

26  At least as of the filing of this Complaint, ATopTech has had knowledge and notice of the '967

27  Patent and nevertheless induced, encouraged or contributed to its customers' direct infringement

28  by providing, selling or offering for sale the Aprisa or Apogee software that is designed and

COMPLAINT

1    intended to enable the physical design of integrated circuits utilizing hierarchical partitioning in a

2    manner that infringes the '967 Patent and by dictating by its design and instructions to users

3    thereto the manner in which the software is used causing such infringement.  On information and

4    belief, ATopTech acted with specific intent to induce, encourage or contribute to its customers'

5    infringement.

6           90.     ATopTech's acts of direct and indirect infringement are willful, as ATopTech

7    knew or should have known of the '967 Patent and that making, using, offering to sell and selling

8    within the United States, or importing into the United States, its Aprisa or Apogee software

9    products would infringe the '967 Patent, but acted despite an objectively high likelihood that such

10   activities would infringe the patent.

11          91.     As a direct and proximate cause of ATopTech's infringement and willful

12   infringement of the '967 Patent, Synopsys has suffered and will continue to suffer irreparable

13   injury unless and until ATopTech's acts of infringement are enjoined and restrained by order of

14   this Court.  Synopsys has no adequate remedy at law and is entitled to a preliminary and

15   permanent injunction against ATopTech and its infringing products.

16          92.     As a direct and proximate cause of ATopTech's infringement, Synopsys suffered

17   and will continue to suffer damages, in an amount to be determined at trial.

18          93.     This case is an "exceptional" case within the meaning of 35 U.S.C. § 285 and

19   Synopsys is entitled to an award of attorneys' fees.

20   **COUNT VII – VIOLATION OF FEDERAL COMPUTER FRAUD AND ABUSE ACT**

21          94.     Synopsys incorporates paragraphs 1-93 as though fully set forth herein.

22          95.     Defendants violated the Computer Fraud and Abuse Act, 18 U.S.C.

23   § 1030(a)(2)(C), by intentionally accessing a computer used for interstate commerce or

24   communication, by exceeding authorized access to such a computer by obtaining materials to

25   which it did not have a license, thereby obtaining information from such a protected computer.

26          96.     The computer system, SolvNet, that ATopTech accessed as described above

27   constitutes a "protected computer" within the meaning of 18 U.S.C. § 1030(e)(2).

28          97.     Synopsys suffered loss by reason of these violations, including, without limitation,

- 17 -

COMPLAINT

1   losses incurred during the investigation of ATopTech's improper access in an amount to be

2   proven at trial, but, in any event, over $5000.00 aggregated over a one-year period.

3       98.    ATopTech's unlawful access to and theft from SolvNet also caused Synopsys

4   irreparable injury.  Unless restrained and enjoined, ATopTech will continue to commit such acts.

5   Synopsys' remedy at law is not adequate to compensate for these inflicted and threatened injuries,

6   entitling Synopsys to remedies including injunctive relief under 18 U.S.C. § 1030(g).

7   **COUNT VIII – CALIFORNIA PENAL CODE 502 - COMPREHENSIVE COMPUTER**
    **DATA ACCESS AND FRAUD ACT**

8

9       99.    Synopsys incorporates paragraphs 1-98 as though fully set forth herein.

10      100.    ATopTech violated California Penal Code § 502(c)(2) by knowingly and without

11  permission accessing, or causing to be accessed, SolvNet and taking, copying and making use of

12  data and files from SolvNet without permission.

13      101.    Synopsys owns SolvNet and the documents, software and materials stored thereon.

14      102.    As a direct and proximate result of ATopTech's unlawful conduct within the

15  meaning of California Penal Code § 502, ATopTech caused damage to Synopsys in an amount to

16  be proven at trial.  Synopsys is also entitled to recover its reasonable attorneys' fees pursuant to

17  California Penal Code § 502(e).

18      103.    On information and belief, the aforementioned acts of ATopTech were willful and

19  malicious in that ATopTech's acts described above were done with the deliberate intent to injure

20  Synopsys' business and improve its own and in violation of its license agreements.  Synopsys is

21  therefore entitled to punitive damages pursuant to California Penal Code § 502(e)(4).

22      104.    Synopsys also suffered irreparable injury from these acts, and due to the

23  continuing threat of injury, has no adequate remedy at law, entitling Synopsys to injunctive relief.

24  **COUNT IX – CALIFORNIA BUSINESS & PROFESSIONAL CODE § 17200 – UNFAIR**
    **COMPETITION**

25

26      105.    Synopsys incorporates paragraphs 1-104 as though fully set forth herein.

27      106.    ATopTech engaged in unlawful business acts or practices by committing acts

28  including computer fraud, breach of contract and other illegal acts and practices as alleged above,

all in an effort to gain unfair competitive advantage over Synopsys.

107.     The acts and conduct of ATopTech constitute fraudulent, unlawful and unfair competition as defined by California Bus. & Prof. Code §§ 17200, *et seq.*

108.     ATopTech's conduct constitutes violations of numerous state and federal statutes and codes, including, but not limited to, violation of the Computer Fraud and Abuse Act, 18 U.S.C. §§ 1030 *et seq.*, unauthorized access to computers, Cal. Penal Code § 502, and improper use of Synopsys' proprietary and confidential materials.

109.     ATopTech improperly and unlawfully took commercial advantage of Synopsys' substantial investment in its confidential, proprietary and copyrighted PrimeTime and GoldTime software and user manuals, as well as confidential and proprietary materials hosted on SolvNet. In light of ATopTech's conduct, it would be inequitable to allow ATopTech to retain the benefit of the funds obtained though the unauthorized and unlawful use of Synopsys' property.

110.     ATopTech's unfair business practices caused and are causing Synopsys to suffer competitive harm and damages.

111.     As a direct and proximate result of ATopTech's unfair competition, Synopsys also suffered irreparable injury and, unless ATopTech is enjoined from such unfair competition, will continue to suffer irreparable injury, whereby Synopsys has no adequate remedy at law.

## COUNT X – COMMON LAW MISAPPROPRIATION

112.     Synopsys incorporates paragraphs 1-111 as though fully set forth herein.

113.     To the extent that any portion of Synopsys' Copyrighted Software is found not to be protectable under copyright or found not to be protectable trade secrets, ATopTech engaged in common law misappropriation under California law through its improper acquisition, use and disclosure of Synopsys' Copyrighted Software and confidential and proprietary information, including those materials improperly accessed and downloaded from SolvNet.

114.     Synopsys invested substantial time, labor, skill and money to create and augment the Copyrighted Software and its proprietary support materials, such as technical documents related to PrimeTime and IC Compiler.  Synopsys also invested substantial time, labor, skill and money in advertising, promoting and developing the market for PrimeTime and GoldTime.

- 19 -

115. On information and belief, ATopTech, who had access to the Copyrighted Software at least through its access to the GoldTime software and user documentation as part of the CPLA, appropriated and used the Copyrighted Software at little or no cost by copying portions of the Copyrighted Software and its documentation.

116. On information and belief, ATopTech appropriated and used other Synopsys' proprietary technical documents, which ATopTech had improperly accessed and downloaded from SolvNet at little or no cost.

117. ATopTech's copying and use of the Copyrighted Software, as well as its misappropriation of the Synopsys proprietary technical documentation, was without the authorization or consent of Synopsys, who restricted ATopTech from "incorporate[ing]" any portion of GoldTime into ATopTech's products, and who never licensed any portion of PrimeTime to ATopTech.

118. Synopsys has been injured by ATopTech's misappropriation of portions of the Copyrighted Software and proprietary materials at least through the loss of competitive position, in an amount to be proven at trial.

119. As a result of such misappropriation, Synopsys also suffered irreparable injury and, unless ATopTech is enjoined, will continue to suffer irreparable injury, whereby Synopsys has no adequate remedy at law.

## COUNT XI – BREACH OF CONTRACT – BREACH OF CPLA

120. Synopsys incorporates paragraphs 1-119 as though fully set forth herein.

121. ATopTech and Synopsys were parties to the CPLA, a valid contract.

122. Synopsys performed all conditions, covenants and promises required on its part to be performed in accordance with the CPLA's terms and conditions.

123. ATopTech breached its obligations under the CPLA by using the licensed GoldTime software for purposes other than those specifically permitted under the agreement, misappropriating Synopsys' proprietary trade secrets and other confidential information in violation of the license grant and disclosing confidential information in its Aprisa documentation.

124. As a direct and proximate result of ATopTech's breaches, Synopsys has been

COMPLAINT

1    damaged in an amount to be proven at trial.

2         125.    Additionally, in Section 10.12 of the CPLA, the parties agreed that a material

3    breach in a manner adversely affecting intellectual property rights in the licensed software or

4    confidential information would cause irreparable injury for which monetary damages would not

5    suffice.  ATopTech's incorporating confidential input and output formats into Aprisa user

6    documentation, as well as possessing and using GoldTime software and other confidential

7    information following the CPLA's termination, materially breaches Sections 5.2 and 7.3 and

8    impairs Synopsys' intellectual property rights in those materials.  Unless restrained and enjoined,

9    ATopTech will continue to harm Synopsys' intellectual property rights.  Synopsys' remedy at law

10   is not adequate to compensate for these inflicted and threatened injuries, entitling Synopsys to

11   injunctive relief requiring ATopTech to cease all use of the GoldTime software and

12   documentation to which it no longer has a license and to "return or destroy" all copies of

13   Synopsys' confidential information, including the GoldTime software, as required by Section 7.3.

## COUNT XII – BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING

16        126.    Synopsys incorporates paragraphs 1-125 as though fully set forth herein.

17        127.    ATopTech and Synopsys were parties to the CPLA.

18        128.    Synopsys performed all conditions, covenants and promises required on its part to

19   be performed in accordance with the CPLA's terms and conditions.

20        129.    The CPLA contained an implied covenant of good faith and fair dealing that

21   neither party will engage in any act or conduct which deprives the other party of the benefits of

22   the contracts.  ATopTech repeatedly breached the implied covenants in the CPLA by failing to

23   maintain the confidentiality of the proprietary information disclosed to ATopTech under the

24   CPLA and failing to comply with Synopsys' attempts to verify ATopTech's compliance with the

25   CPLA.

26        130.    ATopTech's conduct was independently wrongful beyond mere breaches of the

27   CPLA.  ATopTech maintained a contractual relationship with Synopsys, and obtained extensions

28   under the CPLA, for the purpose of gaining access to Synopsys' proprietary information and

COMPLAINT

1   further used that relationship to improperly gain access to additional technical documentation on

2   SolvNet. ATopTech then refused to allow Synopsys to verify ATopTech's compliance with the

3   CPLA, and manufactured reasons for delaying and frustrating Synopsys' ability to verify

4   ATopTech's compliance or non-compliance. ATopTech's bad faith conduct denied and was

5   calculated to deny Synopsys the benefit of the CPLA, including its bargained for expectation that

6   ATopTech would protect Synopsys's confidential and proprietary information from improper use

7   and disclosure and would provide Synopsys with the ability to ensure that ATopTech was acting

8   in compliance with the CPLA.

9        131.   The wrongful acts of ATopTech described herein, including its breaches of the

10  implied covenant contained in the CPLA, were at all relevant times undertaken in bad faith.

11       132.   Synopsys suffered damage as a result of these breaches of the implied covenant in

12  an amount to be proven at trial.

13                              **RELIEF SOUGHT**

14       WHEREFORE, Synopsys asks the Court to award judgment against ATopTech:

15       A.     For injunctive relief under 17 U.S.C. § 502 enjoining ATopTech, its officers,

16  agents, servants, employees, successors, assigns and all persons acting in concert with it or them,

17  from directly or indirectly engaging in acts that infringe Synopsys' copyrights;

18       B.     For an award of actual damages and any additional infringer's profits under 17

19  U.S.C. § 504 together with pre-judgment and post-judgment interest on the damages awarded; or

20  if elected prior to final judgment, statutory damages pursuant to 17 U.S.C. §504(c);

21       C.     For an award of attorneys' fees and costs pursuant to 17 U.S.C. § 505;

22       D.     For injunctive relief enjoining ATopTech, its officers, agents, servants, employees,

23  successors, assigns and all persons acting in concert with it or them, from directly or indirectly

24  engaging in acts that misappropriate Synopsys' trade secrets pursuant to Cal. Civ. Code § 3426.2;

25       E.     For an award of actual damages caused by ATopTech's trade secret

26  misappropriation and any unjust enrichment caused by ATopTech's trade secret misappropriation

27  that is not taken into account in computing damages for actual loss pursuant to Cal. Civ. Code

28  § 3426.3(a); or if not provable, a reasonable royalty pursuant to Cal. Civ. Code § 3426.3(b);

COMPLAINT

F. For entry of a judgment declaring that willful and malicious misappropriation exists and awarding exemplary damages pursuant to Cal. Civ. Code § 3426.3(c) and costs and reasonable attorneys' fees pursuant to Cal. Civ. Code § 3426.4;

G. For a judgment that ATopTech infringed one or more claims of the '348 Patent;

H. For a judgment that ATopTech infringed one or more claims of the '941 Patent;

I. For a judgment that ATopTech infringed one or more claims of the '127 Patent;

J. For a judgment that ATopTech infringed one or more claims of the '967 Patent;

K. For injunctive relief under 35 U.S.C. § 283 enjoining ATopTech, its officers, agents, servants, employees, successors, assigns and all persons acting in concert with it or them, from directly or indirectly engaging in acts that infringe the patents-in-suit;

L. For an award of damages under 35 U.S.C. § 284, including an accounting of damages, adequate to compensate Synopsys for all damages caused by ATopTech's patent infringement, together with pre-judgment and post-judgment interest on the damages awarded;

M. For entry of a judgment declaring this case exceptional and awarding to Synopsys its reasonable attorneys' fees, disbursements and costs in accordance with at least 17 U.S.C. §§ 505, 1203 and 35 U.S.C. § 285;

N. For injunctive relief under 18 U.S.C. § 1030 (g) enjoining ATopTech, its officers, agents, servants, employees, successors, assigns and all persons acting in concert with it or them, from improperly accessing Synopsys' protected computers;

O. For an award to Synopsys under 35 U.S.C. § 1030 (g) for its actual damages sustained as a result of ATopTech's improper access to its protected computers;

P. For injunctive relief under California Penal Code 502(e) enjoining ATopTech, its officers, agents, servants, employees, successors, assigns and all persons acting in concert with it or them, from improperly accessing Synopsys' computer systems;

Q. For an award to Synopsys under California Penal Code 502(e) for its actual damages sustained as a result of ATopTech's improper access to its computer systems, as well as punitive damages under California Penal Code 502(e)(4);

COMPLAINT

1          R.      For an award to Synopsys of its reasonable attorneys' fees, disbursements and

2    costs in accordance with California Penal Code 502(e)(2);

3          S.      For injunctive relief under California Bus. & Prof. Code §§ 17200, *et seq.*

4    enjoining ATopTech, its officers, agents, servants, employees, successors, assigns and all persons

5    acting in concert with it or them, from engaging in the unfair business practices detailed above;

6          T.      For injunctive relief for Common Law Misappropriation, enjoining ATopTech, its

7    officers, agents, servants, employees, successors, assigns and all persons acting in concert with it

8    or them, from misappropriating and using Synopsys' proprietary information;

9          U.      For an award to Synopsys of its actual damages sustained as a result of

10   ATopTech's Common Law Misappropriation;

11         V.      For an award of actual damages sustained as a result of ATopTech's breach of the

12   CPLA;

13         W.      For injunctive relief requiring ATopTech to cease all use of any portion of the

14   GoldTime software to which it no longer has a license and to "return or destroy" all copies of

15   Synopsys' confidential information;

16         X.      For an award to Synopsys of its actual damages sustained as a result of

17   ATopTech's breach of the implied covenant of good faith and fair dealing; and

18         Y.      Any and all other and legal or equitable relief that the Court deems just and proper.

19

20   Dated:  June 26, 2013                    Respectfully submitted,

21                                            JONES DAY

22                                            By:

23                                                  Patrick T. Michael

24                                            Attorneys for Plaintiff
                                              SYNOPSYS, INC.
25

26

27

28

COMPLAINT

1

## JURY TRIAL DEMAND

2        Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Synopsys demands a trial

3  by jury of all issues triable of right by jury.

4

5  Dated:  June 26, 2013               Respectfully submitted,

6                                    JONES DAY

7                                      By:

8                                            Patrick T. Michael

9                                Attorneys for Plaintiff
                                      SYNOPSYS, INC.

10  SVI-126943v1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                COMPLAINT

# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-261-049

**Effective date of registration:**

December 13, 2010

## Title

**Title of Work:** PrimeTime 2006.12

**Previous or Alternative Title:** Synopsys PrimeTime Suite 2006.12

PrimeTime SI

PrimeTime PX

PrimeTime VX

PrimeTime

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** December 12, 2006    **Nation of 1st Publication:** United States

## Author

**Author:** Synopsys, Inc.

**Author Created:** New and revised computer code and supporting documentation and manuals

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Synopsys, Inc.

700 E. Middlefield Road, Mountain View, CA, 94043, United States

## Limitation of copyright claim

**Material excluded from this claim:** Prior works by claimant and licensed-in components

**New material included in claim:** New and revised computer code and supporting documentation and manuals

## Certification

**Name:** Julie Stephenson, Chief IP Counsel, Associate General Counsel

**Date:** December 13, 2010

**Applicant's Tracking Number:** 22524–00081

---

**Copyright Office notes:** Regarding deposit: special relief granted under 37 CFR 202.20(d).

**Registration #:**   TX0007261049

**Service Request #:**   1-533141702



Fenwick & West LLP
Susanne Morales
801 California Street
Mountain View, CA 94041  United States

**EXHIBIT 2**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-260-556**

**Effective date of registration:**

December 13, 2010

## Title

**Title of Work:** PrimeTime 2010.06

**Previous or Alternative Title:** Synopsys PrimeTime Suite 2010.06

PrimeTime SI

PrimeTime PX

PrimeTime VX

PrimeTime

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** June 7, 2010    **Nation of 1st Publication:** United States

## Author

**■   Author:** Synopsys, Inc.

**Author Created:** New and revised computer code and supporting documentation and manuals

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Synopsys, Inc.

700 E. Middlefield Road, Mountain View, CA, 94043, United States

## Limitation of copyright claim

**Material excluded from this claim:** Prior works by claimant and licensed-in components

**Previous registration and year:** Pending       2010

**New material included in claim:** New and revised computer code and supporting documentation and manuals

## Certification

**Name:**   Julie Stephenson, Chief IP Counsel, Associate General Counsel

**Date:**   December 13, 2010

**Applicant's Tracking Number:**   22524-00081

**Registration #:**   TX0007260556

**Service Request #:**   1-533142239



Fenwick & West LLP
Susanne Morales
801 California Street
Mountain View, CA 94041  United States

# EXHIBIT 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-670-937**

**Effective date of registration:**

April 26, 2013

## Title

| | |
|---|---|
| **Title of Work:** | Synopsys GoldTime 2011.12 |
| **Previous or Alternative Title:** | Extreme DA GoldTime |
| | GoldTime |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2011 | | |
| **Date of 1st Publication:** | December 5, 2011 | **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ■ **Author:** | Synopsys, Inc. |
| **Author Created:** | New and revised computer code and supporting documentation |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |
| ■ **Author:** | Extreme DA LLC |
| **Author Created:** | New and revised computer code and supporting documentation |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Synopsys, Inc. |
| | 700 E. Middlefield Road, Mountain View, CA, 94043, United States |
| **Transfer Statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Prior works by Extreme DA LLC and licensed-in components |
| **New material included in claim:** | New and revised computer code and supporting documentation |

## Certification

**Registration #:**  TX0007670937

**Service Request #:**  1-927006052



Fenwick & West LLP
Susanne S. Morales
801 California Street
Mountain View, CA 94041-2008  United States

# EXHIBIT 4

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-663-729**

**Effective date of registration:**

April 9, 2013

## Title ──────────────────────────────

**Title of Work:** Synopsys PrimeTime Suite Version G-2012.06

**Previous or Alternative Title:** Synopsys PrimeTime Suite 2012.06

PrimeTime 2012.06

PrimeTime SI G-2012.06

PrimeTime PX G-2012.06

PrimeTime VX G-2012.06

PrimeTime Suite

PrimeTime

## Completion/Publication ──────────────

**Year of Completion:** 2012

**Date of 1st Publication:** June 11, 2012   **Nation of 1st Publication:** United States

## Author ─────────────────────────────

■ **Author:** Synopsys, Inc.

**Author Created:** New and revised computer code and supporting documentation and manuals

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant ─────────────────

**Copyright Claimant:** Synopsys, Inc.

700 E. Middlefield Road, Mountain View, CA, 94043, United States

## Limitation of copyright claim ───────

**Material excluded from this claim:** Prior works by claimant and licensed-in components

**Previous registration and year:** TX 7-260-556   2010

TX 7-261-049   2010

**New material included in claim:** New and revised computer code and supporting documentation and manuals

## Certification

|  |  |
|---|---|
| **Name:** | David Pursley, Associate General Counsel, Synopsys, Inc. |
| **Date:** | April 9, 2013 |
| **Applicant's Tracking Number:** | 22524-00080 |

**Registration #:**  TX0007663729
**Service Request #:**  1-918453939



Fenwick & West LLP
Susanne S. Morales
801 California Street
Mountain View, CA 94041-2008  United States

# EXHIBIT 5

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
TX 7-664-316

**Effective date of
registration:**
April 9, 2013

## Title

| | |
|---|---|
| **Title of Work:** | Synopsys PrimeTime Suite Version H-2012.12 |
| **Previous or Alternative Title:** | Synopsys PrimeTime Suite 2012.12 |
| | PrimeTime 2012.12 |
| | PrimeTime SI H-2012.12 |
| | PrimeTime PX H-2012.12 |
| | PrimeTime VX H-2012.12 |
| | PrimeTime GCA H-2012.12 |
| | PrimeTime Suite |
| | PrimeTime |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2012 | | |
| **Date of 1st Publication:** | December 10, 2012 | **Nation of 1st Publication:** | United States |

## Author

■ **Author:** Synopsys, Inc.

**Author Created:** New and revised computer code and supporting documentation and manuals

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Synopsys, Inc.

700 E. Middlefield Road, Mountain View, CA, 94043, United States

## Limitation of copyright claim

**Material excluded from this claim:** Prior works by claimant and licensed-in components

**Previous registration and year:** TX 7-260-556    2010

Pending    2013

**New material included in claim:** New and revised computer code and supporting documentation and manuals

**Registration #:**  TX0007664316

**Service Request #:**  1-918355165



Fenwick & West LLP
Susanne S. Morales
801 California Street
Mountain View, CA 94041-2008  United States

# EXHIBIT 6

US006405348B1

(12) **United States Patent** (10) **Patent No.:** **US 6,405,348 B1**
Fallah-Tehrani et al. (45) **Date of Patent:** **Jun. 11, 2002**

(54) **DEEP SUB-MICRON STATIC TIMING ANALYSIS IN THE PRESENCE OF CROSSTALK**

(75) Inventors: **Peivand Fallah-Tehrani**, Thousand Oaks; **Shang-Woo Chyou**, Westlake Village, both of CA (US)

(73) Assignee: **Synopsys, Inc.**, Mountain View, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/481,750**

(22) Filed: **Jan. 11, 2000**

**Related U.S. Application Data**

(60) Provisional application No. 60/161,897, filed on Oct. 27, 1999.

(51) **Int. Cl.**[7] ............................................... **G06F 17/50**

(52) **U.S. Cl.** .................................... **716/4**; 716/5; 716/6

(58) **Field of Search** ..................................... 716/4, 5, 6

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,477,460 A | * | 12/1995 | Vakirtzis et al. | ............ 364/489 |
| 5,481,695 A | * | 1/1996 | Purks | ........................ 395/500 |
| 5,502,644 A | * | 3/1996 | Hamilton et al. | .......... 364/488 |
| 5,568,395 A | * | 10/1996 | Huang | ........................ 364/488 |
| 5,867,810 A | * | 2/1999 | Miura et al. | ................ 702/191 |
| 6,028,989 A | * | 2/2000 | Dansky et al. | ......... 395/500.09 |
| 6,253,355 B1 | * | 6/2001 | Chadha et al. | ................ 716/5 |
| 6,259,258 B1 | * | 7/2001 | Cook et al. | ................. 324/628 |

OTHER PUBLICATIONS

Cuviello et al, "Fault Modeling and Simulation for Crosstalk in System–on–Chip Interconnects," IEEE, Nov. 1999, pp. 297–303.*

Tang et al, "Channel Cross–Coupling in a Polymer–Based Single–Mode Bus Array," IEEE, Jan. 1995, pp. 37–41.*

Yim et al, "Reducing Cross–Coupling Among Interconnect Wires in Deep–Submicron Datapath Design," IEEE, Jun. 1999, pp. 485–490.*

Lee et al, "An Interconnect Transient Coupling Induced Noise Susceptibility for Dynamic Circuits in Deep Submicron CMOS Technology," IEEE, Jun. 1998, pp. ii–256–ii–259.*

Su et al, "Crosstalk Analysis of Multi–Section Multi–Conductor Lines," IEEE, 1992, pp. 142–146.*

You et al, "Analysis and Simulation of Multiconductor Transmission Lines for High–Speed Interconnect and Package Design," IEEE, 1990, pp. 180–184.*

Kim et al, "Transient and Crosstalk Analysis of Slighly Lossy Interconnection Lines for Wafer Scale Integration and Wafer Scale Hybrid Packaging–Weak Coupling Case," IEEE, 1988, pp. 1369–1381.*

(List continued on next page.)

*Primary Examiner*—Vuthe Sick
(74) *Attorney, Agent, or Firm*—Wagner Murabito & Hao LLP

(57) **ABSTRACT**

A method for static timing analysis of deep sub-micron devices in presence of crosstalk. The present invention provides an efficient platform for fast and accurate static timing verification of large scale transistor and cell level netlists, with coupled interconnects and high switching speeds. The present invention also provides a novel approach to solve the coupled noise problem in static timing verification. The present invention also provides for a method of determining worst case aggressor switching time for a cross-coupled interconnect stage. After the worst case aggressor switching time is determined, the netlist is then resimulated using the worst case aggressor switching time to determine more accuate stage delay and slew of the interconnect stage. The output waveform is recorded and utilized as the input of subsequent stages.

**28 Claims, 13 Drawing Sheets**



OTHER PUBLICATIONS

"Signal Delay in RC Tree Networks"; P. Penfield, Jr.; Dept. of Electrical Engineering & Computer Science Massachusetts Institute of Technology, Cambridge MA 02139; J. Rubinstein; Digital Equipment Corp. 75 Reed Rd., Hudson MA 01749; 18th Design Automation Conference 1981.

"Charge–Sharing Models for Switch–Level Simulation"; C. Chu et al.; Center for Integrated Systems, Stanford University, Stanford, CA 94305; IEEE Transactions on Computer–Aided Design, vol. CAD–6, No.6 Nov. 1987.

"Asymptotic Waveform Evaluation for Timing Analysis"; L. Pillage et al.; IEEE Transactions on Computer–Aided Design, vol. 9, No. 4, Apr. 1990.

"A New Nonlinear Driver Model for Interconnect Analysis"; V. Raghavan et al.; Dept. of Electrical Engineering & Computer Science Carnegie Mellon University, Pittsburgh, PA 15213; 28th ACM.IEEE Design Automation Conference 1991.

"A New CMOS Driver Model for Transient Analysis & Power Dissipation Analysis"; Liao et al.; International Journal of High Speed Electronic & Systems, vol. 7, No. 2, 1996.

"Methods to Improve Digital MOS Macromodel Accuracy"; Kong et al.; IEEE Transactions on Computer–Aided Design of Integrated Circuits & Systems, vol. 14, No. 7, Jul. 1995.

"Calculating Worst–Case Gate Delays Due to Dominant Capacitance Coupling"; Dartu et al.; Depart. of ECE, Pittsburgh, PA 15213; 1997.

"Determination of Worst–Case Aggressor Alignment for Delay Calculation"; Gross et al.; Dept. of Electrical Engineering & Computer Science Carnegie Mellon University, Pittsburgh, PA 15213; 28th ACM IEEE Design Automation Conference, 1998.

"Performance Computation for Precharacterized CMOS Gates with RC Loads"; Dartu et al.; IEEE Transactions on Computer–Aided Design of Integrated Circuits & Systems, vol. 15, No. 5, May 1996.

"RICE: Rapid Interconnect Circuit Evaluation Using AWE"; Ratzlaff et al.; IEEE Transactions on Computer–Aided Design of Integrated Circuits & Systems, vol. 13, No.: 6, Jun. 1994.

"RICE: Rapid Interconnect Circuit Evaluator"; Ratzlaff et al.; Dept. of Electrical Engineering & Computer Science, University of Texas, Austin TX 78712; 28th ACM IEEE Design Automation Conference, 1991.

"Extraction of Transient Behavioral Model of Digital I/O Buffers for IBIS"; Tehrani et al.; Dept. of Electrical Engineering & Computer Science University of New York at Binghampton No date.

* cited by examiner

Case3:13-cv-02965-MMC   Document1   Filed06/26/13   Page47 of 171



**FIG. 1**



**FIG. 2**



300

**FIG. 3**



FIG. 4



FIG. 5



600

FIG. 6



FIG. 7A

Case3:13-cv-02965-MMC Document1 Filed06/26/13 Page54 of 171



**FIG. 7B**

Case3:13-cv-02965-MMC   Document1   Filed06/26/13   Page55 of 171



FIG. 7C

Case3:13-cv-02965-MMC   Document1   Filed06/26/13   Page56 of 171



FIG. 7D



**FIG. 8A**



**FIG. 8B**

$$V_{total}(t, Ts_1, \cdots, Ts_n) = V\,main\,(t) + \sum_{i=1}^{n} Vbump_i\,(t\text{-}Ts_i)$$

910

$$min/max\ \ V_{total}(t_x, Ts_1, \cdots, Ts_n) = x \cdot V_{DD}$$
$$Ts_i \in [\,Tmin_i,\,Tmax_i\,]$$

920

WITH ASSUMPTIONS:

$n$ = number of aggressor inputs.

$V_{DD}$ = Total rail to rail voltage swing.

$x$ = Percentage of total swing. (Normally 50 for delay calculations).

$t_x$ = The time in which the response is $x$ percent of its total swing.

$Vmain$ = Output response with only primary input switching.

$Vbump_i$ = Output response with only aggressor input $i$ switching.

# FIG. 9

US 6,405,348 B1

1

# DEEP SUB-MICRON STATIC TIMING ANALYSIS IN THE PRESENCE OF CROSSTALK

## RELATED CASE

The instant application claims the priority of U.S. Provisional Patent Application Serial No. (60/161,897), filed on Oct. 27, 1999, and entitled "DEEP SUB-MICRON STATIC TIMING ANALYSIS IN PRESENCE OF CROSSTALK," by Fallah-Tehrani et al., and assigned to the assignee of the present invention.

## FIELD OF THE INVENTION

The present invention pertains generally to the field of computer-aided design of integrated circuits. More particularly, the present invention relates to techniques and methods for static timing analysis of integrated circuit devices in the presence of crosstalk.

## BACKGROUND OF THE INVENTION

Faster clock frequency, smaller device geometry, larger chip size and the demand of low power consumption have made timing and signal integrity related issues increasingly critical in VLSI (Very Large Scale Integrated) circuits. As manufacturing processes and design technology make progress to create faster and larger integrated circuits, these problems become worse. Thus, a good and effective methodology is needed to help designers address these issues.

With finer feature sizes and higher signal speeds, interconnect has become the ultimate determinant of system performance. It has become necessary to consider the effects of the interconnect on transient signal propagation. One solution for this problem is to use a circuit simulator such as SPICE to accurately identify systems timing violations and the critical nets associated with them. Although SPICE is the de facto solution of the chip timing verification, it may be too slow for large scale chip simulations. Another obstacle in using SPICE is the necessity of test vectors which could be very hard to find and ultimately some of the paths might not be verifiable through these test vectors. Because of these problems, static timing analysis has been proposed as an alternative to solve the device timing verification problem. In static timing analysis, the worst case timing of all possible paths between different inputs and outputs are carefully checked and verified versus preset criteria.

Static timing analysis is a path-centric methodology. This means that only accurate details for the path under investigation is attainable and the information available for adjacent paths are minimal. As long as the neighboring paths do not have a significant effect on the path under investigation different methods can be used to estimate the effects of the device interconnects. Static timing analysis can generally be categorized into cell level and transistor level techniques. Transistor level static timing analysis is used for timing evaluation of custom circuit designs. Once the circuit has been characterized, the obtained timing information can be passed to upper design level (cell level). The timing information from transistor level verification can be used in the cell level design to check the whole timing budget of the circuit. In special cases, a combination of transistor and cell level timing verification might be necessary.

Generally, the delay through an interconnect net serves as a rough estimate of its effect on the circuit performance. When the interconnect can be modeled as a resistance/capacitance (RC) tree network, its delay can be estimated by

2

a form of the Elmore delay. The Elmore delay is an estimate of the delay for linear monotonic circuit step responses. Because the Elmore delay may only be a rough approximation of the actual delay, it may be necessary to augment it with bounds on the transient response. Unfortunately, the efforts entailed to provide these bounds often outweigh their benefits. Even when the bounds are considered, the results obtained can be indefinite. Another technique attempts to force a two pole approximation on RC tree structures in order to estimate the interconnect delay.

Yet another technique is to obtain RC delay using asymptotic waveform evalutaion (AWE) methods by which a transistor is modeled as an overly simplistic linear resistor or a T-model or a π-RC network. The RC delay obtained using AWE methods may therefore be insufficiently accurate for some applications. More accurate models based on inverter analysis techniques have also been proposed. An example of such a model is an independent current source model of a nonlinear driver where the effects of distributed interconnect loads are modeled with summation of exponential functions. That model separates the output response into four different regions. Because that model uses a linearly increasing current source to model the output current, the results obtained from this method may deviate from real results significantly. That model also fails to take into account the CMOS transient leakage (short-circuit) current, so it cannot be used for system power calculations.

Another model tries to correct those problems by using a five region linear-quadratic-exponential piece-wise linear model for the driver. An eight region model has also been proposed for describing different cell outputs. Those models, however, also suffer from several limitations. The derivations for these models are based on quadratic transistor equations, such as SPICE level one and two transistor models and pure capacitive loading. Then these models are generalized to other type of loading, such as RC interconnects. The generalization degrades the accuracy of these techniques, especially, if more than a single driver is present on the net to be analyzed. These models can produce good results for primitive MOS structures, but when the cell contains series connected transistors, again the accuracy achieved by these modeling techniques would not be adequate.

Further, the above methods have limited applicability due to restriction on circuit topology. With the increasing speed of MOS circuits, the effects of coupling capacitances significantly affects the delay estimate, rendering the RC tree model inadequate. Interconnect models often have meshes of resistance which are not handled by the RC tree method. Finally, the RC tree model can not handle non-equilibrium initial conditions which are required to accommodate precharge and charge sharing effects.

Along with the increasing importance of interconnects in transient analysis, nonlinear active devices in a system contribute to the system behavior significantly. The modeling methods discussed above have a over-simplistic implementation of non-linear devices. They do not model the effects of distributed loading accurately enough for transistor level deep sub-micron timing analysis.

The definition of delay is further complicated in the presence of crosstalk. Normally, delay is measured as the time difference between the input and output voltages passing a certain threshold voltage (e.g., delay threshold voltage). In most cases, the threshold voltage is set to 50 percent of rail to rail voltage. Slew is typically defined as the time difference for a voltage signal to pass two preset

US 6,405,348 B1

3

voltage levels (e.g. 10%–90% or 20%–80% of rail to rail voltage). These definitions are straight forward as long as the signal has a smooth rail to rail transition.

In presence of cross coupling from neighboring nets, the task of defining the delay and slew of a circuit becomes more complex. In some cases, the amount of coupled noise from neighboring nets could be so big that it may cause the gate to switch at an incorrect time. The incorrect switching may lead to a functional failure for the circuit. Further, glitches created in this fashion cause extra power consumption in the circuit. Another mechanism by which crosstalk can affect a circuit is delay variations on a signal line. In some cases, crosstalk may change the timing of a path. This leads to timing violations in subsequent circuits connected to the cross-coupled circuit. All of these problems are quite complex and very difficult to address.

Accordingly, what is needed is a computer-aided electronics design automation (EDA) tool that is capable of quickly and accurately simulating the timing characteristics of very large transistor and cell-level netlists in deep submicron devices. What is also needed is a novel timing verification methodology and tool for performing static timing analysis of deep sub-micron devices in the presence of crosstalk.

SUMMARY OF THE DISCLOSURE

Accordingly, the present invention provides a method and analysis tool for determining crosstalk effects in transistor and cell level timing. The present invention provides an efficient platform for fast and accurate static timing verification of large scale transistor-level and/or cell level netlists, with coupled interconnects and high switching speeds. The present invention also provides a novel approach to solving the coupled noise problem in static timing verification.

In furtherance of one embodiment of the present invention, a circuit netlist is accessed and the channel connected regions are determined. In addition, primary (victim) net and aggressor nets of a cross-coupled interconnect stage of the netlist are identified. Thereafter, static timing analysis steps are performed to determine the aggressor nets' switching windows. Significantly, according to one embodiment of the invention, worst case aggressor switching times are determined. After the determination of the worst case aggressor switching times, the interconnect stage is resimulated using the worst case aggressor switching times to determine the stage delay and the slew of the primary net. The aggressor switching windows are also updated. Furthermore, according to one embodiment, the output waveform of the primary net is recorded and utilized as the input of subsequent stage(s).

According to one embodiment of the present invention, worst case aggressor switching times are determined using a bump envelope super-positioning technique. Particularly, in one embodiment, the output response of the primary net is first determined. Bump-like voltage fluctuations on the output of the primary net not caused by the switching of the input of the aggressor nets are also determined. Then, a bump envelope is created for each aggressor by stretching the bump-like waveform for the duration of the aggressor timing window. Thereafter, the main output response and all bump envelopes are added together to generate a composite waveform. The delay threshold voltage crossing point of the composite waveform is then determined. The delay threshold voltage crossing point corresponds to the delay of the composite waveform. The delay threshold crossing point also matches to the peak of each bump-like waveform that

4

causes the maximum/minimum delay of the stage. The time needed for a bump waveform to reach the maximum/minimum voltage point is then subtracted from the composite waveform delay value to generate the worst case aggressor switching time for the corresponding aggressor.

In one embodiment of the present invention, the timing of the interconnect stage is resimulated with the worst case aggressor nets switching times to account for circuit nonlinearity and to generate the worst case stage delay, output slew and output waveform of the stage. The output waveform is also propagated for use as inputs in simulating of subsequent stages.

Embodiments of the present invention include the above and further include a computer-readable medium having contained therein computer-readable codes for causing a computer-implemented electronic design automation (EDA) system to perform static timing analysis in the presence of crosstalk on an integrated circuit design represented as a netlist. Significantly, the static analysis process includes a bump envelope method for determining the worst case aggressor switching time. Particularly, the bump envelope method includes the steps of: (a) generating a primary waveform for a primary net of an cross-coupled circuit of the integrated circuit design; (b) generating a bump-envelope waveform for each aggressor net of the cross-coupled circuit; (c) generating an accumulative bump-envelope waveform by super-positioning all the bump-envelope waveforms (d) super-positioning the primary waveform over the accumulative bump-envelope waveform to generate a composite waveform; (e) determining a threshold voltage crossing point of the composite waveform; and (f) determining worst case aggressor switching times based on the threshold voltage crossing point.

BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, which are incorporated in and form a part of this specification, illustrate embodiments of the present invention and, together with the description, serve to explain the principles of the invention.

FIG. 1 illustrates a computer system operable as a platform on which embodiments of the present invention may be implemented.

FIG. 2 is a circuit representation of an interconnect stage on which embodiments of the present invention may be practiced.

FIG. 3 is a flow diagram illustrating steps of a static timing analysis method in the presence of crosstalk in furtherance of one embodiment of the present invention.

FIG. 4 is a voltage response diagram of an interconnect stage where switching of aggressor nets causes bump-like voltage fluctuations at the output of a primary net.

FIG. 5 illustrates different composite waveforms generated by super-positioning different bump shifts over the primary waveform in furtherance of an embodiment of the present invention.

FIG. 6 is a flow diagram illustrating steps of the "bump envelope" super-positioning method in accordance with one embodiment of the present invention.

FIG. 7A illustrates a primary waveform and a bump-like waveform generated at various steps of the bump-envelope super-positioning method of FIG. 6 in accordance with one embodiment of the invention.

FIG. 7B illustrates a bump-envelope waveform generated at various steps of the bump-envelope super-positioning method of FIG. 6 in accordance with one embodiment of the invention.

US 6,405,348 B1

5

FIG. 7C illustrates a composite waveform and a shifted aggressor bump waveform generated at various steps of the bump-envelope super-positioning method of FIG. 6 according to one embodiment of the invention.

FIG. 7D illustrates a coupled output waveform generated using data obtained by accumulative the bump-envelope super-positioning method of FIG. 6 according to one embodiment of the invention.

FIGS. 8A and 8B illustrate examples of different logic relations among primary and aggressor circuits.

FIG. 9 illustrates the mathematical equations that can be used to describe the problem of determining the worst case switching time of the aggressors in furtherance with the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

In the following detailed description of the preferred embodiments, for purposes of explanation, numerous specific details are set forth in order to provide a thorough understanding of the present invention. However, it will be apparent to one skilled in the art that the present invention may be practiced without these specific details. In other instances, well-known structures and devices are not described in detail in order to avoid obscuring aspects of the present invention.

### I. Notation and Nomenclature

Some portions of the detailed descriptions which follow are presented in terms of procedures, steps, logic blocks, processing, and other symbolic representations of operations on data bits within a computer memory. These descriptions and representations are the means used by those skilled in the data processing arts to most effectively convey the substance of their work to others skilled in the art. A procedure, computer executed step, logic block, process, etc., is here and generally conceived to be a self-consistent sequence of steps of instructions leading to a desired result. The steps are those requiring physical manipulations of data representing physical quantities to achieve tangible and useful results. It has proven convenient at times, principally for reasons of common usage, to refer to these signals as bits, values, elements, symbols, characters, terms, numbers or the like.

It should be borne in mind, however, that all of these and similar terms are to be associated with the appropriate physical quantities and are merely convenient labels applied to these quantities. Unless specifically stated otherwise as apparent from the following discussions, it is appreciated that throughout the present invention, discussions utilizing terms such as "accessing", "determining", "generating", "associating", "assigning" or the like, refer to the actions and processes of a computer system, or similar electronic computing device. The computer system or similar electronic device manipulates and transforms data represented as electronic quantities within the computer system's registers and memories into other data similarly represented as physical quantities within the computer system memories into other data similarly represented as physical quantities within the computer system memories or registers or other such information storage, transmission, or display devices.

Aspects of the present invention, method and system for deep sub-micron static timing analysis in the presence of crosstalk, are discussed in terms of steps executed on a computer controlled electronic design automation (EDA)

6

system. These steps (e.g., process 300) are implemented as program code stored in computer readable memory units of a computer system and are executed by the processor of the computer system. Although a variety of different computer systems can be used with the present invention, an exemplary general purpose computer system 112 is shown in FIG. 1.

### II. Computer System Environment

In general, computer system 112 includes an address/data bus 100 for communicating information, a central processor 101 coupled with the bus for processing information and instructions, a volatile memory 102 (e.g., random access memory RAM) coupled with the bus 100 for storing information and instructions for the central processor 101 and a non-volatile memory 103 (e.g., read only memory ROM) coupled with the bus 100 for storing static information and instructions for the processor 101. Computer system 112 also includes a data storage device 104 ("disk subsystem") such as a magnetic or optical disk and disk drive coupled with the bus 100 for storing information and instructions and a display device 105 coupled to the bus 100 for displaying information to the computer user. Data storage device 104 can include one or more removable magnetic or optical storage media (e.g., diskettes, tapes) which are computer readable memories. It is appreciated that data produced at the various logic synthesis stages of the present invention, including representations of the different levels of abstraction of the integrated circuit design, such as a netlist, can also be stored in RAM 102, ROM 103 or the storage device 104.

Also included in computer system 112 of FIG. 1 is an alphanumeric input device 106 including alphanumeric and function keys coupled to the bus 100 for communicating information and command selections to the central processor 101. Computer system 112 also includes a cursor control or directing device 107 coupled to the bus for communicating user input information and command selections to the central processor 101. Computer system 112 can also include an optional signal generating device 108 coupled to the bus 100 for interfacing with other networked computer systems. The display device 105 utilized with the computer system 112 of the present invention may be a liquid crystal device, other flat panel display, cathode ray tube, or other display device suitable for creating graphic images and alphanumeric characters recognizable to the user.

### III. Effects of Crosstalk on Device Timing

A discussion of the effects of cross coupling on device timing is presented. In digital circuits, delay and slew are measured on inputs and outputs of logical gates. Fortunately, logical gates can be divided into channel connected components (CCC) which are sets of transistors connected through their sources and drains. An analog voltage transition on an input of a CCC (generally a MOS gate node) causes a voltage transition of an output.

Typically, circuit extraction tools model on-chip interconnects as a RC (resistor/capacitor) circuit. An RC circuit model of an interconnect stage 200 is illustrated in FIG. 2. As illustrated, the interconnect stage 200 is modeled as a cross-coupled circuit that includes a primary net 210 and an aggressor net 220. The coupling of primary net 210 and aggressor net 220 to ground is modeled with capacitors 230. The capacitors 230 are sometimes called self capacitances. The coupling between the primary net 210 and aggressor net 220 is also modeled with capacitors 240 between these lines.

US 6,405,348 B1

7
8

Capacitors **240** are addressed as coupling capacitances. The wire resistance of paths **210** and **220** is also represented with resistors **250**.

As long as the feature sizes are not in sub-micron region, the capacitance of self capacitors **230** is much larger than that of the coupling capacitors **240**. Therefore, neglecting the coupling capacitors **240** would not cause a large error in timing analysis of the primary net **210**. As integrated circuits enter the sub-micron era, however, the ratio of coupling capacitance to self capacitance increases. In some cases, the coupling capacitance might even be larger than the self capacitance. This causes the switching activities of aggressor net **220** to be coupled to the primary net **210**, which in turn may affect the timing of the primary net **210**. The amount of this coupling is directly related to: (1) the values and the locations of the coupling capacitors **240**; (2) the resistor shielding of aggressor net **220** and primary net **210**; and (3) the drive-ability and switching windows of aggressor net **220** and primary net **210**.

When aggressor net **220** switches, because of the differentiating nature of coupling capacitance, a bump-like voltage fluctuation is created on the primary net **210**. An exemplary bump-like voltage fluctuation **410** is illustrated in FIG. **4**. A more complicated bump-like fluctuation would be created if many aggressors are present. If this bump's peak voltage is large and the output switching windows of primary net **210** and aggressor net **220** overlap, then the primary stage delay could be affected to a large extent. In addition, as illustrated in FIG. **4**, the bump-like voltage fluctuation **410** passes the delay threshold voltage **420** multiple times. Further, depending on the aggressor's switching direction, the delay of the primary stage might increase or decrease. Accordingly, the present invention provides an efficient method of static timing analysis that takes into consideration crosstalk effects.

### IV. Static Timing Analysis in the Presence of Crosstalk

FIG. **3** is a flow diagram **300** illustrating steps of a static timing analysis method in the presence of crosstalk in furtherance of one embodiment of the present invention.

As illustrated, at step **302**, a transistor level or cell level netlist is read a static timing analysis tool of the present invention. The netlist may be in Verilog, VHDL, Epic or SPICE format. The parasitics (e.g., resistors, capacitors, inductors, and coupling capacitors, etc.) may be read into the static timing analysis tool in DSPF, SPEF or SPICE format.

At step **304**, the transistor netlist is divided into channel connected regions. These channel connected regions (or, channel connected components CCCs) are transistors which are connected through their drain and source to each other, or connected to power and/or ground. In the present discussion, each channel connected region is referred to as a stage.

At step **306**, a list of primary and aggressor groups is created. Particularly, nets are grouped based on their coupling capacitor connectivity. Nets are RC nodes connecting each output of a stage to the input of another stage without considering the coupling. In accordance with the present embodiment, the coupling to the internal nodes of a stage is also considered when the primary and aggressor groups are formed.

At step **308**, the circuit netlist is filtered for ineffective coupling capacitors. Criteria for filtering may be specified be user. However, the static timing analysis tool may also provide default criteria such as: (1) the absolute value of

summation of all coupling capacitors on a net should be larger than a user defined value; and/or (2) the ratio of summation all coupling to self capacitance of a net should be larger than a user defined value. When a net does not pass the mentioned criteria, the coupling capacitors on that net will be split and connected to ground and marked as ineffective.

At step **310**, a net-by-net based minimum/maximum coupling factor is calculated for each net. These minimum/maximum coupling factors represent the minimum and maximum possible effect of coupling capacitors on delay if they were connected to ground instead of the other net. In other words, if a coupling capacitor is split and added to connected the capacitors connected to ground, the minimum/maximum effect of the capacitors on net delay can be determined by multiplying the values of the capacitors by the minimum/maximum multiplier factor. In the present embodiment, the multiplier may have a negative value as well as a positive value. For instance, when primary and aggressor nets switch in opposite directions, the default value for the multiplier is 2.0. Likewise, when outputs switch in the same direction, the default value for the multiplier is 0.0.

At step **312**, the static timing analysis tool of the present embodiment splits the coupling capacitors between stages and connects them to ground.

At step **314**, two different static timing analyses for the decoupled netlist are executed. In present embodiment, the first analysis is performed using maximum capacitor multipliers determined at step **310**; and the second analysis is performed using minimum capacitor multipliers determined at step **310**. In this way, a window of switching possibility is created for each node of the circuit. The shorter edge comes from minimum factors and the longer edge of the window comes from the maximum factor. It should be noted that different paths through a node contribute to the created window size for that node as well.

At step **316**, potentially critical paths are selected based on the timing analyses performed at step **314**. Based on the previous timing runs, sets of long and short paths are produced. The maximum number of these paths are defined by the user. These paths, which may potentially have setup/hold problems, are considered for more accurate crosstalk analysis below.

At step **318**, the coupling capacitors that are grounded are "unsplit" are returned to their original non-split condition.

With reference still to FIG. **3**, at step **320**, initial timing windows for the aggressors are established. According to the present embodiment, analysis is performed on each of the paths selected at step **316**. For each stage contained in the selected paths, the aggressor nets are determined based on the primary/aggressor grouping determined at step **306**. Then, based on the static timing analysis performed at step **314**, the initial timing windows for the aggressor nets are established. After establishing the switching window for primary and aggressor nets, a lower and upper limit for the delay of each path can be calculated.

Although the initial timing windows can produce an assessment for the timing of the paths, the assessment is very pessimistic and does not represent a good estimation of actual timing of the circuit. Thus, in order to achieve more accurate results, at step **322**, the path timings are recalculated. Significantly, step **322** includes a step of calculating the worst case aggressor switching time and a step of recalculating the delay and slew of the relevant circuit nodes based on the worst case aggressor switching times. In

US 6,405,348 B1

9                                                                10

furtherance of the present invention, the worst case aggressor switching times may be determined by estimation methods and/or accurate methods. Such methods are described in detail below.

At step 324, using these newly calculated delay and slew, the static timing analysis tool of the present embodiment updates the window information for the nodes involved.

At step 326, steps 322 and 324 may be repeated to achieve even more accurate timing solution. It should be noted that iteration step 326 is optional, and that the present invention may be practiced without iteration.

At step 328, the static timing analysis tool of the present embodiment generates a path timing report that contains the timing information of the paths in the presence of crosstalk. The path timing report may also include other crosstalk related information such as bump height and contribution for each aggressor on a victim net; number of aggressors; effectiveness of aggressors (contribution on delay and slew); values of coupling capacitors on each net; delay differences between absolute worst case (calculated by multipliers) and the crosstalk affected delay; delay differences between the case that all aggressors are quiet and the crosstalk affected delay; SPICE deck of the paths and the aggressor stages. Thereafter, the static timing analysis process ends.

### V. Method of Calculating Aggressors Worst Case Switching Time

In general two different categories of methods are available to calculate the worst case aggressor switching times. These categories are: (1) estimation methods; and (2) accurate methods.

Estimation Methods

These methods are based on estimation of aggressor switching point in their predefined windows. Two estimation methods are discussed in the following.

In the first estimation method, a point is chosen in the aggressor switching window. This point might be the lower (early) edge, upper (late) edge or a weighted average between lower and upper edge (e.g. mid point) of the aggressor switching window. Based on the selected switching point, a circuit timing analysis is performed on the coupled stage to calculate the stage delay and output slew. The stage output voltage waveform is also maintained. This waveform is utilized as the input of the next stage on the desired path.

The second estimation method employs the primary and aggressor switching window information to estimate an average primary and aggressor switching delay and output slew. Employing the output delay and slope values, the delay threshold passing (switching) points of all aggressors are aligned with switching point of the primary stage. Again, based on the estimated aggressor average delay, the switching points of the aggressors can be evaluated. Then, using these switching points and fastest input slew for the aggressors, a timing analysis of the coupled stage is performed. This way the stage delay, output slew and output voltage waveform is calculated which will eventually be used for evaluation of next stages on the path.

The static timing bounds created, using these methods are smaller than simple grounding of coupling capacitors. These methods are very fast and are only dependent on the established switching windows of primary and aggressors. Although these methods are very fast, they are not accurate and could only be used as a rough estimation of coupling effects on timing.

Accurate Methods

More accurate static timing information can be obtained by performing multiple simulations of non-linear devices and finding the exact aggressors' switching point in their switching windows by a systematic searching mechanism. Multiple simulations of non-linear devices can be very time consuming. The present invention applies a pseudo superposition technique such that multiple simulations can be avoided. The level of accuracy obtained, using the super-position technique of the present invention is almost identical to rigorous searching methods. The present invention is also significantly faster than multiple simulation techniques.

For simplicity, the super-positioning technique of the present invention is discussed in conjunction with interconnect stage 200 illustrated in FIG. 2. Assuming linearity, super-positioning principle can directly be applied to stage 200. This means that the output response of primary net 210 for each input can be considered separately and the total output response is obtained by addition of these responses. It should be noted that, in the following discussion, it is assumed that the switching windows and slews of primary net 210 and aggressor net 220 are also known. Further, although only one aggressor net 220 is illustrated, it should be appreciated that the present invention is equally applicable to multiple aggressors.

According to the present embodiment, the primary net 210 and aggressor net 220 are coupled by the coupling capacitors 240. Because of this, the main portion of the output response is obtained from the switching of the primary net 210. The switching of input on aggressor net 220 creates bump-like voltage fluctuations on the output of primary net 210.

FIG. 5 shows the output responses for the interconnect stage 200 that illustrate different coupled waveforms generated by super-positioning different bump shifts over the primary waveform. In FIG. 5, main waveform 510 is generated by applying a single switching input to primary net 510 without switching the input of the aggressor net 220. Bump waveforms 520a–520e represent the crosstalk effect and are generated by switching the input of the aggressor net 220 at various aggressor switching points T1–T5 within an aggressor switching window. Waveforms 530a–530e represent the output responses of the circuit in the presence of crosstalk and are generated by super-positioning bump waveforms 520a–520e, respectively, over main waveform 510. As shown in FIG. 5, the waveform 530b has the worst delay among the coupled waveforms 530a–530e. Composite waveform 530b is generated by super-positioning bump waveform 520b over main waveform 510.

According to the present invention, the worst case switching time of the aggressors can be determined by finding the worst location of the bump waveforms, which would produce the maximum or minimum delay on the primary output. This problem can be mathematically described by equations 910 and 920 of FIG. 9.

In the equations 910 and 920, $Ts_i$ corresponds to time shift for each bump waveform, which are unknown and have to be calculated. The difference between $Tmin_i$ and $Tmax_i$ corresponds to the switching window of the aggressor.

Generally, faster input slews cause the absolute peak voltage of aggressor bump wave responses to be larger. Further, aggressor inputs can have various switching slews in their switching window. Lower edge of the aggressor switching window usually corresponds to the fastest input slew for that aggressor, because its associated with least amount of loading. In every other point in the aggressor switching window the input slew is larger than the lower edge slew value. For these points, the peak voltage of the

US 6,405,348 B1

11

bump-like waveform is smaller than the one corresponding to the lower edge input slew. Smaller aggressor bump peaks in the same switching window translate to smaller coupling effects for those switching inputs. For simplicity, however, it is assumed that each aggressor switches with its fastest switching slew possible in its switching window. This may create some pessimism in calculation of cross coupling effect, but this pessimism is quite acceptable, because of the level accuracy achieved.

According to an embodiment of the present invention, the worst case switching time of aggressor net **220** can be determined by a "bump envelope" method. Steps of the "bump envelope" method **600** according to an embodiment of the invention are illustrated in FIG. **6**.

As shown in FIG. **6**, at step **610**, the primary net and aggressor nets of an cross-coupled circuit model of an interconnect stage (e.g., stage **200**) are determined. In the present embodiment, the primary net and aggressor nets are identified based on primary/aggressor grouping information determined at other static timing analysis steps (e.g., step **306**). For simplicity and for purposes of illustration,, it is assumed that the cross-coupled circuit being analysed contains only one primary net and one aggressor net in the following discussion. However, it should be noted that the present invention is equally applicable to primary nets that are associated with more than one aggressor nets.

At step **620**, a simulation step is carried out for determining the primary waveform of the output response of the cross-coupled circuit by switching the input of the primary net. An exemplary primary waveform **710** is illustrated in FIG. **7A**.

At step **630**, a simulation step is carried out for determining the bump-like waveform on the primary net caused by switching the input of the aggressor net. An exemplary bump-like waveform **720** is also shown in FIG. **7A**. It should be noted that the exemplary bump-like waveform **720** is caused by switching the input of the aggressor net at time, t, equals zero, and that it takes $\Delta t$ nanoseconds for the bump-like waveform to reach its peak.

According to the present embodiment, if the cross-coupled circuit includes multiple aggressor nets, then the inputs of the aggressors are switched one at a time to determine multiple bump-like waveforms.

Then, at step **640**, a "bump envelope" waveform for each aggressor is determined. According to to the present embodiment, bump envelopes are obtained by stretching the bump-like waveform (e.g., waveform **720**) for the size of the switching window. An exemplary bump envelope waveform **730** is illustrated in FIG. **7B**. It should be noted that in the present embodiment, the switching window is determined by other static timing analysis processes and steps (e.g., step **320** of FIG. **3**).

If multiple aggressors are present in the cross-coupled circuit, then each bump-like waveform is stretched to form a bump envelope waveform. Then, at step **645**, all the bump envelope waveforms are combined to form an accumulative bump envelope.

At step **650**, a composite waveform is determined by super-positioning the bump envelope waveform (or the accumulative bump envelope) over the primary waveform to generate a composite waveform. An exemplary composite waveform **740** is illustrated in FIG. **7C**.

Thereafter, at step **660**, the delay threshold voltage crossing point of the composite waveform is determined. As illustrated in FIG. **7C**, the delay threshold voltage crossing point **742** corresponds to the point where the composite waveform **740** crosses a threshold voltage **744**. According to

12

the present embodiment, this delay value equals the maximum/minimum delay, $T_{min/max}$, achievable by the cross-coupled interconnect stage, assuming linearity. It should be noted that a maximum delay is achieved when the primary net and the aggressor net are switching in opposite directions and a minimum delay is achieved when the primary net and the aggressor net are switching in the same direction.

Then, at step **680**, the times needed for each aggressor response to reach its peak voltage point (e.g., $\Delta t$) are then subtracted from the minimum/maximum delay (e.g., $T_{min/max}$) to produce each aggressor's switching time. In some cases, these points might end-up outside of the aggressor's switching window. In these cases, the nearest switching point in the window will be used as its substitute. The switching time of an exemplary bump-like waveform **760** is labeled Tsw in FIG. **7C**.

At step **690**, an exact simulation is performed using the aggressor switching times determined at step **680**. The exact simulation is performed to take into account non-linearity behavior of the drivers. An exemplary output waveform **750** generated by the exact simulation step **690** is also illustrated in FIG. **7D**.

At step **695**, the stage delay, output slew and output waveform calculated at step **690** are recorded in a path timing report. The output waveform is propagated as the stimulus for simulation of subsequent stages. Thereafter, the process **600** ends.

According to the present embodiment, accurate results can be achieved by the bump envelope method when the output voltage of the coupled stage is monotonic. As mentioned before, delay measurement criterion could be based on the-first or last time that a output voltage waveform passes a delay threshold. In order to keep the delay measurement consistency, a single measurement method is applied for the whole circuit.

As long as the input and output voltage waveform of a stage are monotonic, for both delay measurement techniques, the optimization criterion for bump envelope method is the same. Thus, the calculated results for different delay measurement methods are identical. If input or output voltage waveforms are non-monotonic, then the bump envelope method optimization criterion for first and last threshold crossing would be different. Therefore the reported delay values would also be different. In special cases, with non-monotonic waveforms, results generated by bump envelope method slightly looses their accuracy. Table 1 below gives a description of different cases possible for bump envelope method, when non-monotonic waveforms are present.

TABLE 1

| Primary's Switching Direction | Aggressor's Switching Direction | First Delay Threshold Crossing | Last Delay Threshold Crossing |
|---|---|---|---|
| Rising | Rising | Exact | Over Estimate |
| | Falling | Under Estimate | Exact |
| Falling | Rising | Under Estimate | Exact |
| | Falling | Exact | Over Estimate |

Worst case aggressor switching time can also be determined by a "brute force" method. The "brute force" method uses brute force searching techniques to find the optimal switching points of the aggressors.

First step of the brute force method is to obtain the primary waveform and aggressors bump-like voltage waveforms. Then, with shifting these bumps, the maximum/minimum values of the aggressor bump-like waveforms are

US 6,405,348 B1

13

14

aligned and added together to obtain a bump composite waveform. The bump composite waveform is shifted with a delay Ts, and then it is added to primary waveform of the primary net. Then, the delay of this waveform is found by determining the threshold voltage crossing point. Same procedure is executed for different values of Ts. Using an intelligent searching technique, the worst case delay Ts is found with limited number of iterations. With Ts found, the switching point of each aggressor can then be calculated. At the end, based on these aggressor switching points, an accurate coupled stage simulation is executed to account for the non-linearity effects and the output delay, slew and voltage waveform is recorded. Finally, the next stage on the path is simulated with the recorded waveform as its input.

Prior art techniques involve using the bumps' peak values to find the maximum/minimum delay associated with the coupled system. Employing bump peaks will produce correct results only if the summation of these peaks is less than the delay threshold voltage. Another restriction of this method is that primary and aggressor output windows should be fully overlapped. This means, if an aggressor doesn't have its maximum contribution (e.g. the primary/aggressor windows have partial overlap), then the correct delay can't be found by this method. These restrictions are eliminated when bump envelope method of the present embodiment and/or brute force method are used.

Both the bump envelope method and the brute force searching method do not rely on the switching windows. However, the knowledge of the windows will decrease the amount of pessimism involved in using these methods. Bump envelope method is very fast and the brute force method is very accurate. Combination of the two methods preserve speed and accuracy together.

If a quick static timing analysis of critical paths is necessary, then estimation methods should be used. However, if high accuracy is demanded then the accurate methods should be used.

### VI. Logic Relations Between Primary Net and Aggressor Nets

One of the most important issues, that has to be considered when using the aforementioned worst case crosstalk calculation technique is the logic relations among primary and aggressor circuits. FIGS. 8A and 8B illustrate examples of different logic relations among primary and aggressor circuits. As illustrated in FIG. 8A, which is typical case buffer insertion for long lines, nodes a1 and a2 of circuit 810 are working as aggressors for node p1. If the crosstalk calculation methodology ignores the logic relations between a1 and a2, it might generate either very pessimistic or very optimistic results.

Another example of logic relations between primary and aggressors is presented in FIG. 8B. As shown, node a8 of circuit 820 is an aggressor for node p3. Both nodes a8 and p3 have switching windows associated with them. However, as it can be seen because of convergence node a5 in the circuit, switching point of a8 can be exactly specified, within its switching window. If this fact is taken into consideration, then the amount of pessimism related to worst case aggressor switching time would be minimized.

The present invention, a methodology for static timing verification of integrated circuits in the presence of crosstalk, has thus been disclosed. The present invention allows the effects of cross coupled interconnects to be considered in deep sub-micron static timing analysis. In addition, the present invention provides methods to calculate worst case aggressor switching time. Although embodiments

of the present invention are specifically described with respect to transistor-level static timing analysis, it should be noted that the present invention is equally applicable to cell-level static timing analysis. Further, while the present invention has been described in particular embodiments, it should be appreciated that the present invention should not be construed as limited by such embodiments, but should be construed according to the claims below.

What is claimed is:

1. In a computer system, a method of analysing crosstalk effects on interconnects of an integrated circuit design represented as a netlist, the method comprising the steps of:

a) accessing a netlist and identifying a cross-coupled circuit contained therein, wherein said cross-coupled circuit includes a primary net and an aggressor net;

b) generating a primary waveform of said cross-coupled circuit;

c) generating a bump-envelope waveform of said cross-coupled circuit;

d) super-positioning said primary waveform over said bump-envelope waveform to generate a composite waveform;

e) determining a threshold voltage crossing point of said composite waveform; and

f) determining a worst case aggressor switching time based on said threshold voltage crossing point.

2. A method as recited in claim 1 further comprising the steps of:

generating an output waveform by re-simulating said cross-coupled circuit with said worst case aggressor switching time; and

determining a non-linear worst case delay of said output waveform.

3. A method as recited in claim 2 further comprising the step of determining a slew of said output waveform.

4. A method as recited in claim 3 further comprising the step of generating a path timing report containing said non-linear worst case delay and said slew.

5. A method as recited in claim 1 wherein said step (b) comprises the step of switching an input of said primary net.

6. A method as recited in claim 1 wherein said step (c) comprises the steps of:

generating a bump waveform by switching an input of said aggressor net; and

forming said bump-envelope waveform by stretching said bump waveform along a predetermined aggressor switching window.

7. A method as recited in claim 5 wherein said step (f) comprises the steps of:

determining a time delay required for said bump waveform to reach a peak voltage; and

determining said worst case switching time by substracting said time delay from said threshold voltage crossing point.

8. A computer-readable medium having contained therein computer-readable codes for causing a computer-implemented electronics design automatic (EDA) to perform a method of analysing crosstalk effects on interconnects of an integrated circuit design represented as a netlist, the method comprising the steps of:

a) accessing a netlist and identifying a cross-coupled circuit contained therein, wherein said cross-coupled circuit includes a primary net and an aggressor net;

b) generating a primary waveform for said cross-coupled circuit;

US 6,405,348 B1

15

c) generating a bump-envelope waveform of said cross-coupled circuit;

d) super-positioning said primary waveform over said bump-envelope waveform to generate a composite waveform;

e) determining a threshold voltage crossing point of said composite waveform; and

f) determining a worst case aggressor switching time based on said threshold voltage crossing point.

9. A computer-readable medium as recited in claim 8 wherein said method further comprises the steps of:

generating an output waveform by re-simulating said cross-coupled circuit with said worst case aggressor switching time; and

determining a non-linear worst case delay of said output waveform.

10. A computer-readable medium as recited in claim 9 wherein said method further comprises the step of determining a slew of said output waveform.

11. A computer-readable medium as recited in claim 10 wherein said method further comprises the step of generating a path timing report containing said non-linear worst case delay and said slew.

12. A computer-readable medium as recited in claim 8 wherein said step (b) of said method comprises the step of switching an input of said primary net.

13. A computer-readable medium as recited in claim 8 wherein said step (c) of said method comprises the steps of:

generating a bump waveform by switching an input of said aggressor net; and

forming said bump-envelope waveform by stretching said bump waveform along a predetermined aggressor switching window.

14. A computer-readable medium as recited in claim 13 wherein said step (f) of said method further comprises the steps of:

determining a time delay required for said bump waveform to reach a peak voltage; and

determining said worst case switching time by substracting said time delay from said threshold voltage crossing point.

15. A computer-implemented electronics design automation (EDA) system comprising:

means for accessing a netlist representative of an integrated circuit design;

means for identifying a cross-coupled circuit contained within said netlist, wherein said cross-coupled circuit includes a primary net and an aggressor net;

first simulation means for generating a primary waveform of said cross-coupled circuit;

second simulation means for generating a bump-envelope waveform of said cross-coupled circuit;

means for super-positioning said primary waveform over said bump-envelope waveform to generate a composite waveform;

first calculation means for determining a threshold voltage crossing point of said composite waveform; and

second calculation means for determining a worst case aggressor switching time based on said threshold voltage crossing point.

16. A system as recited in claim 15 further comprising:

means for generating an output waveform by re-simulating said cross-coupled circuit with said worst case aggressor switching time; and

16

means for determining a non-linear worst case delay of said output waveform.

17. A system as recited in claim 16 further comprising means for determining a slew of said output waveform.

18. A system as recited in claim 17 further comprising means for generating a path timing report containing said non-linear worst case delay and said slew.

19. A system as recited in claim 15 wherein said first simulation means comprises means for switching an input of said primary net.

20. A system as recited in claim 15 wherein said second simulation means comprises:

means for generating a bump waveform by switching an input of said aggressor net; and

means for forming said bump-envelope waveform by stretching said bump waveform along a predetermined aggressor switching window.

21. A system as recited in claim 20 wherein said second calculation means comprises:

means for determining a time delay required for said bump waveform to reach a peak voltage; and

means for determining said worst case switching time by substracting said time delay from said threshold voltage crossing point.

22. In a computer system, a method of analysing crosstalk effects on interconnects of an integrated circuit design represented as a netlist, the method comprising the steps of:

a) accessing a netlist and identifying a cross-coupled circuit contained therein, wherein said cross-coupled circuit includes a primary net and a plurality of aggressor nets;

b) generating a primary waveform of said cross-coupled circuit;

c) generating bump-envelope waveforms of said cross-coupled circuit;

d) generating an accumulative bump-envelope by super-positioning said bump-envelope waveforms;

e) super-positioning said primary waveform over said accumulative bump-envelope to generate a composite waveform;

f) determining a threshold voltage crossing point of said composite waveform; and

g) determining a plurality of worst case aggressor switching times each corresponding to a respective one of said plurality of aggressor nets based on said threshold voltage crossing point.

23. A method as recited in claim 22 further comprising the steps of:

generating an output waveform by re-simulating said cross-coupled circuit with said plurality of worst case aggressor switching times; and

determining a non-linear worst case delay of said output waveform.

24. A method as recited in claim 22 further comprising the step of determining a slew of said output waveform.

25. A method as recited in claim 24 further comprising the step of generating a path timing report containing said non-linear worst case delay and said slew.

26. A method as recited in claim 22 wherein said step (b) comprises the step of switching an input of said primary net.

27. A method as recited in claim 22 wherein said step (c) comprises the steps of:

US 6,405,348 B1

17

generating a respective bump waveform by switching an input of one of said plurality aggressor nets; and

forming one of said plurality of bump-envelope waveforms by stretching said respective bump waveform along a predetermined aggressor switching window.

**28**. A method as recited in claim **27** wherein said step (g) comprises the steps of:

18

determining a time delay required for said respective bump waveform to reach a peak voltage; and

determining a respective one of said worst case switching times by substracting said time delay from said threshold voltage crossing point.

\* \* \* \* \*

# EXHIBIT 7

Case3:13-cv-02965-MMC   Document10   Filed08/29/13   Page70 of 171

US006507941B1

(12) **United States Patent**
Leung et al.

(10) Patent No.: **US 6,507,941 B1**
(45) Date of Patent: **Jan. 14, 2003**

(54) **SUBGRID DETAILED ROUTING**

(75) Inventors: **Hardy Kwok-Shing Leung**, San Jose, CA (US); **Raymond X. Nijssen**, San Jose, CA (US)

(73) Assignee: **Magma Design Automation, Inc.**, Cupertino, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/301,143**

(22) Filed: **Apr. 28, 1999**

(51) Int. Cl.$^7$ ............................................. **G06F 17/50**
(52) U.S. Cl. ............................................. **716/14**; 716/13
(58) Field of Search ........................... 716/1, 2, 12, 13, 716/14

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 4,615,011 A | * | 9/1986 | Linsker ....................... 364/491 |
| 4,855,929 A | | 8/1989 | Nakajima |
| 5,583,788 A | | 12/1996 | Kuribayashi |
| 5,636,129 A | | 6/1997 | Her |
| 5,657,242 A | * | 8/1997 | Sekiyama et al. .......... 364/491 |
| 5,677,847 A | * | 10/1997 | Walling ...................... 364/488 |
| 5,793,643 A | | 8/1998 | Cai |

FOREIGN PATENT DOCUMENTS

| WO | WO 98/41938 | 9/1998 |

* cited by examiner

Primary Examiner—Matthew Smith
Assistant Examiner—Leigh Marie Garbowski
(74) Attorney, Agent, or Firm—Pillsbury Winthrop LLP

(57) **ABSTRACT**

Disclosed is a subgrid detailed router that performs searches for wire locations at the grid level. Once a solution is found, the wire is placed in a based upon a finer subgrid. Specifically, the present invention includes subgrids that in a preferred embodiment have a resolution that is 16X greater than the resolution of the conventional grids. This increased resolution is useful for improving routing density with variable width and variable spacing designs. In operation, the subgrid detailed router of the present invention searches at the grid level for potential wire paths using a code associated with each grid. This code contains data corresponding to each of the subgrids, such that upon completion of a routing a net, information exists that allows for the placement of the net at locations corresponding to the subgrid that has finer resolution than the grid which was used to implement the routing search. Thus, the present invention is as efficient as conventional grid based routers in finding an appropriate path.

**45 Claims, 18 Drawing Sheets**





# FIG. 1
(PRIOR ART)



FIG. 2A (PRIOR ART)



FIG. 2B (PRIOR ART)



FIG. 3
(PRIOR ART)



Case3:13-cv-02965-MMC   Document1   Filed06/26/13   Page76 of 171



**FIG. 5**
(PRIOR ART)

Case3:13-cv-02965-MMC   Document1   Filed06/26/13   Page77 of 171



FIG. 6

U.S. Patent

Jan. 14, 2003

Sheet 8 of 18

US 6,507,941 B1



FIG. 7

22

| | | |
|---|---|---|
| 0000 0000 0000 0000 | 0000 0000 0000 1100 | 1100 1100 1100 0000 |
| 1111 1111 1111 0000 | 0000 0000 0000 0111 | 0111 0111 0111 0000 |
| 0111 1111 1111 1110 | 1110 0000 0000 0000 | 0000 0000 0000 0000 |
| 0000 0011 0011 0011 | 0011 0000 0000 1110 | 1110 1110 0000 0000 |
| 0000 0000 0000 0000 | 0000 0000 0000 0011 | 0011 0011 0011 0000 |
| 0000 0000 0000 0000 | 0000 0000 0000 0000 | 0000 0000 0000 0000 |

10

FIG. 8



FIG. 9C
(PRIOR ART)

FIG. 10C

FIG. 9B
(PRIOR ART)

FIG. 10B

FIG. 9A
(PRIOR ART)

FIG. 10A






FIG. 13B



FIG. 13A

U.S. Patent

Jan. 14, 2003

Sheet 13 of 18

US 6,507,941 B1



FIG. 14A

FIG. 14B

FIG. 14C

FIG. 14D

U.S. Patent

Jan. 14, 2003

Sheet 14 of 18

US 6,507,941 B1

**FIG. 14E**

| 0000 | 0000 | 0000 |
|------|------|------|
| 0000 | 0000 | 0000 |
| 1111 | 1110 | 0000 |
| 0000 | 0010 | 0000 |
|      |      |      |
| 0000 | 0010 | 0000 |
| 0000 | 0011 | 1111 |
| 0000 | 0011 | 1111 |
| 0000 | 0011 | 1111 |

14J   22-1   22-2   22-3

14I                    14K

| 0000 | 0000 | 0000 |
|------|------|------|
| 0000 | 0000 | 0000 |
| 1111 | 1110 | 0000 |
| 0000 | 0010 | 0000 |
| 0000 | 0010 | 0000 |
| 0000 | 0011 | 1111 |
| 0000 | 0011 | 1111 |
| 0000 | 0011 | 1111 |

16

22-4   22-5   22-6

**FIG. 14F**



14J

14K

14I

16



FIG. 15

FIG. 16

FIG. 17

U.S. Patent

Jan. 14, 2003

Sheet 16 of 18

US 6,507,941 B1

FIG. 18A



Input Netlist Data — 100

Determine 3D
Grid-Subgrid — 102

Set Subgrid Indicia
to "1" — 104

Generate Rectangles
Representing Obstacles — 106

Obtain Data for Net
to be Routed — 108

Calculate WMAP
and VMAP — 110

U.S. Patent

Jan. 14, 2003

Sheet 17 of 18

US 6,507,941 B1



FIG. 18B

U.S. Patent     Jan. 14, 2003     Sheet 18 of 18     US 6,507,941 B1



FIG. 19

US 6,507,941 B1

1

# SUBGRID DETAILED ROUTING

## FIELD OF THE ART

The present invention relates to a router for use in fabricating integrated circuit chips, and, more specifically, a subgrid detailed router

## BACKGROUND OF THE RELATED ART

In the art of integrated chip layout, routing is the term used describe placing wires into locations on an integrated circuit chip. There are two conventional approaches to detailed routing, which are grid based routing systems, and gridless routing systems.

Prior to discussing detailed routing, it is helpful to put in context the overall design steps that are conventionally implemented when fabricating the physical design of an integrated circuit chip using a physical design system. As illustrated in FIG. 1, the overall design flow of the physical design includes receiving a cell level netlist, as shown in step 2. Thereafter, this cell level netlist is used to determine the placement of modules that exist within the netlist into locations on the chip, shown as step 4. Modules will contain information relating to a combination of logical functions, and will include the pin and obstacle information needed for routing purposes. The netlist will also contain information relating to the various different pins that need to be interconnected. Thereafter, in a global routing step 6, a global routing grid (that may have been implemented in the placement step), is used to route various wires between pins of modules that traverse paths over several global routing grids. In a following detailed routing step 8, a detailed routing grid (or simply routing grid hereafter) is implemented, typically at a higher resolution than the previously discussed global routing grid, and the detailed placement of wires is performed. The output of the detailed routing step 8 is an integrated circuit fabrication mask.

In a conventional grid based detailed routing system, each of the different layers of an integrated circuit chip is represented in the detailed routing grid. The detailed routing grid is a 3D representation, with each of the different layers of the integrated circuit needed for routing purposes having a uniform area that is subdivided into the routing grids previously discussed, thereby forming a grid pattern for each layer. FIG. 2A illustrates one layer of such a 3D routing grid, in which that layer is subdivided into a grid pattern 10 having separate grids 12 of uniform size. This uniform size of the grids 12 is typically determined by the minimum width of the wires that can be obtained plus the minimum spacing that must be maintained between adjacent wires and/or vias.

The 3D routing grid will have layers corresponding to the different routing layers. As shown in FIG. 2B, a typical integrated circuit will have at least a semiconductor layer, and three wiring layers, such as HVH wiring layers, which stands for horizontal, vertical and horizontal wiring. In HVH wiring, one wiring layer (H1) is generally used to make horizontal traversals, another wiring layer (V) is generally used to make vertical traversals, and another layer (H2) is generally used to make horizontal traversals. Using these different wiring layers, and vias that interconnect adjacent layers together, pins of modules that need to be interconnected can be connected together using the 3D routing grid.

When performing detailed routing, the detailed router receives chip technology description data and data that has been generated as a result of the global routing step, which

2

describe data including the number of layers (levels) on which rectangles representing wires can be generated, the minimum allowed width of any part of the path of rectangles, and the minimum allowed separation between any non-electrically-connected rectangles, as is conventionally known.

In detailed routing, data associated with the various modules is received. For detailed routing purposes, the detailed router interprets this information either as a pin or an obstacle. For any set of pins being interconnected, those pins are not obstacles, but other pins, and other wires that have been previously generated, as well as other obstacles, must be avoided in order to avoid a short circuit. Each of these pins and obstacles is represented as a set of rectangular shapes and will have an associated position and associated layer that is maintained in the database.

Various conventions are used for the representation of pins, wires (or nets) and obstacles in a grid. A common convention—called the centerline convention—is that the grid describes the acceptable location for the centerline of the paths that is used during the expansion process to determine the path of a net. When a net is routed, the path must stay away from existing obstacles, such as other wires, vias, and pins of other nets that have been previously placed in the 3D routing grid. In order to stay away from these obstacles, they are modeled by marking certain grid points as invalid. Thus, every intersection of the horizontal and vertical equidistant gridlines is tracked as a position to which the center of a square of a net to be routed may be assigned when legal. Such an assignment is legal if the square centered on the grid point has legal separation with respect to all other rectangles not associated with the net currently being routed. It may require traversals over several proposed paths before a successful traversal results in a placement location being found

FIG. 3. illustrates a representation of a portion of a routing grid and the obstacles and pins associated therewith. As can be seen, associated with one module are pins 12A and 12b, and obstacles 14A and 14B. Associated with another module are Pins 12C and 12D; and obstacles 14C and 14D. Furthermore, the region marked 14E shows the interconnection of the pins 12B and 12C. Thus, for interconnections of other nets, the region marked 14E will also be an obstacle.

Using a list of the different pins that need to be connected, the detailed router will traverse a path from the initial pin location (such as pin 12B in FIG. 3, to an endpoint pin location (such as pin 12C In reply to FIG. 3). It should be noted that in many cases, there exist many different possible connection locations to which the endpoint pin location can legally go, and once the detailed router finds a first such endpoint pin location, it has completed its task for that net, and will then move onto routing the next net. It should be noted that provision is also made for routing vias that connect conductors that exist at different adjacent levels and are used to form a single wire.

With that background description of grid based routing in mind, it will be appreciated that detailed routing grids are represented as a set of grid points and a set of edges between adjacent grid points. A so-called cost value is associated with every edge. Thus, detailed routing is a combinatorial optimization with the objective being to find a path of vertices between not yet connected features that are part of the net, including its pins. One manner in which to find the path between two points in a grid (such as two pins of different modules that need to be connected) can be found using a shortest path algorithm such as Dijkstra's shortest path

US 6,507,941 B1

3

algorithm. Routers that operate in the above-described manner are known as Lee-type routers.

In a detailed router, obstacle and wire congestion modeling analyses are also used in grid based routing systems to increase the likelihood that the particular wire placement determined during the global routing stage can actually be implemented at a finer level (i.e., within a portion of the grid in which it was placed). However, regardless of the effort put into these modeling techniques, they are either too optimistic at the expense of routing completion or too pessimistic at the expense of density. Thus, as integrated circuits become more complex and deep submicron designs proliferate, conventional grid based routing systems are not able to implement all of the design requirements. For example, in deep submicron designs, it is desirable to have wires having different and non-uniform widths and spacings. While a grid based routing system will permit different and non-uniform wire widths and spacings in certain circumstances, the constraints that occur as a result make it undesirable to implement different and non-uniform wire widths and spacings in such systems.

From the above description, it will also be apparent that the choice of the routing grid is extremely important, as it affects the packing efficiency, which measures how tightly the wires can be packed, with the constraint that the centerlines of the wires are on the chosen grid, compared to the packing in a gridless world. Suppose the width and spacing are both 0.4 $\mu m$ (0.4 microns) on all layers, as illustrated in FIGS. **4A** and **4B**. Then a natural routing grid has track separations of 0.8 $\mu m$ (both horizontally and vertically) as illustrated in FIG. **4C**, and adjacent wires can be packed at 100% packing efficiency. However, if the routing grid is chosen to be 0.6 $\mu m$ or 1.2 $\mu m$, as illustrated in FIGS. **4D** and **4E**, then the wires can only be packed at 66% packing efficiency. If the routing grid is chosen to be 0.4 $\mu m$, the wires can be maximally packed at 100%, but the size of the grid is quadrupled (doubled in each direction).

Accordingly, when width and spacing on different layers and different wires exists, the choice of the routing grid becomes even more difficult, as it will have a direct impact on the packing efficiency. In practice, existing grid-based routers require the routing grid, as well as the width and spacing of all nets to be chosen a priori, and are not subjected to change. When there are a variety of net-dependent width and spacing requirement, often time the worst-case values are chosen. The loss in packing efficiency due to improper matching between the routing grid and the width and spacing is called fragmentation. The process of determining the correct width (per layer), spacing (per layer), and routing grid to be used throughout routing is called pitch matching. Poor pitch matching results in significant degradation in quality and runtime of grid-based maze routing algorithms.

Also, one of the significant constraints on grid based routing systems, particularly for more complex designs, is the time that it takes to perform routing. When designs were simpler, the size of the grid—the separation between adjacent grid points—could be made relatively large, and, therefore, the time that it took to determine traversal paths was relatively short. Thus, for less complex semiconductor designs, grid based routing systems have been adequate and routing completion was obtained within acceptable time periods.

As designs have become more complex, however, it is not a simple matter to just reduce the size of the grid, since reducing the size of the grid brings with it a significant

4

increase in the number of grid points, and hence a significant increase in the time needed to traverse a path. For instance, by taking a grid that was previously a single grid square per unit area and making that same grid square a quadruple in both the horizontal and vertical dimensions, thereby resulting in a grid having the resolution illustrated in FIG. **5**. As compared to FIG. **2A**, this results in a 16X increase in the number of grid points, and hence a significant increase in the runtime of the maze router used to determine a path. Such an increase in time is not a practical solution, since designers are unwilling to wait such long periods in order for the routing to occur.

The other approach that has been used for routing is known as a gridless routing system. As it is implied by the name gridless, such routing does not use a grid for routing, but instead keeps track of all of the obstacles based upon their location with respect to each other. Such a gridless routing system theoretically has as an advantage in that it can find a path that does not have to adhere to a predefined routing grid, as in the case of a grid-based router. While this theoretical advantage exists, such systems are technically complex and complicated, do not typically perform as well as expected, and are typically slow, especially as the integrated circuit that is being routed becomes more and more complex.

As a result of the complexity of gridless routing systems, attempting to modify them to perform even more sophisticated design requirements is not practicable.

Accordingly, a routing system that can correctly route a path in a reasonable period of time is still needed.

SUMMARY OF THE INVENTION

It is an object of the present invention to implement a router that can efficiently route wires that have variable widths and spacings.

It is an object of the present invention to implement a router that has the efficiency of a conventional maze router for path expansion;

It is an object of the present invention to implement a router that has greater resolution than conventional grid based routers while not requiring an increase in runtime as compared to conventional grid based routers.

It is a further object of the invention to implement a router that guarantees a path exists at a finer subgrid level once a traversal path determined at the grid level is found.

It is still a further object of the present invention to provide for an increased probability that there exists an adequate pitch match between adjacent layers.

It is yet another object of the present invention to be able to more efficiently operate upon obstacles that have edges that do not fall on grid level boundaries.

The present invention attains the above-recited objects of the present invention, among others, by implementing a detailed subgrid router that performs searches for wire locations at the grid level. Once a solution is found, the wire representation is made based upon a finer subgrid. Due to the manner in which the search is performed at the grid level, the present invention guarantees that a path for that wire will exist at the finer subgrid level. The rectangles representing the wire is then stored in the database that includes the other corresponding information, so that it can be treated as an obstacle when routing a subsequent wire. Specifically, the present invention includes subgrids that in a preferred embodiment have a resolution that is 16X greater than the resolution of the conventional grids. This increased resolu-

5

tion is useful for improving routing density with variable width and variable spacing designs.

In operation, the subgrid detailed router of the present invention searches at the grid level for potential wire paths using a code associated with each grid. This code contains data corresponding to each of the subgrids, such that upon completion of a routing a net, information exists that allows for the placement of the net at locations corresponding to the subgrid that has finer resolution than the grid which was used to implement the routing search. Thus, the present invention is as efficient as conventional grid based routers in finding an appropriate path.

## BRIEF DESCRIPTION OF THE DRAWINGS

The above and other objects, features, and advantages of the present invention are further described in the detailed description which follows, with reference to the drawings by way of non-limiting exemplary embodiments of the present invention, wherein like reference numerals represent similar parts of the present invention throughout several views and wherein:

FIG. 1 illustrates an overview of a conventional place and route process used in the physical design for the fabrication of integrated circuit chips;

FIG. 2A illustrates a conventional grid used in on layer of a conventional 3D grid-based routing system;

FIG. 2B illustrates representations different physical layers corresponding to the layers of a conventional 3D grid-based routing system;

FIG. 3 illustrates a top view of the representation of the pins, obstacles and wires used in a conventional routing system;

FIGS. 4A–4E illustrate the property of grid selection, packing efficiency and fragmentation;

FIG. 5 illustrates a conventional grid used in a conventional grid-based routing system that has 16 times the resolution of the grid illustrated in FIG. 1'

FIG. 6 illustrates a block diagram of the subgrid-detailed router according to the present invention;

FIGS. 7 and 8 each illustrate different aspects of subgrids according to the present invention;

FIGS. 9A–9C illustrate the process of conventional grid based routing;

FIGS. 10A–10C illustrate the process of subgrid detailed routing according to the present invention;

FIGS. 11A–11B and 12A–12B illustrate different manners of abstracting wire widths and spacing in a grid based routing system

FIGS. 13A–13B illustrate a manner of abstracting wire widths and spacing in the subgrid detailed router according to the present invention;

FIGS. 14A–14F illustrate the an aspect of the data representation process according to the subgrid detailed routing according to the present invention;

FIGS. 15A–15F illustrate examples of grids that satisfy the single component assumption according to the present invention;

FIGS. 16A–16F illustrate examples of grids that do not satisfy the single component assumption according to the present invention;

FIG. 17 illustrates the process of altering a grid that does not satisfy the single component assumption into a grid that satisfies the single component assumption according to the present invention;

6

FIGS. 18A–B illustrates a flowchart of the process of the subgrid-detailed router according to a preferred embodiment of the present invention; and

FIG. 19 illustrates the process of determining whether a path can be extended from one grid to an adjacent second grid by performing a bitwise AND operation between adjacent subgrids of the two said grids.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention implements a routing approach that handles variable widths and spacing in a simple, intuitive manner. As shown in FIG. 6, the present invention is implemented in a computer system, such as an Intel processor based computer system running on a Unix operating system platform. The present invention is implemented as a sequence of coded program instructions, preferably written in an object oriented programming language such as C++. In operation, the present invention is run as a router application program, described in detail hereinafter, that accepts data corresponding to the desired characteristics of the integrated circuit chip, typically known as a netlist that represents the nets, modules, and pins as described previously, and operates upon this data to determine the placement of wires in an integrated circuit chip representation, thereby resulting in routing data that is output from the router.

As shown in the concept diagram of FIG. 7, the router 20 according to the present invention is grid based, and for a bounded area 10 has grids 12 that have similarities to that of conventional grid based routing system. While the placement of modules be performed along with as in a conventional grid-based routing system, placement of modules can also be performed using a timing driven approach such as described in U.S. patent application Ser. No. 09/054,379 entitled Timing Closure Methodology filed on Apr. 2, 1998 in the U.S. Patent and Trademark Office, the contents of which are expressly incorporated by reference herein. Further, the routing of wires can also be incorporated with the routing system described in U.S. patent application Ser. No. 09/054,319 entitled Method of Designing a Constraint Driven Integrated Circuit Layout filed on Apr. 2, 1998 in the U.S. Patent and Trademark Office, the contents of which are expressly incorporated by reference herein.

Unlike a conventional grid-based routing system, however, the present invention includes the concept of sub-grids, illustrated as fine grids or sub-grids 22. Within each grid there are a plurality of subgrids, illustrated in FIG. 7 as subgrids 22 in positions 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, A, B, C, D, E, and F.

FIG. 8 illustrates the subgrids 22 with the indicia that is associated with each subgrid and used to determine available locations in which to route a wire as will be explained in further detail hereinafter. As illustrated, a particular subgrid will have attributed to it an availability indicia in the preferred embodiment as a binary "1", and a non-availability indicia in the preferred embodiment as a binary "0". According to the present invention, this indicia is used to store representations of locations that are available or not for a wire to be placed. Indicia corresponding to the locations that a new wire is routed on will then change from a "1" to a "0" after that new wire is routed.

The present invention associates groups of these indicia together, such that there exists one code for each different grid. Accordingly, by using this code, the present invention is able to have the path finding algorithm, such as the Lee-type algorithm or BFS algorithm, use the grid as the

US 6,507,941 B1

7

search space when expanding from one grid to another in an attempt to find a legal set of locations that can be used to create a path, but is then able to place the wire, using the determined path, in a solution space that has locations based upon the subgrid.

The specifics of how the subgrids are used to implement the subgrid router according to the present invention will be described in further detail hereinafter. Initially, however, an example of the concept of the subgrid detailed router according to the present invention, and the advantages that result therefrom, will be introduced.

As mentioned previously with respect to FIGS. 4A–4E, using finer routing grids helps improve routing density. Finer routing grids have not been practical using conventional grid-based router, however, since the increase in runtime is a great disincentive to using finer grids.

According to the present invention, however, the subgrid detailed router performs searches for wire locations at the grid level, but once a solution is found, the wires are placed in locations on a subgrid level. An overview comparison with conventional routing will illustrate this point.

FIG. 9A illustrates a conventional routing grid and two pins that need to be connected. FIG. 10A illustrates the subgrid detailed router according to the present invention. It is noted that the resolution of the subgrids is 16X greater according to the present invention than the resolution of the conventional grids. This increased resolution, as will be described in further detail hereinafter, is useful for improving routing density with variable width and variable spacing designs.

FIG. 9B illustrates routing a net at the coarse level along the grid using a conventional router. FIG. 10B illustrates routing a net at the coarse level along the grid using the subgrid-detailed router of according to the present invention. Notably, both routers route at the same grid level. The primary difference is that whereas the conventional router searches based upon a single binary representation associated with each grid location, that the present invention searches using the code associated with each grid, as mentioned above. The use of searching using this code, rather than using the single binary representation, has extremely minimal impact on the overall runtime of the search. Thus, as will be described in further detail hereinafter, the present invention is as efficient as conventional grid based routers in finding an appropriate path.

FIG. 9C illustrates the result of the conventionally routed wire, whereas FIG. 10C illustrates the result of the wire routed using the subgrid-detailed router according to the present invention. It will be noted that the wire formed using the subgrid-detailed router has boundaries determined by the resolution of the subgrids, whereas the wire formed conventionally has boundaries determined by the resolution of the grid. The resultant wire spacing that can be accommodated according to the present invention, therefore, is more precise. It is this precision that allows the present invention to accommodate variable width and variable spacing designs.

In the overview provided above and as shown in FIG. 8, the preferred resolution of the subgrids 22 is 16 times that of the grid, in a 4×4 array within the subgrid. While lesser or greater resolutions, such as a 2×2, 3×3, 4×6, 5×5 , 2×8, 8×8 or other arrays for the subgrid 22 are within the intended scope of the present invention, it has been determined that a 4×4 array subgrid 22 provides sufficiently fine resolution to implement circuit designs have advanced design requirements such as variable width and spacing, without overly

8

increasing the complexity of the design, as well as the time that the implemented design takes to operate when being used.

It should be noted that each subgrid forms part of a row or column of subgrids. While each row or column does not need to be the same size, each of the subgrids within each row or column must have dimensions that conform to the dimensions of the row or column.

Details of the subgrid router according to the present invention will now be described. Before this description, however, a few more concepts will be introduced, which will facilitate in the overall understanding of the present invention.

One concept that will be further commented upon is that of reference point routing. As mentioned in the background section, in the centerline convention, the grid describes the acceptable location for the centerline of paths. Reference point routing, such as reference point routing using the centerline convention, is used so that the routing problem can be abstracted to a graph-theoretical problem of finding a least-cost path in a routing graph. This graph can be represented explicitly as a general graph, or implicitly as a 3D array of grid points with certain connectivity information between adjacent grid points. In either case, this abstraction transforms the problem of routing wires with nonzero width and nonzero spacing, into a point-to-point connection problem abstracting away the concept of width and spacing. This will be appreciated from the specific illustration provided below with respect to FIGS. 11A–B, 12A–B and 13A–B.

Consider a simplified planar routing problem with only a single width W and a single spacing S. The idea is that routing a wire with width W and spacing S is equivalent to routing a wire with zero width and spacing W/2+S. In other words, a routing path is represented by a sequence of "moves" of the reference point between adjacent grids. Each point in the path defines a square of width W with a certain offset with respect to the point.

For example, FIGS 11A and 11B illustrates routing a net with width W and spacing S Such a representation can, as noted above, be translated to routing a net with width 0 and spacing W/2+S, as illustrated in FIGS. 12A and 12B. The path found using the latter approach of FIGS. 12A–12B is equivalent to the centerline of the path found using the first approach of FIGS. 11A–11B.

The second approach of FIGS. 12A–12B can be transformed to a third approach, illustrated in FIGS. 13A and 13B. Suppose each obstacle R is bloated by W/2+S, and xl, xr, yb, yt are set as the coordinates of R. The bloating of R by B (a positive value) is defined to be the rectangle with coordinates xl–B, xr+B, yb–B, yt+B. Using this translation, the routing problem is simplified to finding a path of zero width and zero spacing, as shown by FIGS. 13A and 13B.

Each of the approaches described above with reference to FIGS. 11A–B, 12A–B and 13A–B are equivalent. The third approach of FIGS. 13A–B, also referred to hereinafter as reference point routing, allows the translation of a general variable-width variable-spacing routing problem into a simple problem of routing a reference point of zero width and zero spacing, with the appropriate among of bloating for each component (also referred to as obstacle). In particular, each obstacle will be bloated by W/2+S, where W is the width of the wire currently being routed, and S is the desired spacing between the wire currently being routed and the obstacle (the spacing can be obstacle-dependent). It should also be noted that in the preferred embodiment, the assumption is made that via bloating is at least as much as wire

US 6,507,941 B1

9                                                                         10

bloating. The implication is that the VMAP for vias always subsumes the WMAP for wires, as will become apparent from further descriptions of WMAP and VMAP hereinafter.

Another concept that will be further introduced is that of map building. As indicated previously, the present invention uses availability indicia to represent whether it is legal to place a wire at any given subgrid. Accordingly, a 3D map is made that represents whether each subgrid is available. In this regard, it should be noted that two different 3D maps are preferably made: one map that is used to track the locations of the subgrids where a wire of a square size of the given width can be legally placed there without causing design-rule violation with existing obstacles (called WMAP), and another map that is used to track the locations of the subgrids where a via of the given size can be legally placed there without causing design-rule violation with existing obstacles (called VMAP).

In addition to how the representation is made with respect to WMAP, also important is the determination that is used to obtain the representation, which is: A subgrid point at location (x, y, z) is wire-legal if and only if: A square wire of width W centered at (x, y, z) is design-rule-correct with respect to the existing obstacles.

By design rule correct is meant that this square has a distance of at least S from any obstacle. Whether a subgrid point is wire-legal or not is static information that is determined before routing the net, using, in the preferred embodiment of the invention, the following pseudocode:

```
for each subgrid point f do
    mark f as LEGAL;
end for
for each obstacle R do
    R=R bloated by W/2+S;
    for each subgrid point f covered by R do
        mark f as ILLEGAL;
    end for
end for
```

With respect to whether a subgrid point is design rule correct, in the preferred embodiment, if there are two rectangles that are touching (but not overlapping), any subgrid points on the common line will be marked as LEGAL. This can be expresses mathematically as: a point (x, y, z) is covered by a given rectangle R with coordinates xl, xr, yb, yt if and only if: $xl < x < xr$, and $yb < y < yt$, and R is on the layer z; where, x, y, and z are three dimensional coordinates and l, r, b, and t stand for left, right, bottom and top, respectively.

Using a similar representation, VMAP representations can be determined using the following: a given location(x, y, z) is via-legal if and only if: A via centered at (x, y) connecting layer z and layer z+l is design-rule-correct with respect to the existing layout geometries.

The final concepts that will be further elaborated upon before describing the overall process of the router according to the present invention are those of subgrid representation, wave expansion, and the single component assumption.

With respect to the grid representation, FIG. 7, previously described, illustrates the 16 different subgrids in a grid. The contents of locations **0, 1, 2, 3, 4, 5, 6, 7, 8, 9**, A, B, C, D, E, and F can be represented in a variety of ways. In the preferred embodiment, by convention, a row major scheme is used, with the lower-left (upper-right) corner of the grid represented by the least (most) significant bit. This allows the contents of the subgrids for each grid to be represented as four base-sixteen numbers, such that the number "F332" corresponds to the binary bit pattern 1111001100110010 and the subgrid pattern:

1111
0011

0011
0010

As mentioned previously, initially, all subgrid points are set to ones (LEGAL) on both the WMAP and the VMAP. As obstacles including wires are added and wires are added , rectangles representing these obstacles will be generated, as described hereinafter, and, subsequently, some of the ones will be set to zero (ILLEGAL) based on the algorithm as described above. FIGS. **14A–14C** illustrate the representation of obstacles **141**, **14J** and **14K** being added, respectively, to an area that is covered by six grids. In each of FIGS. **14A–14C**, an additional obstacles representation is added, which will ultimately cause additional subgrid indicia to be changed from a "1" to a "0". When the subgrid indicia is changed, so also does the code that represents the subgrid.

Another concept is the concept called the single component assumption (SCA). The significance of the single component assumption will become apparent in the following description. A grid will satisfy the single component assumption if the pattern of ones and zeros in the grid is such that every "one" in the pattern is reachable from any other "one" in the pattern. By reachable we mean there exists a consequence sequence of adjacent "ones" from the first one to the last one. FIGS. **15A–F** illustrate grid patterns that satisfy the SCA and FIGS. **16A–F** illustrate patterns that do not satisfy the SCA.

With SCA, all legal subgrids in a grid truly form a group, because they are reachable from each other. Once a particular subgrid is known as being reachable, it is therefore known that all legal subgrids in the same grid are reachable.

In practice, most patterns that appear after map building satisfy the SCA. Patterns that do not satisfy SCA, however, can be converted to patterns that satisfy SCA. The process—called SCA-ification—works by turning some one's into zeros until the pattern satisfies the SCA. This process can be performed in constant time by table-lookup. An example of SCA-ification is illustrated in FIG. **17**. SCA-ification can be easily implemented using a lookup table that maps each possible configuration ($2^{16}$) to a single component subset. This can first be done for the WMAP, while tracking all the grid points with such problem by saving their old bitmasks. Then, the VMAP is updated together with the WMAP, since at the end there is the need to ensure that (1) each subgrid in the VMAP is subsumed by the corresponding subgrid in the WMAP, and (2) each grid in the WMAP/VMAP satisfies SCA. It is noted that since it is assumed that the number of SCA-violated grids is very small, keeping track of them is not very expensive. Once routing is complete, the SCA fixes are undone so that WMAP and VMAP are restored to their previous state. This is important if it is desired to reuse WMAP and VMAP or to perform incremental updates.

Now that the above concepts have been introduced, the detailed subgrid routing process according to the present invention can now be succinctly stated. In particular, once WMAP and VMAP have been computed, all legal path locations can be determined by the maze router. Thus, the maze router can perform a maze expansion to find the connection between the terminals of the nets.

Typically, the goal of the maze expansion is to find a design-rule-correct path that runs from a source to a destination. Since the WMAP and VMAP capture the design-rule correctness of putting wires or vias at every single subgrid locations, if there exists a sequence of adjacent subgrid points that are wire-legal and via-legal, then such sequence describes a design-rule correct centerline path from the source to the destination.

US 6,507,941 B1

11      12

In other words, in the subgrid detailed router, the goal is to find a path (a sequence of subgrid location) such that:

1. For every subgrid location (x, y, z) in the path, WMAP(x, y, z) is one (=LEGAL); and

2. For every pair of adjacent subgrid locations (x, y, z) and (x, y, z+l) which represents a via connection, VMAP(x, y, z) is one (=LEGAL).

FIGS. 14E and 14F illustrate that there exists adjacent "1 s" in the subgrid such that a valid path exists through the grids.

Formalistically, maze expansion can be described as follows: if there exists a legal path from a source such as a pin to the current subgrid location (x, y, z), the expansion operation must determine whether moving from the current subgrid point to its neighbors are legal—with the neighbors being the subgrid points with coordinates (x+l, y, z), (x−l, y, z), (x, y+l, z), (x, y−l, z), (x, y, z+l), (x, y, z−l). Put another way, suppose that there exists a sequence of ones from the source to the current subgrid point (x, y, z). Consider its east neighbor (x+l, y, z). If WMAP(x+l, y, z) is one (LEGAL), then there exists a path from the source to (x+l, y, z) through (x, y, z). Consider its UP neighbor (x, y, z+l). If VMAP(x, y, z) is one (LEGAL), then there exists a path from the source to (x, y, z+l) through (x, y, z). This simple process of determining local reachability from one subgrid point to its neighbor using the WMAP and VMAP information is the basis for the process of wave expansion.

This process for wave expansion, however, if implemented using a conventional router would be extremely slow, as has been mentioned previously. In order to speed the process up, as has been mentioned previously, rather than routing from each subgrid to subgrid, the present invention instead operates using the code for an entire grid and comparing that code with the code for adjacent grids during the expansion process. Thus, a group of subgrids are expanded to another group of subgrids. In order for this comparison, and thus the expansion to be valid, however, the single component assumption must be true. If true, therefore, a simple comparison of adjacent grid edges will determine whether the expansion to the nearest neighbor can take place. Accordingly, if a particular grid does not satisfy the SCA, it will be made to satisfy the SCA. While this results in some otherwise legal subgrids being forced to an illegal status (by turning from one to zero), extensive experimental results show that in practice, over 99.9% of all grids satisfy the SCA, and therefore this does not become an issue.

Thus, using the grids 22-1 to 22-6 illustrated in FIG. 14E, it can be seen that at the subgrid level there is a path of "1 s" that allow a source that has reached the west side of grid 22-1 to reach the east side of grid 22-6. Using the expansion from grids 22-1 to 22-2 as an example, given that these two grids are adjacent grids on the same layer, grid 22-2 is reachable from grid 22-1 if and only if there exists two legal subgrids, one in grid 22-1 and one in grid 22-2 that are adjacent to each other. And it can be seen that there are. The east edge of grid 22-1 and the west edge of grid 22-2 have the following adjacent bit patterns:

00
11
00

Since there are two adjacent "1 s", a path can be extended from grid 22-1 to grid 22-2. If, however, grid 22-2 were desired to reach grid 22-3, this would not be allowed, since the east edge of grid 22-2 and the west edge of grid 22-3 have the following adjacent bit patterns:

00
00

Grid 22-2, however, can be extended to grid 22-5, since the south edge of grid 22-2 and the north edge of grid 22-5 have the following adjacent bit pattern:

00
00
11
00

Since, however, the indicia in each subgrid are represented by the grid code, as described previously, the reachability of one grid to an adjacent grid can be computed in constant time using a bitwise operation on the code in WMAP corresponding to the two adjacent grids.

A few final examples of three different pairs of adjacent subgrid indicia that are not reachable from one grid to the next are as follows:

| 01 | 00 | 10 |
| 10 | 10 | 10 |
| 01 | 01 | 01 |
| 10 | 00 | 01 |
| (1) | (2) | (3) |

Similarly, reachability can be computed in real time using VMAP for vias. Thus, with respect to the example illustrated in FIGS. 14A–14F, the wire 16 illustrated in FIG. 14F can be located using the expansion at the grid level with the maze router performing bitwise compare operations on the 16 bit code associated with adjacent grids.

In view of the previous descriptions, the operation of the subgrid-detailed router according to the present invention should be understood. To ensure, however, that the overall operation is understood, the overall operation of the subgrid-detailed router according to the present invention will now be described with reference to the flowchart of FIGS. 18A and B. Initially, in step 100, netlist data from the global routing step input, which will provide information on, for example, the integrated circuit modules, placement and global routing information. Thereafter, in a step 102, the router 20 determines the desired 3D grid/subgrid characteristics using the information obtained from step 100. It should be noted that the present invention can also be implemented such that the user is restricted to developing integrated circuit chips having specific grid/subgrid characteristics, thereby resulting in the feature of step 102 not being alterable by the user. Thereafter, in step 104 the subgrids that have been established (i.e. the indicia in WMAP and VMAP) are all set to "1." Step 106 follows and there is generated and stored a list of rectangles from the netlist information on the router computer, which rectangles will subsequently be used to determine nonavailability indicia on the 3D routing grid.

Upon completion of step 106, initial set-up of the subgrid-detailed router according to the present invention is finished and the router then begins to route the first net. In step 108, router 20 takes the data associated with the first connection of two pins within the first net, the router thus knows the beginning point, the end-point, and characteristics of the net, such as desired width and spacing. Using these characteristics, step 110 follows, and the availability and nonavailability indicia of WMAP and VMAP are calculated for that particular net. It should be noted that this calculation includes the bloating of the rectangles that have been generated in step 106 in order to determine WMAP and VMAP. From this indicia, the grid codes are established as well.

US 6,507,941 B1

13

Step **112** follows, and, using the calculated grid codes, the router determines whether the single component assumption is valid for each of the grids. If it is not, then those grids for which the SCA is not valid are made valid, as describe previously. Thereafter, step **114** follows, and the subgrid-detailed router performs wavefront expansion, using maze router algorithms operating upon the grid codes. Essentially, however, an AND operation is performed on adjacent subgrid pairs for adjacent grids to determine if there exists a path, i.e. a "11" combination of one of the four subgrids, between one grid and another grid, as illustrated in FIG. **19**. In this regard, it is apparent that contiguous (and adjacent) subgrids that are immediately next to each other in the horizontal and vertical direction only (and same coordinates but adjacent layers). Subgrids that are next to each other diagonally are not considered adjacent.

As a result of step **114**, a coarse representation of the path of the first net is obtained. Subsequently, in step **116**, a subgrid traceback is performed at the subgrid level to determine the actual connection in the subgrid resolution. It is noted that there is guaranteed an actual connection path at the subgrid level, within the path on the grid level that was found using the grid-level wavefront expansion, and this is found by searching for a sequences of adjacent "1 s" from the endpoint back to the beginning point within the path on grid level that was found using the grid-level wavefront expansion. Of course, this search could also take place from the beginning point to the endpoint.

Step **118** follows in which the actual connection path found in step **116** is added to the list of rectangles of the router computer, so that during the next search, the newly added connection can be considered. If the newly added connection is part of an incomplete net, then the newly added connection will be considered the entire pin for the next connection to the next portion of the net, until that net is completed. If the newly added connection is a complete net, then it will be considered an obstacle for all subsequent nets that are routed.

Step **120** follows thereafter, in which the router **20** determines if that net is complete. If not, then steps **108** and forward are repeated for each remaining portion of the net.

If the net is complete, then step **122** follows thereafter, with the router deciding if additional nets exist. If so then step **108** and forward are repeated for each remaining net, in a manner corresponding to that previously described. If no additional nets exist, then routing is complete and the process ends.

It should be noted that the above-described process can be implemented in software in many different manners. For example, steps of generating WMAP and VMAP are can be performed by an incremental update, rather than a recalculation. Accordingly, the above description of the process should be read as describing the features that the present invention implements, while the particular sequence of steps, and implementation of steps, will no doubt vary since they can be implemented in software in numerous different manners, as will be appreciated by one of ordinary skill in the art.

While the present invention has been described herein with reference to particular embodiments thereof, a latitude of modification, various changes and substitutions are intended in the foregoing disclosure, and it will be appreciated that in some instances some features of the invention will be employed without a corresponding use of other features without departing from the spirit and scope of the invention as set forth in the appended claims.

14

We claim:

1. A method of automatically extending a wire location representation from one grid to another grid comprising:

comparing a first plurality of subgrid indicia associated with certain subgrids of the one grid with a second plurality of subgrid indicia associated with certain subgrids of the another grid to determine whether the wire representation can be extended from the one grid to the another grid, wherein each of the subgrid indicia indicates one of availability and nonavailability of a corresponding wire portion representation and the first plurality of subgrid indicia and the second plurality of subgrid indicia are adjacent to each other.

2. A method according to claim **1** wherein the indicia of availability and nonavailability are represented in binary form.

3. A method according to claim **2** wherein all of the subgrid indicia for each different grid are stored as a separate single code.

4. A method according to claim **3**, wherein the subgrid associated with the one grid and the subgrid associated with the another grid are each formed in an array.

5. A method according to claim **4** wherein the size of the array of the one grid is the same as the size of the array of the second grid.

6. A method according to claim **5** wherein each grid contains from 4 to 64 subgrids, inclusive.

7. A method according to claim **5** wherein each grid contains sixteen subgrids.

8. A method according to claim **7** wherein the sixteen subgrids are disposed in a 4×4 array.

9. A method according to claim **8** wherein the first plurality of subgrid indicia is that indicia which is adjacent to the another grid and the second plurality of subgrid indicia is that indicia which is adjacent to the one grid.

10. A method according to claim **9**, wherein the step of comparing performs an AND operation on each one of the first plurality of subgrid indicia with an adjacent one of the second plurality of subgrid indicia.

11. A method according to claim **3** wherein the first plurality of subgrid indicia is that indicia which is adjacent to another grid and the second plurality of subgrid indicia is that indicia which is adjacent to the one grid.

12. A method according to claim **11**, wherein the step of comparing performs an AND operation on each one of the first plurality of subgrid indicia with an adjacent one of the second plurality of subgrid indicia.

13. A method according to claim **1** wherein the subgrids of the one grid and the subgrids of the another grid are established prior to the step of comparing, and the first plurality of subgrid initia and second plurality of subgrid initia are initially set to indicate availability, and further comprising, prior to the step of comparing, the step of changing certain ones of said first plurality of subgrid indicia and certain ones of said second plurality of subgrid indicia to indicate nonavailability corresponding to the presence of an obstacle and a bloating of the obstacle.

14. A method according to claim **13** wherein the bloating of the obstacle is determined in part using the width and spacing needed for the wire being represented.

15. A method according to claim **14** further comprising, prior to the step of comparing, the steps of:

determining those plurality of grid representations that do not permit the plurality of indicia associated therewith to be represented as a single component of contiguous locations; and

altering certain of the indicia associated with those plurality of grid representations for which the plurality of

US 6,507,941 B1

15

indicia associated cannot be represented as the single component of contiguous locations so that those plurality of grid representations contain an updated plurality of indicia that can be represented as the single component of contiguous locations, wherein the step of altering changes said certain indicia from indicating availability to indicating nonavailability.

16. A method according to claim 1 wherein said step of comparing is a detailed routing step and further including a global routing step that precedes the detailed routing step.

17. A method of determining whether a wire representation can be routed from a first grid to an adjacent second grid, each of said first and adjacent second grids including at least four subgrids, said subgrids of said first grid being aligned with said subgrids of said second grid, and each of said subgrids having associated therewith an indicia, in which an availability indicia indicates an area corresponding to that subgrid is available and a nonavailability indicia indicates the area corresponding to that subgrid is not available, the availability indicia and nonavailability indicia for each grid being represented as a digital representation, comprising the steps of:

operating on the first digital representation and the second digital representation to determine if there exists an availability indicia in one subgrid of the first grid that is aligned with an availability indicia in one subgrid of the second grid, such that

if it is determined that there exists an availability indicia of any one subgrid of the first grid adjacent to the second grid and an availability indicia of the one subgrid of the second grid adjacent to that subgrid of the first grid, then it is determined that the wire representation can be routed from the first grid to the second grid.

18. A method according to claim 17 wherein during the step of operating on the first digital representation,

if it is determined that there exists a nonavailability indicia of any one subgrid of the first grid adjacent to the second grid and an availability indicia of the one subgrid of the second grid adjacent to that subgrid of the first grid, then it is determined that the wire representation cannot be routed from the first grid to the second grid using those adjacent subgrids;

if it is determined that there exists an availability indicia of any one subgrid of the first grid adjacent to the second grid and a nonavailability indicia of the one subgrid of the second grid adjacent to that subgrid of the first grid, then it is determined that the wire representation cannot be routed from the first grid to the second grid using those adjacent subgrids; and

if it is determined that there exists a nonavailability indicia of any one subgrid of the first grid adjacent to the second grid and a nonavailability indicia of the one subgrid of the second grid adjacent to that subgrid of the first grid, then it is determined that the wire representation cannot be routed from the first grid to the second grid using those adjacent subgrids.

19. A method according to claim 17 further comprising the step of changing the availability indicia for the one subgrid of the first grid and the availability indicia of the one subgrid of the second grid to the nonavailability indicia when it is determined that the availability indicia of the one subgrid of the first grid aligns with the availability indicia of the one subgrid of the second grid and that the wire representation will use the path including the first grid and the second grid.

20. A method according to claim 17 wherein said step of operating is a detailed routing step and further including a global routing step that precedes the detailed routing step.

16

21. A method of preparing a plurality of grid representations for routing a wire location representation, each of the plurality of grid representations including a plurality of subgrids each having an indicia associated therewith corresponding to a respective plurality of locations indicative of whether the location is available or nonavailable, comprising the steps of:

determining those plurality of grid representations that do not permit the plurality of indicia associated therewith to be represented as a single component of contiguous locations; and

altering certain of the indicia associated with those plurality of grid representations for which the plurality of indicia associated cannot be represented as the single component of contiguous locations so that those plurality of grid representations contain an updated plurality of indicia that can be represented as the single component of contiguous locations, wherein the step of altering changes said certain indicia from indicating availability to indicating nonavailability.

22. A method according to claim 21 wherein the grids and subgrids are disposed in an array.

23. A method according to claim 21 wherein each of the subgrids contains from 4 to 64 subgrids, inclusive.

24. A method according to claim 23 wherein each of the grids contains the same number of subgrids.

25. A method according to claim 24 wherein the number of subgrids in each grid is sixteen, and the sixteen subgrids are disposed in a 4×4 array.

26. A method of automatically making a subgrid wire location representation that spans a plurality of grids comprising:

comparing a first plurality of subgrid indicia associated with a subgrid of one grid with a second plurality of subgrid indicia associated with a subgrid of another grid to determine whether the wire representation can be extended from the one grid to the another grid, wherein each of the subgrid indicia indicates one of availability and nonavailability of a corresponding wire portion representation;

repeating the step of comparing until the wire representation spans from a beginning point until a desired endpoint;

determining the subgrid wire location representation within certain ones of the subgrids of grids included within the wire representation.

27. A method according to claim 26 further wherein the subgrid wire location representation is guaranteed to exist.

28. A method according to claim 27 further including the step of changing the availability indicia for those subgrids associated with the determined subgrid wire location representation to indicating nonavailability for subsequently generated wire representations.

29. A method according to claim 27 wherein the indicia of availability and nonavailability are represented in binary form.

30. A method according to claim 27, wherein the subgrid associated with the one grid and the subgrid associated with the another grid are each formed in an array.

31. A method according to claim 30 wherein the size of each array in each grid is the same.

32. A method according to claim 31 wherein each grid contains from 4 to 64 subgrids, inclusive.

33. A method according to claim 32 wherein each grid contains sixteen subgrids disposed in a 4×4 array.

34. A method according to claim 33, wherein the step of comparing performs an AND operation on each one of the

US 6,507,941 B1

17                                                                18

first plurality of subgrid indicia with an adjacent one of the second plurality of subgrid indicia.

**35**. A method according to claim **27**, wherein the step of comparing performs an AND operation on each one of the first plurality of subgrid indicia with an adjacent one of the second plurality of subgrid indicia.

**36**. A method according to claim **27** wherein the subgrids of the one grid and the subgrids of the another grid are established prior to the step of comparing, and the first plurality of subgrid initia and second plurality of subgrid initia are initially set to indicate availability, and further comprising, prior to the step of comparing, the step of changing certain ones of said first plurality of subgrid indicia and certain ones of said second plurality of subgrid indicia to indicate nonavailability corresponding to the presence of bloated obstacles.

**37**. A method according to claim **36** wherein the bloating of the obstacles is determined in part using the width and spacing needed for the wire being represented.

**38**. A method according to claim **27** further comprising, prior to the step of determining, the steps of:

determining those plurality of grid representations that do not permit the plurality of indicia associated therewith to be represented as a single component of contiguous locations; and

altering certain of the indicia associated with those plurality of grid representations for which the plurality of indicia associated cannot be represented as the single component of contiguous locations so that those plurality of grid representations contain an updated plurality of indicia that can be represented as the single component of contiguous locations, wherein the step of altering changes said certain indicia from indicating availability to indicating nonavailability.

**39**. A method according to claim **26** wherein said steps of comparing, repeating and determining are included within a detailed routing step and further including a global routing step that precedes the detailed routing step.

**40**. A method of automatically extending a wire location representation from one region to an adjacent region of an integrated circuit chip representation comprising:

determining that a wire representation can be extended from the one region to the adjacent region, the step of determining using:

a first availability representation of a first edge of the one region that is adjacent to the adjacent region and which provides a finer level of detail than that provided for by a first global representation of the one region, and

a second availability representation of a second edge of the another region that is adjacent to the one reaction and which provides another finer level of detail than that provided for by a second global representation of the adjacent region, and wherein

the step of determining performs a logical operation that compares the first availability representation with the second availability representation to determine that the wire representation can be extended from the one region to the adjacent region.

**41**. A method according to claim **40** wherein the first availability representation includes information from subgrids of the first region and the second availability representation includes information from subgrids of the second region and the first and second global representations represent first and second grids, respectively.

**42**. A method according to claim **41** wherein the first availability representation and the second availability representation are represented in binary form as subgrid indicia.

**43**. A method according to claim **40** wherein the first availability representation and the second availability representation are represented in binary form.

**44**. A method according to claim **40** wherein said step of determining is a detailed routing step and further including a global routing step that precedes the detailed routing step.

**45**. A method according to claim **40** wherein the first region and the second region have a same size.

*   *   *   *   *

# EXHIBIT 8

Case3:13-cv-02965-MMC Document10 Filed09/06/13 Page99 of 171

US006237127B1

(12) **United States Patent**     (10) **Patent No.:**    **US 6,237,127 B1**

Craven et al.            (45) **Date of Patent:**      **May 22, 2001**

(54) **STATIC TIMING ANALYSIS OF DIGITAL ELECTRONIC CIRCUITS USING NON-DEFAULT CONSTRAINTS KNOWN AS EXCEPTIONS**

(75) Inventors: **Ted L. Craven**, Santa Clara; **Denis M. Baylor**, San Jose; **Yael Rindenau**, Cupertino, all of CA (US)

(73) Assignee: **Synopsys, Inc.**, Mountain View, CA (US)

( * ) Notice:    Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/093,817**

(22) Filed: **Jun. 8, 1998**

(51) **Int. Cl.**[7] ............................... **G06F 17/50**; G06F 1/04; G06F 1/06; G06F 1/08
(52) **U.S. Cl.** ..................................... **716/6**; 703/2; 703/15; 703/19; 716/1; 716/3; 716/5; 716/7; 716/2; 713/500
(58) **Field of Search** ............................... 703/2; 716/2, 1, 716/3, 5, 6, 7; 713/500

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,698,760 | * | 10/1987 | Lembach et al. ......................... 716/6 |
| 5,210,700 | * | 5/1993 | Tom ..................................... 716/6 |
| 5,282,147 | * | 1/1994 | Goetz et al. ........................... 716/2 |
| 5,339,253 | * | 8/1994 | Carrig et al. .......................... 716/6 |

(List continued on next page.)

OTHER PUBLICATIONS

Krishna P. Belkhale et al., "Timing Analysis with Known False Sub Graphs", 1995 IEEE pp. 736–740.*

(List continued on next page.)

Primary Examiner—Matthew Smith
Assistant Examiner—Jibreel Speight
(74) *Attorney, Agent, or Firm*—Brown Raysman Millstein Felder & Steiner LLP; Jonathan T. Kaplan

(57) **ABSTRACT**

Exceptions allow a circuit designer, working with a circuit synthesis system, to specify certain paths through the circuit to be synthesized as being subject to non-default timing constraints. The additional information provided by the exceptions can allow the synthesis system to produce a more optimal circuit. A tag-based timing analysis tool is presented, which implements exceptions, and can be used in a synthesis system. A circuit is analyzed in "sections," which comprise a set of "launch" flip flops, non-cyclic combinational circuitry and a set of "capture" flip flops. The tag-based static timing analysis of the present invention is performed in four main steps: preprocessing, pin-labeling, RF timing table propagation and relative constraint analysis. Preprocessing converts the exceptions written by the circuit designer into a certain standard form in which paths through the circuit to be synthesized are expressed in terms of circuit "pins." Pin-labeling causes the particular circuit pins, which are the subject of exceptions, to be marked. During RF timing table propagation, "RF timing tables" with rise and fall times are propagated onto all pins of the circuit section. Rise and fall times in the RF timing tables are based on "timing arcs" describing the delay characteristics of each of the state (flip flop) and combinational (logic gate) devices. Each RF timing table has a tag which indicates: i) a launch flip flop clock, and ii) the exception pins through which the RF timing table has propagated. During relative constraint analysis, each RF timing table at the input to a capture flip flop is analyzed for meeting certain relative constraints. These relative constraints may be either defaults, or the defaults may be modified according to an exception satisfied by the contents of the RF timing table's tag.

**13 Claims, 22 Drawing Sheets**



**US 6,237,127 B1**

Page 2

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,508,937 | * | 4/1996 | Abato et al. ............................... | 716/6 |
| 5,535,145 | * | 7/1996 | Hathaway ............................... | 703/2 |
| 5,602,754 | * | 2/1997 | Beatty et al. ............................ | 716/6 |
| 5,615,127 | * | 3/1997 | Beatty et al. ............................ | 716/7 |
| 5,636,372 | * | 6/1997 | Hathaway et al. .................. | 713/500 |
| 5,648,913 | * | 7/1997 | Bennett et al. ......................... | 716/6 |
| 5,696,694 | * | 12/1997 | Khouja et al. .......................... | 716/5 |
| 5,740,067 | * | 4/1998 | Hathaway ............................... | 716/6 |
| 5,864,487 | * | 1/1999 | Merryman et al. ..................... | 716/6 |
| 5,910,897 | * | 6/1999 | Dangelo et al. ........................ | 716/1 |
| 5,956,256 | * | 9/1999 | Rezek et al. ............................ | 716/6 |
| 6,014,510 | * | 1/2000 | Burks et al. ............................ | 716/3 |

| | | | | |
|---|---|---|---|---|
| 6,023,567 | * | 2/2000 | Osler et al. .............................. | 716/6 |

### OTHER PUBLICATIONS

IBM Corporation, "Using Special Path Exclusions and Adjusts", Web pages of edition of Eins Timer: User's Guide and Reference, 4th ed., Nov. 26, 1997, 10 pages.*

Krishna P. Belkhale et al., "Timing Analysis with Known False Sub Graphs", 1995 IEEE, pp. 736–740.

IBM Corporation, "Using Special Path Exclusions and Adjusts", Web pages of edition of Eins Timer: User's Guide and Reference, Fourth Edition, Nov. 26, 1997, 10 pages.

* cited by examiner

Case3:13-cv-02965-MMC   Document1   Filed06/26/13   Page101 of 171



**FIG. 1**

Case3:13-cv-02965-MMC    Document1    Filed06/26/13    Page102 of 171



## FIG. 2A



## FIG. 2B



FIG. 3A



FIG. 3C

TIMING ARC 302
IF GATE 300 IS
**XOR**



FIG. 3B

TIMING ARC 302
IF GATE 300 IS
**AND OR OR**



FIG. 4A



FIG. 4B

FIG. 4C

Case3:13-cv-02965-MMC   Document1   Filed06/26/13   Page105 of 171



FIG. 5



FIG. 6

**FIGURE 7**

for (**k** = 1; **k** <= **i**; ++**k**) { /* **LOOP1** */
      for (**q** = 1; **q** <= $t_k$; ++**q**) { /* **LOOP2** */

           **RF_table$_{k,q}$**' is given same tag as **RF_table$_{k,q}$**;

           **D1** = **timing_arc$_k$(rising,rising)**;
           **D2** = **timing_arc$_k$(falling,rising)**;

           **RF_table$_{k,q}$'. minRT** = minimum(
                  **D1** + **RF_table$_{k,q}$. minRT**,
                  **D2** + **RF_table$_{k,q}$. minFT**);

           **RF_table$_{k,q}$'. maxRT** = maximum(
                  **D1** + **RF_table$_{k,q}$. maxRT**,
                  **D2** + **RF_table$_{k,q}$. maxFT**);

           **D3** = **timing_arc$_k$(rising,falling)**;
           **D4** = **timing_arc$_k$(falling,falling)**;

           **RF_table$_{k,q}$'. minFT** = minimum(
                  **D3** + **RF_table$_{k,q}$. minRT**,
                  **D4** + **RF_table$_{k,q}$. minFT**);

           **RF_table$_{k,q}$'. maxFT** = maximum(
                  **D3** + **RF_table$_{k,q}$. maxRT**,
                  **D4** + **RF_table$_{k,q}$. maxFT**);

      } /* end **LOOP2** */
} /* end **LOOP1** */



FIG. 8

**FIGURE 9A**

Identify groups of intermediate proprocessed exception statements which have the same timing alteration;

For each such group of exception statements, produce a sum-of-products expression, in terms of the pin names in the path specifications, and put these sum-of-products expressions (along with the type of timing alteration) as items on a list called LIST;

/* *LOOP10* */ for (each ITEM on LIST)
{
       SUM_OF_PRODUCTS = get_SOP_portion(ITEM);
       TIMING_ALTERATION = get_timing_alteration(ITEM);
       factor("1", SUM_OF_PRODUCTS, TIMING_ALTERATION);
}

/* Each top-level, non-recursive, call to "factor" by *LOOP10* produces an exception statement or statements which implement REMAINDER with a timing alteration of type TIMING_ALTERATION */
void factor(PROD_2_DATE, REMAINDER, TIMING_ALTERATION)
{
       Divide REMAINDER into groups of a Type 1 and put these groups on a list called LIST1 (Type 1 means that each product term of the group begins with same pin name);

       {Group the groups on LIST1 to produce a list called LIST2;  The groups on LIST2 are of Type 2;  A Type 2 group is one in which all of its groups of Type 1 have the same remainder;  Taking the "remainder" of a group of Type1 means removing the first pin name from each of its product terms;}

       /* *LOOP11* */ for (each group GROUP_SR on LIST2)
       {
              COM_REMAINDER = the remainder common to all the groups of Type 1 in GROUP_SR;

              OR_TERM = the sum of the pin names beginning each group of Type 1 in GROUP_SR;

              if (COM_REMAINDER = null set then) {
                     create an exception statement whose path specification implements the following product-of-sums:
                     and(PROD_2_DATE, OR_TERM);

**FIGURE 9B**

In creating the exception statement, each "sums" term, of the product-of-sums, must become the argument of with the appropriate type of path specifier;

In creating the exception statement, its timing alteration will be of type TIMING_ALTERATION;
}

/* else recursively call "factor" */
else factor( and(PROD_2_DATE, OR_TERM),
          COM_REMAINDER, TIMING_ALTERATION);

} /* end *LOOP11* */

} /* end "factor" */

**FIGURE 9C**

<u>Input exceptions statements from circuit designer:</u>
set_false_path -from { Z Q} -through { A T } -to { B G }
set_false_path -through {D E} -through H
set_multicycle_path -through {T G} -through F

<u>Intermediate preprocessed exception statements:</u>
set_false_path -from Z -through A -to B
set_false_path -from Z -through A -to G
set_false_path -from Z -through T -to B
set_false_path -from Z -through T -to G
set_false_path -from Q -through A -to B
set_false_path -from Q -through A -to G
set_false_path -from Q -through T -to B
set_false_path -from Q -through T -to G
set_false_path -through D -through H
set_false_path -through E -through H
set_multicycle_path -through T -through F
set_multicycle_path -through G -through F

<u>Identify groups of intermediate preprocessed exception statements with same
timing alteration:</u>
group1:
          set_false_path -from Z -through A -to B
          set_false_path -from Z -through A -to G
          set_false_path -from Z -through T -to B
          set_false_path -from Z -through T -to G
          set_false_path -from Q -through A -to B
          set_false_path -from Q -through A -to G
          set_false_path -from Q -through T -to B
          set_false_path -from Q -through T -to G
          set_false_path -through D -through H
          set_false_path -through E -through H

group2:
          set_multicycle_path -through T -through F
          set_multicycle_path -through G -through F

<u>Produce sum-of-products expressions:</u>
LIST = { "set_false_path", {ZAB + ZAG + ZTB + ZTG + QAB + QAG + QTB +
QTG + DH + EH} }, { "set_multicycle_path", {TF + GF} }

**FIGURE 9D**

***LOOP10****, iteration 1:*

ITEM = { "set_false_path", {ZAB + ZAG + ZTB + ZTG + QAB + QAG + QTB + QTG + DH + EH} }

SUM_OF_PRODUCTS = ZAB + ZAG + ZTB + ZTG + QAB + QAG + QTB + QTG + DH + EH

TIMING_ALTERATION = "set_false_path"

"factor" is called with the following arguments:

REMAINDER = ZAB + ZAG + ZTB + ZTG + QAB + QAG + QTB + QTG + DH + EH

PROD_2_DATE = 1

TIMING ALTERATION = "set_false_path"

LIST1 contains four groups of Type 1:

LIST1 = { {ZAB + ZAG + ZTB + ZTG} + {QAB + QAG + QTB + QTG} + {DH} + {EH} }

LIST2 contains two groups of Type 2:

LIST2 = {

{ {ZAB + ZAG + ZTB + ZTG} + {QAB + QAG + QTB + QTG} }
+
{ {DH} + {EH} }

}

***LOOP11****, iteration 1:*

GROUP_SR = { {ZAB + ZAG + ZTB + ZTG} + {QAB + QAG + QTB + QTG} }

COM_REMAINDER = {AB + AG + TB + TG}

OR_TERM = (Z + Q)

**FIGURE 9E**

"factor" is called recursively with the following arguments:
REMAINDER = {AB + AG + TB + TG}

PROD_2_DATE = 1 * (Z + Q)

TIMING_ALTERATION = "set_false_path"

LIST1 contains two groups of Type 1:
        LIST1 = {  {AB + AG} + {TB + TG}  }

LIST2 contains one group of Type 2:
        LIST2 = {  { {AB + AG} + {TB + TG} }  }


*LOOP11* (of 1st recursion), iteration 1:
GROUP_SR = { {AB + AG} + {TB + TG} }

COM_REMAINDER = {B + G}

OR_TERM = (A + T)


"factor" is called recursively, for 2nd time, with the following arguments:
REMAINDER = {B + G}

PROD_2_DATE = 1 * (Z + Q) * (A + T)

TIMING_ALTERATION = "set_false_path"

LIST1 contains two groups of Type 1:
        LIST1 = {  {B} + {G}  }

LIST2 contains one group of Type 2 (share null set as common remainder):
        LIST2 = {  {{B} + {G}}  }

**FIGURE 9F**

***LOOP11*** (of 2nd recursion), iteration 1:
GROUP_SR = {{B} + {G}}

COM_REMAINDER = { }

OR_TERM = (B + G)

create an exception statement, with a "set_false_path" timing alteration, whose path specification implements the following product of sums:
        1 * (Z + Q) * (A + T) * (B + G)

***LOOP11*** (of 2nd recursion) ends and 2nd recursion of "factor" returns to 1st recursion of "factor"

***LOOP11*** (of 1st recursion) ends and 1st recursion of "factor" returns to "factor"

***LOOP11***, iteration 2:
GROUP_SR = { {DH} + {EH} }

COM_REMAINDER = {H}

OR_TERM = (D + E)


"factor" is called recursively for 3rd time with the following arguments:
REMAINDER = {H}

PROD_2_DATE = 1 * (D + E)

TIMING_ALTERATION = "set_false_path"

LIST1 contains one group of Type 1:
        LIST1 = {  {H}  }

LIST2 contains one group of Type 2:
        LIST2 = {  { {H} }  }

**FIGURE 9G**

***LOOP11*** (of 3rd recursion), iteration 1:
GROUP_SR = { {H} }

COM_REMAINDER = { }

OR_TERM = H

create an exception statement, with a "set_false_path" timing alteration, whose path specification implements the following product of sums:
    1 * (D + E) * H

***LOOP11*** (of 3rd recursion) ends and 3rd recursive call of "factor" returns to "factor"

***LOOP11*** ends and call of "factor" returns

***LOOP10***, iteration 2:
ITEM = { "set_multicycle_path", {TF + GF} }

TIMING_ALTERATION = "set_multicycle_path"

SUM_OF_PRODUCTS = TF + GF

"factor" is called with the following arguments:
    REMAINDER = TF + GF

    PROD_2_DATE = 1

    TIMING_ALTERATION = "set_multicycle_path"

In a like manner to that described above, "factor" proceeds to find the product-of-sums "1 * (T + G) * F," and creates an exception statement, with a "set_multicycle_path 2" timing alteration, whose path specification implements "1 * (T + G) * F."

**FIGURE 10**

Identify groups of intermediate proprocessed exception statements which have the same timing alteration;

For each such group of exception statements, produce a sum-of-products expression, in terms of the pin names in the path specifications, and put these sum-of-products expressions on a list called LIST;

```
/* LOOP12 */  for (each SUM_OF_PRODUCTS on LIST)
{
        TIMING_ALTERATION = get_timing_alteration(SUM_OF_PRODUCTS);
        factor_order_indep(SUM_OF_PRODUCTS, TIMING_ALTERATION);
}
```

/* Each top-level call to "factor_order_indep" by *LOOP12* produces an exception statement or statements which implement SUM_OF_PRODUCTS with a timing alteration of type TIMING_ALTERATION */
void factor_order_indep(SUM_OF_PRODUCTS, TIMING_ALTERATION)
{

Use standard multi-level logic boolean equation manipulation algorithms to convert SUM_OF_PRODUCTS into a LIST of "possible solutions," where a "possible solution" is a logically equivalent form of SUM_OF_PRODUCTS which is in the form of a sum of a product-of-sums (such boolean equation manipulation algorithms include those resulting from the multi-level logic optimization system of the late 1980's entitled "MIS," from the University of California, Berkeley, Department of Electrical Engineering and Computer Science, by R. Brayton, et al.);

For each possible solution count the total number of "sums" amongst all of its product-of-sums and call this value, for each possible solution, its "metric;"

Choose as the "solution" the possible solution with the smallest metric since a smaller metric means that exception pins will be indicated with a smaller number of different labels;

For each product-of-sums in the chosen solution, create an exception statement, with a timing alteration of type TIMING_ALTERATION, and being sure that each "sums" in a product-of-sums becomes the argument of the appropriate path specifier;

} /* end "factor_order_indep" */



FIG. 11

Case3:13-cv-02965-MMC   Document1   Filed06/26/13   Page118 of 171



FIG. 12



FIG.13



FIG.14

**FIGURE 15**

Input exceptions statements from circuit designer:
set_false_path -from { Z Q} -through { A * {B + C} } -to Y

Convert "-through" to sum-of-products:
set_false_path -from { Z Q} -through { A*B + A*C}  -to Y

Determine cross product:
set_false_path -from Z -through {A*B}  -to Y
set_false_path -from Z -through {A*C}  -to Y
set_false_path -from Q -through {A*B}  -to Y
set_false_path -from Q -through {A*C}  -to Y

Substitute single-pin "-through"s for products to produce intermediate
preprocessed exception statements:
set_false_path -from Z -through A -through B  -to Y
set_false_path -from Z -through A -through C  -to Y
set_false_path -from Q -through A -through B  -to Y
set_false_path -from Q -through A -through C  -to Y

**FIGURE 16**

<u>Preprocessed exception statements resulting from second-way preprocessing:</u>
set_false_path  -through {Q + Z}  -through {A + T}  -through {B + G}
set_false_path  -through {N + M}  -through {B + G}

<u>Pattern-matching higher-level exception statements:</u>
set_false_path -through { {Q + Z}*{A + T} + {N + M} } -through {B + G}

US 6,237,127 B1

1

# STATIC TIMING ANALYSIS OF DIGITAL ELECTRONIC CIRCUITS USING NON-DEFAULT CONSTRAINTS KNOWN AS EXCEPTIONS

## FIELD OF THE INVENTION

The present invention relates generally to the static timing analysis of digital electronic circuits. More specifically, the present invention relates to analyzing certain paths of a circuit under non-default timing constraints known as exceptions.

## BACKGROUND OF THE INVENTION

To tackle the increasing complexity of digital electronic circuits, designers need faster and more accurate methods for statically analyzing the timing of such circuits, particularly in light of ever-shrinking product development times.

The complexity of designing such circuits is often handled by expressing the design in a high-level hardware description language (HLHDL).

HLHDLs allow the designer to save design time by permitting him or her to express the desired functionality at the register transfer level (RTL) of abstraction or higher. The high-level HDL description is then converted into an actual circuit through a process, well known to those of ordinary skill in the art as "synthesis," involving translation and optimization.

HLHDLs describe, directly or indirectly, the two main kinds of circuit entities of an RTL circuit description: i) state devices or sequential logic which store data upon application of a clock signal, and ii) combinational logic. The state devices typically act as either: i) an interface between conceptually distinct circuit systems, or ii) storage for the results of functional evaluation performed by the combinational logic.

In the process of digital circuit design, static timing analysis is often useful in order to verify that the design produced, in addition to being functionally correct, will perform correctly at the target clock speeds. For similar reasons, it would be useful to apply, as efficiently as possible, static timing analysis to the synthesis process.

## SUMMARY OF THE INVENTION

The present invention may be used in the hardware synthesis environment known as the "Design Compiler shell" produced by Synopsys, Inc., of Mountain View, Calif.

Exceptions can be a very powerful tool for guiding the Design Compiler portion of the Design Compiler shell towards the synthesis of a more efficient final circuit netlist. This is because exceptions allow the designer, for example, to inform Design Compiler that despite default timing constraints, certain paths through the circuit are subject to less demanding performance requirements in the context of the design's actual application. Exceptions are also useful for further analysis, by the designer, of the final circuit netlist produced by Design Compiler.

Exceptions are specified by the circuit designer as individual syntactic units called "exception statements" which are comprised of a "timing alteration" and a "path specification." The timing alteration instructs the timing analyzer how to alter the default timing constraints for paths through the circuit to be analyzed which satisfy the path specification. The path specification consists of one or more "path specifiers," with each path specifier taking an "argument." In order for a path specification to be satisfied, each argument of each of its path specifiers must be satisfied.

2

The static timing analysis of the present invention is performed upon units of the circuit, referred to as "sections", which comprise a set of "launch" flip flops, non-cyclic combinational circuitry and a set of "capture" flip flops.

The section to be analyzed is represented by a netlist of flip flops and combinational logic connected together, at their pins, by wire objects.

The tag-based static timing analysis of the present invention, implementing exceptions statements, is performed in four main steps: preprocessing, pin-labeling, RF timing table propagation and relative constraint analysis. Each of these four steps can be accomplished in one of two main ways, depending upon how exception statements are to be implemented.

For a first-way of implementing exception statements, these four steps are referred to as: first-way preprocessing, first-way pin-labeling, first-way modified RF timing table propagation and first-way modified relative constraint analysis.

For a second-way of implementing exception statements, these four steps are referred to as: second-way preprocessing, second-way pin-labeling, second-way modified RF timing table propagation and second-way modified relative constraint analysis.

Preprocessing accepts the exception statements written by the circuit designer and converts them into a set of preprocessed exceptions statements which has their path specifications expressed in a certain standard form. Both first-way and second-way preprocessing convert the path specification of an exception statement into a form expressed literally in terms of pins of the circuit description netlist. For the first-way of implementing exception statements, each pin is specified independently in the path specifications by being its own path specifier argument. For the second-way of implementing exception statements, a group of pins may be specified as being logically equivalent, in terms of their ability to satisfy a path specification, by their being grouped into an OR-type path specifier argument.

In pin-labeling, the pins of the circuit network, specifically referred to by the preprocessed exception statements, are marked to indicate their being the subject of an exception statement or statements.

In first-way pin labeling, each pin, referred to by a preprocessed exception statement, is marked with an "exception flag."

In second-way pin labeling, each pin, referred to by a preprocessed exception statement, is given an "argument container" which can contain a collection of "labels." A label in an argument container is a copy of the "form" in which a preprocessed exception statement has referred to the circuit pin to which the argument container is attached. The purpose of a label is to provide a data item which can be matched against the argument of a path specifier in a preprocessed exception statement. Any form of label, which allows this matching to be accomplished, is suitable. For those path specifier arguments which refer only to a single pin, a label which can match that single-pin reference is put in the argument container. For those path specifier arguments which refer to an OR-expression of several pins, a label which can represent, and can therefore match, the entire OR-expression is put in the argument container.

RF timing table propagation is accomplished as follows.

Delays between the inputs and outputs of either state or combinational devices are represented by "timing arcs." For the purposes of the set of launch flip flops, we are interested

US 6,237,127 B1

3

in the delay between a clock edge being applied to the flip flop and a subsequent change, if in fact such a change is caused to occur, at the flip flop's outputs. For the purposes of combinational logic, we are interested in the delay between a change being applied to an input of the logic and a subsequent change, if in fact such a change is caused to occur, at the output.

The RF timing tables propagated are comprised of the following four values: minimum rise time (minRT), maximum rise time (maxRT), minimum fall time (minFT) and maximum fall time (maxFT). RF timing tables each have their own "tag" which, in accordance with the present invention, has two parts: i) a first part which is loaded with a unique identifier for the clock of a launch flip flop, and ii) a second part which can contain a variety of "labels" (described below).

The RF timing tables, for a section of circuitry to be analyzed, are initially created as follows. An RF timing table is created for every output of every launch flip flop. The values for minRT, maxRT, minFT and maxFT of each RF timing table are determined from the timing arc from the flip flop's clock to the output of the flip flop for which the RF timing table is being created. A first part of the tag created for each RF timing table is loaded with an identifier indicating the particular clock driving the clock input of the flip flop for which the RF timing table is being created.

At this point, first-way modified RF timing table propagation checks to see if any of the output pins of the launch flip flops have an exception flag. For each output pin with an exception flag, a label, representing that pin as the only argument of a path specifier, is added to the second part of the tag for the RF timing table for that output pin.

At this same point, second-way modified RF timing table propagation checks to see if any of the output pins of the launch flip flops have argument containers. For each output pin with an argument container, all of the labels in that container are added to the second part of the tag for the RF timing table for that output pin.

Propagation of the tagged RF timing tables, through the combinational units of a circuitry section, is accomplished as follows. Each RF timing table, at each input of a combinational unit, is modified, according to the timing arc associated with that input, to produce a temporary RF timing table pointed to by the combinational unit's output pin. Each temporary RF timing table is initially given the same tag as the RF timing table, at the combinational unit's input, it is based upon.

Once all temporary RF timing tables have been computed at the combinational unit's output, those having tags of the same "type" are combined to produce a final RF timing table.

At this point, after the creation of each final RF timing table, first-way modified RF timing table propagation checks to see if the output pin of the combinational unit has an exception flag. If the exception flag exists, then a label, representing that output pin as the only argument of a path specifier, is added to the second part of the tag for the final RF timing table for that output pin if that label, by itself or in conjunction with any selection of labels already on the tag, satisfies, or can possibly satisfy, a path specification of at least one of the preprocessed exception statements.

At this same point, after the creation of each final RF timing table, second-way modified RF timing table propagation checks to see if the output pin of the combinational unit has an argument container. If the argument container exists, then each label in it is considered for possible

4

addition to the second part of the tag for the final RF timing table of the output pin. A label is added to the second part of the tag for the final RF timing table for that output pin if that label, by itself or in conjunction with any selection of labels already on the tag, satisfies, or can possibly satisfy, a path specification of at least one of the preprocessed exception statements. For second-way modified RF timing table propagation, the label may be either: i) a representation of that output pin as the only argument of a path specifier, or ii) a representation of an OR-expression of several pins, of which the output pin is one, as the argument of a path specifier.

Propagation of an RF timing table across a wire, to the input pin of a combinational unit or capture flip flop, is accomplished as follows. The RF timing table, which we shall refer to as "RFTT__input_pin," created at the input pin of a combinational unit or capture flip flop has its rise and fall time values delayed by the wire across which it has just traveled. For first-way modified RF timing table propagation, the pin to which RFTT__input_pin is attached is checked for an exception flag. If an exception flag is found, a label may be added to the second part of the tag of RFTT__input_pin, but only after the same determination is made according to the same procedure described above with respect to the point after the creation of an final RF timing table at a combinational unit output. For second-way modified RF timing table propagation, the pin to which RFTT__input_pin is attached is checked for an argument container. If an argument container is found, a label may be added to the second part of the tag of RFTT__input_pin, but only after the same determination is made according to the same procedure described above with respect to the point after the creation of an final RF timing table at a combinational unit output.

Generally, first-way and second-way modified relative constraint analysis both proceed as follows. Every RF timing table, which we shall refer to as C__FF1_RF_TABLE, at the input of every capture flip flop, which we shall refer to as C__FF1, is looped over. For each RF timing table C__FF1_RF_TABLE, the capture clock driving it, which we shall refer to as C__CLOCK1, is identified. Based upon the launch clock identified in the first part of the tag for C__FF1_RF_TABLE, and capture clock C__CLOCK1, a pair of default relative constraints are identified. These two default relative constraints are called the maximum allowable path delay (MAPD) and the shortest allowable path delay (SAPD). Based upon the labels contained in the second part of the tag for C__FF1_RF_TABLE, a set of preprocessed exception statements, which we shall refer to as C__FF1_EXCEPS, may have their path specifications satisfied. A variety of precedence rules, either user-specified and/or predetermined, are then applied such that a single exception statement, with a single timing alteration, is selected. The timing alteration of this single selected exception statement is then applied to alter the default values of either MAPD and/or SAPD. Finally, the values of C__FF1_RF_TABLE are determined to have met, or not met, its corresponding pair of MAPD (modified or unmodified, depending upon exceptions) and/or SAPD (modified or unmodified, depending upon exceptions): minRT and minFT of C__FF1_RF_TABLE must be greater than SAPD, and maxRT and maxFT of C__FF1_RF_TABLE must be less than MAPD.

Advantages of the invention will be set forth, in part, in the description that follows and, in part, will be understood by those skilled in the art from the description or may be learned by practice of the invention. The advantages of the

US 6,237,127 B1

5

invention will be realized and attained by means of the elements and combinations particularly pointed out in the appended claims and equivalents.

BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, that are incorporated in and constitute a part of this specification, illustrate several embodiments of the invention and, together with the description, serve to explain the principles of the invention:

FIG. 1 depicts an overview of the design environment utilizing the principles of the present invention;

FIGS. 2A–B render timing arcs, as utilized in accordance with the present invention, for a D-type flip flop;

FIGS. 3A–C illustrates timing arcs, as utilized in accordance with the present invention, for a combinational gate;

FIGS. 4A–C depict the initial determination of RF timing tables, as utilized in accordance with the present invention, for D-type flip flops;

FIG. 5 renders the propagation of tagged RF timing tables, in accordance with the present invention, through a combinational gate;

FIG. 6 illustrates the typical hardware computing environment in which the software in accordance with a preferred embodiment of the present invention is executed;

FIG. 7 depicts, in part, the general propagation of RF timing tables from a gate's inputs to its outputs in pseudo code (based on the C Programming Language);

FIG. 8 renders schematically, in part, the general propagation of RF timing tables from a gate's inputs to its outputs;

FIGS. 9A–B presents a procedure in accordance with the present invention for determining, as part of a second phase of second-way preprocessing, for order dependent "-through"s, product-of-sums expressions;

FIGS. 9C–G present a simulation, step-by-step, of the execution of the first phase of second-way preprocessing and second phase of second-way preprocessing as described in FIGS. 9A–B;

FIG. 10 presents a procedure for determining product-of-sums expressions for order independent "-through"s ;

FIG. 11 shows an example circuit section which has been processed in accordance with a first way of implementing the exception statement input language;

FIG. 12 shows an example circuit section which has been processed in accordance with a second way of implementing the exception statement input language;

FIG. 13 shows an example circuit section which has been processed in accordance with a first way of implementing the exception statement input language;

FIG. 14 shows an example circuit section which has been processed in accordance with a second way of implementing the exception statement input language;

FIG. 15 depicts an example of the exception statement input language augmented to accept an arbitrary boolean equation as the argument of a "-through" path specifier and its subsequent processing according to a modification of the first phase of second-way preprocessing; and

FIG. 16 illustrates a specific example of finding higher-level equivalency between pins by further processing pre-processed exception statements to produce an additional set of pattern-matching higher-level exception statements.

DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

Reference will now be made in detail to preferred embodiments of the invention, examples of which are illus-

6

trated in the accompanying drawings. Wherever possible, the same reference numbers will be used throughout the drawings to refer to the same or like parts.

The present invention may be used in the hardware synthesis environment known as the "Design Compiler shell" produced by Synopsys, Inc., of Mountain View, Calif. An overview of this design environment is shown in FIG. 1. Design Compiler shell 106, is shown as being composed, from a functional perspective, of major subsections 101 to 105. These major subsections will now be described.

HDL Compiler 101 translates a high-level description of a circuit to be implemented (high-level HDL Design 100), which has been described in the standard HLHDL such as VHDL (for example VHDL Institute of Electrical and Electronic Engineers Standard 1076-1993, herein incorporated by reference) or Verilog HDL (for example Verilog Institute of Electrical and Electronic Engineers Standard 1364-1995, herein incorporated by reference), into a generic technology circuit netlist 102. The HLHDL input is organized into high-level sections known a "blocks."

Design Compiler 103 then translates, automatically, the generic technology circuit description into an optimized implementation in a particular circuit technology (final circuit netlist 104). Design Compiler accomplishes this translation in accordance with: i) the technology dependent cell library 107 selected by the designer (discussed below), and ii) designer specified constraints 108 (also discussed below). Design Compiler accomplishes this translation and optimization in four main steps: i) technology independent optimization, ii) technology mapping, iii) timing correction and iv) area recovery. Technology independent optimization is accomplished by performing transformations on the initial generic technology circuit which result in an optimized generic technology circuit. The initial part of technology independent optimization uses the timing analyzer of the present invention to calculate the worst case constraint on each critical path. In the course of performing technology independent optimizations, however, another form of timing analysis is used which is faster than the present invention but does not take into account exceptions. The goal of technology independent optimization is area minimization, but timing analysis is used to keep the circuit produced closely enough within the worst case constraint on each critical path such that any timing violations introduced during technology independent optimization can be corrected in the subsequent step of timing correction. Technology mapping matches pieces of the generic technology circuit description with "cells" that are available in a particular technology-dependent cell library 107. Cell libraries are typically of two main types: gate array library or standard cell library. The cells of the cell library are implemented in a specific circuit technology (such as CMOS, BiCMOS, bipolar, ECL or NMOS). Technology mapping, like technology independent optimization, uses another form of timing analysis which is faster than the present invention but does not take into account exceptions. Like technology independent optimization, technology mapping also uses the timing analyzer of the present invention only initially in order to calculate the worst case constraint on each critical path. The goal of technology mapping is area minimization, but timing analysis is used to keep the circuit produced closely enough within the worst case constraint on each critical path such that any timing violations introduced during technology mapping can be corrected in the next step of timing correction. Timing correction identifies timing violations, with respect to user-specified constraints 108, or with respect to constraints due to the cell library chosen, and then corrects

US 6,237,127 B1

7

them by performing local transformations. The transformations used by timing correction do not change the design from being composed of cells from the selected cell library 107. Timing violations are identified during timing correction by utilizing the timing analyzer of the present invention. Finally, area recovery is performed to produce the final circuit description. The designer may specify, as part of constraints 108, the maximum area desired for the final circuit description. Area recovery determines whether timing correction may have introduced a violation of this maximum area constraint. If area recovery finds such a violation, it will perform local transformations in an effort to bring the design within the maximum area desired. The transformations used by area recovery do not change the design from being composed of cells from the selected cell library 107. During area recovery, the timing analyzer of the present invention is utilized to prevent timing violations from being introduced. Connecting to all of these four stages is the "timing backbone" which contains the timing analyzer of the present invention.

The final circuit description 104 may then be subjected to further analysis by the designer (user analysis 105), in order to explore aspects of the final circuit's performance which may not have been directly addressed by Design Compiler.

Constraints 108 allow the user to specify the following three types of constraints: i) the maximum area desired (as discussed above), ii) timing constraints and iii) boundary constraints. Timing constraints are of two main types: waveforms and exceptions.

"Waveforms" are user-specified clock waveforms which are applied to certain points of the circuit design. Waveforms may be applied to the circuit design at either the HLHDL level (of high-level HDL design 100) or at the level of generic technology circuit 102.

At the HLHDL level, in a language such as VHDL or Verilog HDL, the design hierarchy is expressed in terms of "blocks" connected together by "ports." Therefore, at the HLHDL level waveforms would be applied to certain ports.

At the level of generic technology circuit 102, the circuit design is specified in terms of a netlist. A netlist is a connection-oriented description of a circuit. In general, a netlist is comprised of a collection of "device objects" which have connection points called "pins." The pins of the device objects are connected together by "wire objects" which create electrical nodes. In the case of the present invention, the device objects are of two types: those which represent flip flops and those which represent combinational logic. Design Compiler shell 106 provides an interface by which the designer can ascertain the names of various pins in generic technology circuit 102. Waveforms, known as clocks, can then be applied to the desired pins.

In choosing the shapes of the waveforms, and their relationships to each other, the designer has chosen certain timing constraints for the circuit to be synthesized and these implied timing constraints shall be referred to as "default" timing constraints. Exceptions allow the designer to alter these default timing constraints for specific paths through the circuit design. As with waveforms, exceptions may be specified at the HLHDL level in terms or ports or at the generic technology level in terms of pins.

Boundary constraints specify when signals should arrive at, or leave from, certain points in the design with respect to a user-specified waveform or waveforms. As with waveforms and exceptions, boundary constraints may be specified at the HLHDL level in terms or ports or at the generic technology level in terms of pins.

8

Exceptions can be a very powerful tool for guiding the Design Compiler 103 towards the synthesis of a more efficient final circuit 104. This is because exceptions allow the designer, for example, to inform Design Compiler that despite the default timing constraints, certain paths through the circuit are subject to less demanding performance requirements in the context of the design's actual application.

Exceptions are also used during user analysis 105 in which the final circuit netlist 104 is further analyzed by the designer. In this case, since the designer is working with a lower level description of the design, the exceptions are specified in terms of paths through certain pins of the technology-specific cells selected. Exceptions can also be specified in terms of technology-specific cells. A use of exceptions at this stage of the design process, for example, is to allow the designer to investigate how paths, other than the critical paths, meet the circuit's timing constraints. Exceptions accomplish this by allowing the designer to specify, for example, that the critical paths have greater than default timing constraints and thereby cause other paths in the final circuit to be analyzed as the "critical" path.

The static timing analysis of the present invention is performed upon units of the circuit, referred to as "sections", which comprise: i) a set "L__FFS" of "launch" flip flops, ii) non-cyclic combinational circuitry and iii) a set "C__FFS" of "capture" flip flops. The launch flip flops are driven by a set "L__CLOCKS" of launch clocks, while the capture flip flops are driven by a set "C__CLOCKS" of capture flip flops. The sets L__CLOCKS and C__CLOCKS may have any degree of intersection, from being identical sets to being totally disjoint.

The section to be analyzed is represented, as discussed above, by a netlist of flip flops and combinational logic connected together, at their pins, by wire objects.

The static timing analysis of the present invention, when performed without an implementation of exceptions, is accomplished in two main phases: propagation of tagged rise-fall (RF) timing tables (explained below) and relative constraint analysis (explained below).

Propagation of tagged RF timing tables proceeds as follows.

Firstly, delays between the inputs and outputs of state or combinational devices are represented by "timing arcs." For the purposes of the set of launch flip flops, L__FFS, we are interested in the delay between a clock edge being applied to the flip flop and a subsequent change, if in fact such a change is caused to occur, at the flip flop's outputs. Therefore, we are interested in two timing arcs: i) the arc from the clock input of the flip flop to its "Q" output, and ii) the arc from the clock input to the "-Q" output.

FIG. 2A depicts a D-type flip flop 200 with a positive edge-triggered input 204. Timing arc 202 represents the delay between a positive edge being applied to 204 and the Q output changing either high or low. Likewise, timing arc 203 represents the delay between a positive edge being applied to 204 and the −Q output changing to either high or low. Timing arc 201 represents the setup and hold time required, for the D input, upon the application of a positive edge to 204. Timing arc 202 is represented by a timing arc table, such as that shown in FIG. 2B. The horizontal axis of FIG. 2B represents the positive and negative edges which can be applied to the clock input 204, while the vertical axis represents the transitions possible for output Q. Since flip flop 200 is positive edge-triggered, the negative edge is not applicable to the issue of timing. Upon application of a

US 6,237,127 B1

9

positive edge, however, we see from the table that the Q output can transition, depending upon the level of the D input and the previous state of the flip flop, to either a high value or a low value. The delay between the application of a positive edge and a transition to a high value of Q is D1, while the delay between the application of a positive edge and a transition to a low value of Q is D2. Timing arc **203** would be represented by a similar table.

Delays between the inputs and outputs of combinational devices are represented by timing arcs as shown in FIG. 3. Gate **300** of FIG. 3A is intended to represent any combinational gate with two inputs (A and B) and one output (C). The delay between a transition on input A causing a transition on output C, if such a transition is in fact caused to occur, is represented by timing arc **302** and the delay between a transition on input B causing a transition on output C, if such a transition is in fact caused to occur, is represented by timing arc **301**.

If we assume that gate **300** is either a 2-input AND or OR function, then timing arc **302** can be represented by the timing arc table of FIG. 3B. The horizontal axis of FIG. 3B represents the positive and negative transitions which can be applied to input A, while the vertical axis represents the transitions possible for output C. Upon application of a positive-going transition to input A, we see from the table that, if in fact this transition on input A causes a transition at output C, then the C output will transition to a high value and with a delay of D3. Since the gate is non-inverting, a negative-going transition on input A cannot cause a positive-going transition of C and so this entry in the timing arc table is not applicable. However, a negative-going transition of input A, if it does in fact cause a transition of output C, will cause a negative-going transition of output C and with a delay of D4. A positive-going transition of input A cannot cause a negative-going transition of output C and so this entry in the timing arc table is not applicable.

If we assume that gate **300** is an XOR function, then timing arc **302** can be represented by the timing arc table of FIG. 3C. The horizontal and vertical axes of FIG. 3C have the same meaning as in FIG. 3B. In this case, however, we see that a positive-going transition on input A will cause either a negative-going transition of output C with a delay of D6 or a positive-going transition of output C with a delay of D5. Whether the positive-going transition on input A causes a positive-going or negative-going transition of output C depends upon the state of input B. Likewise, a negative-going transition on input A will cause either a negative-going transition of output C with a delay of D8, or a positive-going transition of output C with a delay of D7. Once again, whether the negative-going transition on input A causes a positive-going or negative-going transition of output C depends upon the state of input B.

The RF timing tables propagated are comprised of the following four values: minimum rise time (minRT), maximum rise time (maxRT), minimum fall time (minFT) and maximum fall time (maxFT).

The RF timing tables, for a section of circuitry to be analyzed, are initially created as follows. An RF timing table is created for every output of every launch flip flop. The values for minRT, maxRT, minFT and maxFT of each RF timing table are determined from the timing arc from the flip flop's clock to the output of the flip flop for which the RF timing table is being created. The tag for each RF timing table is loaded with an identifier indicating the particular clock driving the clock input of the flip flop for which the RF timing table is being created.

10

In general, assume we have a flip flop "L__FF1" which is an element of L__FFS and L__FF1 is driven at its clock pin "L__FF1/CLOCK" by a clock "L__CLOCK1" which is an element of L__CLOCKS. An RF timing table, which shall be referred to as "RF_TABLE_FF1_Q", is determined as follows. Output pin Q of L__FF1 shall be referred to as "L__FF1/Q." The timing arc from L__FF1/CLOCK to L__FF1/Q shall be referred to as "L__FF1_TA." From the timing arc table for L__FF1_TA, the delays associated with L__FF1/Q rising are determined. The minimum of these delays is the value of minRT for RF_TABLE_FF1_Q, while the maximum of these delays is the value of maxRT for RF_TABLE_FF1_Q. From the timing arc table for L__FF1_TA, the delays associated with L__FF1/Q falling are determined. The minimum of these delays is the value of minFT for RF_TABLE_FF1_Q, while the maximum of these delays is the value of maxFT for RF_TABLE_FF1_Q. RF_TABLE_FF1_Q is given a "tag" which contains an identifier that uniquely determines L__CLOCK1 as being connected to L__FF1/CLOCK.

In general, a "tag" is a data structure, pointed to by an RF timing table, which contains an identifier (which we shall also refer to as a "label") that uniquely determines the clock driving the flip flop for which the RF timing table was created.

FIG. 4 depicts an example of how RF timing tables are initially created for a set of launch flip flops in a circuitry section whose timing is to be analyzed. FIG. 4A depicts, for example, two D-type flip flops **400** and **401** with Q output pins, respectively, of **404** and **405**. Q output **404** has timing arc **402** while Q output **405** has timing arc **403**. Timing arc **402** is defined by the timing arc table of FIG. 4B, while timing arc **403** is defined by the timing arc table of FIG. 4C. Q output **404** has a RF timing table **406** created for it, while Q output **405** has RF timing table **407** created for it. The values for RF timing tables **406** and **407** are determined, in accordance with the general description above, from their corresponding timing arc tables. RF timing table **406** is given tag **408**, indicating its flip flop **400** is driven by "CLK 1," and RF timing table **407** is given tag **409**, indicating its flip flop **401** is driven by "CLK 2."

Propagation of tagged RF timing tables, through the combinational units of a circuitry section, is accomplished as follows.

A specific example is shown in FIG. 5. FIG. 5 depicts a non-inverting combinational gate **500** (such an an AND or OR) with two different timing arcs **501** and **502**. Input pin "A" of gate **500** has an RF timing table **503** which is a copy of RF timing table **406** shown in FIG. 4A for CLK 1. Likewise, input pin "B" of gate **500** has an RF timing table **504** which is a copy of RF timing table **406** shown in FIG. 4A for CLK 1. Input pin "B" of gate **500** also has RF timing table **505** which is a copy of RF timing table **407** of FIG. 4A for CLK 2.

RF timing table **510** of FIG. 5 shows how RF timing table **505** is propagated through gate **500**. Timing arc **501** adds a delay of D7 to rise times and a delay of D8 to the fall times. The tag **508** of RF timing table **505** identifies "CLK 2" and this identification is unchanged in tag **512** of RF timing table **510**.

The propagation of RF timing tables **503** and **504** through gate **500** to produce RF timing table **509** is more complex since it is the result of comparing the delays at inputs "A" and "B." In particular, the computation of RF timing table **509** can be viewed as being comprised of two distinct steps: i) calculating two temporary RF timing tables for output "C"

US 6,237,127 B1

11

and ii) combining the two temporary RF timing tables. The first temporary timing table is the result of applying timing arc 502 to RF timing table 503, while the second temporary timing table is the result of applying timing arc 501 to RF timing table 504. The first temporary RF timing table is comprised of the following values: minRT is D1+D5, maxRT is D1+D5, minFT is D2+D6 and maxFT is D2+D6. The second temporary RF timing table is comprised of the following values: minRT is D1+D7, maxRT is D1+D7, minFT is D2+D8 and maxFT is D2+D8. As can be seen in RF timing table 509 of FIG. 5, the combination of the first and second temporary RF timing tables is accomplished by taking the minimum or maximum of each pair of corresponding values, depending upon whether the final value in RF timing table is supposed to be, respectively, a minimum or a maximum value.

In general, propagation of RF timing tables from a gate's inputs to its outputs is accomplished as follows. The following discussion of LOOP1 and LOOP2 is illustrated through FIG. 7 which is written in a pseudo code based on the C Programming Language. Assume we have a gate g with i inputs. This propagation procedure begins with a first loop, call it "LOOP1," which loops over each input to gate g. LOOP1 refers to each input to gate g as input$_k$, where k ranges from 1 to i. Within LOOP1 is a second "LOOP2" which loops over all the RF timing tables pointed to by input$_k$. LOOP2 refers to the number of RF timing tables for each input$_k$ as $t_k$ and loops with a range q which ranges from 1 to $t_k$. Each RF timing table pointed to by an input$_k$ is called RF_table$_{k,q}$. For each RF_table$_{k,q}$, a temporary RF_timing table RF_table$_{k,q}$' is created for gate g's output with the values of RF_table$_{k,q}$ altered according to the timing arc timing_arc$_k$, where timing_arc$_k$ is from input$_k$ to gate g's output. Such a gate g is partially depicted in FIG. 8.

RF_table$_{k,q}$' is created from timing_arc$_k$ and RF_table$_{k,q}$ as follows. Firstly, RF_table$_{k,q}$' is given the same tag as RF_table$_{k,q}$. Therefore, if the tag of table RF_table$_{k,q}$ uniquely identifies a "L_CLOCK1," where L_CLOCK1 is an element of L_CLOCKS, then the tag of RF_table$_{k,q}$' uniquely identifies the same clock. As discussed above, an RF timing table comprises the following four values: minRT, maxRT, minFT, and maxFT. A timing arc, which was discussed above in terms of a timing arc table, will now be described as a function "timing_arc$_k$(a, b)." The timing_arc$_k$(a,b) function's two inputs are defined as follows: i) input "a" takes the direction of an edge being applied to input$_k$ and ii) input "b" takes the direction of an edge which could be output from gate g. In response to these two inputs, timing_arc$_k$(a,b) outputs a value of the delay between the application of the specified input edge and the output of the specified output edge, assuming that the input edge does in fact produce the output edge. If the specified output edge cannot be produced for the specified input edge, then a symbol indicative of this inapplicability is output.

In calculating minRT and maxRT for RF_table$_{k,q}$', we are interested in the delays produced when the output of gate g is rising. Therefore, we want timing_arc$_k$(a,b) to take a rising edge as input "b." For input "a," both a rising edge and a falling edge is input. Assume that for an input to timing_arc$_k$(a,b) of a rising edge on "b" and a rising edge on "a," the output delay is D1. Assume that for an input to timing_arc$_k$(a,b) of a rising edge on "b" and a falling edge on "a," the output delay is D2. Then minRT of RF_table$_{k,q}$' is the minimum of the following two values: i) D1 summed with minRT of RF_table$_{k,q}$ and ii) D2 summed with minFT of RF_table$_{k,q}$. Similarly, maxRT of RF_table$_{k,q}$' is the maximum of the following two values: i) D1 summed with maxRT of RF_table$_{k,q}$ and ii) D2 summed with maxFT of RF_table$_{k,q}$.

12

In calculating minFT and maxFT for RF table$_{k,q}$', we are interested in the delays produced when the output of gate g is falling. Therefore, we want timing_arc$_k$(a,b) to take a falling edge as input "b." For input "a," both a rising edge and a falling edge is input. Assume that for an input to timing arc$_k$(a,b) of a falling edge on "b" and a rising edge on "a," the output delay is D3. Assume that for an input to timing_arc$_k$(a,b) of a falling edge on "b" and a falling edge on "a," the output delay is D4. Then minFT of RF_table$_{k,q}$' is the minimum of the following two values: i) D3 summed with minRT of RF_table$_{k,q}$ and ii) D4 summed with minFT of RF_table$_{k,q}$. Similarly, maxFT of RF_table$_{k,q}$' is the maximum of the following two values: i) D3 summed with maxRT of RF_table$_{k,q}$ and ii) D4 summed with maxFT of RF_table$_{k,q}$.

When LOOP1 finishes, the total number of RF_table$_{k,q}$' tables, pointed to by g's output, will be:

$$total = t_1 \times t_2 \times \ldots t_i \qquad (1)$$

Among these total' tables, assume there are tags representing a total of "c" different clocks. Assume that a copy of each of the "c" unique identifiers, utilized amongst the tags of the RF_table$_{k,q}$' tables, is in a set called "TAGS_G." Upon the completion of LOOP1, a LOOP3 is begun in which a variable "TAG_G" takes on, successively, each of the unique identifiers in TAGS_G. For each iteration of LOOP3, all the RF_table$_{k,q}$' tables pointed to by the output of gate g, which are tagged with a unique clock identifier equal to the current value of TAG_G, are identified and moved to a list which shall be referred to as "RF_tables$_{TAG\_G}$." From RF_tables$_{TAG\_G}$ a combined final RF timing table, which shall be referred to as "RF_table_final$_{TAG\_G}$" is determined. The output of gate g is then made to point to RF_table_final$_{TAG\_G}$. The combination of the tables listed on RF_tables$_{TAG\_G}$ to produce RF_table_final$_{TAG\_G}$ is accomplished in the following manner. minRT of the RF_table_final$_{TAG\_G}$ is the minimum of all the minRTs amongst the RF timing tables listed in RF_tables$_{TAG\_G}$. maxRT of RF_table_final$_{TAG\_G}$ is the maximum of all the maxRTs amongst the RF timing tables listed in RF_tables$_{TAG\_G}$. minFT of RF_table_final$_{TAG\_G}$ is the minimum of all the minFTs amongst the RF timing tables listed in RF_tables$_{TAG\_G}$. maxFT of RF_table_final$_{TAG\_G}$ is the maximum of all the maxFTs amongst the RF timing tables listed in RF_tables$_{TAG\_G}$.

Following the completion of LOOP3, the final RF timing tables pointed to by g's output are ready to be propagated, in turn, to the inputs of any other gates, or capture flip flops, to which the output of g may be wired.

It should be noted that delays introduced by wire objects are taken into account when propagating an RF timing table from the output pin of one device object to the input pin of another device object. The wires effect an RF timing table by adding an additional fixed delay to each of the RF timing table's four fields of minRT, maxRT, minFT and maxFT.

Since the combinational network between the launch flip flops and the capture flip flops is acyclic, it is easy to assign a "level" number to each combinational gate. The propagation of the RF timing tables then proceeds in a levelized order, wherein all the gates at a particular level have all of their final RF timing tables propagated to their outputs before all the gates at the next-higher level, in turn, have all of their final RF timing tables propagated to their outputs.

Eventually, the first main phase of the static timing analysis of the present invention, propagation of tagged rise-fall (RF) timing tables, is completed when all the tables initially produced at the outputs of the launch flip flops

US 6,237,127 B1

13

L__FFS have been completely propagated to the inputs of all the capture flip flops C__FFS.

The second main phase of static timing analysis, relative constraint analysis, is performed as follows.

Each launch clock, which we shall refer to as "L__CLOCK__X", that is an element of the set of launch clocks L__CLOCKS, will have certain edges that are "launching edges" due to the ability of those edges to clock those launch flip flops of L__FFS, which we shall refer to as "L__FF__X," to which the launch clock is connected. Similarly, a capture clock, which we shall refer to as "C__CLOCK__Y", that is an element of the set of capture clocks C__CLOCKS, will have certain edges that are "capturing edges" due to the ability of those edges to clock those capture flip flops of C__FFS, which we shall refer to as "C__FFS__Y," to which the capture clock is connected.

For a launch clock L__CLOCK__X and a capture clock C__CLOCK__Y, a "computation period" is the period between a launching edge of L__CLOCK__X and a capturing edge of C__CLOCK__Y in which there are no intervening launching edges or capturing edges. The capturing edge of a computation period has setup and hold times associated with it. The setup time is the amount of time, prior to the capture edge, by which the data inputs to capture flip flops C__FFS__Y must be stable in order ensure correct latching by C__CLOCK__Y. The hold time is the amount of time, after the capture edge, through which the data inputs to capture flip flops C__FFS__Y must be stable in order to ensure correct latching by C__CLOCK__Y.

Depending upon the waveform for L__CLOCK__X the waveform for C__CLOCK__Y, and the relationship between these two waveforms, there may be several different computation periods.

The shortest computation period, between a launch clock L__CLOCK__X and a capture clock C__CLOCK__Y, determines the value of what we shall refer to as the "maximum allowable path delay" or "MAPD$_{x,y}$." For a launch clock L__CLOCK__X and a capture clock C__CLOCK__Y, the greatest overlap, between any of its computation periods and the hold time from any of its previous computation periods, sets a lower bound which we shall refer to as the "shortest allowable path delay" or "SAPD$_{x,y}$." That greatest amount of overlap determines the lower bound of SAPD$_{x,y}$ can be seen from the following reasoning. Overlap between a later computation period and the hold time of an earlier computation period means that, should the later computation period's combinational logic computations complete before the hold time of the earlier computation period has finished, the capturing for the earlier computation period may be erroneously changed. The greater the overlap of the later computation with the hold time of the earlier computation period, the longer the combinational logic of the later computation period must take in order for it not to interfere with the latching of the results of the earlier computation period.

Assume that there are d launch clocks in L__CLOCKS and e capture clocks in C__CLOCKS. There will then be dxe values of MAPD$_{x,y}$ and SAPD$_{x,y}$. MAPD$_{x,y}$ and SAPD$_{x,y}$ are referred to as "relative constraints" since they are based upon the relative relationship of a launch clock and a capture clock. More specifically, MAPD$_{x,y}$ and SAPD$_{x,y}$ are the default timing constraints mentioned above as being alterable by exceptions.

Analysis of these relative constraints is accomplished as follows.

First, a flag called "TIMING__VIOLA?" is set to "false." A loop "LOOP4" loops over all the capture flip flops in

14

C__FFS, where C__FF1 is successively set to point to each. For each capture flip flop C__FF1, the capture clock, which we shall refer to as C__CLOCK1, driving it is identified. In addition, for each capture flip flop C__FF1, a subloop "LOOP5" is started which loops over all the RF timing tables pointed to by the data input pin of C__FF1. Each of the RF timing tables looped over by LOOP5 shall be referred to as C__FF1__RF__TABLE. For each RF timing table C__FF1__RF__TABLE, the clock identifier in its tag uniquely identifies one of the launch clocks in L__CLOCKS. The launch clock identified by the tag shall henceforth be referred to as L__CLOCK1. Based upon L__CLOCK1 and C__CLOCK1, the appropriate values of MAPD and SAPD are identified and shall be referred to as MAPD$_{L\_CLOCK1,C\_CLOCK1}$ and SAPD$_{L\_CLOCK1,C\_CLOCK1}$. If both maxRT and maxFT of C__FF1__RF__TABLE are less than MAPD$_{L\_CLOCK1,C\_CLOCK1}$, then maxRT and maxFT satisfy the relative constraint of MAPD$_{L\_CLOCK1,C\_CLOCK1}$. If both minRT and minFT of C__FF1__RF__TABLE are greater than SAPD$_{L\_CLOCK1,C\_CLOCK1}$, then minRT and minFT satisfy the relative constraint of SAPD$_{L\_CLOCK1,C\_CLOCK1}$. If either MAPD$_{L\_CLOCK1,C\_CLOCK1}$ or SAPD$_{L\_CLOCK1,C\_CLOCK1}$ is not satisfied, then the flag TIMING__VIOLA? is set to "true." If LOOP4 finishes with TIMING__VIOLA? set to "false," then the circuit section has successfully passed static timing analysis.

The static timing analysis of the present invention has been explained, thus far, without an implementation of "exceptions."

An "exception statement" is defined to be a user-specified command which, for a particular path or set of paths through a circuit section, alters the default timing constraints of certain MAPD's and/or SAPD's. Therefore, an exception statement comprises two main components: i) a "path specification" which specifies the path or paths for which the exception statement applies, and ii) a "timing alteration" which alters the default timing constraints of the specified paths. With respect to the basic two-phase structure of static timing analysis presented above, the path specification of an exception statement effects the first phase of RF timing table propagation, while the timing alteration effects the second phase of relative constraint analysis.

Syntactically, for Design Compiler, an exception statement is defined as having the following structure:

<timing_alteration>[value]<path_specification> <delimiter>

<timing_alteration> can be any one of "set_false_path", "set_multicycle_path", "max_delay" or "min delay." [value] is a numeric value which is used in conjunction with set_multicycle_path, set_max_delay and set_min_delay, as discussed below. set_false_path, for paths satisfying the path specification, sets the relevant MAPD's to infinity and the relevant SAPD's to zero. set_multicycle_path alters MAPD as follows. As discussed above, MAPD is the length of the shortest computation period between a launch clock L__CLOCK__X and a capture clock C__CLOCK__Y We shall refer to an edge of L__CLOCK__X, which begins such a shortest computation period, as L__EDGE and we shall refer to an edge of C__CLOCK__Y, which ends such a shortest computation period, as C__EDGE1. Following any particular C__EDGE1, there will continue to be a series of edges of C__CLOCK__Y, which can act as a capture edge, that we shall refer to as the sequence: C__EDGE2, C__EDGE3, . . . . set_multicycle_path alters the relevant MAPD's, for paths satisfying the path specification, to be of the time period from L__EDGE to any one of C__EDGE1, C__EDGE2, C__EDGE3, . . . . The

US 6,237,127 B1

15
16

particular edge of C_CLOCK_Y is selected by [value], where value is an integer >1. max delay sets the relevant MAPD's, for paths that satisfy the path specification, to an arbitrary maximum time (leaving SAPD's unaffected), while min_delay sets the relevant SAPD's, for paths that satisfy the path specification, to an arbitrary minimum time (leaving MAPD's unaffected).

<path specification> is specified according to the syntax to be discussed below.

<delimiter> ends the exception statement. <delimiter> can be either a semicolon character or a newline character. A newline character can be suppressed as a delimiter, permitting multiline exceptions, by preceding it with a backslash character.

The <path_specification> is a logical expression which evaluates to "true" for certain paths through a circuit section and otherwise evaluates to "false."

At its highest level of structural organization, a <path_specification> is comprised of one or more "path specifiers." These path specifiers may be selected from amongst: "-from", "-to" or "-through." Following each of "-from", "-to" or "-through" the designer specifies an argument that is one of the following: a single HLHDL port, a single netlist-level pin, a list of HLHDL ports, a list of netlist-level pins, a netlist-level combinational device, a netlist-level flip flop or a list of netlist-level devices which may be any combination of combinational devices or flip flops. The names of netlist-level pins and devices may be obtained by the designer, as was discussed above, from the generic technology viewer which allows the designer to view generic technology circuit 102. A path specifier argument which is a list has the items of the list separated by at least once space with the whole list being enclosed by curly braces. A path specifier argument which is a list of items is understood to be the logical "OR" of its items. All path specifier arguments, regardless of the level expressed at by the designer, are translated into either the specification of a single netlist-level pin or a list of netlist-level pins. A path specifier argument which is a single netlist-level pin is interpreted as "satisfied" or "true" for any path through the netlist which includes that pin. A path specifier argument which is a list of netlist-level pins is interpreted as "satisfied" or "true" for any path through the netlist which includes at least one of those pins.

Each port of a path specifier argument is translated into a netlist-level pin as follows. At the generic technology level, the port is represented by a device known as a "boundary marker." A boundary marker is a single-input single-output non-inverting "device" with zero delay. The port at the HLHDL level is translated into specifying the output pin of its netlist-level boundary marker. Each netlist-level combinational device of a path specifier argument is translated into a specification of the netlist-level output pin of the combinational device. Each netlist-level flip flop of a path specifier argument is translated into a specification of the netlist-level output pin or pins of the flip flop device.

A <path_specification> can include only one "-from" and/or one "-to." If a <path_specification> includes both a "-from" and a "-to," they may appear in any order.

"-from" has the following meaning. A "-from" is satisfied by any paths that begin from a pin which is specified by the argument of the "-from." The pins specified in the argument of a "-from" must be the outputs or clock inputs of launch flip flops and/or input ports.

"-to" has the following meaning. A "-to" is satisfied by any paths that end at a pin which is specified by the argument of the "-to." The pins specified in the argument of a "-to" must be the non-clock inputs of capture flip flops and/or output ports.

"-through" has the following meaning. A "-through" is satisfied by any paths that pass through any pin which is specified by the argument of the "-through." The pins specified in the argument of a "-through" may not be the outputs of launch flip flops (which are to be specified only by a "-from") or the inputs of capture flip flops (which are to be specified only by a "-to"). A <path_specification> may contain an arbitrary number of "-through"s . A sequence of "-through"s may be interrupted by a "-from" and/or a "-to" at any point.

Multiple "-through"s may require satisfaction in either an order dependent or order independent manner. For "-through"s which require satisfaction in an order dependent manner, the "-through"s are only satisfied by paths which, as they traverse the circuit section from launch flip flops to capture flip flops, satisfy the "-through"s in the same order as the "-through"s are listed, left to right, in the <path_specification>. For "-through"s which require satisfaction in an order independent manner, the "-through"s are satisfied by paths which pass through, in any order, at least one of the pins specified by each of the "-through"s .

Thus far, the syntax and semantics of a single exception statement has been described.

Two or more exception statements, with the same timing alteration, act, from a semantic point of view, as if they were one exception statement, with the same timing alteration, but with the path specification being a logical OR of each path specification of the individual exception statements.

Some examples will now be presented to illustrate the above-described general rules for single exception statements and the combination of multiple exception statements which have the same timing alteration.

Consider the following exemplary exception (which has been labeled with a "(1)" that is not part of the exception input language):

    set_false_path -from input1 -to output1;        (1)

This exception alters the default timing constraints, according to the "set_false_path" timing alteration discussed above, for the path beginning at a pin "input1" and ending at a pin "output1." Pin "input1" must be the output to a launch flip flop, and pin "output1" must be the input to a capture flip flop. Consider now the following more complex exception example (2):

    set_false_path -from {input1 input2} -to {output1 output2};        (2)

This exception alters the default timing constraints, according to the "set_false_path" timing alteration discussed above, for any path beginning at either pin "input1" or "input2" and ending at either pin "output1" or "output2." Pins "input1" and "input2" must be the output to a launch flip flop, and pins "output1" and "output2" must be the input to a capture flip flop. Exception example (2) could alternatively be expressed as the following four exceptions, in the following example (3):

    set_false_path -from input1 -to output1;        (3)

    set_false_path -from input1 -to output2;

    set_false_path -from input2 -to output1;

    set_false_path -from input2 -to output2;

Example (3) is equivalent to example (2) since the four exceptions of example (3) are treated, from a semantic point of view, as one exception with "set_false_path" as its timing alteration and with the four path specifiers logically

US 6,237,127 B1

17

18

ORed together. In effect, example (3) is treated as following example (4) (however the syntax of example (4) is not actually allowed in the current Design Compiler 103):

    set_false_path (-from input1 -to output1) OR\

    (-from input1 -to output2) OR\

    (-from input2 -to output1) OR\

    (-from input2 -to output2);                    (4)

Example (5) below is intended to illustrate the "-through" path specifier, in conjunction with "-from" and "-to":

    set_false_path -from input1 -through {pin1 pin2}\-through {pin3 pin4} -to output1;                    (5)

Example (5) is equivalent to the following example (6):

    set_false_path -from input1 -through pin1 -through pin3 \-to output1;

    set_false_path -from input1 -through pin1 -through pin4 \-to output1;

    set_false_path -from input1 -through pin2 -through pin3 \-to output1;

    set_false_path -from input1 -through pin2 -through pin4 \-to output1;                    (6)

Note that the meaning of examples (5) and (6) will be different depending upon whether the "-through"s are interpreted as order dependent. If the "-through"s are treated as order dependent, then these two examples can only be satisfied by paths which (in addition to beginning at input1 and ending at output1) pass through pin1 or pin2 first, before passing through pin3 or pin4. If the "-through" is treated as order independent, then these two examples are satisfied by paths which (in addition to beginning at input1 and ending at output1) pass through: i) pin1 or pin2 and then pin3 or pin4, or ii) pin3 or pin4 and then pin1 or pin2.

A first way of implementing the exception statement language described above is accomplished through the following steps of: first-way preprocessing, first-way pin-labeling, first-way modified RF timing table propagation and first-way modified relative constraint analysis.

We shall refer to the initial set of exception statements, prepared by the designer, as the "input exception statements." The first-way preprocessing is performed on the input exception statements to produce a set of "preprocessed exception statements." Initially, the input exception statements are converted into "pin-wise exception statements" in which all of the path specifier arguments have been converted, according to the rules discussed above, to be specified in terms of netlist-level pins. Note that in certain cases, a single item argument in an input exception statement may be translated into a list of pins. For example, if the designer has specified a particular launch flip flop as the single argument of a "-from," that single flip flop argument is translated into a two-item list specifying the "Q" and "-Q" output pins of the flip flop.

Certain of the pin-wise exception statements we shall refer to as "compound pin-wise exception statements." A compound pin-wise exception statement has at least one of its path specifiers, the path specifiers being selected from types "-from," "-to" or "-through," having an OR-type list of pins as its argument. Pin-wise exception statements which are not compound pin-wise exception statements are copied directly to the set of preprocessed exception statements.

Each compound pin-wise exception statement is converted into multiple pin-wise exception statements which implement the same semantics but have only single pins specified as the argument to all path specifiers. In effect, this is computing a kind of "cross product" of all the OR-type arguments in a compound pin-wise exception statement. The "cross product" of each compound pin-wise exception statement is added to the set of preprocessed exception statements.

"First-way pin-labeling" is accomplished as follows. A loop "LOOP6" loops over every argument of every path specifier in the set of preprocessed exception statements. For each iteration of LOOP6, a variable "PS_ARG" takes as its value a "label" which represents a copy of the current path specifier argument being looped over. The pin in the netlist circuit section, corresponding to PS_ARG, is located and shall be referred to as "PS_ARG_PIN." PS_ARG_PIN is then checked to see whether it is already pointing to its own copy of an "exception flag" data structure which indicates that this pin is the subject of at least one preprocessed exception statement. If PS_ARG_PIN is not already pointing to an exception flag, then an exception flag is created for it.

First-way modified RF timing table propagation proceeds as follows. First-way modified RF timing table propagation is the same as the "regular" (or non-exception supporting) RF timing table propagation described above, with the following three modifications. First, the tags pointed to by RF timing tables are structured into two main parts: a first part which contains the unique identifier of a launch clock as described above, and a second part which can contain labels for path specifier arguments. Secondly, each time an RF timing table, which we shall generically refer to as RFTT_ X, of a certain kind is created, a check is made to determine whether the pin to which it is attached, which we shall refer to as PIN_X, has an exception flag. The kinds of RF timing tables for which this check is made are: i) RF timing tables created initially for the output pins of the launch flip flops, ii) RF timing tables created when an RF timing table is propagated across a wire to the input of a combinational unit or to the input of a capture flip flop, and iii) the final RF timing table, referred to above as $RF\_table\_final_{TAG\_G}$, created from $RF\_tables_{TAG\_G}$ for the output of a gate g. If such an exception flag exists, then the following determination is made. A label, which represents how PIN_X is referred to in a preprocessed exception statement, is considered for addition to RFTT__Xs tag. If the label being considered, by itself or in conjunction with any selection of labels already on the tag, satisfies, or can possibly satisfy, a path specification of at least one of the preprocessed exception statements, then the label is added to the tag.

The third modification of first-way modified RF timing table propagation, with respect to RF timing table propagation as described above, is with respect to LOOP3. LOOP3 is replaced with the following LOOP7. LOOP7 successively identifies each unique type of tag, among the tables $RF\_table_{k,q}$, and refers to a copy of that unique tag type by the variable TAG_G. For two tags to be of the same "type": i) their first parts must both uniquely identify the same launch clock, and ii) their second parts must both contain the same set of pin labels. All $RF\_table_{k,q}$' tables, with tags of the same type, as identified by the current value of TAG_G, are identified and moved to a list referred to as "$RF\_ tables_{TAG\_G}$." In the same manner as discussed above with respect to LOOP3, the RF timing tables of $RF\_tables_{TAG\_G}$ are replaced by a combined final RF timing table, which is referred to as "$RF\_table\_final_{TAG\_G}$," which is pointed to by the output pin of gate g.

US 6,237,127 B1

19

If the path specifier "-through" is implemented to work in an ordered fashion, then it is helpful if the label-containing part of the tag holds the labels as an ordered list which orders the labels according to the order in which they were encountered as the RF timing table propagated through the circuit section. In implementing an ordered "-through," if a "-through" label is encountered, which would satisfy a "-through" that is to the right of a "-through" not satisfied by a label already in the tag, then the "-through" is not added to the tag.

If the path specifier "-through" is implemented to work in an unordered fashion, then there are two possible implementations depending upon whether "reachability" information is kept. "Reachability" information would specify, upon the basis of the "-through" label being considered for addition to the tag and the "-through"'s satisfied by labels already in the tag, whether there is any preprocessed exception statement which can possibly be satisfied upon further RF timing table propagation. The problem with using reachability within Design Compiler **103** is that it would often have to be updated as the network described by the netlist changes due to various mappings and/or optimizations. If reachability information is not kept, then each time a "-through" is satisfied by a label, the label must be added to the tag.

The third modification, of first-way modified RF timing table propagation, is particularly significant since it means that even if two RF timing tables specify the same launch clock in the first part of their tags, they will be maintained as separate tables so long as even one of labels in the second part of their tags is different. In addition, LOOP7 will tend to take longer to execute then LOOP3 since there will tend to be more types of tags, amongst the inputs to a gate, then there are different launch clocks represented amongst the inputs to the same gate. It would therefore be desirable to minimize the number of types of tags, by minimizing the types of labels used to mark pins satisfying exceptions, and this is the goal of the second way of implementing the exception statement input language.

First-way modified relative constraint analysis proceeds as follows. First-way modified relative constraint analysis is the same as the relative constraint analysis described above, except for the following two changes.

First, for each RF timing table C_FF1_RF_TABLE looped over by LOOP5, as discussed above, a determination is made as to the subset of preprocessed exception statements, which we shall refer to as "C_FF1_EXCEPS," that are satisfied by the labels in the second part of C_FF1_RF TABLE's tag. Typically, only one preprocessed exception statement will be satisfied but, in case C_FF1_EXCEPS contains more than one preprocessed exception statement, precedence rules among timing alterations are used. The three default precedence levels among the timing alterations, in order of descending precedence, are as follows: i) "set_false_path," ii) "max_delay" and "min_delay have the same precedence level because they can never conflict with each other, and iii) "set_multicycle_path." This default precedence could be altered with a user-specified "-precedence" option, added to the exception statement input language utilized by the designer. In one implementation, the "-precedence" option, which would be followed by a user-selectable "precedence-level number," would be included with those exception statements whose default precedence is to be changed. A higher precedence-level number would indicate a higher precedence. For example, a "set_multicycle_path" exception statement might be given a precedence-level number of 10, while a

20

"set_false_path" exception statement might be given a precedence-level number of 5, in order to alter the default precedence and give that particular "set_multicycle_path" exception statement precedence over that particular "set false_path" exception statement. In case two or more preprocessed exception statements are in C_FF1_EXCEPS, with different numerical parameters for the same timing alteration, then the path specifications of these preprocessed exception statements are analyzed for certain disambiguating characteristics. The single timing alteration which is chosen to be applied for C_FF1_RF_TABLE shall be referred to as "C_FF1_RF_TABLE_TA."

The second change for first-way modified relative constraint analysis, from relative constraint analysis as described above, is that each pair of $MAPD_{L\_CLOCK1,C\_CLOCK1}$, and/or $SAPD_{L\_CLOCK1,C\_CLOCK1}$ selected by LOOP5 is modified according to C_FF1_RF_TABLE_TA to produce $MAPD_{L\_CLOCK1,C\_CLOCK1}{}'$, and/or $SAPD_{L\_CLOCK1,C\_CLOCK1}{}'$. If $MAPD_{L\_CLOCK1,C\_CLOCK1}{}'$ is calculated, then it is compared with maxRT and maxFT, otherwise $MAPD_{L\_CLOCK1,C\_CLOCK1}$ is compared with maxRT and maxFT. If $SAPD_{L\_CLOCK1,C\_CLOCK1}{}'$ is calculated, then it is compared with minRT and minFT, otherwise $SAPD_{L\_CLOCK1,C\_CLOCK1}$ is compared with minRT and minFT. If the appropriate MAPD is not satisfied or the appropriate SAPD is not satisfied, then the flag TIMING_VIOLA? is set to "true."

A second way of implementing the exception statement input language described above is accomplished through the following steps of: second-way preprocessing, second-way pin-labeling, second-way modified RF timing table propagation and second-way modified relative constraint analysis.

As was done above, we shall refer to the initial set of exception statements, prepared by the designer, as the input exception statements. The second-way preprocessing is performed on the input exception statements, in two main phases, to produce the set of preprocessed exception statements.

The first phase of second-way preprocessing is the same as the first-way preprocessing described above, except that the exception statements output by first-way preprocessing are called an "intermediate preprocessed exception statements" rather than preprocessed exception statements.

In the second phase of second-way preprocessing, the intermediate preprocessed exception statements are converted into the set of preprocessed exception statements.

Essentially, the second phase of second-way preprocessing may be viewed as achieving the following. The intermediate preprocessed exception statements may be viewed as a canonical sum-of-products form for expressing those groups of input exception statements which share a common timing alteration. In the second phase of second-way preprocessing, each such sum-of-products among the intermediate exception statements is converted into one or more product-of-sums. Each such product-of-sums is then converted into a separate exception statement where each of the "sums" in the product-of-sums becomes an OR-type list argument to the appropriate type of path specifier.

The second phase of second-way preprocessing, for order dependent "-through"'s, accomplishes its identification of product-of-sums expressions as described in the pseudocode of FIGS. **9A–B** (which is based on the C Programming Language). FIGS. **9C–G** simulate, step-by-step, the execution of both the first and second phases of second-way preprocessing. The second phase of second-way preprocessing, for order independent "-through"'s, accomplishes its identification of product-of-sums expressions as

US 6,237,127 B1

21                                              22

described in the pseudocode of FIG. **10** (which is also based on the C Programming Language).

Second-way pin-labeling is accomplished as follows. A loop "LOOP**8**" loops over every argument of every path specifier in the set of preprocessed exception statements. For each iteration of LOOP**8**, a variable "PS_ARG" takes as its value a "label" which represents the current path specifier argument being looped over. In the case where the label assigned to PS_ARG represents a single pin in the circuit section, this pin is located and shall be referred to as "PS_ARG_PIN." PS_ARG_PIN is then made to point to its own data structure, called an "argument container," unless PS_ARG_PIN already points to its own argument container. The particular argument container for PS_ARG_PIN shall be referred to as "PS_ARG_CONT." An argument container holds labels which represent arguments to path specifiers. PS_ARG_CONT is set to contain a copy of the current label held by PS_ARG. In the case where the label assigned to PS_ARG represents an OR of several pins in the circuit section, each of these sub-labels describing an individual pin is looped over, in turn, by a "LOOP**9**." Each sub-label looped over by LOOP**9** shall be referred to by "PS_ARG_SL." The pin referred to by PS_ARG_SL is located in the circuit section and shall be referred to as PS_ARG_PIN. PS_ARG_PIN is then made to point to its own argument container data structure as defined above, unless PS_ARG_PIN already points to its own (nonempty) argument container. The particular argument container for PS_ARG_PIN shall be referred to as "PS_ARG_CONT" PS_ARG_CONT is set to contain a copy of the current label held by PS_ARG. The net result, in the case where the label assigned to PS_ARG represents an OR of several pins in the circuit section, is that each of the pins of the ORed path specifier argument has the same label put in its argument container.

Second-way modified RF timing table propagation proceeds as follows. Second-way modified propagation of RF timing tables is the same as the non-exception handling RF timing table propagation described above, except for the following three modifications. First, the tags pointed to by RF timing tables are structured into the same two main parts as with first-way modified RF timing table propagation. The only difference, from the first change as described above for first-way modified RF timing table propagation, is that the second part can contain labels, for path specifier arguments, which represent an OR of several individual pins, in addition to being able to contain labels that represent only an individual pin. Secondly, each time an RF timing table is created (which is one of the same three kinds as described above with respect to the second modification of regular RF timing table propagation to produce first-way modified RF timing table propagation), a check is made to determine whether the pin to which it is attached has an argument container (this differs from first-way modified RF table propagation where the pin is checked for an exception flag). If such an argument container exists, then a determination is made for each label it contains as to whether it should be added to the tag of the newly-created RF timing table. In deciding whether each label should be added to the tag of the newly-created RF timing table, the difference from first-way modified RF timing table propagation is that the label being considered for addition to the newly-created RF timing table's tag, as well as labels already in the newly-created RF timing table's tag, may satisfy an OR-type path specifier argument by representing the entire OR expression. For first-way modified RF timing table propagation, only labels representing an individual pin existed and these labels were considered for

possible satisfaction of path specifier arguments consisting of only a single-pin specification.

The third modification, of second-way modified RF timing table propagation, is also the same as the third modification describe above for first-way modified RF timing table propagation, except that when tags are compared by LOOP**7**, to determine whether they are of the same type and therefore belong in the same RF_tables_$_{TAG\_G}$, some of the tags may contain labels that represent OR-type arguments to path specifiers rather than just labels which represent an individual pin.

The fact that labels, in tags, may represent an entire OR-type argument to a path specifier is a very significant aspect of second-way RF timing table propagation. It means that all of the exception pins, which are named in an OR-type path specifier argument, identify themselves in tags as belonging to this OR-type path specifier argument with the same label. Having fewer labels means, in general, fewer types of tags, for the purposes of RF timing table propagation, and therefore fewer RF timing tables. This can result in very significant memory savings. In addition, having fewer RF timing tables means that the propagation of those tables, and therefore the speed with which a static timing analysis can be completed, will happen more quickly.

The above described considerations, with respect to the implementation of "-through" on an order or unordered basis in the situation of first-way modified RF timing table propagation, apply equally well with regard to second-way modified RF timing table propagation.

Second-way modified relative constraint analysis proceeds in the same manner as first-way modified relative constraint analysis, except that the first change, of first-way modified relative constraint analysis with respect to relative constraint analysis, is changed as follows. When a determination is made, as to the subset of preprocessed exceptions satisfied by the labels in C_FF1_RF_TABLE's tag, some of those labels may represent an entire OR-type argument to a path specifier.

Example Circuit Sections

FIG. **11** shows an example circuit section comprising: i) two launch flip flops **1100** and **1101** with output pins, respectively, of "L1" and "L2," ii) two capture flip flops **1102** and **1103** with input pins, respectively, of "C1" and "C2," and iii) six two-input AND gates **1104–1109** with output pins, respectively, of "X1" to "X6."

Both launch flip flops are driven by the same clock "CLK1," while each of the capture flip flops is driven by a different clock of "CLK2" and "CLK3."

Consider the following exception statement, example (7), has been written for this circuit section:

set_false_path -through {X1 X2};                    (7)

This exception statement indicates that all paths through pin "X1" or pin "X2"should be subject to the "set_false_path" timing constraint.

FIG. **11** depicts the RF timing tables created, and their tags, when the first-way of implementing the exception statement language is utilized.

First-way preprocessing is performed first, and is described as follows. Input exception statement example (7) is already a pin-wise exception statement. Since input exception statement example (7) is a compound pin-wise exception statement, it must be converted into the following, example (8), multiple pin-wise exception statements:

set_false_path -through X1;

set_false_path -through X2;                          (8)

US 6,237,127 B1

23

First-way pin labeling is accomplished as follows. LOOP6 first sets PS__ARG to "X1." Pin "X1" is therefore located in the network for the circuit section and is made to point to its own exception flag 1110 labeled as "E.F." in FIG. 11. In its next iteration LOOP6 causes pin "X2" to be located in the network and it is made to point to an exception flag 1111 labeled "E.F." in FIG. 11.

First-way modified RF timing table propagation then proceeds as follows. In accordance with regular RF timing table propagation, an RF timing table 1112 is created for output pin "L1" of flip flop 1100, and an RF timing table 1116 is created for output pin "L2" of flip flop 1101. The particular values of RF timing tables 1112 and 1116 are not shown, other than the fact that each has four entries, since the purpose of this diagram is to illustrate: i) the use of labels in RF timing table tags, and ii) the number of RF timing tables required for the number of exception paths specified.

RF timing table 1112 is given a tag 1113 which, in accordance with the first modification of regular RF timing table propagation to produce first-way modified RF timing table propagation, comprises a first part 1114 containing an unique identifier of "CLK1" and a second part 1115 which can contain labels for path specifier arguments. Second part 1115 is empty. RF timing table 1116 is similarly given a tag 1117.

As of this point in the propagation process, it is significant to note that tags 1113 and 1117 are of the same type since their first and second parts have the same contents.

It is significant to note that, in the interests of visual clarity, not all RF timing tables which would be produced are shown. For example, the creation of RF timing table 1118 will now be discussed as if it would be computed directly from timing tables 1112 and 1116. In fact, there would be an additional RF timing table on each input pin of AND 1104. These RF timing tables would take into account the delays introduced by the wires (as was discussed in general above) from the outputs of the launch flip flops to the inputs of AND 1104.

Also unshown is that fact that the propagation of RF timing tables 1112 and 1116 to produce a final RF timing table 1118 for the output of AND 1104, in accordance with LOOP1 as described above, creates two temporary RF timing tables 1112' and 1116' for output pin "X1." In accordance with the second modification of regular RF timing table propagation to produce first-way modified RF timing table propagation, when temporary RF timing tables 1112' and 1116' are created a check is made for an exception flag on pin "X1" to which they are attached. Since exception flag 1110 is found, a label "X1," which represents how pin "X1" is referred to in a preprocessed exception statement, is added to the second part of the tags for temporary RF timing tables 1112' and 1116'.

In accordance with the third modification of regular RF timing table propagation to produce first-way modified RF timing table propagation, LOOP7 combines temporary RF timing tables 1112' and 1116' to produce RF timing table 1118. RF timing table 1118 is shown, along with its tag 1119. Tag 1119 is of the same type as the unshown tags for temporary RF timing tables 1112' and 1116' since its first part identifies "CLK1" and its second part has the label "X1."

In a like manner, RF timing tables 1112 and 1116 are propagated to create final RF timing table 1122 for output pin "X4." Since pin "X4" does not have an exception flag, the tag created for final RF timing table 1122 has an empty second part.

Similarly, RF timing tables 1118 and 1122 are propagated to produce RF timing tables 1124 and 1126 at pin "X2."

24

When RF timing table 1122 is propagated through AND 1105 to produce a temporary RF timing table 1122' (not shown) at pin "X2," RF timing table 1122' gets a tag comprising tag 1123 augmented with the label "X2" due to exception flag 1111. Likewise, when RF timing table 1118 is propagated through AND 1105 to produce a temporary RF timing table 1118' (not shown) at pin "X2," RF timing table 1118' gets a tag comprising tag 1119 augmented with the label "X2" due to exception flag 1111. Since the tag of RF timing table 1122' is of a different type than the tag of RF timing table 1118', LOOP7 converts: i) RF timing table 1118' into RF timing table 1124 and ii) RF timing table 1122' into RF timing table 1126. In a similar manner, RF timing tables 1118 and 1122 are propagated to create RF timing tables 1128 and 1129 at pin "X5." RF timing table 1128 has the same tag as RF timing table 1122, and RF timing table 1129 has the same tag as RF timing table 1118, since pin "X5" is not marked with an exception flag.

Pin "X3" of AND 1106 points to four RF timing tables, 1132–1135, since there are four types of tags on the RF timing tables at the inputs to AND 1106. Specifically, RF timing table 1128 becomes RF timing table 1132, RF timing table 1129 becomes RF timing table 1133, RF timing table 1126 becomes RF timing table 1134, and RF timing table 1124 becomes RF timing table 1135. Similarly, pin "X6" of AND 1109 points to four RF timing tables 1140–1143, since there are four types of tags on the RF timing tables at the inputs to AND 1109.

FIG. 12 shows the same example circuit section of FIG. 11 comprising: i) two launch flip flops 1100 and 1101 with output pins, respectively, of "L1" and "L2," ii) two capture flip flops 1102 and 1103 with input pins, respectively, of "C1" and "C2," and iii) six two-input AND gates 1104–1109 with output pins, respectively, of "X1" to "X6."

FIG. 12 depicts the RF timing tables created, and their tags, when the second-way of implementing the exception statement language is utilized is used to apply exception statement example (7) to the circuit network of FIG. 12.

Second-way preprocessing is performed first, and is described as follows. The first phase of second-way preprocessing is the same as the first-way preprocessing described above, except that preprocessed exception statements of example (8) above are called intermediate preprocessed exception statements. In the second phase of second-way preprocessing, the intermediate preprocessed exception statements are converted into the set of preprocessed exception statements. The single terms of each intermediate preprocessed exception statement are combined to form the following example (9) preprocessed exception statement, with an OR-type "-through" augmenter, by either the order dependent algorithm of FIG. 9 or the order independent algorithm of FIG. 10:

set__false__path -through {X1 X2};                    (9)

Second-way pin labeling is accomplished as follows. A LOOP8 sets PS__ARG to the "-through" argument "{X1 X2}." Each of the sub-labels of PS__ARG is looped over by LOOP9. LOOP9 first causes PS__ARG_SL to be set to "X1" and pin "X1" is then located in the circuit network. Pin "X1" is then made to point to its own argument container 1200. Argument container 1200 is then set to contain the current label of "{X1 X2}" held by PS__ARG. On its next iteration, LOOP9 first causes PS__ARG_SL to be set to "X2" and pin "X2" is then located in the circuit network. Pin "X2" is then made to point to its own argument container 1201. Argument container 1201 is then set to contain the current label of "{X1 X2}" held by PS__ARG. The net result

US 6,237,127 B1

25

is that each of the pins of the OR-type path specifier argument "{X1 X2}" has the same label "{X1 X2}" put in its argument container.

Second-way modified RF timing table propagation then proceeds as follows. In accordance with regular RF timing table propagation, an RF timing table 1203 is created for output pin "L1" of flip flop 1100, and an RF timing table 1205 is created for output pin "L2" of flip flop 1101.

RF timing table 1203 is then propagated through AND 1104 to produce a temporary RF timing table 1203' (not shown) pointed to by pin "X1." In accordance with the second change, described above, of second-way modified RF timing table propagation from regular RF timing table propagation, when RF timing table 1203' is created a check is made which determines that pin "X1" has an argument container 1200. The label "{X1 X2}" in the argument container 1200 is then added to the second part of the tag of temporary RF timing table 1203' since it satisfies the path specifier argument "{X1 X2}." Similarly, RF timing table 1205 is propagated through AND 1104 to produce a temporary RF timing table 1205' (not shown) pointed to by pin "X1." In accordance with the third modification, described above, of second-way modified RF timing table propagation from regular RF timing table propagation, LOOP7 combines temporary RF timing tables 1203' and 1205' to produce final RF timing table 1207. RF timing table 1207 is shown along with its tag 1208. Tag 1208 is of the same type as the unshown tags for temporary RF timing tables 1203' and 1205'.

In a like manner, RF timing tables 1203 and 1205 are propagated to create final RF timing table 1209 for output pin "X4." Since pin "X4" does not have an exception flag, the tag 1210 created for final RF timing table 1209 has an empty second part.

RF timing tables 1207 and 1209 are propagated through AND 1105 to produce RF timing table 1211 at pin "X2." It is significant to note that pin "X2" only points to one RF timing table, while pin "X2" of FIG. 11 points to two RF timing tables. This is an example of how the higher-level pin labeling reduces the number of RF timing tables needed to perform a static timing analysis. When RF timing table 1207 propagates through AND 1105 to create temporary RF timing table 1207', the tag of RF timing table 1207' is unchanged from that of RF timing table 1207 (the label "{X1 X2}" is already in the tag so there is no need to add the same label "{X1 X2}" begin held in argument container 1201). When RF timing table 1209 propagates through AND 1105 to create temporary RF timing table 1209', the tag of RF timing table 1209' becomes the same as the tag of RF timing table 1207' (the label "{X1 X2}" is not already in the tag so it is added from argument container 1201).

RF timing table 1213 at pin "X5" is created from RF timing table 1209, and RF timing table 1214 at pin "X5" is created from RF timing table 1207.

Pin "X3" points to only two RF timing tables 1217 and 1218 since, amongst the three RF timing tables 1211, 1213 and 1214 at the inputs to AND 1106, there are only two types of tags. This is a dramatic reduction from FIG. 11, where pin "X3" points to four RF timing tables. Likewise, pin "X6" of FIG. 12 points to only two RF timing tables 1221 and 1222, in comparison with the four pointed to by pin "X6" of FIG. 11.

The savings in the number of RF timing tables, afforded by the second-way of implementing the exception statement input language over the first-way of implementation, can be shown even more dramatically when the circuit to be analyzed is comprised of large busses as shown in FIGS. 13 and 14.

26

FIGS. 13 and 14 depict the same circuit. The circuit is comprised of two 32-bit launch registers 1300 and 1301 which are both driven by "CLK1." The 32-bit operands from 1300 and 1301 are fed to a 32-bit adder 1304 which produces a 33-bit output. The 33-bit output of adder 1304 is stored in 33-bit capture register 1302. The 32-bit operands from 1300 and 1301 are fed into a 32-bit array multiplier 1305 which produces a 64-bit output. The 64-bit output of array multiplier 1305 is stored in 64-bit capture register 1303. The 32-bit bus output from 1300 is called "L1," and the individual wires of that bus are referred to as L1[1], L1[2], . . . L1[32], where L1[1] is the least significant bit and L1[32] is the most significant bit. The 32-bit bus output from 1301 is called "L2," and the individual wires of that bus are likewise referred to as L2[1], L2[2], . . . L2[32], where L2[1] is the least significant bit and L2[32] is the most significant bit. The 64-bit bus input to 1303 is called "C2," and the individual wires of that bus are referred to as C2[1], C2[2], . . . C2[64], where C2[1] is the least significant bit and C2[64] is the most significant bit.

The following input exception statement, example (10), has been specified by the circuit designer:

    set_multicycle_path 2 -from {L1[1] L1[2] . . . L1[32]

    L2[1] L2[2] . . . L2[32]}\

    -to {C2[1]C2[2] . . . C2[64]};                    (10)

This exception statement might be utilized because the circuit designer knows that he or she will be allowing more time for multiplication than addition.

Assume that for FIG. 13 a full propagation of RF timing tables has been done, to implement example (10), in accordance with the above-described first-way of implementing the exception statement input language.

The region surrounding the 32 output pins of launch register 1300 is shown in magnified form as region 1306. As can be seen, each of the 32 output pins of 1300 points to its own RF timing table, and each of those 32 RF timing tables will have a tag of a different type. For example, the output pin of L1[1] points to an RF timing table 1308 whose tag 1309 holds the label "L1[1]" in its second part 1310. Output pin of L1[32] points to an RF timing table 1311 whose tag 1312 holds the label "L1[32]" in its second part 1313. Although it is not shown in FIG. 13, a similar set of 32 RF timing tables exists for the 32 output pins of bus L2 from launch register 1301. In particular, each wire L2[1], L2[2], . . . L2[32] has its own output pin which points to its own RF timing table.

The region surrounding the 64 input pins of capture register 1303 is shown in magnified form as region 1307. For each pin of L1 or L2 which can possibly influence a pin C2[n], that pin C2[n] will have an RF timing table. The maximum number of RF timing tables a pin C2[n] can point to, therefore, is 64. In fact, in the case of an array multiplier, the 33 most significant pins of C2 will each point to the worst case of 64 RF timing tables. For C2[64], FIG. 13 partially depicts the 64 RF timing tables its input pin points to by showing tables 1314–1317 where each table has a tag of a different type. Each of the remaining 32 less-significant pins of C2 will also point to a large (though declining) number of RF timing tables.

Assume that for FIG. 14 a full propagation of RF timing tables has been done, to implement example (10), in accordance with the above-described second-way of implementing the exception statement input language.

The region surrounding the 32 output pins of launch register 1300 is shown in magnified form as region 1306. As

US 6,237,127 B1

27

28

can be seen, each of the 32 output pins of **1300** points to its own RF timing table, and but each of those 32 RF timing tables will have a tag of the same type. For example, the output pin of L1[**1**] points to an RF timing table **1400** whose tag **1401** holds the same label in its second part **1402** as does tag **1404** for the RF timing table **1403** pointed to by L1[**32**]. Although it is not shown in FIG. **14**, a similar set of 32 RF timing tables exists for the 32 output pins of bus L2 for launch register **1301**. In particular, each wire L2[**1**], L2[**2**], . . . L2[**32**] has its own output pin which points to its own RF timing table, and all of those RF timing tables have the same type of tag. Furthermore, the type of tag for the output pins of wires L2[**1**], L2[**2**], . . . L2[**32**] are the same as the tag for the output pins of wires L1[**1**], L1[**2**], . . . L1[**32**].

Since all the tags on all the output pins of both launch registers are the same, all the input pins for C2 need point to only one RF timing table. FIG. **14** shows the region around the input pins of C2 magnified as region **1307**. As can be seen, the pin for most significant bit C2[**64**] points to only one RF timing table **1406** whose tag **1407** is of the same type as those on all the output pins of both launch registers.

Additional Functionalities

With regard to first-way and second-way modified RF timing table propagation, a special optimization can be performed. This optimization will be described specifically with respect to first-way modified RF timing table propagation to produce an optimized first-way modified RF timing table propagation. However, simply applying the above described changes, for achieving second-way modified RF timing table propagation from first-way modified RF timing table propagation, to optimized first-way modified RF timing table propagation will produce optimized second-way modified RF timing table propagation. The special optimization can be implemented in two main ways.

The first main way to implement the special optimization is as follows. For the second of the three modifications of first-way modified RF timing table propagation from regular RF timing table propagation, if the label being considered for addition to RFTT_X's tag, by itself or in conjunction with any selection of labels already on the tag, satisfies the path specification of at least one preprocessed exception statement with a "set_false_path" timing alteration then the following occurs: i) all the labels currently in the second part of RFTT_X's tag are erased and replaced with a special label, which we shall refer to as FALSE_PATH, that indicates that the paths represented by RFTT_X satisfy a "set_false_path" timing alteration, and ii) the launch clock specified in the first part of RFTT_X's tag is changed to a special identifier, which we shall refer to as FALSE_CLOCK, that indicates that this RF timing table describes paths that satisfy a "set_false_path" timing alteration. An extra step of checking is also added when considering a label for addition to RFTT_X's tag in the second of three modifications from regular RF timing table propagation. Specifically, if RFTT_X's tag already contains the FALSE_PATH label, then there is automatically no addition to the tag of the label indicated by PIN_X when PIN_X is marked with an exception flag. A change also needs to be made to the above-described first change of relative constraint analysis to produce first-way modified relative constraint analysis. For each RF timing table C_FF1_RF_TABLE looped over by LOOP5, if its tag contains the FALSE_PATH label, then the chosen timing alteration C_FF1_RF_TABLE_TA is automatically "set_false_path." The net effect of these changes is to make all RF timing tables, whose path's satisfy a "set_false_path" tim-

ing alteration, of the same type. This saves memory by reducing the number of RF timing tables to be propagated.

The second main way to implement the special optimization is as follows. For the second of the three modifications of first-way modified RF timing table propagation from regular RF timing table propagation, if the label being considered for addition to RFTT_X's tag, by itself or in conjunction with any selection of labels already on the tag, satisfies the path specification of at least one preprocessed exception statement with a "set_false_path" timing alteration then RFTT_X can be discarded by removing PIN_X's reference to it. RFTT_X can be discarded since there is no longer any question that the paths it represents will meet the timing requirements as modified by "set_false_path." A reason to implement the first way of implementing the special optimization, rather than this simpler second way, is for reporting purposes. Specifically, once the RF timing tables with the FALSE_PATH label reach the inputs to the capture flip flops, their contents, with regard to rise and fall times, could be reported to the circuit designer.

These first and second ways of implementing the special optimization can be done because "set_false_path" has the highest precedence amongst the timing alterations.

The timing arc has been defined above as a function timing_arc$_g$(a,b) whose two inputs are defined as follows: i) input "a" takes the direction of an edge being applied to input$_g$ and ii) input "b" takes the direction of an edge which could be output from gate g. In response to these two inputs, timing_arc$_g$(a,b) has been defined above to output a single value of the delay between the application of the specified input edge and the output of the specified output edge, assuming that the input edge does in fact produce the output edge. If the specified output edge cannot be produced for the specified input edge, then a symbol indicative of this inapplicability is output.

In fact, timing_arc$_g$(a,b) could be defined to output two values of the delay between the application of the specified input edge and the output of the specified output edge. These two values of delay could be used, for example, to achieve a timing analysis which covers a range of operating conditions for the circuit. These two delay values, which we shall refer to as a "delay pair," can be used in the procedures described above, which assume only one delay value being returned from the timing arc's function per set of input edges, as follows. In the procedures described above, a timing arc function is accessed to compute values for an RF timing table, which we shall refer to as the "directly affected RF timing table," that is located at the pin to which the timing arc directly "points." If the timing arc function is being accessed to compute a value for the minRT or minFT of a directly affected RF timing table, then use the minimum of the delay pair. If the timing arc function is being accessed to compute a value for the maxRT or maxFT of a directly affected RF timing table, then use the maximum of the delay pair.

The arguments of pass specifiers, as described above, have either labeled a single pin or an OR of single pins. The exception statement input language, however, can be augmented to accept an arbitrary boolean equation as the argument of a "-through" path specifier. For the case of unordered "-through"s , an arbitrary boolean equation argument can be implemented as follows. The first phase of second-way preprocessing is modified in order to produce intermediate preprocessed exception statements of the same form as described above. The second phase of second-way preprocessing functions in the same manner as described above. The steps following second-way preprocessing, in the performance of a second-way static timing analysis, also function in the same way as described above.

US 6,237,127 B1

29

30

The first phase of second-way preprocessing is modified as follows. An example of the following process is shown in FIG. **15**. As can be seen in FIG. **15**, the expression of a general boolean equation requires the addition of the AND "*" operator to the language for expressing the argument to a path specifier. In addition, for clarity of expression, is helpful to add an OR symbol such as the "+." Standard boolean equation manipulation algorithms (such as those referred to in FIG. **10**) are utilized to convert arguments, which cannot be expressed as a sum of single pins, into a canonical sum-of-products form where the operands of the products are single pins. In general, at this point in the first phase of second-way preprocessing, the path specification for each exception statement is in the form of being a product whose operands may be any selection of the following: i) a single pin, ii) a sum of single pins or iii) sums of products where the operands of the products are single pins. The "cross product" of the path specification for each exception statement, in essentially the same manner as described above, is then computed to produce exception statements whose path specifications are in the form of being a product whose operands may be any selection of the following: i) a single pin or ii) a product of single pins. Those path specifier arguments which are a product of single pins are replaced by a series of separate "-through"s, where each "-through" has a single one of the pins of the former product as its argument. At this point, the input exception statements have been converted into the same canonical form, described above for intermediate exception statements, in which all the exception statements specify a sum-of-products and each individual exception statement path specification is a product of single-pin path specifier arguments.

It has been demonstrated above that second-way pin labeling is desirable over first-way pin labeling because, by recognizing the equivalency of a group of pins for the purposes of satisfying an exception or exceptions, it reduces the number of tag types which result. Reduction of the number of tag types reduces memory requirements, by reducing the number of RF timing tables, and reduces the processing time associated with a greater number of RF timing tables. Second-way pin labeling explicitly describes the establishment of equivalency as a sum of single pins, but this equivalency principle can be established at higher levels of path specification organization.

FIG. **16** illustrates a specific example of higher-level equivalency. First are shown, in FIG. **16**, two exception statements with "set_false_path" timing alterations. These two exception statements have already been second-way preprocessed such that its path specifier arguments are ORs of single-pin labels. Next, FIG. **16** depicts a single "pattern-matching" exception statement which reflects the higher-level equivalency between "{Q+Z}*{A+T}" being true and "{N+M}" being true: either being true requires only "{B+G}" to be true in order to satisfy a false path. Notice that an AND operator "*" had to be added to the language for specifying an argument to a path specifier. In addition, for clarity of presentation, it is also helpful to add a specific OR operator symbol, namely "+" Thus the language for expressing an argument to a path specifier must be augmented, as described above, such that a general boolean equation can be expressed. Thus, the formation of the exception statements which reflect a higher level of equivalency require the ability to create multi-level logic expressions as arguments to path specifiers in the set of "pattern matching" exception statements formed from the second-way preprocessed exception statements. This creation of multi-level logic can be accomplished using standard boolean equation manipulation techniques, such as those referenced in FIG. **10**.

Second-way node labeling then proceeds in the same manner as described above.

Second-way modified RF timing table propagation, however, proceeds differently. As discussed above, each time an RF timing table RFTT_X is created for a PIN_X, the PIN_X is checked for an argument container. In the discussion above, it is always the case that a label in the argument container for PIN_X could satisfy at least one argument of a path specifier in at least one of the second-way preprocessed exception statements. In the case of implementing higher-level equivalency, however, each label in the argument container for PIN_X is first checked to see If by itself, or in conjunction with other labels already in the tag of table RFTT_X, the argument for a path specifier amongst the pattern matching exception statements is satisfied. The argument satisfied amongst the pattern matching exception statements may be of a higher-level than the label, call it "LABEL_X1" in the argument container of PIN_X, currently being considered for addition to the tag of RFTT_X. If the argument satisfied amongst the pattern matching exception statements is of a higher-level, we shall refer to that satisfied argument as a "super-label." If a super-label, call it "SUPER_X," is satisfied, then LABEL_X will not be added to the tag of RFTT_X, and SUPER_X will be added to the tag instead, unless SUPER_X itself, or in conjunction with other labels already in the tag of table RFTT_X, satisfies an even higher-level super-label amongst the pattern matching exception statements. Depending upon the levels of multi-level logic added to path specifier arguments amongst the pattern matching exception statements, there may be many iterations of a super-label satisfying an even higher super-label until a highest-level super-label is satisfied. The highest-level super-label satisfied will then be added to the tag for RFTT_X, provided that it, by itself or in conjunction with any selection of labels already on the tag, satisfies, or can possibly satisfy, a path specification of at least one of the pattern-matching exception statements. Alternatively, if LABEL_X does not satisfy any super-label, then LABEL_X will then be added to the tag for RFTT_X, provided that it, by itself or in conjunction with any selection of labels already on the tag, satisfies, or can possibly satisfy, a path specification of at least one of the preprocessed exception statements.

With regard to FIG. **16**, when an RF timing table is created for pin "N," the label "{N+M}" will be in the argument container of the pin. The label "{N+M}" satisfies the super-label "{ {Q+Z}*{A+T}+{N+M} }" of the pattern matching exception statement, and therefore this super label will be added to the tag of the RF timing table provided that it, by itself or in conjunction with any selection of labels already on the tag, satisfies, or can possibly satisfy, the rest of the path specification of the pattern-matching exception statement. When an RF timing table is created for pin "Q," the label "{Q+Z}" will be in the argument container of the pin. The label "{Q+Z}," by itself, does not satisfy the super-label "{ {Q+Z}*{A+T}+{N+M} }" of the pattern matching exception statement. If the tag for the RF timing table contains "{A+T}," then the super-label is satisfied, and it will be added to the tag provided that it, by itself or in conjunction with any selection of labels already on the tag, satisfies, or can possibly satisfy, the rest of the path specification of the pattern-matching exception statement. If, however, the tag for the RF timing table does not contain "{A+T}," then only the label "{Q+Z}" will be added to the tag provided that it, by itself or in conjunction with any

US 6,237,127 B1

31

32

selection of labels already on the tag, satisfies, or can possibly satisfy, a path specification of at least one of the preprocessed exception statements.

Second-way modified relative constraint analysis differs from that described above. Rather than just determining whether the labels in the tag of an RF timing table C_FF1_RF_TABLE satisfies a subset of the preprocessed exception statements, a determination is also made as to which subset of pattern-matching exception statements are satisfied. Then, according to the precedence rules described above, a single timing alteration is applied to the MAPD and/or SAPD under which the values of C_FF1_RF_TABLE are analyzed.

Hardware Environment

Typically, the timing analysis architecture of the present invention is executed within the computing environment (or data processing system) such as that of FIG. 6. FIG. 6 depicts a workstation computer **600** comprising a Central Processing Unit (CPU) **601** (or other appropriate processor or processors) and a memory **602**. Memory **602** has a portion of its memory in which is stored the software tools and data of the present invention. While memory **603** is depicted as a single region, those of ordinary skill in the art will appreciate that, in fact, such software may be distributed over several memory regions or several computers. Furthermore, depending upon the computer's memory organization (such as virtual memory), memory **602** may comprise several types of memory (including cache, random access memory, hard disk and networked file server). Computer **600** is typically equipped with a display monitor **605**, a mouse pointing device **604** and a keyboard **606** to provide interactivity between the software of the present invention and the chip designer. Computer **600** also includes a way of reading computer readable instructions from a computer readable medium **607**, via a medium reader **608**, into the memory **602**. Computer **600** also includes a way of reading computer readable instructions via the Internet (or other network) through network interface **609**.

While the invention has been described in conjunction with specific embodiments, it is evident that many alternatives, modifications and variations will be apparent to those skilled in the art in light of the foregoing description. Accordingly, it is intended to embrace all such alternatives, modifications and variations as fall within the spirit and scope of the appended claims and equivalents.

What is claimed is:

1. A method performed in a circuit analysis process, comprising the steps performed by a data processing system of:

marking certain points in a circuit description according to their being referenced by at least a first exception;

propagating a plurality of timing tables through the circuit description; and

wherein at least a first timing table, of the plurality of timing tables, refers to a tag comprising at least a first label indicating a marked point in the circuit description, through which the table has been propagated.

2. The method of claim 1, wherein the first label represents a boolean relationship amongst several marked circuit points.

3. The method of claim 2, wherein the first label represents a boolean OR relationship amongst several marked circuit points.

4. The method of claim 1, further comprising:

comparing a first timing value of the first timing table to a first constraint value.

5. The method of claim 4, further comprising:

satisfying an exception, prior to comparing the first timing value, with the first label.

6. The method of claim 5, further comprising:

modifying the first constraint value, prior to comparing it to the first timing value, according to the satisfied exception.

7. The method of claim 1, wherein a point in the circuit description is a pin.

8. The method of claim 1, wherein a point in the circuit description is a node.

9. The method of claim 1, further comprising:

preprocessing at least a first input exception, prior to marking certain points, to produce at least the first exception.

10. The method of claim 1, wherein the first exception includes a boolean OR relationship amongst several marked circuit points.

11. The method of claim 9, wherein the first exception includes a boolean OR relationship amongst several marked circuit points.

12. The method of claim 1, wherein the step of propagating further comprises:

determining that a second path specification of a second exception is satisfied with the first label; and

substituting a first special symbol, indicative of a second timing alteration of the second exception, for at least the first label comprising the tag.

13. The method of claim 1, wherein the step of propagating further comprises:

determining that a second argument of a second path specification of a second exception is satisfied with the first label; and

substituting the second argument, indicative of a higher level boolean relationship among marked circuit points than the first label, for at least the first label comprising the tag.

*    *    *    *    *

# EXHIBIT 9

Case3:13-cv-02965-MMC   Document1-1 Filed06/27/13 Page1 of 1

US006567967B2

(12) **United States Patent**
Greidinger et al.

(10) Patent No.: **US 6,567,967 B2**
(45) Date of Patent: **May 20, 2003**

(54) **METHOD FOR DESIGNING LARGE STANDARD-CELL BASE INTEGRATED CIRCUITS**

(75) Inventors: **Yaacov I. Greidinger**, Herzia (IL); **David S. Reed**, Los ALtos, CA (US); **Ara Markosian**, Cupertino, CA (US); **Stephen P. Sample**, Saratoga, CA (US); **Jonathan A. Frankle**, Los Gatos, CA (US); **Hasmik Lazaryan**, Yerevan (AM)

(73) Assignee: **Monterey Design Systems, Inc.,** Sunnyvale, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/874,942**

(22) Filed: **Jun. 4, 2001**

(65) **Prior Publication Data**

US 2002/0087940 A1 Jul. 4, 2002

**Related U.S. Application Data**

(60) Provisional application No. 60/230,387, filed on Sep. 6, 2000.

(51) **Int. Cl.**[7] .................................................. G06F 9/45
(52) **U.S. Cl.** ................................. **716/10**; 716/7; 716/12
(58) **Field of Search** ............................. 716/10, 9, 8, 7, 716/12, 13, 14

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,612,618 A | * | 9/1986 | Pryor et al. ................... 716/10 |
| 4,630,219 A | * | 12/1986 | DiGiacomo et al. ........... 716/9 |
| 4,918,614 A | | 4/1990 | Modarres et al. ............. 716/10 |
| 5,175,693 A | | 12/1992 | Kurosawa et al. ............ 716/17 |
| 5,311,443 A | | 5/1994 | Crain et al. .................. 716/10 |

| | | | |
|---|---|---|---|
| 5,576,969 A | | 11/1996 | Aoki et al. ................... 716/19 |
| 5,696,013 A | | 12/1997 | Ema ............................ 438/48 |
| 5,731,985 A | | 3/1998 | Gupta et al. .................. 716/8 |
| 5,933,356 A | | 8/1999 | Rostoker et al. ............. 703/15 |
| 6,009,251 A | * | 12/1999 | Ho et al. ....................... 716/5 |
| 6,145,117 A | | 11/2000 | Eng ............................ 716/18 |
| 6,292,929 B2 | | 11/2000 | Eng ............................ 716/14 |
| 6,275,973 B1 | * | 8/2001 | Wein ........................... 716/10 |
| 6,298,468 B1 | | 10/2001 | Zhen ........................... 716/2 |
| 6,378,115 B1 | | 4/2002 | Sakurai ......................... 716/7 |

OTHER PUBLICATIONS

Ottan, Efficient Floorplan Optimization, pp. 499–502, IEEE 1983.

Stockmeyer, Optimal Orientations of Cells in Slicing Floorplan Designs, Information and Control, vol. 57, Nos. 2/3, May/Jun. 1983, pp. 91–101.

Dutt, et al., A Probability–Based Approach to VLSI Circuit Partitioning, Department of Electrical Engineering, Univ. of Minnesota, Minneapolis, pp. 100–105, 1996.

Cong, et al., Interconnect Design for Deep Submicron ICs, Computer Science Dept., UCLA, 1997 IEEE.

* cited by examiner

*Primary Examiner*—Don Wong
*Assistant Examiner*—Thuy Vinh Tran
(74) *Attorney, Agent, or Firm*—Vierra Magen Marcus Harmon & DeNiro LLP

(57) **ABSTRACT**

An automated method of designing large digital integrated circuits using a software program to partition the design into physically realizable blocks and then create the connections between blocks so as to maximize operating speed and routability while minimizing the area of the resulting integrated circuit. Timing and physical constraints are generated for each physically realizable block so that standard-cell place and route software can create each block independently as if it were a separate integrated circuit.

**36 Claims, 21 Drawing Sheets**



Fig. 1



Fig. 2



Fig. 3



**U.S. Patent**      May 20, 2003      Sheet 4 of 21      **US 6,567,967 B2**

Fig. 4



Fig. 5



Fig. 6



Case3:13-cv-02965-MMC   Document1   Filed06/26/13   Page147 of 171

Fig. 7



Case3:13-cv-02965-MMC   Document1   Filed06/26/13   Page148 of 171

Fig. 8



Fig. 9



Fig 10



Fig 11



Fig 12



Fig 13



100

Case3:13-cv-02965-MMC   Document1   Filed06/26/13   Page154 of 171

Fig. 14



Fig. 15



Fig. 16



Fig. 17



Fig. 18



Fig. 19



Fig 20



Fig 21



US 6,567,967 B2

1

# METHOD FOR DESIGNING LARGE STANDARD-CELL BASE INTEGRATED CIRCUITS

## CROSS REFERENCE TO RELATED APPLICATIONS

This application claims the benefit of U.S. Provisional Application Ser. No. 60/230,387 filed on Sep. 6, 2000, the contents of which are incorporated herein by reference in their entirety.

In addition, the contents of co-pending application Ser. Nos. 09/227,491 filed on Jan. 7, 1999 and 09/227,023 filed on Jan. 7, 1999 are incorporated herein by reference in their entirety.

## FIELD OF THE INVENTION

This invention generally relates to the design of integrated circuits and more particularly to methods for physically designing very large integrated circuits.

## BACKGROUND OF THE INVENTION

There are two basic techniques for physically designing digital integrated circuits (or chips). These are commonly known as the full-custom technique and the standard-cell technique. In the full-custom technique, small blocks (or cells) are manually laid out by hand, one rectangle or polygon at a time to build first transistors, then logic gates, and then more complex circuits. A "block" is a small portion of a design that is designed and/or laid out separately. The cells are assembled together into larger groups (or blocks) which are themselves assembled into still larger blocks until a complete integrated circuit is created. For complex chip designs, this layout and assembly process requires large numbers of highly skilled designers and a long period of time.

The standard-cell technique for designing chips is a much simpler process and has gained wide use. Physical layouts and timing behavior models are created for simple logic functions such as AND, OR, NOT or FlipFlop. These physical layouts are known as "standard cells". A large group of pre-designed standard cells is then assembled into a standard cell library, which is typically provided at a nominal cost by the fabrication vendor who will eventually produce the actual chip. Examples of these standard cell libraries are available from fabrication vendors such as TSMC or UMC. Automated software tools available from companies such as Cadence Design Systems, Inc. and Synopsys Corp. can take a netlist description of the integrated circuit, or "netlist" representing the desired logical functionality for a chip (sometimes referred to as a behavioral or register-transfer-level description), and map it into an equivalent netlist composed of standard cells from a selected standard cell library. This process is commonly known as "synthesis".

Other software tools available from companies such as Cadence or Avant! can take a netlist comprised of standard cells and create a physical layout of the chip by placing the cells relative to each other to minimize timing delays or wire lengths, then creating electrical connections (or routing) between the cells to physically complete the desired circuit. The standard cell technique generally produces chips that are somewhat slower and larger than chips designed using the full-custom technique. However, because the process is automated, chips can be designed much more quickly and with fewer people, compared to the full-custom technique.

2

For these reasons, most digital logic chips today are designed using the standard-cell technique.

The standard-cell technique relies heavily on automated software tools to place and route the standard cells. Today, these tools work well with designs that contain less than a few hundreds of thousands of standard cells. The internal algorithms used for placement and routing, however, are non-linear as the size of the design increases. As an illustration, a design containing 500,000 standard cells would take more than twice as long to place and route as a design containing 250,000 standard cells. A design having 500,000 standard cells would also be more than twice as large as a design having 250,000 standard cells, and will run slower. In addition, the available computer memory can be a significant limitation on the maximum size of design that can be created. As a result of these effects, designs above a certain size are not practical to create using the standard-cell approach. Integrated circuit fabrication technology, moreover, has been developing at an exponential rate. A commonly accepted heuristic known as Moore's law states that chip complexity will double every three years.

Some chips being designed today have already reached the point where the standard-cell design technique does not give adequate results, either in terms of development time, chip size or operating speed. This situation will become common in the near future as chip complexity continues to grow. Moreover, in most cases, the full-custom technique is also not practical for designing such large chips because of the inherent long and expensive development process. The full-custom technique is generally used only on very high speed or very high volume designs such as microprocessors where the extra design effort can be offset by higher prices or higher production volumes. Designers have dealt with the limitations of the standard-cell design technique by manually splitting the chip into a number of sections (called place and route units or PRUs) that can then be designed individually using the standard-cell technique.

Splitting the physical chip design into sections allows larger chips to be designed but also creates new design problems relating to how the chip is split into PRUs and how the interactions between PRUs are managed. These problems become intractable for a person to handle manually if there are more than a few PRUs.

Thus, there is a need for an automated design method that will split a large digital integrated circuit design into multiple sections and handle the interactions between sections so that each section can be designed independently and the desired design time, chip size and timing behavior are achieved.

## SUMMARY OF THE INVENTION

A method for designing large digital integrated circuits is described. This method consists of several steps, each implemented by a software tool. Most commonly, the steps include those listed below. A particular chip design may not require all of these steps or may have additional steps.

The above and other preferred features of the invention, including various novel details of implementation and combination of elements will now be more particularly described with reference to the accompanying drawings and pointed out in the claims. It will be understood that the particular methods and circuits embodying the invention are shown by way of illustration only and not as limitations of the invention. As will be understood by those skilled in the art, the principles and features of this invention may be employed in various and numerous embodiments without departing from the scope of the invention.

US 6,567,967 B2

3

## BRIEF DESCRIPTION OF THE DRAWINGS

Reference is made to the accompanying drawings in which are shown illustrative embodiments of aspects of the invention, from which novel features and advantages will be apparent.

FIG. 1 is a flowchart showing an automated method for designing large integrated circuits according to an embodiment of the present inventions.

FIG. 2 is a block diagram illustrating a typical logical hierarchy of an integrated circuit design.

FIG. 3 is a block diagram showing how certain blocks in the netlist are designated as atomic in accordance with an embodiment of the present inventions.

FIG. 4 is a block diagram showing a hierarchy that results when standard cells are not imported.

FIG. 5 is a block diagram showing the hierarchy that results after high level blocks are removed or flattened to expose the atomic blocks.

FIG. 6 is a block diagram showing the hierarchy that results after a new level of PRU (Place and Route Unit) blocks are created to represent the physical partitioning of the design.

FIG. 7 shows a physical layout corresponding to the hierarchy block diagram of FIG. 6.

FIG. 8 illustrates a fitting problem where multiple hard blocks must fit within a hierarchical block shape.

FIG. 9 shows a preferred method for arranging PRU blocks in rows or columns.

FIG. 10 illustrates a fitting problem when hard and rectangular soft blocks must fit within a hierarchical block.

FIG. 11 shows the hierarchical block of FIG. 10 using rectilinear soft blocks instead of rectangular soft blocks.

FIG. 12 shows the hierarchy diagram of FIG. 6 after hard blocks have been moved up to the PRU level.

FIG. 13 shows the physical layout of FIG. 7 after a typical power grid has been added.

FIG. 14 shows how the design is routed at the top level and how dummy port locations are assigned.

FIG. 15 shows the design of FIG. 14 after real port locations have been created and the dummy port locations removed.

FIG. 16 shows the design of FIG. 14 with additional nets that cross over PRU blocks.

FIG. 17 shows the design of FIG. 16 after the additional nets have been pushed inside the PRU blocks.

FIG. 18 shows how wrapper blocks are created during the process of pushing nets inside the PRU blocks.

FIG. 19 shows the netlist for a wrapper block including a feed through net and repeater.

FIG. 20 shows how port positions may be non-optimal following standard-cell place and route of the PRU blocks.

FIG. 21 shows how port positions may be later improved based on actual standard cell locations for the PRUs.

## DETAILED DESCRIPTION OF THE DRAWINGS

Turning to the figures, the presently preferred apparatus and methods of the present invention will now be described.

Referring first to FIG. 1, an embodiment of an automated method for designing large integrated circuits will be discussed in detail. Briefly, these steps, each of which will be described in more detail, are as follows:

Importing the design 10—Read in the design data consisting of a netlist, a fabrication technology description, a

4

standard-cell library and physical layouts for predesigned blocks. Additional information such as timing models, timing constraints, physical placement constraints and grid definitions may also be read in. The imported data is stored in a database which is implemented in one or more files on a computer disk.

Defining Atomic ("A") blocks (sometimes called "units") 11—"A" blocks are the netlist blocks that will be physically partitioned to create place and route units (PRUs). "A" blocks may contain only standard cells or they may contain additional levels of hierarchy. For the purpose of partitioning the circuit design into PRUs, the "A" blocks are indivisible.

Flattening the design to "A" blocks 12—Levels of hierarchy above the "A" blocks are removed.

Partitioning the design into PRUs 13—The netlist from the previous step is partitioned into PRUs. Partitioning is the process of creating an additional level of hierarchy so that some of the "A" blocks and hard blocks are in one PRU and some are in another. It is desirable that this partitioning be done so as to minimize the total length of the interconnect between "A" blocks, hard blocks and standard cells and also to minimize the total area of the chip. It may also be desirable to partition so that timing paths required to operate at high speed remain within one PRU. A new netlist representing the modified hierarchy is also generated at this stage.

Placing top level ports 14—Ports, which allow interconnections between PRUs and/or other circuit elements, are temporarily placed into the physical design.

Placing blocks inside PRUs 15—Blocks are placed (i.e., positioned) inside PRUs, with special attention placed on producing a good hard block placement within each PRU.

Planning the power and clock structures 16—Power and clock structures must be created so that power and clocks can be distributed to all of the standard cells and hard blocks that compose the physical chip. Typically, power and clock structures are created as grids or trees of metal interconnect.

Routing the design 17—A software tool known as a router is used to make the interconnections between PRUs and also between PRUs and the external pad cells.

Assigning port locations 18—Where an interconnect path crosses the edge of a PRU, a port is created. A port is a small metal rectangle used to make a connection between a net at the top level of the design and a net within a PRU. For nets going between adjacent PRUs, the ports may touch, avoiding the need for any routing at the top level. Placement of the ports is critical to achieving a routable design.

Pushing routing into the PRUs and creating repeaters 19—Nets crossing over the PRUs are pushed inside. Pushing a net inside a PRU causes additional ports to be created on the edge of the PRU and both the external and internal netlists to be modified. At this step, repeaters may also be added within the PRU. Repeaters are buffers or inverters which are added on long nets to reduce signal delays and improve rise/fall times. Top level power and clock nets are also pushed into the PRUs.

Allocating timing budget 20—If the design is timing critical, timing budgets may be allocated to the PRUs. The timing budget is the available timing delay on individual signals which may be used for interconnect within the PRUs without affecting the performance of the overall chip.

Generating data for PRU place and route 21—Data files are generated which describe the shape of PRUs, the location of ports, the internal netlist, the timing slack and other information required for standard-cell place and route.

Creating layout for PRUs 22—Standard cell place and route tools such as those available from Cadence or Avant!

5

are used to physically create each PRU. The result is a new set of files which describe the physical layout of the PRU, the timing behavior and the degree of routing congestion.

Improving port positioning **23**—Based on the physical layout of the PRUs, the routing congestion and the timing behavior information, port locations may be moved to shorten nets, improve timing or to reduce routing congestion. If ports are moved, the previous step is repeated again. This loop continues until the chip is completely routed and meets the timing objectives. If the chip cannot be completely routed or timing objectives cannot be met, it may be necessary to go back to an earlier step in the flow. This circumstance is expected to be infrequent, however.

Creating final routing and tape out the chip **24**—After all of the PRUs have been created satisfactorily, any additional routing needed to connect IO pads is added. Finally, design rule checks, layout vs. schematic checks and timing checks are run to verify that the design is correct. This completes the design process.

The steps to be used in each actual design may vary for particular integrated circuit designs. Some steps may not be necessary depending upon the type of design. For example, as discussed below, system on a chip type integrated circuits ("SoC") will probably not require all of these steps. In addition, it is possible that the order of performing each of these steps may be different depending upon the integrated circuit's design.

In the first step **10**, design information is imported. This involves reading a series of disk files, extracting the desired information and storing it in a database where it can be referenced later as needed. The database may be saved as a disk file at any step in the design process and reloaded to continue. Importing design data and storing it in a database is a well understood process to those skilled in the art of engineering software development and will not be discussed further here.

There are several types of information that are read from various files or entered manually during the import step, **10**. This information typically includes:

Technology information: Information about the process technology including line width and spacing for each metal layer, via rules, and electrical information such as the resistance of each layer and the capacitance between layers. This information is typically available in a LEF format technology file from the fabrication vendor.

Grid Information: Grids define the allowable locations for standard cells, interconnect and block corners. This information may also be extracted from the LEF technology file or may be entered manually.

Average Gate Size: The average gate size is used to estimate block areas when a detailed netlist is not available. It is typically entered manually.

Pad and Hard Block Files: Block size, shape, barriers and port locations for pre-designed pads and other hard blocks such as memories are imported. The LEF format is typically used. A hard block has predefined physical characteristics, i.e., shape, size, layout and timing characteristics. A hard block is often referred to as being "hard".

Standard Cell Libraries: Size, shape and port locations for standard cells is also imported. A LEF format library file containing all of the standard cell information is typically available from the fabrication vendor.

Timing Models: Timing models specify the timing behavior for blocks. Timing models may be imported for hard blocks and standard cells. This information is typically

6

available in TLF (Cadence) format or .lib (Synopsys) format files although other formats may be used or the information may be entered manually.

Timing Constraints: Timing constraints specify the external timing behavior of the integrated circuit. This information is typically taken from the same files used to drive the synthesis program (available from Synopsys or Cadence) that produced the initial gate level netlist for the chip. The information may also be entered manually.

Physical Constraints: Physical constraints define the chip size and shape, location and order of pads, special rules for placement of specific blocks and so forth. Some of this information is typically available in the Cadence DEF format (available from Cadence Design Systems, Inc.) and some must be entered manually.

Netlist: The netlist describes the way standard cells and blocks are interconnected. Netlists are typically available in Verilog or VHDL formats.

Referring now to FIG. **2**, an exemplary design **100** for an integrated circuit having a hierarchical structure and including a number of hierarchical blocks (**101**, **102***a*, **102***b*, **102***c*, **102***d*, **102***e*, **102***f*, **102***g*, **102***h*), pre-designed hard blocks (**104***i*, **104***j*) and groups of standard cells (**103***a*, **103***c*, **103***d*, **103***e*, **103***h*, **103***g*). A typical design will also include input/output ("IO") pads (not shown in FIG. **2**). As is obvious to one skilled in the art of integrated circuit design, a real design will contain many more blocks and standard cells than are shown in FIG. **2** and will likely be arranged with an organization different from that shown. The overall design may use many hundreds of thousands or even millions of standard cells. At step **11** of FIG. **1**, the netlist for the design is abstracted by selecting "A" blocks as shown in FIG. **3**. Every branch in the design's hierarchy must have at least one "A" block. "A" blocks may be selected by listing them in a file. "A" blocks are generally selected to be one or more hierarchy levels above the bottom (often referred to as the "leaf level) of a design to avoid the need to process large numbers of standard cells and simple functional blocks. As will be discussed below, all the elements present in an "A" block will stay together during partitioning. Thus, it is important that "A" blocks not be defined at too high a level of the hierarchy, as this will limit the flexibility of the partitioning step **13** discussed below. Experience has shown that optimal partitioning results are generally obtained using the various embodiments of the present invention when there are several hundred to several thousand "A" blocks in a design.

In FIG. **3**, blocks **102***a*, **102***d*, **102***e*, **102***f* and **102***g* have been designated as "A" blocks. The netlist may be further simplified by designating some of the "A" blocks as "stopped" blocks. This designation may be done by listing the stopped blocks in a file. Optimal results are generally obtained by designating all "A" blocks that do not contain internal hard blocks as "stopped". When a netlist for a block designated as stopped is imported, only the top level block size will be retained in RAM (Random Access Memory). The block is then referred to as a soft block. The shape of a soft block is arbitrary but the size is determined by the number and size of the standard cells it contains. Lower level netlist information is retained on the computer disk but is not loaded into RAM until step **22** of FIG. **1**, Standard Cell Place, Route and Logic Optimization. Abstracting in this manner allows the amount of data required for planning the integrated circuit to be drastically reduced, often by a factor of one thousand or more. FIG. **4** shows the resulting design as it would appear after "A" blocks and stopped blocks have

US 6,567,967 B2

7

been defined and the lower level blocks and standard cells beneath stopped "A" blocks have been removed. An atomic block can comprise either a hard block (sometimes referred to as a atomic hard block), a soft blocks (sometimes referred to as atomic soft blocks), and hierarchical blocks (sometimes referred to as atomic hierarchical blocks).

Designs may also contain standard cells at various levels of the hierarchy. For example, in FIG. 2, standard cells 103c appear in block 102c. Standard cells 103g also appear with hard block 104i in block 102g. Similarly, standard cells appear with hard block 104j in block 102d. In general, it is not desirable to have large numbers of standard cells mixed with other blocks because of the large amounts of memory and processing time they will consume during block placement and partitioning. For this reason, the standard cells are typically clustered or grouped together into new dummy blocks. A dummy block is a block that did not exist in the original netlist but was created during netlist import as a container for a group of standard cells. The groups of standard cells 103c, 103d and 103g in FIG. 2 are clustered into new dummy blocks 105c, 105d and 105g respectively in FIG. 4. Dummy block 105c becomes an additional "A" block because it does not have any "A" block above it in the netlist hierarchy.

At step 12 of FIG. 1, the design is flattened down to the "A" block level. This process is shown in FIG. 5 for the illustrative design example. Levels of hierarchy above the "A" blocks are generally superfluous for the purpose of creating physical design partitions and are therefore eliminated. Usually, the initial logical design hierarchy is created solely for the convenience of the person doing the functional design and logic simulation of an integrated circuit with little or no thought given to the way the circuit will be physically implemented. Rather than basing a physical layout on the initial logical design hierarchy, it is generally better to eliminate the logical hierarchy to produce a flat group of "A" blocks. These "A" blocks will then be partitioned based on wirelength, area and timing considerations to create a new physical hierarchy which has been optimized for physical implementation. For some integrated circuit design styles, in particular the SOC (System on Chip) design style, the logical hierarchy is designed specifically for physical implementation. SOC designs typically contain large functional or IP (Intellectual Property) blocks such as processors or encoders that are expected to stay together physically. If a chip is designed using this technique, steps 11 through 13 of the flow shown in FIG. 1 are not necessary and may be eliminated.

At step 13 of FIG. 1, a level of hierarchy is created using partitioning software. The operation of this step depends on block placement software that has been previously disclosed in co-pending application Ser. Nos. 09/227,491 and 09/227,023, the disclosures of which are incorporated herein by reference in their entirety. After partitioning, the design 100 will have an additional level of hierarchy as is illustrated in FIG. 6. Three new "place and route units", or PRU blocks 106a, 106b and 106c have been created by grouping sets of "A" blocks together. In the present context, partitioning means the grouping or clustering of "A" blocks. Grouping or clustering of "A" blocks is done so as to minimize overall wirelength, chip area and/or the worst-case timing paths of the design. Since PRUs will eventually be fabricated on the same integrated circuit, it is desirable to minimize the number of critical timing paths that cross the boundaries of PRU blocks. Paths that stay entirely within a PRU block can be more easily optimized at step 22 of FIG. 1 by the standard-cell place and route tool.

8

After partitioning, these PRU blocks 106a, 106b and 106c have a physical location and shape as is shown in FIG. 7. The PRU blocks will eventually be placed independently to a standard-cell place and route tool for implementation as if they were separate chips. It is desirable that the PRU blocks abut or touch on their edges. This makes the final routing in step 24 of FIG. 1 simpler and also avoids wasting any chip area.

The algorithms used in Step 13 will now be disclosed in more detail. During step 13, "A" blocks are partitioned to form PRUs and the PRU shapes, sizes and locations are determined. In this phase, trial placement and partitioning solutions are created and evaluated automatically. It is essential that the PRU shapes created in step 13 are physically realizable, otherwise the internal placement step 15 will fail and step 13 will have to be redone. A PRU shape may not be physically realizable if the PRU contains one or more hard blocks. FIG. 8 illustrates this problem. A PRU is proposed to be created which contains two hard blocks 130 and 131 plus some number of standard cells. PRU shapes 140, 141, 142 and 143 are proposed for implementation. All of these shapes have an area larger than the sum of the areas of hard blocks 130 and 131 plus the areas of additional standard cells proposed to be part of the PRU block. Trial shape 140, however, is not physically realizable because it cannot contain either hard block 130 or 131 within its boundary. Trial shape 141 also is not physically realizable because, although it can contain either hard block 130 or hard block 131, it cannot contain both of them together. Trial shapes 142 and 143 are physically realizable because they can contain both hard blocks 130 and 131 plus the standard cells proposed to be part of the PRU block.

The process of computing a shape function uses a number-partitioning heuristic disclosed in "The differencing method of set partitioning", Technical Report UCB/CSD 82/113 Computer Science Division (EECS), University of California, Berkeley. Each block is represented by its area; the method produces a partition with good area balance. Applying the method recursively to each side of the partition and downward to the leaf-block level yields a slicing tree in which each slice is well balanced. The top-level shape function for the resulting slicing tree can then be computed, using an algorithm given in the prior-art paper entitled "Optimal Orientations of Cells in Slicing Floorplan Designs", Stockmeyer, Information and Control, Volume 57, Numbers 2/3, May/June 1983, Academic Press.

Finding the set of physically realizable shapes for a PRU block based on the internal contents is known as deriving a shape function. In order to derive a legal shape function for a PRU block, it is necessary to find all hard blocks, even if they are hidden at lower levels of the design hierarchy. For example, referring back to FIG. 3, when computing a shape function for the PRU that is to contain "A" block 102g, the lower level hard block 104i must be found and taken into account. Similarly, the lower level hard block 104j must be found and taken into account when computing a shape function for the PRU that is to contain "A" block 102d. The process of computing a shape function has been disclosed in more detail in the prior-art paper entitled "Efficient Floorplan Optimization", Otten, copyright 1983, IEEE, which discusses a number-partitioning heuristic and also in the prior-art paper entitled "Optimal Orientations of Cells in Slicing Floorplan Designs", Stockmeyer, Information and Control, Volume 57, Numbers 2/3, May/June 1983, Academic Press, which discusses an algorithm to compute the top-level shape function for a slicing tree. Both of these papers are incorporated herein by reference in their entirety.

US 6,567,967 B2

9                                                      10

Once a set of valid initial shapes including all hard blocks is generated, the shapes must be augmented to insure that they have room to also fit all of the standard cells that will be part of the proposed PRU. Standard cells are very small relative to hard blocks and are accounted for by adding up the sum of their areas and dividing by the expected utilization and then checking that there is sufficient white space (non-hard block area) within the proposed PRU shape. Typical standard cell utilizations are in the range of 60% to 90%. To be more precise, the following algorithm is used:

Soft=(Sum of all standard cell areas)/(Expected utilization)

White=(Initial Shape Area)–(Sum of all hard block areas)

If (Soft<=White), then the initial shape remains the same, otherwise the initial shape is replaced by a set of new shapes with widths in the range:

[initial shape width, initial shape width+(Soft–White)/ (initial shape height)], where the extremes preserve the initial width and the initial height, respectively.

At the conclusion of step **13**, a specified number of PRU partitions has been created, each of which has a shape and size sufficient to fit all of its contents. The partitions preferably abut or touch on their edges without any empty (or white) space as is shown in FIG. **7**. Within the partitions, all of the blocks are unplaced. In the presently preferred embodiments, the trial hard block locations computed during shape function evaluation are not retained.

In another embodiment of step **13**, partitions are created in equal height vertical or horizontal rows. An example of a design partitioned in this way is shown in FIG. **9**. This exemplary design has eight partitions, organized into three horizontal rows. The advantage of his particular embodiment, i.e., partitioning into equal height rows, is that updates to the floorplan (the physical arrangement of the circuit elements such as standard cells, hard blocks, etc.) are easier to implement should partition size changes later due to modifications in the netlist. The row that contains the modified partition can simply be extended and the chip size increased slightly without modifying the other partitions.

At step **14** of FIG. **1**, a quick top-level port placement is done. Ports are, in effect, electrical contacts on PRUs that allow electrical communication between PRUs. Port placement at step **14** does not need to be highly accurate since port positions will be adjusted later at step **18**. This information will be used at step **15** when PRU contents are placed. The preferred algorithm for quick port placement is based on minimizing wire length. Ports connecting to various PRU blocks are preferably placed on the edge of each block to minimize the wire length for each net without shorting to unrelated nets. If two blocks abut and have ports connecting to the same net, the ports will be placed adjacent to each other. The quick port placement is further processed to produce a set of constraints that define on which edge of a PRU block a given port is placed and the preferred order of ports for each PRU edge. The exact location for ports is not useful and is not retained.

At step **15** of FIG. **1**, blocks within the PRU partitions are placed. In particular, good hard block placement within each PRU is the primary goal of this step. Hard block placement has a major impact on the success or failure of step **22** of FIG. **1** where standard cell place and route is done. Placement of the soft blocks and hierarchical blocks is less important since soft and hierarchical block placement will generally not be utilized in step **22**. (A hierarchical block has other blocks below it, as seen in FIG. **5**). However, a good hard block placement cannot be done without simultaneously placing soft blocks or hierarchical blocks. The

prior-art method for placing soft blocks treats them as rectangles. However, it is generally impossible to get a good placement using only rectangles if there are mixed soft and hard blocks. This problem is illustrated in FIG. **10**. Hierarchical block **150** contains two hard blocks, **151** and **152** along with three soft blocks, **153**, **154** and **155**. It is not possible to place or shape the three soft blocks to fit inside hierarchical block **150** without leaving empty space, forcing hierarchical block **150** to be larger than otherwise necessary. If hierarchical block **150** is larger than necessary, chip area will be wasted, increasing the cost of the design. This problem can be solved by allowing the soft blocks to assume rectilinear shapes as is shown in FIG. **11**. Soft blocks **153**, **154** and **155** have become rectilinear and hierarchical block **150** has been reduced in size so there is no empty space. A presently preferred algorithm for shaping and placing blocks to eliminate empty space will now be disclosed in more detail.

Before beginning placement of blocks within PRU partitions, it is desirable to restructure the design hierarchy to move all hard blocks within "A" blocks up to the PRU level where they can be placed. This is illustrated in FIG. **12**. Hard blocks **104i** and **104j** have been moved out of their parent "A" blocks and brought up so they appear directly underneath their parent PRU blocks. During this hierarchy manipulation, the interfaces to hierarchical blocks **102d** and **102g** are adjusted as necessary. The hard blocks become additional "A" blocks at this point. Bringing up the hard blocks in this manner allows all of the hard blocks within a PRU block to be placed simultaneously.

The manner in which block placement within PRU blocks is performed will now be discussed. The algorithm has three steps. In the first step, a slicing-tree-based placement of rectangles representing the different blocks is derived. In the second step, a placement for the hard blocks within the desired PRU area is found with minimum perturbation of the result from step **1**. In the third step, the hard block instances are treated as fixed or immovable and the soft block instances are re-placed, using more general ("rectilinear") shapes to fit around the hard blocks.

The first step is conducted in a similar fashion as the top-level placement, using successive bipartitioning, to optimize net length, area, and timing.

The goal of hard instance placement can be described as follows if:

B is the target bounding box for the block.

T is a binary slicing tree with leaf nodes, corresponding to all instances. The area of B is $A_{root(T)}$. In other words, the total area is the sum of all instance areas.

$A_m$ is the total area of leaf instances in node m.

Each hard instance has a rectangular shape $\{w_k, h_k\}$

Hard placement is successful if for every hard instance k, having a location $\{X_k, Y_k\}$ within B, each hard instance bounding box $B_k (\{X_k, Y_k\}, \{X_k+w_k, Y_k+h_k\})$ lies and no two hard instance boxes overlap.

Hard block placement begins by removing all of the soft instances and considering only hard instances. First, hard instances alone are checked, following the slicing tree to see if they can fit within B. Soft instances are treated as having zero area. If the hard instances fit, then the soft instances are re-injected to fill B with minimal distortion of the original slicing proportions. To be more precise:

For each node m of T, define:

L={$Lw_m$, $Lh_m$}—lower-bound width and height capable of holding the hard content of m

G={$Gw_m$, $Gh_m$}—goal width and height for m based on area of child node contents

US 6,567,967 B2

11

B={Bw$_m$, Bh$_m$}—box width and height to be computed for m

The preferred algorithm is then:

B$_{root(T)}$=B;

boil(root(T)); // treat all soft instances as having 0 area

if (Lw$_{root(T)}$>Bw$_{root(t)}$ or Lh$_{root(T)}$>Bh$_{root(T)}$ exit ("failure"); // could not fit

adapt(root(T); // re-inject soft instance area to fill B

for every hard instance node k, {X$_k$, Y$_k$}={left, bottom} of B$_k$;

The operation of the boil and adapt routines is described below:

```
boil(m) {
if m is a leaf node {Lw_m, Lh_m} = {w_m, h_m} if m is hard or {0, 0} if m is reshapeable;
else { //m has child nodes
    if (axis[m] = 'x') {
        Lw_m = Lw_co[m] + Lw_c1[m]; //shape summing - add child sizes in
            axis[m] dimension
        Lh_m = max(Lh_co[m], Lh_c1[m]); //take max in other dimension
    } else { //when axis[m] = 'y' just switch 'w' with 'h'
        Lh_m = Lh_co[m] + Lh_c1[m];
        Lw_m = max(Lw_co[m], Lw_c1[m]);
    }
}
adapt(m) {
//Given parent box B_m derive child boxes B_co[m], B_c1[m] and recurse
if m has child nodes, then {
    B_co[m] = B_c1[m] = B_m; //initialize child node boxes equal to their parent
    if(axis[m] = 'X') {
        Gw_co[m] = (A_co[m]/A_m) * Bw_m; //goal size is proportional to area
        if(Lw_co[m] <= Gw_co[m] <= (Bw_m − Lw_c1[m])) Bw_co[m] = Gw_co[m];
        // if goal leaves room for hard content on both sides, use the goal
        if (Lw_co[m] > Gw_co[m]) Bw_co[m] = Lw_co[m];
        // if hard content on 1st side is too big, make 1st side bigger to fit
        if(Gw_co[m] > (Bw_m − Lw_c1[m])) Bw_co[m] = (Bw_m − Lw_c1[m]);
        // if hard content on 2nd side is too big, make 2nd side bigger to fit
        xMax of B_co[m] = X_Bc1[m] = X_m + Bw_co[m];
    }else { //when axis[m] = 'y' substitute 'y' for 'x' and 'h' for 'w'
        Gh_co[m] = (A_co[m]/A_m) * Bh_m; //goal size is proportional to area
        if(Lh_co[m] <= Gh_co[m] <= (Bh_m − Lh_c1[m])) Bh_co[m] = Gh_co[m];
        // if goal leaves room for hard content on both sides, use the goal
        if (Lh_co[m] > Gh_co[m]) Bh_co[m] = Lh_co[m];
        // if hard content on 1st side is too big, make 1st side bigger to fit
        if (Gh_co[m] > (Bh_m − Lh_c1[m])) Bh_co[m] = (Bh_m − Lh_c1[m]);
        // if hard content on 2nd side is too big, make 2nd side bigger to fit
        yMax of B_co[m] = Y_Bc1[m] = Y_m + Bh_co[m];
    }
    adapt(c0[m]);
    adapt(c1[m]);
}
```

This algorithm will succeed in most cases. In the case of failure or undesirable placement of hard blocks, the hard block placement within the PRU can be adjusted manually or the overall PRU size increased and the top-level floorplan adjusted to fit.

At step 16 of FIG. 1, power and clock structures are generated. Power structures, in particular, can take up a significant portion of the available routing resources of a chip, and therefore must be defined before routing other signals. Moreover, placement of clock structures can greatly impact the resulting integrated circuit's performance. Power and clock structures may consist of grids, trees or rings of metal interconnect as is well known to those skilled in the art of integrated circuit design. For the standard-cell type of chip, the most common power structure is a set of regular grids of interconnect on various layers. A block placement grid controls where the corners of blocks may be placed so as to insure that all blocks retain the same relationship to the

12

power grid when they are moved or reshaped. The regular power grid is generally stopped and replaced by a power ring at the edges of the chip and around hard blocks. FIG. 13 shows the design, 100 with a simple power grid for one power signal. Two metal layers are used, one in the vertical direction (dashed line) and one in the horizontal direction (solid line). In an actual design, there would be several overlapping power grids and they would be much more complex than is shown in FIG. 13. Power and clock structures may be designed in tools such as Silicon Ensemble from Cadence and imported using a DEF file.

At step 17 of FIG. 1, the design is routed. The goal of routing at this stage is to create the actual ports or physical connection points for signals entering or leaving the PRU blocks. As discussed earlier, the ports created at step 14 were not saved. In the preferred embodiment, a tool known as a global router is used at step 17. Global routers are well known to those skilled in the art of writing electronic design automation software. A global router operates on a grid and provides less accurate routing than a detail router in which the exact coordinates of every net segment and via are computed. In a global router, at each intersection of the grid, a bin is defined for each routing layer. Each bin has a specific net capacity and direction. During global routing, the nets of the design are assigned to a set of bins that represent the approximate routing for the net. As bins approach their capacity, the global router will attempt to route the wire through other bins to minimize the overall routing congestion. A global router is preferred for step 17 of FIG. 1, because the accuracy is sufficient for the purpose of generating port positions and global routers generally run much

US 6,567,967 B2

13

faster than detail routers. A preferred embodiment of the process for creating port positions using a global router will now be disclosed in more detail.

Before the global router can be run, dummy ports must be created on the PRU blocks. Ports are physical rectangles of metal on various layers that provide starting and ending points for routing. A three-step process is used where dummy ports are initially generated in the interior of the PRU blocks, the design is routed, the dummy ports are deleted, and actual ports are created. Since, initially, there is no actual standard-cell placement for the soft blocks within the PRUs, there is little information available on where the nets will actually begin or end. For all nets entering or leaving a PRU, if the net connects internally to a soft block, a dummy port will be created randomly within the area of the soft block. For example, referring to FIG. 14, net 200 connects to PRU blocks 106a and 106b. Within PRU block 106b, net 200 attaches to the soft "A" block 102f. A dummy port is therefore created on top of PRU block 106b for net 200. The dummy port is located randomly within the area that soft block 102f is expected to occupy within PRU 106b. Similarly, net 200 also connects to PRU block 106a. Within PRU block 106a, net 200 connects to soft "A" block 102a and hard "A" block 104j. A dummy port 210 for net 200 is created on top of PRU block 106a which is randomly located within the area that soft block 102a is expected to occupy. A second dummy port 220 for net 200 is created on top of PRU block 106a for hard block 104j. Port locations for hard blocks, however, are known exactly because the layout of hard blocks is predefined. Dummy port 220 on top of PRU 106a, therefore, will be placed in an exact location determined by the placement of hard block 104j and the location of the corresponding port on hard block 104j connecting to net 200.

After dummy ports have been placed on PRU blocks 106a, 106b and 106c for all top level nets, the design will be routed. A route similar to that shown in FIG. 14 for net 200 will be created. The router creates the shortest possible nets connecting to all dummy ports on top of PRU blocks. Nets may also connect to I/O pads or other top-level hard blocks. Routing is done to minimize congestion and to avoid barriers. For example, hard block 104j within PRU 106a will act as a barrier that cannot be routed over. This attempt at routing gives a realistic picture of the routing capacity, both at the top level and within the PRU blocks simultaneously.

After routing has completed, nets are sorted within the global router bins and exact locations are determined where nets cross the edges of the PRU blocks. This step is necessary because a global router only determines net locations within a bin. The exact routing is not calculated. Properties are added to the PRU connectors specifying where the associated ports are to be placed.

At step 18 of FIG. 1, the dummy ports are deleted and the global router is run again to generate real ports at the edges of the PRU blocks. Ports for nets connecting adjacent PRUs will be placed so that they touch each other at the PRU edge. Referring to FIG. 15, dummy ports 210, 220 and 230 have been deleted, along with their associated routing and new ports 221 and 231 have been created at the edges of PRU blocks 106a and 106b. Net 200 still exists at the top level of design 100 but it has zero length since it only serves to connect the two abutting ports 221 and 231.

It should be noted that it is not essential for the flow that PRUs 106a, 106b and 106c abut although this is generally preferred to simplify the top-level routing. It is also possible to have the PRUs spaced apart with routing connecting them.

14

After step 18 of FIG. 1, there will still be nets crossing over PRUs. This occurs because some nets may need to be routed over other PRUs to avoid congestion or to connect two PRUs that are not adjacent to each other. Also, some nets connecting between PRUs and pads or other hard blocks may need to route over other PRUs. Referring to FIG. 16, net 300 connects pad 302 to PRU block 106b and routes over the top of PRU block 106a. Also, net 310 connects PRU block 106a to PRU block 106b but routes over the top of PRU block 106c. This can happen if there is not sufficient room for ports along the common boundary between PRU blocks 106a and 106b. At step 19 of FIG. 1, nets 300 and 310 will be pushed inside PRU blocks 106a and 106c respectively so that there will be no nets routing over the top of PRU blocks 106a, 106b or 106c. Pushing these nets inside the PRU blocks greatly simplifies the top-level routing and allows the standard-cell place and route tool to deal with them at the same time as nets internal to the PRUs. (Details internal to the PRU blocks have been removed from FIG. 16 for clarity).

Referring to FIG. 17, the process of pushing nets inside the PRU blocks will now be described. Net 300 (from FIG. 16) has been split into three separate nets. Net 300a connects IO pad 302 to a new port 304 on PRU block 106a. Net 300b connects port 304 to port 303 internal to PRU block 106a. Net 300c is a zero length net connecting port 303 on PRU block 106a to port 301 on PRU block 106b. Similarly, net 310 (from FIG. 16) has been split into three separate nets. Net 310a is a zero-length net connecting port 312 on PRU block 106a to port 313 on PRU block 106c. Net 310b connects port 313 to port 314 internal to PRU block 106c. Net 310c is a zero-length net connecting port 314 on PRU block 106c to port 311 on PRU block 106b. When nets are pushed inside PRU blocks, another level of hierarchy is created above the PRU level. This level of hierarchy is referred to herein as a wrapper. The wrapper provides a place to put the additional feedthrough nets such as nets 300b and 310b (from FIG. 17) without modifying the original netlist description for PRU blocks 106a and 106c. The new netlist hierarchy is shown in FIG. 18. New hierarchical wrapper blocks 107a and 107c have been created above PRU blocks 106a and 106c. A netlist is automatically created for wrapper blocks 107a and 107c. FIG. 19 shows a block diagram of wrapper block 107a. PRU block 106a has been encapsulated within block 107a. Connectors on PRU block 106a are attached through new nets 320 to a corresponding set of connectors on wrapper block 107a.

At step 19 of FIG. 1, repeaters may also be generated. A repeater is an electrical amplifier which restores an electrical signal which has been degraded by noise or excessive loading. As is well known in the art of integrated circuit design, correct use of repeaters will reduce signal delay on long nets and correct slew rate problems. At step 19 of FIG. 1, one repeater is generally inserted for each output port on a feedthrough net such as net 300b (from FIG. 17). FIG. 19 shows how the former net 300b (from FIG. 17) has been split into two nets, 300b1 and 300b2 with repeater 400 inserted between. At step 22 of FIG. 1 when standard cell place and route is done, additional repeaters are generated based on the actual length of the routed nets inside the PRUs.

At step 20 of FIG. 1, timing for the design 100 is analyzed. In the preferred embodiment, a software tool known as a static timing analyzer is used. Static timing analyzers are well known in the computer-aided engineering industry. A tool such as Primetime, available from Synopsys, or Pearl, available from Cadence, is suitable for performing step 20 of FIG. 1. Other static timing analysis tools may also

US 6,567,967 B2

15                                                                          16

be used. To perform the timing analysis of step **20**, two inputs are required. The first input is the timing models for all "A" blocks in the design. These models may be generated using the Pearl tool from Cadence or the Primetime tool from Synopsys. Given a netlist of standard cells for the "A" block plus a wireload model, these tools can produce a simplified timing model for the block. A wireload model is a statistical estimate of the parasitic resistance and capacitance expected for each net based typically on the fanout of the net and the size of the block. The timing model retains timing arcs connecting to I/O pins of the "A" block and timing arcs connecting to external timing constraints but does not otherwise retain any internal timing information for the "A" block. Using this type of abstracted timing model for the "A" blocks allows timing for large designs to be analyzed much more quickly and with less memory than would be required to analyze the complete standard-cell netlist for design **100**.

The second required input for step **20** of FIG. 1 is a set of external timing constraints. External timing constraints specify the expected timing behavior of design **100**. Timing constraints typically specify necessary arrival and required times for design input and output signals, the behavior of design clocks, external resistance and capacitance loading, external rise/fall times and exceptions. Exceptions are timing paths of the design being implemented that are known to have special timing behavior. For example, some timing paths may be known to be static, may not actually occur during real operation of the design, or may be allowed to take multiple clock cycles to transfer information.

Provided with these inputs, the static timing analysis tool can analyze the timing behavior of design **100** and predict the timing behavior for each timing path of the design. After analysis is completed, timing slack is allocated to the PRU blocks. Timing slack, or "slack", is the time obtained for each timing path of design **100** by taking the period of the clock controlling the timing path and then subtracting the expected delays within "A" blocks and the expected wiring delays between "A" blocks. For signals connecting to the external pins of design **100**, external arrival and required times are subtracted as well. Expected wiring delays should be computed assuming an optimal use of repeaters. The timing slack for paths going between PRUs is then allocated partially to each PRU containing a portion of the path. Allocating timing slack in this way allows the standard cell place and route tool used at step **22** of FIG. 1 the maximum flexibility for how it will use the timing slack within the separate PRUs. Provided that the timing budget for each PRU is not exceeded during step **22** of FIG. 1, the timing for design **100**, will meet the external arrival, required and clock constraints. Timing slack may be allocated primarily to the input pins of blocks, primarily to the output pins or proportionately, based on the expected delay within each PRU block. Allocation primarily to inputs is useful if the "A" block outputs are known to be registered. Allocation primarily to outputs is useful if the "A" block inputs are known to be registered. Proportional allocation is useful if signals are not registered.

Exceptions (i.e., timing paths of the design being implemented that are known to have special timing behavior) are also propagated to the PRU blocks at step **20** of FIG. 1. For example, a multi-cycle timing path may originate within one PRU block and terminate in another PRU block. For correct operation of the standard cell place and route at step **22** of FIG. 1, it is important that multi-cycle paths and other types of exception constraints be known for each PRU block.

At step **21** of FIG. 1, PRU data is generated. A sufficient set of data is required for each PRU so that it may be implemented at step **22** without any knowledge of other PRUs or the overall design **100**. The required set of PRU data includes the following items:

The shape and size of the PRU block

The location of ports on the PRU block

The location and orientation of all hard macros within the PRU block

The standard-cell netlist for the PRU block

Timing constraints including arrival/required times, parasitics, rise/fall times and exceptions for all signals connecting to the PRU block

Physical and timing specifications for any hard blocks or standard cells used within the PRU block

At step **22** of FIG. 1, the PRU blocks are physically implemented. Software tools such as Silicon Ensemble or PKS, both available from Cadence, may be used at this step. Following physical implementation, a corrected set of PRU data is generated. This data typically includes the following items:

A physical definition of the PRU block, typically in LEF or GDSII format.

An updated timing model for the PRU block.

Location of standard cells within the PRU block which connect to ports of the block, typically in PDEF or DEF format.

Additional information such as routing congestion within the PRU block may also be generated.

At step **23** of FIG. 1, the floorplan for design **100** is updated. Following physical implementation of the PRU blocks at step **22**, changes to the top-level floorplan will often be needed. This generally occurs because the size or timing for the PRU block could not be estimated with sufficient accuracy earlier in the flow. If changes are necessary, the floorplan is updated and timing is recalculated at step **20** of FIG. 1. This loop can often be avoided by providing some margin in the timing and physical constraints generated at step **21** of FIG. 1.

A further optimization may also be done at step **23** of FIG. 1. Since very little is known about the actual placement of standard cells until step **22** is completed, it is likely that the port locations defined at step **18** will not be optimal for routing within the PRU blocks. By re-adjusting port positions after the actual location of standard cells connecting to I/O pins is known, the routing can frequently be simplified, reducing routing congestion and improving timing behavior. Referring to FIG. 20, the net **200** is shown after the completion of standard cell place and route at step **22** of FIG. 1. Standard cells **410** and **430** did not end up getting placed in the same location as dummy ports **210** and **230** respectively from FIG. 14. As a result, ports **221** and **231** would force net **200** to be longer than otherwise necessary to connect to standard cells **410** and **430** plus hard block **104***j*. This problem can be corrected by reading back the actual location of standard cells **410** and **430** following the detailed place and route of PRU blocks **106***a* and **106***b*. Detailed placement information is typically available in the DEF or PDEF formats following standard cell place and route at step **22** of FIG. 1. A global router is used again as in steps **17** and **18** of FIG. 1 to adjust the position of ports **221** and **231**. Since the location of standard cells **410** and **430** is now known exactly, dummy ports can be placed at exact rather than estimated locations and the resulting positions of ports **221** and **231** can be improved as shown in FIG. 21. Global routing may also take advantage of detailed routing congestion information within the PRUs at this stage to further optimize port positions. The routing of PRUs **106***a* and **106***b* is then incrementally modified to adjust for the new port positions.

US 6,567,967 B2

17                                                        18

Following the satisfactory completion of step **23** of FIG. **1**, the chip design is finished at step **24** by doing top-level detail routing to connect external I/O pins to the PRU blocks and to connect any non-abutted PRU blocks together. Final physical, functional, connectivity and timing verification are performed and then a final tapeout file, typically in GDSII format, is prepared for fabrication. Step **24** of FIG. **1** is well understood by those familiar with the art of integrated circuit design and will not be described further here.

Thus, a preferred method physically designing integrated circuits has been described. While embodiments and applications of this invention have been shown and described, as would be apparent to those skilled in the art, many more embodiments and applications are possible without departing from the inventive concepts disclosed herein. Therefore, the invention is not to be restricted except in the spirit of the appended claims.

We claim:

1. A method for physically designing an integrated circuit comprising:

importing a netlist description of an integrated circuit design, said netlist description comprising a plurality of hierarchical arranged branches;

selecting atomic blocks for each of said plurality of hierarchically arranged branches, each of said atomic blocks selected to be one or more hierarchy levels above the bottom of a corresponding one of said hierarchically arranged branches, each of said atomic blocks being either an atomic hard block, an atomic soft block or an atomic hierarchical block;

flattening each of said plurality of hierarchically arranged branches by eliminating superfluous levels of hierarchy above said atomic blocks;

partitioning each of said atomic blocks into one of a plurality of place and route units ("PRUs"); and

positioning said atomic blocks within each of said plurality of PRUs.

2. The method of claim **1** wherein said partitioning step includes:

determining a physically realizable shape for each of said plurality of PRUs;

determining a physically realizable size for each of said plurality of PRUs; and

determining PRU location for each of said plurality of PRUs.

3. The method of claim **2** wherein said determining PRU shape step includes:

finding all of said atomic hard blocks and other hard blocks within each of said plurality of PRUs;

calculating an initial PRU shape for each of said plurality of PRUs;

determining whether said atomic hard blocks, said other hard blocks, and all standard cells assigned to said initial PRU shape will fit within said initial PRU shape; and

if said atomic hard blocks, said other hard blocks, and all of said standard cells assigned to said initial PRU shape do not fit within said initial PRU shape, calculating an alternate initial PRU shape and determining whether said atomic hard blocks, said other hard blocks, and all of said standard cells assigned to said initial PRU shape will fit within said initial PRU shape.

4. The method of claim **1** wherein said positioning step further includes:

moving all of said atomic hard blocks within a particular one of said plurality of PRUs such that each of said

atomic hard blocks is one level of hierarchy below said particular one of said PRU;

determining optimal placement of each of said atomic blocks; and

selecting a rectilinear shape for each of said soft atomic blocks and said atomic hierarchical blocks within said particular one of said plurality of PRUs so that said soft atomic blocks and said atomic hierarchical blocks fit within areas of said particular one of said plurality of PRUs left unoccupied by said atomic hard blocks.

5. The method of claim **1** further including:

routing interconnections between said plurality of PRUs;

where one of said interconnections crosses an edge of one of said PRUs, assigning a port at said edge of one of said plurality of PRUs, said port comprising an electrical contact at said edge of one of said PRUs;

pushing said interconnections inside said plurality of PRUs; and

creating a physical circuit layout for each of said plurality of PRUs.

6. The method of claim **5**, wherein said pushing step results in at least one wrapper block containing said one of said PRUs and said one of said interconnections, wherein said one of said interconnections does not crossover said one of said PRUs in said wrapper block.

7. The method of claim **1**, wherein said partitioning step does not divide any of said atomic blocks.

8. The method of claim **1**, further including: designating at least one of said atomic blocks as stopped.

9. The method of claim **8**, wherein said at least one of said atomic blocks contains no hard blocks.

10. The method of claim **1**, further including: creating at least one dummy block from said netlist.

11. The method of claim **10**, wherein said at least one dummy block is a grouping of standard cells.

12. The method of claim **1**, wherein said superfluous levels of hierarchy include all levels of hierarchy between said atomic blocks and a top level block.

13. The method of claim **1**, wherein said partitioning step includes:

generating an initial shape for a PRU in said plurality of PRUs, wherein said initial shape is sufficient for containing all hard blocks in said PRU; and

determining whether said initial shape is sufficient for containing all standard cells in said PRU.

14. The method of claim **13**, wherein said partitioning step further includes:

augmenting said initial shape to obtain an augmented shape for said PRU, wherein said augmented shape is sufficient for containing all of said hard blocks in said PRU and all of said soft blocks in said PRU.

15. The method of claim **14**, wherein said generating step, said determining step, and said augmenting step are performed for each PRU in said plurality of PRUs.

16. The method of claim **1**, wherein said partitioning step results in each PRU in said plurality of PRUs abutting at least one other PRU in said plurality of PRUs.

17. The method of claim **1**, wherein said partitioning step results in PRUs in said plurality of PRUs being aligned in equal height vertical rows.

18. The method of claim **1**, wherein said partitioning step results in PRUs in said plurality of PRUs being aligned in equal height horizontal rows.

19. The method of claim **1**, wherein said positioning step includes:

moving all of said atomic hard blocks within a PRU in said plurality of PRUs to be one level of hierarchy below said PRU;

US 6,567,967 B2

19

placing said all of said atomic hard blocks in said PRU; and

selecting a rectilinear shape for at least one atomic soft block in said PRU.

**20**. The method of claim **19**, further including:

selecting a rectilinear shape in said PRU for each atomic soft block in said PRU and each atomic hierarchical block in said PRU so that said each atomic soft block and said each atomic hierarchical block fits within areas of said PRU left unoccupied by said all of said atomic hard blocks.

**21**. The method of claim **1**, wherein said positioning step results in at least one atomic block in a PRU in said plurality of PRUs having a rectilinear shape.

**22**. The method of claim **21**, wherein said at least one atomic block is an atomic soft block.

**23**. The method of claim **1**, further including:

creating dummy ports on multiple PRUs in said plurality of said PRUs, said dummy ports enabling a net to traverse from a first PRU of said multiple PRUs to a second PRU of said multiple PRUs.

**24**. The method of claim **23**, wherein a first dummy port is created on an atomic soft block in said first PRU and a second dummy port is created on an atomic hard block in s second PRU.

**25**. The method of claim **24**, wherein said first dummy port is located at a random location on said atomic soft block in said first PRU and said second dummy port is located at an exact location on said atomic hard block in said second PRU.

**26**. The method of claim **23**, further including:

connecting said dummy ports by routing nets between said dummy ports;

determining where said routing nets cross edges of said multiple PRUs;

deleting said dummy ports; and

generating real ports where said routing nets cross edges of said multiple PRUs.

**27**. The method of claim **1**, further including:

allocating slack time to PRUs in said plurality of PRUs.

**28**. The method of claim **27**, wherein said slack time is allocated to at least one PRU in said set of PRUs primarily to block input pins.

**29**. The method of claim **27**, wherein said slack time is allocated to at least one PRU in said set of PRUs primarily to block output pins.

20

**30**. The method of claim **27**, wherein said slack time is allocated to at least one PRU in said set of PRUs proportionately between block input pins and block output pins, based on expected delay within said at least one PRU.

**31**. A method of routing an integrated circuit design comprised of a plurality of place and route units ("PRUs"), comprising:

creating dummy ports on each of said PRUs, said dummy ports allowing a net to traverse from a first of said plurality of PRUs to a second of said plurality of PRUs;

connecting said dummy ports on said PRUs by routing nets between them;

determining where said routing nets cross edges of said plurality of PRUs;

deleting said dummy ports; and

generating real ports where said routing nets cross edges of said plurality of PRUs.

**32**. A method of fitting an integrated circuit design within a predefined area, the integrated circuit design comprising one or more of hard blocks, hierarchical blocks and soft blocks, the hard blocks having a fixed shape, comprising:

determining optimal placement of each of the hard blocks, if any, within the predefined area; and

selecting a rectilinear shape for each of the soft blocks, if any, and hierarchical blocks, if any, so that the soft blocks, if any, and hierarchical blocks, if any, fit within spaces of the predefined area left unoccupied by the hard blocks.

**33**. A method of fitting an integrated circuit design within a predefined area, said method comprising:

determining placement of at least one hard block within the predefined area, wherein said at least one hard block has a predefined shape; and

selecting a rectilinear shape for at least one block within the predefined area, such that said at least one block fits within space in said predefined area left unoccupied by said at least one hard block.

**34**. The method of claim **33**, wherein said at least one block includes multiple blocks.

**35**. The method of claim **34**, wherein said at least one block includes a soft block.

**36**. The method of claim **34**, wherein said at least one hard block includes multiple hard blocks.

* * * * *