United States District Court<br>Northern District of California

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ATOPTECH, INC., <br><br> Defendants. | Case No. 13-02965-SC <br><br> ORDER GRANTING PLAINTIFF'S <u>MOTION TO SEAL</u> |

    Plaintiff Synopsys, Inc. ("Plaintiff") brings this action for, inter alia, copyright infringement, patent infringement, and misappropriation of trade secrets against Defendant ATopTech, Inc. ("Defendant"). Plaintiff now moves to seal two documents, ECF Nos. 10-2, 10-3, which were filed by Defendant in connection with its pending motion to dismiss. ECF No. 25 ("Mot."). Both documents are the subject of Plaintiff's trade secret misappropriation claims. Defendant has opposed the motion on the ground that the documents in question are not trade secrets. ECF No. 29 ("Opp'n"). The Court declines to reach the merits of Plaintiff's trade secret claim on a motion to seal. Out of an abundance of caution, the

Court GRANTS Plaintiff's motion to seal and ORDERS the clerk of the court to file under seal the following documents: ECF Nos. 10-2, 10-3.

IT IS SO ORDERED.

Dated: August 26, 2013



UNITED STATES DISTRICT JUDGE