1  ~~DARIN SNYDER (S.B. #136003)~~
   ~~dsnyder@omm.com~~
2  ~~DAVID R. EBERHART (S.B. #195474)~~
   ~~deberhart@omm.com~~
3  ~~O'MELVENY & MYERS LLP~~
   ~~Two Embarcadero Center, 28th Floor~~
4  ~~San Francisco, CA 94111-3823~~
   ~~Telephone: (415) 984-8700~~
5  ~~Facsimile: (415) 984-8701~~

6  ~~Attorneys for Defendant~~
   ~~ATOPTECH, INC.~~

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., | Case No. 3:13-CV-02965 SC |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT ATOPTECH, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| ATOPTECH, INC., | Judge:       Samuel Conti |
| Defendant. | Courtroom:   1 - 17th Floor |

1  By administrative motion, Defendant ATopTech, Inc. ("ATopTech") has moved to file
2  under seal Exhibits A-D of the Drummond Hansen Declaration in support of ATopTech's Motion
3  to Dismiss.
4  In support of its motion, ATopTech has filed the Declaration of Melody Drummond
5  Hansen ("Drummond Hansen Sealing Decl."), as required under Civil Local Rule 79-5, which
6  provides evidence of compelling reasons for this Court to permit filing under seal. The
7  Drummond Hansen Sealing Declaration provides sufficient evidence that the documents
8  identified above are "privileged or protectable as a trade secret otherwise entitled to protection
9  under the law," and thus sealable. Civil L.R. 79-5(a). ATopTech's request is narrowly tailored to
10 seek the sealing only of sealable information. Accordingly, for compelling reasons shown, the
11 Court GRANTS ATopTech's Administrative Motion to Seal.
12 IT IS HEREBY ORDERED: Exhibits A-D of the Drummond Hansen Declaration shall be
13 filed under seal.

**IT IS SO ORDERED.**

Dated: December 11, 2013

HONORABLE SAMUEL CONTI
U.S. District Judge

- 2 -

[PROPOSED] ORDER GRANTING
DEFENDANT ATOPTECH, INC.'S
ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL
CASE NO. 13-CV-02965 SC