United States District Court

For the Northern District of California

1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   SYNOPSYS, INC.,                        No. C 13-2965 MMC

11              Plaintiff,                  **ORDER DENYING DEFENDANT'S
                                            MOTION TO SET DEADLINE FOR**
12      v.                                  **PATENT INFRINGEMENT
                                            CONTENTIONS**
13   ATOPTECH, INC.,

14              Defendant.
                                        /

15

16        Before the Court is defendant's Administrative Motion to Set Deadline for Patent

17   Infringement Contentions, filed December 10, 2013, by which defendant requests the Court

18   order plaintiff to serve its patent infringement contentions by January 24, 2014, rather than

19   by a date no later than fourteen days after the Initial Case Management Conference, as

20   provided by the Patent Local Rules. See Patent L.R. 3–1. On December 16, 2013, plaintiff

21   filed its opposition to defendant's motion.

22        The Court, having read and considered the parties' respective written submissions,

23   finds it appropriate to first resolve the parties' pending motions to disqualify counsel and to

24   dismiss, and thereafter, at the Initial Case Management Conference, to set all dates

25   relevant to claim construction.

26   //

27

28

1       Accordingly, defendant's Administrative Motion is hereby DENIED.

2       **IT IS SO ORDERED.**

3
Dated: January 10, 2014

4                                                          MAXINE M. CHESNEY
                                                           United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28