# EXHIBIT A

## TO THE DECLARATION OF
## MARTIN CHECOV

**From:** Porras, Luis
**Sent:** Friday, November 22, 2013 9:29 AM
**To:** #ALL PERSONNEL
**Subject:** Screening Notice--ATopTech Attorneys (-001) / Former Magma Attorneys

|  |  |
|---|---|
| **M E M O R A N D U M** | **CONFIDENTIAL**<br>**FOR INTERNAL USE ONLY** |

| | |
|---|---|
| **TO:** | All Attorneys and Employees |
| **FROM:** | Legal Ethics and Conflict Resolution Committee |
| **DATE:** | November 22, 2013 |
| **SUBJECT:** | **Screening of Attorneys Who Worked on Certain Matters for Magma Auto Design Automation, Inc. from Attorneys Working on a Certain Matter for ATopTech, Inc.** |

This notice relates to the Firm's former representation of Magma Auto Design Automation, Inc. ("Magma") in connection with certain IP litigation matters (532,350-001; -004; -006; -007; -011; -017; -018; -024; the "Former Magma Matters"), on the one hand, and its representation of ATopTech, Inc. ("ATopTech") in connection with a separate IP litigation matter (35,552-001; the "ATopTech Matter"), on the other (the "Subject Matter").

The attorneys who participated in the Former Magma Matters are David Almeling, Mark Miller, John Kappos, George Riley, Katherine Robison, Luann Simmons, Michael Sapoznikow, Diane Pang, Jennifer Glad, Eric Amdursky, Jeffrey Fowler, Ryan Rutledge, Scott Dunham, Tim Byron, Lorena Ortega, Bianca Poindexter Page and Charles Tucker (the "Former Magma Attorneys"). The Former Magma Attorneys are "screened" from the ATopTech Matter.

The attorneys currently working (or likely in the future to work) for ATopTech on the ATopTech Matter are Darin Snyder, David Eberhart, Elysa Q. Wan, Melody Drummond Hansen, Min He, Nicholas Whilt, Vincent Zhou and David Sepanik (the "ATopTech Attorneys"). The ATopTech Attorneys are "screened" from the Former Magma Matters.

**Effective immediately and until further notice, the following specific procedures and prohibitions are to be observed. Please read this notice carefully and observe the restrictions it imposes.**

The Former Magma Attorneys are "screened" from (i.e., precluded from <u>any participation or involvement</u> in) the Firm's work with respect to the ATopTech Matter. This means:

(1)    The Former Magma Attorneys may not participate in the ATopTech Matter in <u>any</u> capacity.

(2)    No attorney or staff member shall discuss the ATopTech Matter with the Former Magma Attorneys or in or near their presence,

or attempt, either directly or indirectly, to obtain their assistance in connection with the ATopTech Matter.

(3)   No attorney or staff member shall pose hypothetical questions to the Former Magma Attorneys based upon the facts of the ATopTech Matter.

(4)   No attorney or staff member shall provide to the Former Magma Attorneys, nor shall they request or seek access to, any files or other information related to the ATopTech Matter.

The ATopTech Attorneys are "screened" from (i.e., precluded from <u>any participation or involvement</u> in) the Firm's work with respect to the Former Magma Matters.  This means:

(1)   No attorney or staff member shall discuss the Former Magma Matters with the ATopTech Attorneys or in or near their presence, or attempt, either directly or indirectly, to obtain their assistance in connection with the Former Magma Matters.

(2)   No attorney or staff member shall pose hypothetical questions to the ATopTech Attorneys based upon the facts of the Former Magma Matters.

(3)   No attorney or staff member shall provide to the ATopTech Attorneys, nor shall they request or seek access to, any files or other information related to the Former Magma Matters.

**Attorneys having any involvement with the referenced Subject Matter are responsible for calling this notice to the attention of any new attorneys, law clerks, summer associates, legal assistants, secretaries, and other staff members working with them on their respective matters who join the Firm or who are engaged on their matters after the circulation of this memorandum.[1] Exceptions where appropriate may be approved by a member of the Legal Ethics and Conflicts Resolution Committee.**

If you have any questions about these screening procedures, please raise them promptly with a member of the L.E.C.R.C.[2]

L.E.C.R.C.

By Luis Porras

Conflicts Reviewing Supervisor:

Darin Snyder

---

[1] For access to existing screening memoranda, please *see* ommni, "Table of Contents," "Administration," "Conflicts & Engagement Management," "Services," "Screening Memos" http://transnet.intranet.omm.com/sm/

[2] Members of the LECRC are Scott H. Dunham (Chief Conflicts Counsel to the Firm) (LA, ext. 6060) and Martin S. Checov (General Counsel) (SF, ext. 8713).