Robert A. Mittelstaedt (SBN 60359)
Patrick T. Michael (SBN 169745)
Nathaniel P. Garrett (SBN 248211)
Mary H. McNeill (SBN 261500)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
pmichael@jonesday.com
ngarrett@jonesday.com
mmcneill@jonesday.com

Krista S. Schwartz (Admitted Pro Hac Vice)
JONES DAY
77 W. Wacker Drive, Suite 3500
Chicago, IL 60601
Telephone:  (312) 782-3939
Facsimile: (312) 782-8585
ksschwartz@jonesday.com

Attorneys for Plaintiff
SYNOPSYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATOPTECH, INC., <br><br> Defendants. | **Case No. 3:13-cv-02965 CRB** <br><br> **[PROPOSED] ORDER GRANTING SYNOPSYS INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1   Having considered (1) Synopsys Inc.'s Administrative Motion to File Documents Under
2   Seal; (2) the Declaration filed in Support of Synopsys Inc.'s Administrative Motion to File
3   Documents Under Seal; and (3) the documents and excerpts that Synopsys Inc. requests be kept
4   under seal:
5   IT IS HEREBY ORDERED THAT: Plaintiff's Motion is GRANTED. The ~~Clerk of the
6   Court shall file under seal the~~ shall remain filed under seal following documents:

- Exhibits G, H, and I to the Declaration of Craig Stewart in Support of Synopsys Inc.'s Motion to Disqualify O'Melveny and Myers LLP; and
- The redacted confidential portions of the Declaration of Craig Stewart in Support of Synopsys Inc.'s Motion to Disqualify O'Melveny and Myers LLP ("Stewart Declaration").

**IT IS SO ORDERED.**

DATED: __February 6__, 201_4_

By _/s/ Maxine M. Chesney_
MAXINE M. CHESNEY
HONORABLE ~~CHARLES R. BREYER~~
United States District Judge