1  Robert A. Mittelstaedt (State Bar No. 60359)
   ramittelstaedt@JonesDay.com
2  Patrick T. Michael (State Bar No. 169745)
   pmichael@jonesday.com
3  Nathaniel P. Garrett (State Bar No. 248211)
   ngarrett@JonesDay.com
4  Mary H. McNeill (State Bar No. 261500)
   mmcneill@jonesday.com
5  JONES DAY
   555 California Street, 26th Floor
6  San Francisco, CA  94104
   Telephone:   +1.415.626.3939
7  Facsimile:    +1.415.875.5700

8  Krista S. Schwartz (State Bar No. 06238053)
   ksschwartz@JonesDay.com
9  JONES DAY
   77 West Wacker
10 Chicago, IL  60601.1692
   Telephone:   +1.312.782.3939
11 Facsimile:    +1.312.782.8585

12 Attorneys for Plaintiff
   SYNOPSYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SYNOPSYS, INC.,** | **Case No. 3:13-cv-02965-MMC** |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SYNOPSYS' EMERGENCY ADMINISTRATIVE MOTION** |
| v. | |
| **ATOPTECH, INC.,** | |
| Defendant. | Complaint Filed:   June 26, 2013 |

[PROPOSED] ORDER
Case No. 3:13-cv-02965-MMC

1   The Court hereby orders:

2   ~~1.  Section II of ATopTech's supplemental opposition (Dkt. 79), the Cardine Declaration~~
3   ~~(Dkt. 79-3) and the Supplemental Checov Declaration (Dkt. 79-1) are stricken and will not be~~
4   ~~considered by the Court,~~

5   ~~OR~~

6   1 ~~2~~.  Synopsys may file a reply brief not to exceed ~~10~~ 7 pages, by February 2̲8̲, 2014,
7   including responses to ATopTech's supplemental opposition and the questions posed by the
8   Court during the February 6, 2014 conference call with counsel.  Such page limit does not include
9   declarations.

13  Dated:    February 24, 2014

15  _____
    Hon. Maxine M. Chesney