Robert A. Mittelstaedt (SBN 60359)
ramittelstaedt@JonesDay.com
Patrick T. Michael (SBN 169745)
pmichael@JonesDay.com
Nathaniel P. Garrett (State Bar No. 248211)
ngarrett@JonesDay.com
Mary H. McNeill (State Bar No. 261500)
mmcneill@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     +415.626.3939
Facsimile:     +415.875.5700

Krista S. Schwartz (Admitted *Pro Hac Vice*)
ksschwartz@JonesDay.com
JONES DAY
77 West Wacker
Chicago, IL  60601.1692
Telephone:     +1.312.782.3939
Facsimile:     +1.312.782.8585

Attorneys for Plaintiff
SYNOPSYS, INC.

DARIN SNYDER (S.B. #136003)
dsnyder@omm.com
DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:     (415) 984-8700
Facsimile:     (415) 984-8701

KENNETH L. NISSLY (S.B. #077589)
knissly@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA  94025
Telephone:     (650) 473-2600
Facsimile:     (650) 473-2601

Attorneys for Defendant
ATOPTECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ATOPTECH, INC.,<br><br>　　　　　Defendants. | **Case No. 3:13-cv-02965-MMC**<br><br>**STIPULATION AND [PROPOSED]　　　　　ORDER REGARDING DEADLINES**; VACATING MARCH 7, 2014 CASE MANAGEMENT CONFERENCE |

1  WHEREAS, pursuant to ECF No. 78, the Court ordered the parties to reschedule the hearing date for Plaintiff's Motion to Disqualify ATopTech, Inc.'s ("ATopTech") Counsel of Record (ECF No. 61);

4  WHEREAS, pursuant to ECF No. 78, the Court also ordered the parties to address the scheduling of the Case Management Conference; and

6  WHEREAS, pursuant to ECF No. 78, the Court has postponed any hearing on ATopTech's Motion to Dismiss Synopsys, Inc.'s Amended Complaint for Failure to State a Claim (ECF No. 44) until the Court rules on ECF No. 61;

9  THEREFORE, subject to this Court's ruling on ECF No. 61, IT IS HEREBY STIPULATED AND AGREED between Plaintiff Synopsys, Inc. ("Synopsys") and Defendant ATopTech, by and through their undersigned counsel, that the following schedule shall apply:

| DESCRIPTION | DEADLINE |
| --- | --- |
| Hearing on Plaintiff's Motion to Disqualify ATopTech, Inc.'s Counsel of Record | March 7, 2014 at 9:00 a.m. |
| Deadline for parties to confer pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16-10 | March 14, 2014 |
| Hearing on ATopTech's Motion to Dismiss Synopsys, Inc.'s Amended Complaint for Failure to State a Claim | March 21, 2014 at 9:00 a.m. |
| Deadline for parties to submit a Joint Case Management Statement pursuant to Local Rule 16-9 | March 21, 2014 |
| Case Management Conference | April 4, 2014 at 10:30 a.m. |

1  **IT IS SO AGREED AND STIPULATED.**

2  Dated: February 27, 2014                     Respectfully submitted,

3                                               JONES DAY

5                                               By: /s/ Krista S. Schwartz
6                                                    Krista S. Schwartz

7                                               Attorneys for Plaintiff
                                                SYNOPSYS, INC.

9  In accordance with Local Rule 5-1(i)(3), the above signatory attests that concurrence in
10 the filing of this document has been obtained from the signatory below.

11 Dated:  February 27, 2014                    O'MELVENY & MYERS LLP

13                                              By: /s/ Kenneth Nissly
14                                                   Kenneth Nissly

15                                              Attorneys for Defendant
                                                ATOPTECH, INC.

18 **IT IS SO ORDERED.**~~,~~ with the exception that the Court will set a date for the Case
19 Management Conference, as well as a deadline by which the parties are to submit a Joint Case
20 Management Statement, at such time as the Court rules on the motion to dismiss.
21       IT IS FURTHER ORDERED that the Case Management Conference currently scheduled
22 for March 7, 2014 is hereby VACATED.

25 Dated:  March 3, 2014                        [signature]
26                                              The Honorable Maxine M. Chesney
                                                United States District Judge