IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., | No. C 13-2965 MMC |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO DISQUALIFY O'MELVENY AND MYERS LLP** |
| v. | |
| ATOPTECH, INC., | |
| Defendant. | |

Plaintiff's Motion to Disqualify O'Melveny and Myers LLP came on regularly for hearing on March 7, 2014. Robert A. Mittelstaedt of Jones Day appeared on behalf of plaintiff. Kenneth L. Nissly of O'Melveny and Myers LLP appeared on behalf of defendant.

The Court having read and considered the parties' respective written submissions and considered the arguments of counsel, the motion is, for the reasons stated on the record at the hearing, hereby GRANTED.

**IT IS SO ORDERED.**

Dated: March 7, 2014

MAXINE M. CHESNEY
United States District Judge