UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOSYS, INC., | No. C-13-02965-MMC (DMR) |
| Plaintiff(s), | |
| v. | **ORDER RE: PLAINTIFF'S EX PARTE DISCOVERY LETTER [DOCKET NO. 103]** |
| ATOPTECH, INC., | |
| Defendant(s). | |

Plaintiff Synopsys, Inc. has filed an ex parte discovery letter. [Docket No. 103.] Defendant ATopTech, Inc. separately filed a response requesting that this court postpone action on the disputes raised in Synopsys' letter. [Docket No. 105.]

On March 7, 2014, Judge Chesney issued an order disqualifying ATopTech's counsel, and ATopTech has subsequently filed a motion requesting that Judge Chesney stay the disqualification order and a writ of mandamus with the Federal Circuit seeking reversal of the disqualification order, both of which remain pending. Given the procedural posture of the case, judicial intervention regarding the discovery disputes raised in Synopsys' letter shall be postponed until after Judge Chesney's ruling on ATopTech's motion to stay.

IT IS SO ORDERED.

Dated: April 16, 2014

DONNA M. RYU
United States Magistrate Judge