IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATOPTECH, INC., <br><br> Defendant. | No. C 13-2965 MMC <br><br> **ORDER DENYING DEFENDANT'S MOTION FOR STAY OF ORDER DISQUALIFYING O'MELVENY AND MYERS LLP PENDING WRIT OF MANDAMUS** |

Defendant's Motion for Stay of Order Disqualifying O'Melveny and Myers LLP Pending Writ of Mandamus came on regularly for hearing on May 2, 2014. Robert A. Mittelstaedt, Patrick T. Michael, and Nathaniel P. Garrett of Jones Day appeared on behalf of plaintiff. Kenneth L. Nissly and Susan D. Roeder of O'Melveny and Myers LLP appeared on behalf of defendant.

The Court having read and considered the parties' respective written submissions and considered the arguments of counsel, the motion is, for the reasons stated on the record at the hearing, hereby DENIED.

**IT IS SO ORDERED.**

Dated: May 2, 2014

MAXINE M. CHESNEY
United States District Judge