**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., | No. C 13-2965 MMC |
| Plaintiff, | **ORDER DIRECTING CORPORATE DEFENDANT TO OBTAIN NEW COUNSEL; SCHEDULING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ATOPTECH, INC., | |
| Defendant. | |

On March 7, 2014, the Court granted plaintiff Synopsys, Inc.'s motion to disqualify O'Melveny and Myers LLP as counsel for defendant ATopTech, Inc. ("ATopTech"). Thereafter, ATopTech, on March 24, 2014, filed with the Federal Circuit a petition for a writ of mandamus. On May 29, 2014, the Federal Circuit issued an order denying ATopTech's petition. To date, no appearance has been made by new counsel.

Accordingly, ATopTech is hereby DIRECTED to cause new counsel to file, no later than June 16, 2014, an appearance in the above-titled action. See United States v. High Country Broadcasting Company, Inc., 3 F.3d 1244, 1245 (9th Cir. 1993) (holding "[a] corporation may appear in federal court only through licensed counsel"); Civil L.R. 3-9(b).

In light of such substitution of counsel, a Case Management Conference is hereby SCHEDULED for July 25, 2014; a Joint Case Management Statement shall be filed no later than July 18, 2014.

**IT IS SO ORDERED.**

Dated: May 29, 2014

MAXINE M. CHESNEY
United States District Judge