United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOSYS, INC., | No. C-13-02965-MMC (DMR) |
| Plaintiff(s), | **ORDER DENYING EX PARTE DISCOVERY LETTER [DOCKET NO. 114] WITHOUT PREJUDICE** |
| v. | |
| ATOPTECH, INC., | |
| Defendant(s). | |

The court is in receipt of Plaintiff's ex parte discovery letter. [Docket No. 114.] As Plaintiff recognizes in its letter, Judge Chesney has disqualified counsel for Defendant and has set a deadline of June 16, 2014 for new counsel to appear on Defendant's behalf. *See* Docket Nos. 91, 112. New counsel has not yet appeared. The case management deadlines for this case have not yet been set. In light of the above, Plaintiff's ex parte discovery letter is premature and is **denied without prejudice**. Once Defendant's new counsel has appeared, the parties shall meet and confer regarding the discovery disputes raised in the letter, following this court's Order Regarding Discovery Procedures. *See* Docket No. 100. If the parties are unable to resolve the matters without judicial intervention, they shall file a **joint** discovery letter by **June 30, 2014.**

IT IS SO ORDERED.

Dated: June 4, 2014

DONNA M. RYU
United States Magistrate Judge