# JONES DAY

555 CALIFORNIA STREET • 26TH FLOOR • SAN FRANCISCO, CALIFORNIA 94104.1500
TELEPHONE: 415.626.3939 • FACSIMILE: 415.875.5700

June 30, 2014

**VIA ECF**

The Honorable Donna M. Ryu
Oakland Courthouse, Courtroom 4 - 3rd Floor
1301 Clay Street
Oakland, CA 94612

Re:   Discovery Dispute Between Plaintiff Synopsys, Inc. and Defendant ATopTech, Inc.

Dear Judge Ryu:

On June 4, 2014 the Court ordered the parties to meet and confer regarding the discovery dispute raised in Plaintiff's ex parte discovery letter (Docket No. 114) and, if the parties are unable to resolve the matters without judicial intervention, file a joint discovery letter by June 30, 2014. (Docket No. 115.) Plaintiff respectfully requests that the Court extend the deadline and order the parties to file the joint letter by July 1, 2014 as the parties are still in the process of preparing a joint letter that addresses each of the arguments.

Very truly yours,

/s/ Joe C. Liu

Joe C. Liu
Attorney for Plaintiff
SYNOPSYS, INC.

```
Plaintiff's request is granted.
DATED: July 1, 2014
```



ALKHOBAR • ATLANTA • BEIJING • BOSTON • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DUBAI
DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH • RIYADH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON