UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOSYS, INC., | No. C-13-02965 DMR |
| Plaintiff(s), | |
| v. | **ORDER DENYING JOINT DISCOVERY LETTER [DOCKET NO. 125] WITHOUT PREJUDICE** |
| ATOPTECH, INC., | |
| Defendant(s). | |

The parties have filed a joint discovery letter. [Docket No. 125.] Pursuant to this court's standing order on discovery, *see* Docket No. 100, the parties must meet and confer in person or by telephone regarding each of their discovery disputes before filing a joint letter. ATopTech avers that Synopsys failed to meet and confer regarding the majority of the issues Synopsys raises in the letter. Furthermore, ATopTech's prior counsel was recently disqualified and ATopTech's current counsel has represented ATopTech for less than one month.

Accordingly, the letter is **denied without prejudice.** The parties shall thoroughly meet and confer in person or by telephone about each dispute raised in the letter, and may not rest on statements about those disputes made by prior counsel.  If the parties are still unable to resolve their discovery disputes without judicial intervention, they shall file a joint discovery letter addressing only the remaining disputes by **July 11, 2014.**

IT IS SO ORDERED.

Dated: July 2, 2014

DONNA M. RYU
United States Magistrate Judge