1  Robert A. Mittelstaedt (SBN 60359)
   ramittelstaedt@jonesday.com
2  Krista S. Schwartz (Admitted *Pro Hac Vice*)
   ksschwartz@jonesday.com
3  Joe C. Liu (SBN 237356)
   jcliu@jonesday.com
4  Nathaniel P. Garrett (SBN 248211)
   ngarrett@jonesday.com
5  Mary H. McNeill (SBN 261500)
   mmcneill@jonesday .com
6  JONES DAY
   555 California Street, 26th Floor
7  San Francisco, CA  94104
   Telephone:     (415) 626-3939
8  Facsimile:     (415) 875-5700

9  Patrick T. Michael (SBN 169745)
   pmichael@jonesday.com
10 Heather N. Fugitt (SBN 261588)
   hfugitt@jonesday.com
11 JONES DAY
   1755 Embarcadero Road
12 Palo Alto, CA  94303
   Telephone:     (650) 739-3939
13 Facsimile:     (650) 739-3900

14 Attorneys for Plaintiff
   SYNOPSYS, INC.

16                        UNITED STATES DISTRICT COURT

17                       NORTHERN DISTRICT OF CALIFORNIA

18                             SAN FRANCISCO DIVISION

20  SYNOPSYS, INC.,                    | **Case No. 3:13-cv-02965-MMC (DMR)**
21         Plaintiff,                  | **[PROPOSED] ORDER GRANTING SYNOPSYS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS SUPPORTING SYNOPSYS, INC.'S MOTION TO DISQUALIFY DICKSTEIN SHAPIRO LLP**
22  v.
23  ATOPTECH, INC.,
24         Defendants.
25                                     | Date:       n/a
                                       | Time:       n/a
26                                     | Judge:      Hon. Maxine M. Chesney
                                       | Courtroom:  7, 19th Floor

1  Having considered (1) Synopsys, Inc.'s Administrative Motion to File under Seal
2  Documents Supporting Synopsys, Inc.'s Motion to Disqualify Dickstein Shapiro LLP
3  ("Synopsys' Administrative Motion"); (2) the supporting declaration of Shanée Nelson; (3) the
4  parties' Stipulation to Permit Synopsys, Inc. File under Seal Documents Supporting Synopsys,
5  Inc.'s Motion to Disqualify Dickstein Shapiro LLP; (4) Synopsys, Inc.'s Motion to Disqualify
6  Dickstein Shapiro LLP ("Motion"), portions of the Declaration of Scott Chase in Support of the
7  Motion, and exhibits in support thereof, all of which were filed on July 11, 2014:
8  IT IS HEREBY ORDERED THAT: Synopsys' Administrative Motion is GRANTED.
9  The ~~Clerk of the Court shall file under seal~~ identified portions of the Motion, identified portions
10 of the Declaration of Scott Chase in Support of the Motion, and Exhibits A-E~~.~~ shall remain filed under seal.
11 **IT IS SO ORDERED.**

15 DATED: __July 17, 2014__          By: _/s/ Maxine M. Chesney_
16                                        Hon. Maxine M. Chesney

[PROPOSED] ORDER GRANTING SYNOPSYS,
INC.'S MOTION TO FILE UNDER SEAL
- 1 -          Case No. 3:13-cv-02965-MMC (DMR)