1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ATOPTECH, INC., <br><br> Defendant. | Case No. 3:13-cv-02965-MMC <br><br> ~~[PROPOSED]~~ **ORDER GRANTING ATOPTECH, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1   Having considered ATopTech, Inc.'s Administrative Motion to File Under Seal (and
2   Declaration of Assad H. Rajani in support thereof) and finding good cause exists pursuant to
3   Civil L.R. 79-5 to seal:

4   1. the identified portions of ATopTech, Inc.'s Opposition To Synopsys, Inc.'s
5      Motion To Disqualify Dickstein Shapiro LLP ("Opposition), filed July 25,
6      2014;
7   2. the identified portions of the Declaration of Marybeth O'Keefe in support of
8      ATopTech's Opposition To Synopsys, Inc.'s Motion to Disqualify of the
9      Motion, filed July 25, 2014; and
10  3. Exhibit 6 to the Declaration of Deborah E. Fishman in support of ATopTech's
11     Opposition To Synopsys, Inc.'s Motion to Disqualify of the Motion, filed July
12     25, 2014.

13  IT IS HEREBY ORDERED THAT: ATopTech's Administrative Motion is
14  **GRANTED**.  The identified portions of these documents shall remain filed under seal.
15  **IT IS SO ORDERED.**

17  Dated:   July 30, 2014

19  HON. MAXINE M. CHESNEY
    United States District Judge