Robert A. Mittelstaedt (SBN 60359)
ramittelstaedt@jonesday.com
Krista S. Schwartz (Admitted *Pro Hac Vice*)
ksschwartz@jonesday.com
Joe C. Liu (SBN 237356)
jcliu@jonesday.com
Nathaniel P. Garrett (SBN 248211)
ngarrett@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Patrick T. Michael (SBN 169745)
pmichael@jonesday.com
Heather N. Fugitt (SBN 261588)
hfugitt@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900

Attorneys for Plaintiff
SYNOPSYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ATOPTECH, INC.,<br><br>　　　　　Defendants. | **Case No. 3:13-cv-02965-MMC (DMR)**<br><br>**[PROPOSED] ORDER GRANTING SYNOPSYS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS SUPPORTING SYNOPSYS, INC.'S REPLY IN SUPPORT OF ITS MOTION TO DISQUALIFY DICKSTEIN SHAPIRO LLP**<br><br>**Date:** n/a<br>**Time:** n/a<br>**Judge:** Hon. Maxine M. Chesney<br>**Courtroom:** 7, 19th Floor |

Having considered (1) Synopsys, Inc.'s Administrative Motion to File under Seal Documents Supporting Synopsys, Inc.'s Reply in Support of its Motion to Disqualify Dickstein Shapiro LLP ("Synopsys, Inc.'s Administrative Motion"); (2) the supporting declaration of David A. Pursely; (3) the parties' Stipulation to Permit Synopsys, Inc. to Move to File under Seal Documents Supporting Synopsys, Inc.'s Reply in Support of its Motion to Disqualify Dickstein Shapiro LLP; (4) Synopsys, Inc.'s Reply in Support of its Motion to Disqualify Dickstein Shapiro LLP ("Reply"), and Exhibit 1 to the Declaration of Robert A. Mittelstaedt in Support of Synopsys, Inc.'s Reply in Support of Its Motion to Disqualify Dickstein Shapiro LLP ("Reply Exhibit 1"), all of which were filed on August 1, 2014:

IT IS HEREBY ORDERED THAT: Synopsys, Inc.'s Administrative Motion is GRANTED. The ~~Clerk of the Court shall file under seal~~ identified portions of the Reply and Reply Exhibit 1~~.~~ shall remain filed under seal.

**IT IS SO ORDERED.**

DATED: August 11, 2014          By: _/s/ Maxine M. Chesney_
                                    Hon. Maxine M. Chesney

[PROPOSED] ORDER GRANTING SYNOPSYS, INC.'S MOTION TO FILE UNDER SEAL
Case No. 3:13-cv-02965-MMC (DMR)
- 1 -