Deborah E. Fishman (SBN 197584)
Katie J.L. Scott (SBN 233171)
Assad H. Rajani (SBN 251143)
Michael S. Tonkinson (SBN 265011)
**DICKSTEIN SHAPIRO LLP**
1841 Page Mill Road, Suite 150
Palo Alto, CA 94304
Telephone:    (650) 690-9500
Facsimile:    (650) 690-9501
Email: fishmand@dicksteinshapiro.com
       scottk@dicksteinshapiro.com
       rajania@dicksteinshapiro.com
       tonkinsonm@dicksteinshapiro.com

Paul G. Novak (SBN 261388)
**DICKSTEIN SHAPIRO LLP**
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Telephone:    (310) 772-8300
Facsimile:    (310) 772-8301
Email: novakp@dicksteinshapiro.com

Attorneys for Defendant
ATOPTECH, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ATOPTECH, INC.,<br><br>    Defendant. | Case No. 3:13-cv-02965-MMC<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY** |

TO: THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD

    PLEASE TAKE NOTICE that Jeffrey A. Miller is hereby withdrawn as counsel of record in this matter.

Dated: August 15, 2014      Respectfully Submitted,

*/s/ Jeffrey A. Miller*
Jeffrey A. Miller (SBN 160602)
Deborah E. Fishman (SBN 197584)
Katie J.L. Scott (SBN 233171)
Assad H. Rajani (SBN 251143)
Michael S. Tonkinson (SBN 265011)
**DICKSTEIN SHAPIRO LLP**
1841 Page Mill Road, Suite 150
Palo Alto, CA 94304
Telephone: (650) 690-9500
Facsimile: (650) 690-9501
Email: millerj@dicksteinshapiro.com
    fishmand@dicksteinshapiro.com
    scottk@dicksteinshapiro.com
    rajania@dicksteinshapiro.com
    tonkinsonm@dicksteinshapiro.com

Paul G. Novak (SBN 261388)
**DICKSTEIN SHAPIRO LLP**
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Telephone: (310) 772-8300
Facsimile: (310) 772-8301
Email: novakp@dicksteinshapiro.com

**Attorneys for Defendant**
**ATOPTECH, INC.**