Jeffrey A. Miller (SBN 160602)
Deborah E. Fishman (SBN 197584)
Krista M. Carter (SBN 225229)
Katie J.L. Scott (SBN 233171)
Assad H. Rajani (SBN 251143)
Michael S. Tonkinson (SBN 265011)
**DICKSTEIN SHAPIRO LLP**
1841 Page Mill Road, Suite 150
Palo Alto, CA 94304
Telephone:     (650) 690-9500
Facsimile:      (650) 690-9501
Email: millerj@dicksteinshapiro.com
          fishmand@dicksteinshapiro.com
          carterk@dicksteinshapiro.com
          scottk@dicksteinshapiro.com
          rajania@dicksteinshapiro.com
          tonkinsonm@dicksteinshapiro.com

Paul G. Novak (SBN 261388)
**DICKSTEIN SHAPIRO LLP**
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Telephone:     (310) 772-8300
Facsimile:      (310) 772-8301
Email: novakp@dicksteinshapiro.com

Attorneys for Defendant
ATOPTECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ATOPTECH, INC., <br><br> Defendant. | Case No.  3:13-cv-02965-MMC <br><br> **NOTICE OF APPEARANCE OF KRISTA M. CARTER ON BEHALF OF DEFENDANT ATOPTECH, INC.** |

1   TO THE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:

2   PLEASE TAKE NOTICE that Krista M. Carter of the firm DICKSTEIN SHAPIRO LLP,

3   hereby appears as counsel of record on behalf of Defendant ATopTech, Inc. in the above captioned

4   matter.  She is admitted to practice in the State of California and before this Court.  It is respectfully

5   requested that copies of all notices, pleadings, orders, or other documents pertaining to the above-

6   entitled matter should be sent to counsel at the address below:

Krista M. Carter (SBN 225229)
**DICKSTEIN SHAPIRO LLP**
1841 Page Mill Road, Suite 150
Palo Alto, CA 94304
Telephone:   (650) 690-9500
Facsimile:   (650) 690-9501
Email: carterk@dicksteinshapiro.com

Dated: August 20, 2014            Respectfully Submitted,


*/s/  Deborah E. Fishman*
Jeffrey A. Miller (SBN 160602)
Deborah E. Fishman (SBN 197584)
Krista M. Carter (SBN 225229)
Katie J.L. Scott (SBN 233171)
Assad H. Rajani (SBN 251143)
Michael S. Tonkinson (SBN 265011)
**DICKSTEIN SHAPIRO LLP**
1841 Page Mill Road, Suite 150
Palo Alto, CA 94304
Telephone:   (650) 690-9500
Facsimile:   (650) 690-9501
Email:  millerj@dicksteinshapiro.com
        fishmand@dicksteinshapiro.com
        carterk@dicksteinshapiro.com
        scottk@dicksteinshapiro.com
        rajania@dicksteinshapiro.com
        tonkinsonm@dicksteinshapiro.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Paul G. Novak (SBN 261388)
**DICKSTEIN SHAPIRO LLP**
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Telephone:     (310) 772-8300
Facsimile:      (310) 772-8301
Email: novakp@dicksteinshapiro.com

**Attorneys for Defendant
ATOPTECH, INC.**

3