UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOSYS, INC., | No. C-13-02965 DMR |
| Plaintiff(s), | **ORDER FOR SUPPLEMENTAL EXHIBIT** |
| v. | |
| ATOPTECH, INC., | |
| Defendant(s). | |

In the joint discovery letter (Docket No. 154), the parties refer to a document that was filed under seal. The court orders Atoptech to immediately email an unredacted version of Docket No. 45-1 (a four-page excerpt of Atoptech's production documentation that Synopsys holds out to be an example of copying) to dmrpo@cand.uscourts.gov, with a carbon copy emailed to Synopsys's counsel.

IT IS SO ORDERED.

Dated: August 26, 2014

_____
DONNA M. RYU
United States Magistrate Judge