```
Paul Alexander (#49997)
ARNOLD & PORTER LLP
1801 Page Mill Road
Suite 110
Palo Alto, CA 94304-1216
Telephone: (650) 798-2920
Fax: (650) 798-2999
E-Mail: Paul.Alexander@aporter.com

Martin R. Glick (#40187)
Emily C. Hostage (#287116)
ARNOLD & PORTER LLP
7th Floor
Three Embarcadero Center
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
Fax: (415) 471-3400
E-Mail: Marty.Glick@aporter.com
E-Mail: Emily.Hostage@aporter.com

Denise McKenzie (#193313)
ARNOLD & PORTER LLP
777 South Figueroa Street
Forty-Fourth Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Fax: (213) 243-4199
E-Mail: Denise.McKenzie@aporter.com
```

Attorneys for Defendant
ATOPTECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ATOPTECH, INC.,<br><br>　　　　　Defendant. | Case No.: 3:13-cv-02965-MMC<br><br>**SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |

Defendant ATOPTECH, INC., hereby substitutes Arnold & Porter LLP as counsel of record in the above-referenced action in place of Dickstein Shapiro LLP

I consent to the above substitution of attorneys.

Dated: September 5, 2014           ATOPTECH, INC.

By: _____
Claudia Chen
~~Director~~ of Finance
VP

I accept this substitution.

Dated: September 5, 2014           DICKSTEIN SHAPIRO LLP

By: _____
Deborah E. Fishman

I accept this substitution.

Dated: September 5, 2014           ARNOLD & PORTER LLP

By: _____
Paul Alexander

**IT IS SO ORDERED.**

Dated: September 8, 2014

_____
UNITED STATES DISTRICT JUDGE

34860154v2

SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER
Case No.: 3:13-cv-02965-MMC