**CIVIL PRETRIAL MINUTES**

**Judge MAXINE M. CHESNEY**

Date: **September 19, 2014**

**C - 13 - 2965 - MMC**

**Synopsys Inc.**          v          **Atoptech, Inc.**

Attorneys:   Patrick Michael          Paul Alexander
             Krista Schwartz          Martin Glick
             Shanee Nelson            Emily Hostage

Deputy Clerk: **Tracy Lucero**                    Reporter: **Not Reported**

                                                    Further
( ) Status Conference     ( ) P/T Conference     (X) Case Management Conference

**ORDERED DURING HEARING:**

Defense withdraws motion filed by prior counsel in favor of filing their own motion. Limitation on discovery per parties joint case management statement filed 9/12/2014 and agreement to 15 interrogatories.

Defendant to file response to complaint no later than October 15, 2014.

Case previously referred to Private Mediation by agreement of the parties.

Dispositive motion filing deadline is 10/30/2015.  Meet and confer for pretrial conference no later than 12/14/2015.

(X) ORDER TO BE PREPARED BY:   Plntf_____   Deft_____   **Court   X**

(X) CASE CONTINUED TO 2/6/2015 at 10:30 a.m    for Further Status Conference
                                    (Joint Status Statement due by 1/30/2015)

Discovery Cut-Off   6/30/2015                 Expert Discovery Cut-Off   9/25/2015
                                                         Rebuttal
Plntf/Deft to Name Experts by   7/31/2015     Plntf/ Deft to Name Experts by 8/28/2015

P/T Conference Date   1/19/2016 at 10:00 am.   Trial Date 2/1/2016 at 9:00 a.m.
                                                Set for  5  days
                                                Type of Trial:  (X)Jury     ( )Court

(50 minutes)