1  Paul Alexander (#49997)
   ARNOLD & PORTER LLP
2  1801 Page Mill Road
   Suite 110
3  Palo Alto, CA 94304-1216
   Telephone:  (650) 798-2920
4  Fax:  (650) 798-2999
   E-Mail:  Paul.Alexander@aporter.com
5
   Martin R. Glick (#40187)
6  Emily C. Hostage (#287116)
   ARNOLD & PORTER LLP
7  7th Floor
   Three Embarcadero Center
8  San Francisco, CA 94111-4024
   Telephone:  (415) 471-3100
9  Fax:  (415) 471-3400
   E-Mail:  Marty.Glick@aporter.com
10 E-Mail:  Emily.Hostage@aporter.com

11 Denise McKenzie (#193313)
   ARNOLD & PORTER LLP
12 777 South Figueroa Street
   Forty-Fourth Floor
13 Los Angeles, CA 90017-5844
   Telephone:  (213) 243-4000
14 Fax:  (213) 243-4199
   E-Mail:  Denise.McKenzie@aporter.com
15
   Attorneys for Defendant
16 ATOPTECH, INC.

17                    UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19                         SAN FRANCISCO DIVISION

20 SYNOPSYS, INC.,                    | Case No. 3:13-cv-02965 MMC (DMR)
21              Plaintiff,            | [PROPOSED] ORDER GRANTING
                                      | DEFENDANT ATOPTECH, INC.'S
22         v.                         | ADMINISTRATIVE MOTION TO FILE
                                      | DOCUMENTS UNDER SEAL
23 ATOPTECH, INC.,
                                      | Date:       November 21, 2014
24              Defendant.            | Time:       9:00 a.m.
                                      | Judge:      Hon. Maxine M. Chesney
25                                    | Courtroom:  7, 19th Floor

26

27

28

                                    [PROPOSED] ORDER GRANTING ATOPTECH'S
                                    ADMIN. MOT. TO FILE DOCUMENTS UNDER SEAL
                                    Case No. 3:13-cv-02965 MMC (DMR)

1    By Administrative Motion, Defendant ATopTech, Inc. ("ATopTech") has moved to file
2  under seal Exhibits A-C to the Declaration of Paul Alexander in Support of Atoptech, Inc.'s
3  Motion to Dismiss Counts XI and XII of Synopsys, Inc.'s Amended Complaint.
4    In support of its motion, ATopTech has filed the Declaration of Paul Alexander
5  ("Alexander Sealing Declaration"), as required under Civil Local Rule 79-5, which provides
6  evidence of compelling reasons for this Court to permit filing under seal.  The Alexander Sealing
7  Declaration provides sufficient evidence that the documents identified above are "privileged or
8  protectable as a trade secret otherwise entitled to protection under the law," and thus sealable.
9  Civil L.R. 79-5(a).  ATopTech's request is narrowly tailored to seek the sealing only of sealable
10 information.  Accordingly, for compelling reasons shown, the Court GRANTS ATopTech's
11 Administrative Motion to Seal.
12   IT IS HEREBY ORDERED THAT Exhibits A-C to the Declaration of Paul Alexander
13 shall be filed under seal.
14   **IT IS SO ORDERED.**

Dated:  October 17, 2014

_____
Hon. Maxine M. Chesney
United States District Judge

34913602v1