IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYNOPSYS, INC.,

        Plaintiff,

  v.

ATOPTECH, INC.,

        Defendant.

No. C 13-2965 MMC

**ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS**

Before the Court is defendant ATopTech, Inc.'s "Motion to Dismiss Counts XI and XII of Synopsys, Inc.'s Amended Complaint," filed October 15, 2014. Plaintiff Synopsys, Inc. has filed opposition, to which defendant has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and VACATES the hearing scheduled for November 21, 2014.

**IT IS SO ORDERED**.

Dated: November 17, 2014

MAXINE M. CHESNEY
United States District Judge