1  Robert A. Mittelstaedt (SBN 60359)
   ramittelstaedt@jonesday.com
2  Krista S. Schwartz (Admitted *Pro Hac Vice*)
   ksschwartz@jonesday.com
3  Joe C. Liu (SBN 237356)
   jcliu@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:     (415) 626-3939
6  Facsimile:     (415) 875-5700

7  Patrick T. Michael (SBN 169745)
   pmichael@jonesday.com
8  Heather N. Fugitt (SBN 261588)
   hfugitt@jonesday.com
9  Kathleen D. Lynott (SBN 268387)
   kdlynott@jonesday.com
10 JONES DAY
   1755 Embarcadero Road
11 Palo Alto, CA  94303
   Telephone:     (650) 739-3939
12 Facsimile:     (650) 739-3900

13 Attorneys for Plaintiff
   SYNOPSYS, INC.
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                        SAN FRANCISCO DIVISION

18

19 | SYNOPSYS, INC.,                    | Case No. **3:13-cv-02965-MMC (DMR)**
20 |                    Plaintiff,      | **[PROPOSED] ORDER GRANTING
21 | v.                                 | SYNOPSYS, INC.'S ADMINISTRATIVE
                                         | MOTION TO FILE UNDER SEAL
22 | ATOPTECH, INC.,                    | PLAINTIFF'S MOTION FOR LEAVE TO
                                         | FILE MOTION FOR
23 |                    Defendants.     | RECONSIDERATION**

1     Having considered (1) Synopsys, Inc.'s Administrative Motion to File under Seal
2 Plaintiff's Motion for Leave to File Motion for Reconsideration and (2) the supporting declaration
3 of Patrick Michael, both of which were filed on January 15, 2015:
4     IT IS HEREBY ORDERED THAT: Synopsys, Inc.'s Administrative Motion is
5 GRANTED. The ~~Clerk of the Court shall file under seal~~ identified portions of Plaintiff's Motion
6 for Leave to File Motion for Reconsideration shall remain under seal.
7     **IT IS SO ORDERED.**

9 DATED: January 21, 2015        By: *[signature]*
10                                           Hon. Maxine M. Chesney