Robert A. Mittelstaedt (SBN 60359)
Patrick T. Michael (SBN 169745)
Krista S. Schwartz (Admitted Pro Hac Vice)
Joe C. Liu (SBN 237356)
Nathaniel Garrett (SBN 248211)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
ksschwartz@jonesday.com
jcliu@jonesday.com

Heather N. Fugitt (SBN 261588)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
pmichael@jonesday.com
hfugitt@jonesday.com

Attorneys for Plaintiff
SYNOPSYS, INC.

Paul Alexander (#49997)
ARNOLD & PORTER LLP
1801 Page Mill Road
Suite 110
Palo Alto, CA 94304-1216
Telephone: (650) 798-2920
Fax: (650) 798-2999
E-Mail: paul.alexander@aporter.com

Martin R. Glick (#40187)
Emily C. Hostage (#287116)
ARNOLD & PORTER LLP
7th Floor
Three Embarcadero Center
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
Fax: (415) 471-3400
E-Mail: Marty.Glick@aporter.com
E-Mail: Emily.Hostage@aporter.com

Denise McKenzie (#193313)
ARNOLD & PORTER LLP
777 South Figueroa Street
Forty-Fourth Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Fax: (213) 243-4199
E-Mail: Denise.McKenzie@aporter.com

Attorneys for Defendant
ATOPTECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ATOPTECH, INC.,<br><br>　　　　　Defendants. | **Case No. 3:13-cv-02965 MMC (DMR)**<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER EXTENDING DEADLINE TO SUBMIT JOINT FURTHER STATUS CONFERENCE STATEMENT**<br><br>Date:　　　February 6, 2015<br>Time:　　　10:30 a.m.<br>Location:　Courtroom 7, 19th Floor<br>Judge:　　Hon. Maxine M. Chesney |

1  Plaintiff Synopsys, Inc. ("Synopsys") and Defendant ATopTech, Inc. ("ATopTech")
2  hereby make the following stipulated request through their respective counsel of record:
3  WHEREAS, a Further Status Conference is set for February 6, 2015.  ECF No. 174.
4  WHEREAS, a Further Status Conference Statement is due January 30, 2015.  ECF No.
5  174.
6  WHEREAS, the parties are still meeting and conferring on several issues to be addressed
7  in the Further Status Conference Statement.
8  NOW, THEREFORE, IT IS HEREBY REQUESTED AND STIPULATED by the parties
9  that the date for submitting the Further Status Conference Statement be extended to Monday,
10 February 2, 2015.
11 **IT IS SO STIPULATED.**
12 Dated:  January 30, 2015                                 Respectfully submitted,
13                                                                              JONES DAY
14                                                                              By:       /s/ Patrick T. Michael
                                                                                                 Patrick T. Michael
15
16                                                                              Attorneys for Plaintiff
                                                                                    SYNOPSYS, INC.
17
18  In accordance with Local Rule 5-1(i)(3), the above signatory attests that concurrence in
19 the filing of this document has been obtained from the signatory below.
20 Dated:  January 30, 2015                                 ARNOLD & PORTER LLP
21
22                                                                              By:       /s/ Paul Alexander
                                                                                                 Paul Alexander
23
24                                                                              Attorneys for Defendant
                                                                                    ATOPTECH, INC.
25
26
27
28

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: January 30, 2015    By: _____
The Hon. Maxine M. Chesney
United States District Judge

SFI-620891677v1