UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOSYS, INC., | No. C-13-02965-MMC (DMR) |
| Plaintiff(s), | |
| v. | **ORDER FOR SUPPLEMENTAL SUBMISSION RE: JOINT DISCOVERY LETTER [DOCKET NO. 193]** |
| ATOPTECH, INC., | |
| Defendant(s). | |

Before the court is a joint discovery letter filed by the parties. [Docket No. 193.] In the letter, Synopsys references its responses to ATopTech's interrogatories regarding Synopsys' definition of input/output formats and Synopsys' identification of instances of ATopTech's copying of Synopsys' input/output formats. The interrogatories and responses are not attached to the letter.

By **February 9, 2015 at 4:00 p.m.,** the parties shall meet and confer and file with the court ATopTech's interrogatories or requests for admission regarding the above topics, as well as Synopsys' response(s). In addition, if any witness for Synopsys has provided deposition testimony on the above topics, the parties shall file the relevant excerpts from the deposition transcripts.

IT IS SO ORDERED.

Dated: February 5, 2015

DONNA M. RYU
United States Magistrate Judge