1  Robert A. Mittelstaedt (SBN 60359)
   ramittelstaedt@jonesday.com
2  Krista S. Schwartz (Admitted *Pro Hac Vice*)
   ksschwartz@jonesday.com
3  Joe C. Liu (SBN 237356)
   jcliu@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:     (415) 626-3939
6  Facsimile:     (415) 875-5700

7  Patrick T. Michael (SBN 169745)
   pmichael@jonesday.com
8  Heather N. Fugitt (SBN 261588)
   hfugitt@jonesday.com
9  Kathleen D. Lynott (SBN 268387)
   kdlynott@jonesday.com
10 JONES DAY
   1755 Embarcadero Road
11 Palo Alto, CA  94303
   Telephone:     (650) 739-3939
12 Facsimile:     (650) 739-3900

13 Attorneys for Plaintiff
   SYNOPSYS, INC.
14

15                 UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17                      SAN FRANCISCO DIVISION

18

19 | SYNOPSYS, INC.,              | **Case No. 3:13-cv-02965-MMC (DMR)** |

20 |       Plaintiff,             | [**PROPOSED**] **ORDER GRANTING PLAINTIFF SYNOPSYS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFF'S RESPONSES TO DEFENDANT ATOPTECH, INC.'S FIRST SET OF INTERROGATORIES (NOS. 1-2) AND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2** |

21 | v.                           |

22 | ATOPTECH, INC.,              |

23 |       Defendant.             |

1  Having considered (1) Synopsys, Inc.'s Administrative Motion to File under Seal portions
2  of Synopsys's Responses and Supplemental Response to Defendant ATopTech, Inc.'s First Set of
3  Interrogatories (Nos. 1-2) (collectively, "Responses") and (2) the supporting declarations of
4  Kayhan Kucukcakar and Joe C. Liu, all of which were filed on February 9, 2015:

5  IT IS HEREBY ORDERED THAT: Synopsys, Inc.'s Administrative Motion is
6  GRANTED.  The Clerk of the Court shall file under seal identified portions of Plaintiff's
7  Responses.

8  **IT IS SO ORDERED.**

10  DATED:  February 10, 2015     By: _____
                                        Judge Donna M. Ryu