UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOSYS, INC., | No. C-13-02965 DMR |
| Plaintiff(s), | **ORDER FOR SUPPLEMENTAL SUBMISSION RE: JOINT DISCOVERY LETTER [DOCKET NO. 193]** |
| v. | |
| ATOPTECH, INC., | |
| Defendant(s). | |

Before the court is a joint discovery letter filed by the parties. [Docket No. 193.] In the letter, Synopsys moves to compel ATopTech to respond to Synopsys' discovery requests, some of which reference "Accused Instrumentalities." This term is not defined in the joint discovery letter.

By **February 11, 2015 at 12:00 p.m.,** the parties shall meet and confer and file with the court a letter of no more than one page providing Synopsys' definition of "Accused Instrumentalities" as used in Synopsys' discovery requests.

IT IS SO ORDERED.

Dated: February 10, 2015

DONNA M. RYU
United States Magistrate Judge