IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYNOPSYS, INC.,

        Plaintiff,

  v.

ATOPTECH, INC.,

        Defendant.

_____/

No. C 13-2965 MMC

**ORDER GRANTING SYNOPSYS'
MOTION FOR RECONSIDERATION**

Before the Court is plaintiff Synopsys, Inc.'s ("Synopsys") motion for reconsideration, filed January 15, 2015, by which Synopsys seeks reconsideration of the Court's order, filed January 7, 2015, granting in part and denying in part defendant ATopTech, Inc.'s ("ATopTech") motion to dismiss.  In particular, Synopsys seeks reconsideration of the Court's determination that certain of Synopsys' breach of contract claims are subject to dismissal to the extent those claims are predicated on conduct alleged to have occurred after Synopsys deposited its proprietary material with the United States Copyright Office. ATopTech has filed opposition, to which Synopsys has replied.  The Court, having read and considered the parties' respective written submissions, is persuaded that the requested relief is warranted.

Accordingly, the motion for reconsideration is hereby GRANTED, and the above-referenced challenged determinations are hereby SET ASIDE and VACATED.

    **IT IS SO ORDERED**.

Dated: February 19, 2015

_____
MAXINE M. CHESNEY
United States District Judge

United States District Court

For the Northern District of California