Paul Alexander (#49997)
ARNOLD & PORTER LLP
1801 Page Mill Road
Suite 110
Palo Alto, CA 94304-1216
Telephone:  (650) 798-2920
Fax:  (650) 798-2999
E-Mail:  Paul.Alexander@aporter.com

Martin R. Glick (#40187)
Daniel B. Asimow (#165661)
ARNOLD & PORTER LLP
7th Floor
Three Embarcadero Center
San Francisco, CA 94111-4024
Telephone:  (415) 471-3100
Fax:  (415) 471-3400
E-Mail:  Marty.Glick@aporter.com
E-Mail:  Daniel.Asimow@aporter.com

Denise McKenzie (#193313)
ARNOLD & PORTER LLP
777 South Figueroa Street
Forty-Fourth Floor
Los Angeles, CA 90017-5844
Telephone:  (213) 243-4000
Fax:  (213) 243-4199
E-Mail:  Denise.McKenzie@aporter.com

Attorneys for Defendant
ATOPTECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ATOPTECH, INC.,<br><br>　　　　Defendant. | **Case No. 3:13-cv-02965 MMC (DMR)**<br><br>**OPPOSITION TO PLAINTIFF SYNOPSYS, INC.'S MOTION TO DISMISS DEFENDANT ATOPTECH'S COUNTERCLAIMS AND TO STRIKE AFFIRMATIVE DEFENSES 6-8**<br><br>Date:　　　March 27, 2015<br>Time:　　　9:00 a.m.<br>Judge:　　　Hon. Maxine M. Chesney<br>Courtroom:　7, 19th Floor |

Defendant ATopTech, Inc. ("ATopTech") hereby opposes Plaintiff Synopsys, Inc.'s Motion to Dismiss ATopTech's Counterclaims and Strike Affirmative Defenses 6-8 ("Motion"). ATopTech believes its counterclaims are well pled, and in particular contain sufficient allegations concerning relevant markets and anticompetitive conduct. *See NewCal Indus., Inc. v. Ikon Office Solutions,* 513 F.3d 1038, 1045 (9th Cir. 2008) (relevant market need not be pled with specificity); *Cascade Health Solutions v. PeaceHealth*, 515 F.3d 883, 913 (9th Cir. 2008) (applying per se rule for illegal tying arrangements). However, the issue need not be decided. ATopTech has advised Synopsys that ATopTech will exercise its right to amend its counterclaims and affirmative defenses. The last day for ATopTech to amend as a matter of right is March 13, 2015, 21 days after Synopsys filed its motion to dismiss. Fed. R. Civ. P. 15(a)(1)(B). The amended counterclaims and affirmative defenses will differ substantially from the original counterclaims and affirmative defenses and address the issues Synopsys has raised. In these circumstances, a motion to dismiss directed to the original pleading is moot and should be denied on that basis. *See* Fed R. Civ. P. 15 Advisory Committee Notes (2009 Amendments) ("the right to amend once as a matter of course terminates 21 days after service of a motion under Rule 12(b) . . . A responsive amendment may avoid the need to decide the motion or reduce the number of issues to be decided"); *Bauer Bros. LLC v. Nike, Inc.*, No. 09CV500-WQH-BGS, 2010 WL 4569893, at *2 (S.D. Cal. Nov. 5, 2010) (denying motion to dismiss directed against original pleading as moot because "[o]nce filed, an amended pleading supersedes the original pleading in its entirety"); *Irwin Fin. Corp. v. E.M.P.P., Inc.*, No. CV-08-631-PHX-DGC, 2008 WL 4186163, at *1 (D. Ariz. Sept. 9, 2008) ("In light of the amended counterclaim, the Court will deny the motion to dismiss the original counterclaim and the alternative motion for a more definite statement as moot.").

For the foregoing reasons, ATopTech respectfully requests that the Court deny the Motion as moot. ATopTech will file its amended counterclaims and affirmative defenses on March 13, 2015.

Dated: March 6, 2015

ARNOLD & PORTER LLP

By: /s/ Paul Alexander
Paul Alexander (#49997)
ARNOLD & PORTER LLP
1801 Page Mill Road
Suite 110
Palo Alto, CA 94304-1216
Telephone: (650) 798-2920
Fax: (650) 798-2999
E-Mail: Paul.Alexander@aporter.com

Martin R. Glick (#40187)
Daniel B. Asimow (#165661)
ARNOLD & PORTER LLP
7th Floor
Three Embarcadero Center
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
Fax: (415) 471-3400
E-Mail: Marty.Glick@aporter.com
E-Mail: Daniel.Asimow@aporter.com

Denise McKenzie (#193313)
ARNOLD & PORTER LLP
777 South Figueroa Street
Forty-Fourth Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Fax: (213) 243-4199
E-Mail: Denise.McKenzie@aporter.com

Attorneys for Defendant
ATOPTECH, INC.

35111236v1

- 3 -   ATOPTECH'S OPP. TO MOTION TO DISMISS
COUNTERCLAIMS & STRIKE AFF. DEFENSES
Case No. 3:13-cv-02965-MMC (DMR)