**United States District Court**
For the Northern District of California

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   SYNOPSYS, INC.,                          No. C 13-2965 MMC

9                    Plaintiff,

10     v.                                    **ORDER DENYING PLAINTIFF'S**
                                             **MOTION TO DISMISS AND STRIKE;**
11   ATOPTECH, INC.,                         **VACATING HEARING**

12                    Defendant.
                                        /
13

14          Before the Court is plaintiff Synopsys, Inc.'s ("Synopsys") Motion to Dismiss

15   Defendant ATopTech's Counterclaims and to Strike Affirmative Defenses, filed February

16   20, 2015, pursuant to Rules 12(b)(6) and 12(f) of the Federal Rules of Civil Procedure.  On

17   March 6, 2015, defendant ATopTech, Inc. ("ATopTech") filed opposition, and, shortly

18   thereafter, on March 13, 2015, filed its First Amended Answer and First Amended

19   Counterclaims.

20          Accordingly, the Court hereby VACATES the hearing scheduled for March 27, 2015,

21   and DENIES Synopsys' motion as moot.  See Fed. R. Civ. P. 15(a) (providing party may

22   amend pleading "once as a matter of course at any time before a responsive pleading is

23   served"); Bullen v. De Bretteville, 239 F. 2d 824, 833 (9th Cir. 1956) (holding "amended

24   pleading supersedes the original, the latter being treated thereafter as non-existent").

25          **IT IS SO ORDERED**.

26

27   Dated: March 23, 2015                   _____
                                             MAXINE M. CHESNEY
28                                           United States District Judge