IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATOPTECH, INC., <br><br> Defendant. | No. C 13-2965 MMC <br><br> **ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR RELIEF FROM MAGISTRATE JUDGE'S MARCH 16, 2015 ORDER** |

    Before the Court is plaintiff Synopsys, Inc's ("Synopsys") "Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge," filed March 30, 2015, by which Synopsys seeks reversal of Magistrate Judge Donna M. Ryu's order of March 16, 2015, to the extent such order denies Synopsys' motion to compel production of defendant ATopTech Inc.'s ("ATopTech") source code. The motion is based on evidence not available for submission to Magistrate Judge Ryu prior to the order Synopsys now challenges and thus is, in essence, a motion for reconsideration based on newly obtained evidence.

    Accordingly, the motion is hereby DENIED, without prejudice to Synopsys' submitting to Magistrate Judge Ryu a motion for leave to file a motion for reconsideration, <u>see</u> Civil L.R. 7-9(b), or any other appropriate filing seeking reconsideration of the subject order.

    **IT IS SO ORDERED**.

Dated: April 1, 2015

                                                          MAXINE M. CHESNEY <br>
                                                          United States District Judge