IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYNOPSYS, INC.,

    Plaintiff,

v.

ATOPTECH, INC.,

    Defendant.

No. C 13-2965 MMC

**ORDER GRANTING IN PART AND DEFERRING IN PART RULING ON PLAINTIFF'S MOTION TO LIFT STAY AND BIFURCATE**

    Before the Court is plaintiff Synopsys, Inc.'s ("Synopsys") Motion to Lift Stay of Patent Claims and Bifurcate the Copyright and Breach Claims from the Patent and Antitrust Claims, filed February 20, 2015, pursuant to Civil Local Rules 7-1(a)(1) and 7-2. Defendant ATopTech, Inc. ("ATopTech") has filed opposition, to which Synopsys has replied. The matter came on regularly for hearing on March 27, 2015. Patrick T. Michael and Krista S. Schwartz, of Jones Day, appeared on behalf of Synopsys. Paul Alexander, Daniel B. Asimow, and Martin R. Glick of Arnold & Porter LLP, appeared on behalf of ATopTech. Having considered the parties' respective written submissions and the arguments of counsel, the Court, for the reasons stated on the record at the hearing, rules as follows.

    As to all claims based on U.S. Patent Nos. 6,405,348 and 6,507,941, the motion is hereby GRANTED and the stay is LIFTED, good cause appearing therefor and no opposition to such relief having been filed.

    As to all claims based on U.S. Patent Nos. 6,237,127 and 6,567,967, the motion is hereby GRANTED and the stay is LIFTED, the Court having been advised that no motion

to amend the independent claims will be filed in the proceedings pending before the Patent Trial and Appeal Board.

To the extent Synopsys seeks to bifurcate its copyright and breach claims from its patent claims, the motion is hereby GRANTED.

To the extent Synopsys seeks to bifurcate its copyright and breach claims from ATopTech's antitrust counterclaims, the Court, at ATopTech's unopposed request, hereby DEFERS ruling, pending its determination of Synopsys' motion to dismiss all counterclaims, which motion is scheduled for hearing on May 8, 2015.

**IT IS SO ORDERED**.

Dated: April 9, 2015

_____
MAXINE M. CHESNEY
United States District Judge