UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., <br>     Plaintiff, <br> v. <br> ATOPTECH, INC, <br>     Defendant. | Case No. 13-cv-02965-MMC  (DMR) <br><br> **ORDER FOR SUPPLEMENTAL LETTER** <br><br> Re: Dkt. No. 272 |

On April 2, 2015, Plaintiff Synopsys Inc. filed a motion for leave to file a motion for reconsideration. [Docket No. 272.] In that motion, Synopsys seeks an order requiring Defendant ATopTech to produce the source code for ATopTech's Aprisa or Apogee products.

On April 9, 2015, the Honorable Maxine M. Chesney issued an order lifting the stay on Synopsys's claims based on certain patents; granting Synopsys' motion to bifurcate its copyright and breach claims from its patent claims; and deferring ruling on Synopsys's motion to bifurcate its copyright and breach claims from ATopTech's antitrust counterclaims. [Docket No. 280.]

By **April 20, 2015,** Synopsys shall file a letter of no more than one page stating whether it intends to seek the source code for ATopTech's Aprisa or Apogee products at this time on the basis of Judge Chesney's April 9 Order. If so, Synopsys shall also indicate whether it has communicated to ATopTech and whether the parties have met and conferred about the issue.

**IT IS SO ORDERED.**

Dated: April 15, 2015

                                                  Donna M. Ryu <br>
                                         United States Magistrate Judge