Robert A. Mittelstaedt (SBN 60359)
ramittelstaedt@jonesday.com
Patrick T. Michael (SBN 169745)
pmichael@jonesday.com
Krista S. Schwartz (Admitted *Pro Hac Vice*)
ksschwartz@jonesday.com
Joe C. Liu (SBN 237356)
jcliu@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for Plaintiff
SYNOPSYS, INC.

Paul Alexander (#49997)
ARNOLD & PORTER LLP
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304-1216
Telephone: (650) 798-2920
Fax: (650) 798-2999
E-Mail: paul.alexander@aporter.com

Martin R. Glick (#40187)
Daniel B. Asimow (#165661)
Willow White Noonan (#277584)
ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
Fax: (415) 471-3400
E-Mail: Marty.Glick@aporter.com
E-Mail: Daniel.Asimow@aporter.com
E-Mail: Willow.Noonan@aporter.com

Denise McKenzie (#193313)
Ryan Nishimoto (#235208)
ARNOLD & PORTER LLP
777 South Figueroa Street
Forty-Fourth Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Fax: (213) 243-4199
E-Mail: Denise.McKenzie@aporter.com
E-Mail: Ryan.Nishimoto@aporter.com

Attorneys for Defendant
ATOPTECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ATOPTECH, INC.,<br><br>　　　　　Defendant. | **Case No. 3:13-cv-02965-MMC (DMR)**<br><br>**[JOINT PROPOSED] ORDER REGARDING DEADLINES AND DISCOVERY LIMITS FOR SYNOPSYS' PATENT CLAIMS (COUNTS II–V)** |

Pursuant to the Court's Order to submit a joint proposed order regarding patent deadlines (ECF No. 267) and the parties agreement to propose additional discovery limits relating to Synopsys' patent claims when the stay of Synopsys' patent claims is lifted (ECF No. 172), the parties jointly submit the following proposed deadlines and discovery limits relating to Synopsys' patent claims (Counts II–V).

**I.  Proposed Schedule for Synopsys' Patent Claims:**

| DEADLINE | EVENT |
| --- | --- |
| May 4, 2015 | Filing of any amendment to Answer to Synopsys' patent claims. |
| May 15, 2015 | Disclosure of Asserted Claims and Infringement Contentions, and Production of Related Documents (PLR 3-1, 3-2) |
| Jun 30, 2015 | Disclosure of Invalidity Contentions and Production of Related Documents (PLR 3-3, 3-4) |
| Jul 14, 2015 | Exchange Proposed Terms and Claim Elements for Construction (PLR 4-1(a)) |
| Aug 4, 2015 | Exchange Preliminary Claim Constructions, Intrinsic and Extrinsic Evidence (PLR 4-2) |
| Aug 31, 2015 | Joint Claim Construction and Prehearing Statement (PLR 4-3) |
| Sep 30, 2015 | Completion of Claim Construction Discovery (PLR 4-4) |
| Oct 15, 2015 | Opening Claim Construction Brief (PLR 4-5(a)) |
| Oct 29, 2015 | Responsive Claim Construction Brief (PLR 4-5(b)) |
| Nov 5, 2015 | Reply Claim Construction Brief (PLR 4-5(c)) |
| Dec 7, 2015 | Claim Construction Hearing (PLR 4-6) |
| Jan 19, 2016 | Ruling on Claim Construction *(Estimated)* |
| July 15, 2016 | Close of Fact Discovery |

| DEADLINE | EVENT |
|---|---|
| Aug 15, 2016 | Opening Expert Reports |
| Sep 15, 2016 | Rebuttal Expert Reports |
| Oct 15, 2016 | Expert Discovery Cutoff |
| Dec 15, 2016 | Motions for Summary Judgment Deadline |
| Feb 15, 2017 | Pre-Trial Conference |
| Mar 1, 2017 | Trial |

**II.  Proposed Discovery Limits for Synopsys' Patent Claims:**

| DISCOVERY | LIMITS |
|---|---|
| Interrogatories | 25 |
| Fact Witness Depositions (including 30(b)(6) depositions) | 80 hours – with a maximum of 15 witnesses |
| Expert Witness Depositions – Infringement and Invalidity Issues | 7 hours for each expert report submitted for up to 2 patents; and 3 additional hours for each additional patent addressed in each expert report. |
| Expert Witness Depositions – Damages Issues | 7 hours for each expert report submitted. |

Dated: April 24, 2015

Respectfully submitted,

JONES DAY

By:  */s/ Patrick T. Michael*
       Patrick T. Michael

Attorneys for Plaintiff
SYNOPSYS, INC.

- 2 -                                                                             Joint (Proposed) Order
                                                                                       Case No. 3:13-cv-02965-MMC (DMR)

ARNOLD & PORTER

By: */s/ Paul Alexander*
    Paul Alexander

Attorneys for Defendant
ATOPTECH, INC.

**[JOINT PROPOSED] ORDER REGARDING DEADLINES AND DISCOVERY LIMITS RELATING TO SYNOPSYS' PATENT CLAIMS**

The above joint proposed deadlines and discovery limits relating to Synopsys' patent claims (Counts II–V) is approved ~~and all parties shall comply with its provisions.~~ with one exception: the pretrial conference shall be held on Tuesday, February 14, 2017, at 10:00 a.m.

**IT SO ORDERED.**

Dated:   April 27, 2015

By: *[signature]*
Hon. Maxine Chesney
United States District Judge