IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., | No. C 13-2965 MMC |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO DISMISS COUNTERCLAIMS AND TO STRIKE ALLEGATIONS AND DEFENSES** |
| ATOPTECH, INC., | |
| Defendant. | |

Before the Court is plaintiff Synopsys, Inc.'s ("Synopsys") Motion to Dismiss Defendant AtopTech's Amended Counterclaims and to Strike Allegations and Affirmative Defenses, filed March 30, 2015, pursuant to Rules 12(b)(6) and 12(f) of the Federal Rules of Civil Procedure. Defendant ATopTech, Inc. ("ATopTech") has filed opposition, to which Synopsys has replied. The matter came on regularly for hearing on May 8, 2015. David C. Kiernan, Patrick T. Michael, and Amir Q. Amiri of Jones Day appeared on behalf of Synopsys. Daniel B. Asimow, Paul Alexander, and Daniel Pastor of Arnold & Porter LLP appeared on behalf of ATopTech. Having considered the parties' respective written submissions and the arguments of counsel, the Court, for the reasons stated on the record, hereby GRANTS the motion.

Accordingly, Counts I through VII are hereby DISMISSED, the Ninth and Eleventh Affirmative Defenses are hereby STRICKEN, and the challenged portions of paragraphs 2,

6, 9, 12, 15, and 28 of the Answer are hereby STRICKEN.  ATopTech is hereby afforded leave to amend to cure the deficiencies noted, any such amended pleading to be filed no later than June 1, 2015.

**IT IS SO ORDERED**.

Dated: May 8, 2015

                                                                   _____
MAXINE M. CHESNEY
United States District Judge