IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYNOPSYS, INC.,

        Plaintiff,

  v.

ATOPTECH, INC.,

        Defendant.

No. C 13-2965 MMC

**ORDER DENYING SYNOPSYS' MOTION FOR RELIEF FROM ORDERS OF MAGISTRATE JUDGE**

    Before the Court is plaintiff Synopsys, Inc.'s ("Synopsys") "Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge," filed May 30, 2015, by which Synopsys seeks an order reversing two nondispositive discovery orders issued by Magistrate Judge Donna M. Ryu,[1] and entry of an order compelling defendant ATopTech Inc. to produce or make available for inspection certain source code.

    Having fully considered the matter, the Court hereby DENIES the motion, for the reason that Synopsys has failed to show the subject orders are clearly erroneous or contrary to law.  See 28 U.S.C 636(b)(1)(A) (providing district court may reconsider magistrate judge's order where it has been shown to be "clearly erroneous or contrary to law").

    **IT IS SO ORDERED**.

Dated: June 9, 2015

                                        MAXINE M. CHESNEY
                                        United States District Judge

---

[1] The challenged orders are: (1) "Order Re: Joint Discovery Letter," filed March 16, 2015 (Doc. No. 255) and (2) "Order Re: Motion for Sanctions and Motion for Leave to File Motion for Reconsideration," filed May 18, 2015 (Doc. No. 302).