1  Robert A. Mittelstaedt (SBN 60359)
   ramittelstaedt@jonesday.com
2  Patrick T. Michael (SBN 169745)
   pmichael@jonesday.com
3  Krista S. Schwartz (SBN 303604))
   ksschwartz@jonesday.com
4  David C. Kiernan (SBN 215335)
   dkiernan@jonesday.com
5  Joe C. Liu (SBN 237356)
   jcliu@jonesday.com
6  JONES DAY
   555 California Street, 26th Floor
7  San Francisco, CA  94104
   Telephone:    (415) 626-3939
8  Facsimile:    (415) 875-5700

9  Attorneys for Plaintiff
   SYNOPSYS, INC.

Paul Alexander (#49997)
paul.alexander@aporter.com
Martin R. Glick (No. 40187)
marty.glick@aporter.com
Daniel B. Asimow (No. 165661)
daniel.asimow@aporter.com
Willow W. Noonan (No. 277584)
willow.noonan@aporter.com
Daniel Pastor (No. 297948)
daniel.pastor@aporter.com
ARNOLD & PORTER LLP
1801 Page Mill Road
Suite 110
Palo Alto, CA 94304-1216
Telephone:  (650) 798-2920
Fax:  (650) 798-2999

Attorneys for Defendant
ATOPTECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>ATOPTECH, INC.,<br><br>        Defendant. | Case No. 3:13-cv-02965-MMC (DMR)<br><br>**STIPULATION TO RESET HEARING DATE ON PLAINTIFF SYNOPSYS' MOTION TO DISMISS DEFENDANT ATOPTECH'S SECOND AMENDED COUNTERCLAIMS AND STRIKING AFFIRMATIVE DEFENSES NOS. 7, 11 AND 15; [PROPOSED] ORDER**<br><br>**Date:** July 24, 2015<br>**Time:** 9:00 a.m.<br>**Judge:** Hon. Maxine M. Chesney<br>**Courtroom:** 7, 19th Floor |

1  WHEREAS the hearing on Plaintiff Synopsys, Inc.'s ("Synopsys") Motion to Dismiss
2  Defendant ATopTech's ("ATopTech") Second Amended Counterclaims and Strike Affirmative
3  Defenses Nos. 7, 11 and 15, is presently scheduled for 9:00 a.m. on July 24, 2015;

4  WHEREAS Counsel for ATopTech who intends to argue the motion, Daniel Asimow, is
5  not available on July 24, 2015; and

6  WHEREAS Synopsys does not oppose a continuation of the hearing date to 9:00 a.m. on
7  August 7, 2015,

8  NOW THEREFORE, the parties respectfully request, pursuant to Local Rules 6-2 and 7-7,
9  that the hearing date for Synopsys' motion be reset to August 7, 2015 at 9:00 a.m.

10  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

11  Dated: June 24, 2015

By: /s/ Paul Alexander
Paul Alexander (#49997)
ARNOLD & PORTER LLP
1801 Page Mill Road
Suite 110
Palo Alto, CA 94304-1216
Telephone: (650) 798-2920
Fax: (650) 798-2999
E-Mail: paul.alexander@aporter.com

Martin R. Glick (No. 40187)
marty.glick@aporter.com
Daniel B. Asimow (No. 165661)
daniel.asimow@aporter.com
Willow W. Noonan (No. 277584)
willow.noonan@aporter.com
Daniel Pastor (No. 297948)
daniel.pastor@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

STIPULATION TO RESET HEARING;
[PROPOSED] ORDER
Case No. 3:13-cv-02965-MMC (DMR)

Denise McKenzie (No. 193313)
denise.mckenzie@aporter.com
Ryan Nishimoto (No. 235208)
ryan.nishimoto@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street
Forty-Fourth Floor
Los Angeles, CA 90017-5844
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199

Attorneys for Defendant
ATOPTECH, INC.

In accordance with Local Rule 5-1(i)(3), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: June 24, 2015

By: /s/  David C. Kiernan
Robert A. Mittelstaedt (SBN 60359)
ramittelstaedt@jonesday.com
Patrick T. Michael (SBN 169745)
pmichael@jonesday.com
Krista S. Schwartz (SBN 303604))
ksschwartz@jonesday.com
David C. Kiernan (SBN 215335)
dkiernan@jonesday.com
Joe C. Liu (SBN 237356)
jcliu@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  (415) 626-3939
Facsimile:  (415) 875-5700

Attorneys for Plaintiff
SYNOPSYS, INC.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____ June 24 , 2015

_____
Hon. Maxine M. Chesney
United States District Judge

35273234v1