UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., <br>     Plaintiff, <br>     v. <br> ATOPTECH, INC, <br>     Defendant. | Case No. 13-cv-02965-MMC   (DMR) <br><br> **ORDER DENYING MOTIONS TO SEAL AND EX PARTE DISCOVERY LETTERS WITHOUT PREJUDICE** <br><br> Re: Dkt. Nos. 316, 317, 318 |

Synopsys has filed three ex parte discovery letters. *See* Docket Nos. 316, 317, 318. It appears that the parties have not fully met and conferred about the disputes raised therein, as required by this court's standing order. The letters are therefore **denied without prejudice**. The parties shall meet and confer about the disputes raised in the letters and shall file joint discovery letters by **July 17, 2015** if they are unable to resolve the disputes without judicial intervention.

**IT IS SO ORDERED.**

Dated: July 8, 2015

_____
Donna M. Ryu
United States Magistrate Judge