UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.,<br>　　　　Plaintiff,<br>　　v.<br>ATOPTECH, INC,<br>　　　　Defendant. | Case No. 13-cv-02965-MMC   (DMR)<br><br>**ORDER RE: DEADLINE FOR FILING JOINT DISCOVERY LETTERS**<br><br>Re: Dkt. Nos. 316, 317, 318, 320, 325 |

On July 7, 2015, Synopsys filed three ex parte discovery letters. *See* Docket Nos. 316, 317, 318. The court denied these letters without prejudice and ordered the parties to meet and confer about the disputes raised in the letters, and file joint discovery letters by July 17, 2015 if they were unable to resolve their disputes without judicial intervention. The parties have requested additional time to meet and confer. The court therefore extends the deadline to meet and confer and file joint discovery letters on the issues raised in Dockets 316-318 from July 17 to **July 24, 2015**.

**IT IS SO ORDERED.**

Dated: July 16, 2015

_____
Donna M. Ryu
United States Magistrate Judge