Paul Alexander (#49997)
Philip W. Marsh (#276383)
ARNOLD & PORTER LLP
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304-1216
Telephone: (650) 798-2920
Fax: (650) 798-2999
E-Mail: Paul.Alexander@aporter.com
E-Mail : Philip.Marsh@aporter.com

Martin R. Glick (#40187)
Daniel B. Asimow (#165661)
Willow White Noonan (#277584)
ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
Fax: (415) 471-3400
E-Mail: Marty.Glick@aporter.com
E-Mail: Daniel.Asimow@aporter.com
E-Mail: Willow.Noonan@aporter.com

Denise McKenzie (#193313)
Ryan Nishimoto (#235208)
ARNOLD & PORTER LLP
777 South Figueroa Street
Forty-Fourth Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Fax: (213) 243-4199
E-Mail: Denise.McKenzie@aporter.com
E-Mail: Ryan.Nishimoto@aporter.com

Attorneys for Defendant
ATOPTECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATOPTECH, INC., <br><br> Defendant. | **Case No. 3:13-cv-02965 MMC (DMR)** <br><br> **DEFENDANT ATOPTECH, INC.'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** <br><br> Judge:      Hon. Donna M. Ryu <br> Courtroom: 4, 3rd Floor <br>                    1301 Clay Street, Oakland |

DEFENDANT ATOPTECH, INC.'S ADMINISTRATIVE
MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL
Case No. 3:13-cv-02965-MMC (DMR)

In accordance with Civil L.R. 7-11 and 79-5, Defendant ATopTech, Inc. ("ATopTech") hereby moves this Court for an order to seal the following documents: Portions of the Joint Discovery Letter Regarding Plaintiff's Infringement Contentions and Defendant's Non-Production of Source Code dated July 22, 2015 ("Joint Discovery Letter") and the Appendix to the Joint Discovery Letter. ATopTech has established good cause to justify filing the redacted portion of the Joint Discovery Letter and for filing the Appendix to the Joint Discovery Letter under seal based on the Declaration of Philip W. Marsh in Support of ATopTech's Administrative Motion to File Documents Under Seal ("Marsh Sealing Declaration") filed herewith.

Plaintiff Synopsys, Inc.'s Counsel has indicated that Synopsys does not oppose this motion or sealing of the material ATopTech is requesting that the Court seal.

ATopTech's entire filing, including the foregoing documents, will be lodged with the Court for *in camera* review and served on counsel for Synopsys.

Dated: July 22, 2015

ARNOLD & PORTER LLP

By: /s/ Philip W. Marsh
Paul Alexander (#49997)
Philip W. Marsh (#276383)
ARNOLD & PORTER LLP
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304-1216
Telephone: (650) 798-2920
Fax: (650) 798-2999
E-Mail: Paul.Alexander@aporter.com

Martin R. Glick (#40187)
Daniel Asimow (#165661)
Willow White Noonan (#277584)
ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
Fax: (415) 471-3400
E-Mail: Marty.Glick@aporter.com
E-Mail: Daniel.Asimow@aporter.com
E-Mail: Willow.Noonan@aporter.com

Denise McKenzie (#193313)
Ryan M. Nishimoto (#235208)
ARNOLD & PORTER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Fax: (213) 243-4199
E-Mail: Denise.McKenzie@aporter.com
E-Mail: Ryan.Nishimoto@aporter.com

Attorneys for Defendant
ATOPTECH, INC.

- 3 -   DEFENDANT ATOPTECH, INC.'S ADMIN. MOTION
FOR LEAVE TO FILE DOCUMENTS UNDER SEAL
Case No. 3:13-cv-02965-MMC (DMR)