IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., | No. C 13-2965 MMC |
| Plaintiff, | |
| v. | **ORDER VACATING HEARING ON PLAINTIFF'S MOTION TO DISMISS AND STRIKE** |
| ATOPTECH, INC., | |
| Defendant. / | |

   Before the Court is plaintiff Synopsys, Inc's "Motion to Dismiss Defendant ATopTech's Second Amended Counterclaims and Striking Affirmative Defenses Nos. 7, 11 and 15," filed June 18, 2015.  Defendant ATopTech, Inc. has filed opposition, to which Synopsys, Inc. has replied.  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and VACATES the hearing scheduled for August 7, 2015.

   **IT IS SO ORDERED**.

Dated: August 5, 2015

MAXINE M. CHESNEY
United States District Judge