1  Robert A. Mittelstaedt (State Bar No. 60359)
   ramittelstaedt@JonesDay.com
2  Patrick T. Michael (State Bar No. 169745)
   pmichael@JonesDay.com
3  Krista S. Schwartz (State Bar No. 303604)
   ksschwartz@JonesDay.com
4  Joe C. Liu (State Bar No. 237356)
   jcliu@JonesDay.com
5  Nathaniel P. Garrett (State Bar No. 248211)
   ngarrett@JonesDay.com
6  JONES DAY
   555 California Street, 26th Floor
7  San Francisco, CA  94104
   Telephone:   +1.415.626.3939
8  Facsimile:   +1.415.875.5700

9  Attorneys for Plaintiff
   SYNOPSYS, INC.

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14

| | |
|---|---|
| 15  **SYNOPSYS, INC.,** | **Case No. 3:13-cv-02965-MMC (DMR)** |
| 16           **Plaintiff,** | [PROPOSED] **ORDER GRANTING PLAINTIFF SYNOPSYS INC.'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (DOCKET NO. 336)** |
| 17      v. | |
| 18  **ATOPTECH, INC.,** | |
| 19           **Defendant.** | |

                                              [Proposed] Order
                                       3:13-cv-02965-MMC (DMR)

1
2    Having considered Plaintiff Synopsys Inc.'s Administrative Motion to Remove
3    Incorrectly Filed Document (Docket No. 336), and good cause being shown, the Court hereby
4    GRANTS Plaintiff's motion.
5    IT IS THEREFORE ORDERED THAT the Clerk of the Court shall remove Docket No.
6    336, Plaintiff Synopsys Inc.'s Notice of Motion and Motion For Leave to File Second Amended
7    Complaint, from the docket of the above-referenced matter..
8    **IT IS SO ORDERED.**
9
10
11   Dated:  August 7, 2015                              _____
12                                                       Honorable Maxine M. Chesney
                                                         United States District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28