IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., | No. C 13-2965 MMC |
| Plaintiff, | |
| v. | **ORDER GRANTING IN PART AND DENYING IN PART MOTIONS FOR LEAVE TO FILE UNDER SEAL** |
| ATOPTECH, INC., | |
| Defendant. / | |

Before the Court are two administrative motions for leave to file documents under seal, each filed August 6, 2015, by plaintiff Synopsys, Inc. ("Synopsys"), pursuant to Civil Local Rule 79-5. By its first administrative motion, Synopsys seeks leave to file under seal Exhibits C - K and O - R to the Declaration of Patrick Michael ("Michael Declaration"); by its second administrative motion, Synopsys seeks to file under seal the portions of Synopsys' Motion for Leave to File Second Amended Complaint ("Motion to Amend") that cite to Exhibits C - K and P - R.

A sealing order "may issue only upon a request that establishes that the document, or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to protection under the law". See Civil L.R. 79-5(a).

As to Exhibit O, Synopsys has filed a declaration showing such exhibit pertains to Synopsys' proprietary, commercially sensitive and confidential information, specifically, certain commands that are found in Synopsys' software products and technical documentation. Accordingly, as to Exhibit O, the Court finds good cause for the relief

requested, and, to the extent Synopsys seeks to file Exhibit O under seal, the motion is GRANTED and Exhibit O to the Michael Declaration shall remain under seal.

As to Exhibits C - K and P - R, as well as the specified portions of the Motion to Amend, defendant ATopTech, Inc. ("ATopTech") bears the burden of establishing the material is sealable, as Synopsys seeks to file such material under seal solely on the ground it has been designated confidential by ATopTech.  See Civil L.R. 79-5(d)-(e) (providing, where party seeks to file under seal material designated as confidential by another party, such party shall file motion for sealing order, after which designating party must file, within 4 days, "declaration . . . establishing that all of the designated information is sealable").  To date, ATopTech has not filed its responsive declaration in support of sealing.  Accordingly, to the extent Synopsys seeks to file such material under seal, the motions are DENIED, and the Clerk is DIRECTED to file Exhibits C - K and P - R to the Michael Declaration, as well as the entirety of the Motion to Amend, in the public record.

**IT IS SO ORDERED**.

Dated: August 13, 2015

MAXINE M. CHESNEY
United States District Judge

2