**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYNOPSYS, INC.,

Plaintiff,

v.

ATOPTECH, INC.,

Defendant.

/

No. CV-13-2965 MMC

**ORDER GRANTING ADMINISTRATIVE MOTION FOR EXTENSION OF TIME**

Before the Court is defendant ATopTech's Administrative Motion for an Extension, by which defendant seeks an order allowing it to defer the filing of its Third Amended Answer and Counterclaims until after the Court has ruled on plaintiff Synopsys's pending Motion for Leave to File a Second Amended Complaint. On August 27, 2015, plaintiff timely filed its opposition to defendant's Administrative Motion. Having read and considered the papers filed in support of and in opposition to the instant motion, the Court, in the interest of judicial economy, finds it preferable to grant the relief requested, to avoid the potential need for the filing and review of a Fourth Amended Answer and Counterclaims.

Accordingly, ATopTech's Administrative Motion is hereby GRANTED. ATopTech shall file its Third Amended Answer and Counterclaims by September 18, 2015.

**IT IS SO ORDERED.**

Dated: August 27, 2015

MAXINE M. CHESNEY
United States District Judge