UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., <br>     Plaintiff, <br> v. <br> ATOPTECH, INC, <br>     Defendant. | Case No.  13-cv-02965-MMC   (DMR) <br><br> **ORDER TO MEET AND CONFER AT THE COURTHOUSE** <br><br> Re: Dkt. Nos. 327, 328, 331 |

The parties have filed several joint discovery letters that collectively raise approximately 30 discovery disputes relevant to Synopsys's non-patent claims against ATopTech.  *See* Docket Nos. 327, 328, 331.  It is clear that the parties did not finish meeting and conferring about some of these disputes before filing the letters.  For example, in Docket No. 327, Synopsys states that it "moves to compel the deposition of ATopTech, Inc. pursuant to Rule 30(b)(6) on Topics…15(a)-(d)," yet provides no argument regarding this aspect of its motion to compel.

Accordingly, the parties shall meet and confer **on September 10, 2015 at 10:00 a.m.** in the Attorney Lounge on the fourth floor of the courthouse, prior to the hearing on the letters, and should be prepared to stay after the hearing for the remainder of the afternoon to meet and confer. In addition, the parties are notified that the court's motion calendar on September 10 is long; the parties will only be permitted to make limited argument, and should be prepared to present only its best and most important points.

**IT IS SO ORDERED.**

Dated: September 4, 2015

                                          Donna M. Ryu <br>
                                 United States Magistrate Judge