IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYNOPSYS, INC.,

        Plaintiff,

  v.

ATOPTECH, INC.,

        Defendant.

No. C 13-2965 MMC

**ORDER VACATING HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

    Before the Court is plaintiff Synopsys, Inc.'s "Motion for Leave to File Second Amended Complaint," filed August 6, 2015. Defendant ATopTech, Inc. has filed opposition, to which Synopsys, Inc. has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and VACATES the hearing scheduled for September 11, 2015.

    **IT IS SO ORDERED.**

Dated: September 9, 2015

MAXINE M. CHESNEY
United States District Judge