IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATOPTECH, INC., <br><br> Defendant. <br> _____/ | No. C 13-2965 <br><br> **ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL PORTIONS OF DEFENDANT'S OPPOSITION TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

  Before the Court is defendant ATopTech, Inc.'s ("ATopTech") "Administrative Motion for Leave to File Documents Under Seal," filed August 20, 2015, pursuant to Civil Local Rule 79-5, by which ATopTech seeks to seal portions of its opposition to Synopsys, Inc.'s ("Synopsys") "Motion for Leave to File Second Amended Complaint," as well as the entirety of exhibits B, D, E, F, and G to the supporting declaration of Paul Alexander.

  Certain portions of the material sought to be sealed have been designated confidential by ATopTech, and ATopTech has submitted a declaration in support thereof. See Civil L. R. 79-5(d) (providing motion to file document under seal must be "accompanied by . . . [a] declaration establishing that the document sought to be filed under seal, or portions thereof, are sealable"). Other portions have been so designated by Synopsys, and, on August 24, 2015, Synopsys filed its responsive declaration in support of

sealing. See Civil L.R. 79-5(d)-(e) (providing, where party seeks to file under seal material designated confidential by another party, designating party must file, within four days, "a declaration . . . establishing that all of the designated information is sealable").

Having read and considered the administrative motion and the parties' respective declarations, the Court finds good cause has been shown for the relief requested and, accordingly, ATopTech's administrative motion to seal is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: September 15, 2015

MAXINE M. CHESNEY
United States District Judge