IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., <br><br>  Plaintiff, <br><br> v. <br><br> ATOPTECH, INC., <br><br>  Defendant. | No. C 13-2965 MMC <br><br> **ORDER GRANTING IN PART AND DEFERRING RULING IN PART ON MOTION TO FILE UNDER SEAL; DIRECTIONS TO CLERK** |

    On August 6, 2015, Plaintiff Synopsys, Inc. ("Synopsys") filed two administrative motions for leave to file under seal various documents, including Exhibits C - K and P - R to the Declaration of Patrick T. Michael ("Michael Declaration") submitted in support of its "Motion for Leave to File Second Amended Complaint" ("Motion to Amend"), which exhibits were designated confidential by defendant ATopTech, Inc. ("ATopTech"), as well as the portions of the Motion to Amend that cite to said exhibits.

    Pursuant to the local rules of this district, ATopTech bears the burden of demonstrating the propriety of sealing any material so designated, and was required to make such showing no later than August 11, 2015. See Civil L.R. 79-5(d)-(e) (providing, where party seeks to file under seal material designated confidential by another party, such party shall file motion for sealing order, after which designating party must file, "within 4 days," declaration "establishing that all of the designated information is sealable"). As of

August 13, 2015, ATopTech had not filed a declaration in support of sealing. Consequently, the Court denied Synopsys's administrative motion to the extent such motion sought leave to file under seal documents designated confidential by ATopTech, and directed the Clerk to file in the public record the unredacted Motion to Amend and Exhibits C - K and P - R to the Michael Declaration.  (See Order, filed Aug. 13, 2015.)  On August 17, 2015, the Clerk filed the exhibits in accordance with the Court's order.

Thereafter, on August 20, 2015, ATopTech's counsel filed a responsive declaration in support of the filing under seal of the materials ATopTech had designated confidential. (See Alexander Decl. ¶ 1.)  Finding ATopTech's request overbroad, the Court again denied the motion with respect to Exhibits C - K and P - R as well as the portions of the Motion to Amend citing thereto.  (See Order, filed Aug. 25, 2015.)

Now before the Court is ATopTech's Amended Responsive Declaration[1], by which ATopTech again seeks an order sealing the above-referenced materials.  Having read and considered ATopTech's amended declaration, the Court rules as follows.

To the extent the administrative motion seeks to seal the entirety of Exhibits C, F - K, and P - R to the Michael Declaration, the Court finds good cause has been shown, and the Clerk of Court is hereby DIRECTED to file under seal the unredacted Motion to Amend, as well as Exhibits C, F - K, and P - R.

Exhibits D and E to the Michael Declaration, however, appear to contain substantial amounts of non-sealable material.  "A sealing order may issue only upon a request that establishes that the document, or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to protection under the law."  See Civil L.R. 79-5(a).  The request "must be narrowly tailored to seek sealing only of sealable material."  See id.  In lieu of denial, the Court DEFERS ruling on Exhibits D and E pending ATopTech's filing, by September 30, 2015, a supplemental response that provides redacted versions of said

---

[1]As counsel for ATopTech correctly noted in the telephone conference conducted September 11, 2015, the Court, in its order of August 25, 2015, afforded ATopTech leave to file such additional declaration.

1 exhibits, limiting the material sought to be sealed to that which is confidential. Pending the
2 Court's ruling on the supplemental response, said exhibits will remain in the public record.
3     **IT IS SO ORDERED**.

Dated: September 17, 2015

                                            MAXINE M. CHESNEY
                                            United States District Judge