UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.,<br>        Plaintiff,<br>    v.<br>ATOPTECH, INC, et al.,<br>        Defendants. | Case No. 13-cv-02965-MMC   (DMR)<br><br>**ORDER RE JOINT DISCOVERY LETTER**<br>Re: Dkt. No. 369 |

The court has reviewed the parties' October 12, 2015 joint discovery letter [Docket No. 383], and finds that it is appropriate for determination without oral argument. See Civil L.R. 7-1(b).

Having reviewed the parties' arguments the court rules as follows:

Synopsys shall immediately produce the 30(b)(6) witness for deposition at the convenience of ATopTech's counsel. ATopTech's expert may provide a supplemental rebuttal report limited to any new information revealed in the deposition or in documents produced by Synopsys after September 10, 2015. Synopsys may take a one hour deposition of ATopTech's expert, limited to any new information in the supplemental rebuttal report. The parties shall immediately meet and confer about the timing of any supplemental rebuttal report and expert deposition.

Synopsys shall pay for all costs of the upcoming 30(b)(6) deposition, as well as the cancelled 30(b)(6) deposition (e.g., reporter, videographer, and transcript). Synopsys shall also pay ATopTech for attorneys' fees billed for ATopTech's counsel's appearance at the upcoming 30(b)(6) deposition. This shall be limited to time spent in the deposition, as well as reasonable travel time to and from the deposition. Synopsys shall also pay ATopTech for five hours of ATopTech counsel's time spent in preparing for the September 30, 2015 deposition that was

ultimately cancelled by Synopsys at the last minute.  Such payment shall be made within one week of the upcoming 30(b)(6) deposition.

**IT IS SO ORDERED.**

Dated: October 16, 2015

_____
Donna M. Ryu
United States Magistrate Judge