Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@JonesDay.com
Patrick T. Michael (State Bar No. 169745)
pmichael@JonesDay.com
Krista S. Schwartz (State Bar No. 303604)
ksschwartz@JonesDay.com
Joe C. Liu (State Bar No. 237356)
jcliu@JonesDay.com
Nathaniel P. Garrett (State Bar No. 248211)
ngarrett@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     +1.415.626.3939
Facsimile:     +1.415.875.5700

Heather N. Fugitt (State Bar No. 261588)
hfugitt@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone: +1.650.739.3939
Facsimile: +1.650.739.3900

Attorneys for Plaintiff
SYNOPSYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>            Plaintiff,<br><br>v.<br><br>ATOPTECH, INC.,<br><br>            Defendant. | **Case No. 3:13-cv-02965-MMC (DMR)**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF SYNOPSYS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS TO SYNOPSYS' MOTION FOR SUMMARY JUDGMENT** |

Having considered the following documents as set forth in Synopsys' Administrative Motion to File under Seal Portions of Synopsys' Motion for Summary Judgment:

| *DOCUMENT* | *PORTION* |
|---|---|
| Plaintiff Synopsys, Inc.'s Notice of Motion and Motion for Summary Judgment on Defendant ATopTech's Affirmative Defenses | Highlighted portions of document pending submission of a supporting declaration by ATopTech under Civil L.R. 79-5(e)(1). |
| Michael Decl. Exhibit 1—Expert Report of Andrew Kang (Aug. 7, 2015) | Entire document pending submission of a supporting declaration by ATopTech under Civil L.R. 79-5(e)(1), but in any event the following portions shall remain sealed: 16:16-19, 16:23-17:2, 18:20, 18:23-28, 19:25, 20:23-21:2, 22:2-14, 28:10-29:3, 31:9-10, 32:8-9, 34:3-17, 35:1-40:18, 42:4, 43:14-18, 44:1, 44:5, 44:8-10, 44:15, 45:1, 45:16, 48:20, 48:22, 51:4-55:13, and 58:10-62:28. |
| Michael Decl. Exhibit 8—Excerpts from the Deposition of Eric Thune (July 1, 2015) | Entire document pending submission of a supporting declaration by ATopTech under Civil L.R. 79-5(e)(1 |
| Michael Decl. Exhibit 9—the Connections Program License Agreement, Exhibit 11 from the Deposition of Robert Hoogenstryd (June 30, 2015) | Entire document |
| Michael Decl. Exhibit 10—Excerpts from the Aprisa/Apogee User Guide (May 1, 2009) | Entire document pending submission of a supporting declaration by ATopTech under Civil L.R. 79-5(e)(1) |
| Michael Decl. Exhibit 11—Excerpts from the deposition of Eric Thune (June 18, 2015) | Entire document pending submission of a supporting declaration by ATopTech under Civil L.R. 79-5(e)(1) |
| Michael Decl. Exhibit 12—Excerpts from the deposition of Geng Bai (July 2, 2015) | Entire document pending submission of a supporting declaration by ATopTech under Civil L.R. 79-5(e)(1) |
| Michael Decl. Exhibit 13—Excerpts from the deposition of Jianjun Wang (June 24, 2015) | Entire document pending submission of a supporting declaration by ATopTech under Civil L.R. 79-5(e)(1) |
| Michael Decl. Exhibit 14—Excerpts from the deposition of Ping-San Tzeng (June 26, 2015) | Entire document pending submission of a supporting declaration by ATopTech under Civil L.R. 79-5(e)(1) |
| Michael Decl. Exhibit 15—Excerpts from the deposition of Stephen Deng (June 12, 2015) | Entire document pending submission of a supporting declaration by ATopTech under Civil L.R. 79-5(e)(1) |
| Michael Decl. Exhibit 17—Excerpts from the deposition of Henry Chang (June 23, 2015) | Entire document pending submission of a supporting declaration by ATopTech under Civil L.R. 79-5(e)(1) |

| | | |
|---|---|---|
| | Michael Decl. Exhibit 18—Excerpts from the deposition of Tai-Hung Liu (June 11, 2015) | Entire document pending submission of a supporting declaration by ATopTech under Civil L.R. 79-5(e)(1) |
| | Michael Decl. Exhibit 19—Excerpts from the deposition of Yucheng Wang (June 29, 2015) | Entire document pending submission of a supporting declaration by ATopTech under Civil L.R. 79-5(e)(1) |
| | Michael Decl. Exhibit 21—Excerpts from the Expert Report of Christian Tregillis (Sept. 10, 2015) | Synopsys asserts that this document is properly sealable per the Nelson Declaration ¶ 9, 11-12. |
| | Michael Decl. Exhibit 24—Excerpts from the Deposition of Andrew Kahng (Oct. 3, 2015) | Entire document pending submission of a supporting declaration by ATopTech under Civil L.R. 79-5(e)(1) |
| | Michael Decl. Exhibit 25—Rebuttal Expert Report of Andrew Kang (Aug. 7, 2015) | Entire document pending submission of a supporting declaration by ATopTech under Civil L.R. 79-5(e)(1), but in any event the following portions shall remain sealed: 15:3-11, 15:24-25, 16:14-17:4, 18:6-12, 18:27-28, 20:1-11, 20:24-28, 21:24-22:1, 23:8, 23:19-28; 24:9-10, 24:20-25:9, 27:16-17, 28:1-28, 32:7-21, 33:1-23, 36:8-18, 37:4-17, 37:23-28, 38:5-8, 38:19-22, 39:9-15, 45:25, 47:2, 50:20-24, 51:2-5, 51:26-28, 52:3-9, 52:24-27, 53:20-23, 54:17-25, 55:9-17, 56:1-20, 57:1-14, 58:11-21, 65:15-16, 66:4-9, 67:24-25, 68:4, 68:26, 69:6-7, 69:13, 69:22, 70:6-17, 71:2, 71:18, 72:4-15, 73:2-12, 74:21-27, 75:2, 86:12-13, 87:3-22, 88:1-28, 89:5-6, 89:24 |
| | Michael Decl. Exhibit 27—Excerpts from the deposition of Kaiwin Lee (Sep. 24, 2015) | Entire document pending submission of a supporting declaration by ATopTech under Civil L.R. 79-5(e)(1) |
| | Michael Decl. Exhibit 29—Excerpts from the deposition of Jue-Hsien Chern (July 2, 2015) | Entire document pending submission of a supporting declaration by ATopTech under Civil L.R. 79-5(e)(1) |
| | Michael Decl. Exhibit 30—Email from J. Chern (Jan. 21, 2011, 4:33pm) attached as Exhibit 16 to the deposition of Jue-Hsien Chern (July 2, 2015) | Entire document pending submission of a supporting declaration by ATopTech under Civil L.R. 79-5(e)(1) |
| | Michael Decl. Exhibit 32—Email from G. Cureton (Aug. 29, 2014, 9:23am) | Entire document |
| | Michael Decl. Exhibit 33—Excerpts of Supplemental 30(b)(6) Deposition Exhibit 2 of the Deposition of Ahsan Bootehsaz (Oct. 28, 2015) | Entire document |
| | Michael Decl. Exhibit 34—Excerpts of Supplemental 30(b)(6) Deposition Exhibit 4 of the Deposition of Ahsan Bootehsaz (Oct. | Entire document |

| | |
|---|---|
| 28, 2015) | |
| Michael Decl. Exhibit 35—Excerpts of Supplemental 30(b)(6) Deposition Exhibit 5 of the Deposition of Ahsan Bootehsaz (Oct. 28, 2015) | Entire document |
| Blaauw Decl. Exhibit 3—Exhibit 3 from the Expert Report of David Blaauw | Entire document |

IT IS HEREBY ORDERED that Synopsys's Administration Motion is GRANTED. The Clerk of the Court shall file under seal the identified portions.

Dated: _____     _____
                                                    The Honorable Maxine M. Chesney
                                                    United States Magistrate Judge