# EXHIBIT 3
## TO DR. DAVID T. BLAAUW DECLARATION

# FILED UNDER SEAL