Paul Alexander (No. 49997)
Philip W. Marsh (No. 276383)
ARNOLD & PORTER LLP
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304-1216
Telephone: (650) 798-2920
Facsimile:  (650) 798-2999
E-Mail: Paul.Alexander@aporter.com
E-Mail: Philip.Marsh@aporter.com

Martin R. Glick (No. 40187)
Daniel B. Asimow (No. 165661)
Sean M. Callagy (No. 255230)
Willow White Noonan (No. 277584)
ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
Facsimile:  (415) 471-3400
E-Mail: Marty.Glick@aporter.com
E-Mail: Daniel.Asimow@aporter.com
E-Mail: Willow.Noonan@aporter.com

Denise McKenzie (No. 193313)
Ryan Nishimoto (No. 235208)
ARNOLD & PORTER LLP
777 South Figueroa Street
Forty-Fourth Floor
Los Angeles, CA 90017-5844
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199
E-Mail: Denise.McKenzie@aporter.com
E-Mail: Ryan.Nishimoto@aporter.com

Attorneys for Defendant
ATOPTECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>ATOPTECH, INC.,<br><br>             Defendant. | Case No. 3:13-cv-02965 MMC (DMR)<br><br>**DEFENDANT ATOPTECH, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:          December 4, 2015<br>Time:         9:00 a.m.<br>Place:        Courtroom 7, 19th Floor<br>Judge:       Hon. Maxine M. Chesney |

In accordance with Civil L.R. 7-11 and 79-5, Defendant ATopTech, Inc. ("ATopTech") hereby moves this Court for an order to seal the following documents: portions of Defendant ATopTech, Inc.'s Motion for Summary Judgment and Memorandum of Points and Authorities in support thereof ("MSJ"); and Exhibits 1, 2, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33 and 34 to the Declaration of Paul Alexander in Support of the MSJ ("Alexander MSJ Declaration"). ATopTech has established good cause to justify filing the redacted portion of the MSJ and the aforementioned Exhibits to the Alexander MSJ Declaration under seal based on the Declaration of Sean Callagy in Support of ATopTech's Administrative Motion to File Documents Under Seal ("Callagy Sealing Declaration") filed herewith.

ATopTech's entire filing, including the foregoing documents, will be lodged with the Court for *in camera* review and served on counsel for Synopsys.

Dated: October 30, 2015

ARNOLD & PORTER LLP
PAUL ALEXANDER
PHILIP W. MARSH
MARTIN R. GLICK
DANIEL B. ASIMOW
SEAN M. CALLAGY
WILLOW WHITE NOONAN
DENISE McKENZIE
RYAN NISHIMOTO

By: /s/ Sean M. Callagy
Sean M. Callagy

Attorneys for Defendant
ATOPTECH, INC.

35384726v1