Paul Alexander (No. 49997)
ARNOLD & PORTER LLP
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304-1216
Telephone: (650) 798-2920
Facsimile:  (650) 798-2999
E-Mail: Paul.Alexander@aporter.com

Martin R. Glick (No. 40187)
Daniel B. Asimow (No. 165661)
Sean M. Callagy (No. 255230)
Willow White Noonan (No. 277584)
ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
Facsimile:  (415) 471-3400
E-Mail: Marty.Glick@aporter.com
E-Mail: Daniel.Asimow@aporter.com
E-Mail: Willow.Noonan@aporter.com

Denise McKenzie (#193313)
Ryan Nishimoto (#235208)
ARNOLD & PORTER LLP
777 South Figueroa Street
Forty-Fourth Floor
Los Angeles, CA 90017-5844
Telephone:  (213) 243-4000
Fax:  (213) 243-4199
E-Mail: Denise.McKenzie@aporter.com
E-Mail: Ryan.Nishimoto@aporter.com

Attorneys for Defendant
ATOPTECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ATOPTECH, INC.,<br><br>Defendant. | Case No. 3:13-cv-02965-MMC (DMR)<br><br>**DECLARATION OF SEAN CALLAGY IN SUPPORT OF ATOPTECH'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:  December 4, 2015<br>Time:  9:00 a.m.<br>Place:  Courtroom 7, 19th Floor<br>Judge:  Hon. Maxine M. Chesney |

I, SEAN CALLAGY, declare as follows:

1. I am an attorney with the law firm of Arnold & Porter LLP, attorneys of record for Defendant ATopTech, Inc. ("ATopTech"). I am licensed to practice law in the State of California. I make this declaration in support of ATopTech's Motion to File Documents Under Seal. The facts herein are true and correct to the best of my knowledge, information and belief.

2. This declaration is filed pursuant to Norther District Civil Local Rule 79-5(d) and (e), to provide support for the filing under seal of particular confidential information that is contained within the materials identified herein.

3. Portions of Defendant ATopTech, Inc.'s Motion for Summary Judgment and Memorandum of Points and Authorities in support thereof ("MSJ") and Exhibits 1, 2, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33 and 34 to the Declaration of Paul Alexander in Support of the MSJ ("Alexander MSJ Declaration") contain or reflect information that has been designated either by Plaintiff Synopsys, Inc. or Defendant ATopTech, Inc. as either "Confidential" or "Highly Confidential – Attorneys' Eyes Only" under the Protective Order entered in this matter.

4. Exhibit 25 is a portion of a confidential manual created by ATopTech relating to its commands for Aprisa. The manual is only released to pursuant to contractual restrictions against public use or dissemination. If publicly disclosed without limitation, ATopTech would likely suffer irreparable competitive harm.

5. Exhibit 26 is a document produced by ATopTech that contains highly confidential business information and terms, the public dissemination of which would likely cause ATopTech irreparable harm in the marketplace.

6. Exhibit 31 contains deposition testimony by ATopTech employee Eric Thune that conveys highly confidential and sensitive business information, the public dissemination of which would likely cause ATopTech irreparable harm in the marketplace.

7. Exhibit 32 contains deposition testimony by ATopTech employee Jue-Hsien Chern that conveys highly confidential and sensitive business information, the public dissemination of which would likely cause ATopTech irreparable harm in the marketplace.

8. Exhibit 33 contains deposition testimony by ATopTech employee Yucheng Wang that conveys highly confidential and sensitive business information, the public dissemination of which would likely cause ATopTech irreparable harm in the marketplace.

9. Exhibit 34 contains deposition testimony by ATopTech employee Henry Chang that conveys highly confidential and sensitive business information, the public dissemination of which would likely cause ATopTech irreparable harm in the marketplace.

10. The remainder of the Exhibits designated as confidential listed in Paragraph 3 above have been designated by Synopsys and fall under the purview of Civil Local Rule 79-5(e).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 30, 2015, at San Francisco, California.

      /s/  Sean Callagy
      SEAN CALLAGY

35384775v1