Paul Alexander (No. 49997)
ARNOLD & PORTER LLP
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304-1216
Telephone: (650) 798-2920
Facsimile:  (650) 798-2999
E-Mail:  Paul.Alexander@aporter.com

Martin R. Glick (No. 40187)
Daniel B. Asimow (No. 165661)
Willow White Noonan (No. 277584)
ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024
Telephone:  (415) 471-3100
Facsimile:  (415) 471-3400
E-Mail:  Marty.Glick@aporter.com
E-Mail:  Daniel.Asimow@aporter.com
E-Mail:  Willow.Noonan@aporter.com

Denise McKenzie (#193313)
Ryan Nishimoto (#235208)
ARNOLD & PORTER LLP
777 South Figueroa Street
Forty-Fourth Floor
Los Angeles, CA 90017-5844
Telephone:  (213) 243-4000
Fax:  (213) 243-4199
E-Mail:  Denise.McKenzie@aporter.com
E-Mail:  Ryan.Nishimoto@aporter.com

Attorneys for Defendant
ATOPTECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>ATOPTECH, INC.,<br><br>    Defendant. | Case No. 3:13-cv-02965 MMC (DMR)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ATOPTECH, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   December 4, 2015<br>Time:   9:00 a.m.<br>Place:  Courtroom 7, 19th Floor<br>Judge:  Hon. Maxine M. Chesney |

The Motion of Defendant ATopTech, Inc. ("ATopTech") for Summary Judgment came before this Court, the Honorable Maxine M. Chesney presiding. The Court, having considered the submissions of the parties, and good cause appearing, hereby finds that ATopTech's Motion should be GRANTED.

For the foregoing reasons, summary judgment as to Claims I, XI and XII of the Amended Complaint is GRANTED.

**IT IS SO ORDERED.**

Dated: _____, 2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Maxine M. Chesney
　　　　　　　　　　　　　　　　　　United States District Judge

35385311v1