Exhibit 16
To the Declaration of Paul Alexander
In Support of Motion for Summary Judgment

CONDITIONALLY LODGED UNDER SEAL