# Exhibit 28
## To the Declaration of Paul Alexander
## In Support of Motion for Summary Judgment

# CONDITIONALLY LODGED UNDER SEAL