# Exhibit 29
# To the Declaration of Paul Alexander
# In Support of Motion for Summary Judgment

# CONDITIONALLY LODGED UNDER SEAL