Paul Alexander (No. 49997)
ARNOLD & PORTER LLP
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304-1216
Telephone: (650) 798-2920
Facsimile:  (650) 798-2999
E-Mail:  Paul.Alexander@aporter.com

Martin R. Glick (No. 40187)
Daniel B. Asimow (No. 165661)
Willow White Noonan (No. 277584)
ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024
Telephone:  (415) 471-3100
Facsimile:  (415) 471-3400
E-Mail: Marty.Glick@aporter.com
E-Mail: Daniel.Asimow@aporter.com
E-Mail: Willow.Noonan@aporter.com

Denise McKenzie (No. 193313)
Ryan Nishimoto (No. 235208)
ARNOLD & PORTER LLP
777 South Figueroa Street
Forty-Fourth Floor
Los Angeles, CA 90017-5844
Telephone:  (213) 243-4000
Fax:  (213) 243-4199
E-Mail:  Denise.McKenzie@aporter.com
E-Mail:  Ryan.Nishimoto@aporter.com

Attorneys for Defendant
ATOPTECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., | Case No. 3:13-cv-02965 MMC (DMR) |
| Plaintiff, | **[PROPOSED]** ORDER GRANTING DEFENDANT ATOPTECH, INC.'S MOTION FOR ORDER REMOVING INCORRECTLY FILED DOCKET ENTRY NO. 397 |
| v. | |
| ATOPTECH, INC., | |
| Defendant. | Date:    December 4, 2015<br>Time:    9:00 a.m.<br>Place:   Courtroom:  7, 19th Floor<br>Judge:   Hon. Maxine M. Chesney |

1  The Court, having considered Defendant ATopTech, Inc.'s ("ATopTech") Motion for an order to remove the redacted version of Defendant ATopTech's Motion for Summary Judgment and Memorandum of Points and Authorities (ECF No. 397) ("Redacted MSJ Brief") from the Court's docket, and to replace the Redacted MSJ Brief with a corrected brief (ECF No. 408), and good cause appearing therefor,

IT IS HEREBY ORDERED that the Redacted MSJ Brief be temporarily removed from the Court's docket in lieu of the corrected brief pending a ruling on ATopTech's Administrative Motion to File Under Seal (ECF No. 405) pursuant to Civil Local Rule 79-5(c), to be heard on December 4, 2015, at the time of hearing on ATopTech's Motion for Summary Judgment.

**IT IS SO ORDERED.**

Dated:  November 5  , 2015

_____
Hon. Maxine M. Chesney
United States District Judge

~~Proposed~~ Order Granting ATTs Motion for Order Removing Incorrectly Filed Docket Entry No. 397.docx