# EXHIBIT 7
## To Declaration of Paul Alexander
## Part 1

# Exhibit 007

# ATopTech

# Breaking the Bounds of Physical Design
## DAC 2006

July, 2006

Highly Confidential - Restricted to Outside Counsel of Record Only
ATopTech 0283997



# Company Background

- Funded December 2003, development started January 2004
    - $14M raised – employees, Acorn Campus, H&Q, Dragon Fund
- 22 R&D, 80% with PhD's
- Headquartered in Santa Clara
- Management Team
    - Don-Min Tsou, PhD - President : 20 years in EDA and IC
        - Avanti, Synopsys, and Tandem
    - Kaiwin Lee, PhD – Executive Officer: 18 years in EDA and IC
        - Tera Systems, Avanti, and Intel
    - Ping-San Tzeng, PhD – Chief Architect: 16 years in EDA
        - Synopsys Fellow, Avanti, and Cadence
    - Eric Thune – VP North America Sales: 18 years in EDA and IC
        - Apache, Simplex, Synopsys, and TI
- Establishing customer engagements now

Highly Confidential - Restricted to Outside Counsel of Record Only                          ATopTech 0283998



# Today's Chip Design Challenges

- Flat Design
  - Capacity limitations of current tools
  - Design closure, especially with routing   <<<<<<<
  - Variability increasing
    - MCMM / Signal Integrity / Power / DFM / DFY
  - Runtime vs. QoR

- Hierarchical Design
  - Time budgeting ad hoc
  - Pin assignments and feed through assignment difficult
  - Multiple iterations between chip assembly and block implementation
  - More design teams and tools needed for hierarchical design
  - Top level timing closure difficult

- Design Closure is getting more and more challenging
  - Now takes weeks/months instead of days

© 2006 ATopTech Inc. Confidential

3

Highly Confidential - Restricted to Outside Counsel of Record Only                               ATopTech 0283999



# Answering the Challenge

- Concurrent timing/power/SI/variation optimization
- Both before routing and with routing <<<<<<<
- Older tools not efficient –
- performance and capacity will continue to suffer
- Router / extraction / timing-SI analysis not well integrated <<<<<<<<
- Enable fast design closure on new process technologies
- Provide timing/power/variation exploration, enabled by speed
- Support for 90nm, 65nm rules and below
- Higher Capacity Flat Design
- Extend flat design capacity to 3M+ instances
- Better QoR while encompassing variability
- Faster runtimes with design closure
- Hierarchical Design without the headaches
- Virtual Hierarchy enables hierarchical designs to have the ease of use and benefits of flat design techniques
- Multi-block concurrent optimization
- Reduce/Eliminate iterations and manual efforts
- Provide sophisticated parallel computing (multi threaded & distributed)

© 2006 ATopTech Inc. Confidential

4

Highly Confidential - Restricted to Outside Counsel of Record Only          ATopTech 0284000



# Hi-Capacity Flat Design

- Capacity of 3M+ instances flat with fast closure
- DRC Clean
- No additional tools needed to complete closure
- Targeted 24 hour turn around time for 3M instances
- Concurrent timing/power/SI/DFM optimization
- Work both before routing and with routing    <<<<<<<<<
- Automatic mixed macro and standard cell placement
- Accurate correlation to industry-standard sign-off tools



# Virtual Hierarchy



- Top level scope based optimization
  - Patent pending
- Blocks A, B, C, D, E, F can be concurrently optimized on different machines
- While A is being optimized:
  - Block A can see the entire timing path from A – D – F
  - Optimizations will only take place within Block A
  - Each Block can see the entire path even though it is outside its hierarchical boundary

© 2006 ATopTech Inc. Confidential

6

Highly Confidential - Restricted to Outside Counsel of Record Only          ATopTech 0284002



# Initial Results

| | Inst | Clock | Tech | Place | Groute | Droute (8CPU) | Total | #DRC Vio | Dbl via % | Max Mem | MCMM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 150 K | 733 Mhz | 90nm | 1:52 | 0:42 | 0:54 | 3:28 | 0 | 61% | 1.2 GB | 4 |
| 2 | 200 K | 250 Mhz | 65nm | 1:08 | 0:25 | 2:14 | 3:47 | 0 | 75% | 1 GB | 1 |
| 3 | 1M | 467 Mhz | 130nm | 4:01 | 2:07 | 8:09 | 14:17 | 0 | 78% | 3.6GB | 4 |
| 4 | 2.8M | 216 Mhz | 130nm | 10:13 | 2:17 | 9:55 | 22:25 | 0 | 82% | 11 GB | 1 |
| 4* | | | | 4:49 | | | 17:01 | | | | |

All run times are hours:minutes

* Using Scope based Virtual Hierarchy

© 2006 ATopTech Inc. Confidential

Highly Confidential - Restricted to Outside Counsel of Record Only      ATopTech 0284003

# Scope-based Optimization

- Bottle-neck in optimization:
- Incremental update of timing graph to get precise timing info
- Huge fan-out/fan-in cone
- Optimization and timer work on a small sub-set of net list
- Created on-the-fly, in place, without duplicated data
- Advantages:
- Avoid costly full fan-out / fan-in cone update
- Precise timing info





Dynamic Scoping

© 2006 ATopTech Inc. Confidential

8

Highly Confidential - Restricted to Outside Counsel of Record Only    ATopTech 0284004



# Timer

- Primetime compatible, correlates with Primetime extremely well
- Efficient data structure for memory utilization
- Integrated with delay calculator and optimization engine
- Extremely fast: ~5 mins per 1M instances
  - Enables optimization engine to run multiple scenarios
- Statistical Static Timing Analysis (SSTA) option (planned)



© 2006 ATopTech Inc. Confidential

9

Highly Confidential - Restricted to Outside Counsel of Record Only

ATopTech 0284005



# Floorplanning

- Timing budget for each block not required
- Automatic Pin Assignment / Feed-through assignment
  - based on detailed routing analysis
- Supports channeled, channel-less, and mixed designs
- Rectilinear / rotated / soft block support
- Multi-library, Multi-height std cells
- Clock Tree Planning
- PG Planning
  - PG routing
  - Static IR Drop Analysis
  - Multi-$V_{dd}$ support



© 2006 ATopTech Inc. Confidential

**10**

Highly Confidential - Restricted to Outside Counsel of Record Only                                              ATopTech 0284006



# Placement & Optimization <<<

- Analytical based placer
- Handle complex floorplan / placement constraints
  - Rectilinear regions
  - Mutli-height cells
  - Mixed /overlapping sites
- Congestion prediction highly correlates to detailed routing
- Concurrent Timing / Power / congestion optimization



© 2006 ATopTech Inc. Confidential

11

Highly Confidential - Restricted to Outside Counsel of Record Only          ATopTech 0284007



# Clock Tree Synthesis and Optimization

- Synthesizes clock tree
  - Buffers and gating cells
- Optimizations for power
  - Minimize number of buffers used and wire length
  - De-cloning of gating elements
  - Automatic insertion of clock gating logic
- Planned support:
  - Spines, Fishbones, and Meshes



© 2006 ATopTech Inc. Confidential

12