EXHIBIT 7
To Declaration of Paul Alexander
Part 2



# Multi-Corner Multi-Mode Optimization

- Concurrent MCMM optimization during placement, global route, and detail route
- Unlimited combinations of modes and corners
  - Any timing options (such as OCV) can be put in any scenario
- Parallel timing analysis
  - Distributes scenarios and merges results together
    - Multi-CPU or Multi-machine
  - Intelligent iterations
    - Dynamically determine dominant scenario
    - Takes into account other scenarios
- Ability to work on both pre and post route data

Highly Confidential - Restricted to Outside Counsel of Record Only        ATopTech 0284009



# Router <<<<<

- Global router
  - Fast algorithm, ~30 min for 2.8M instances
  - Timing-driven, SI-aware
  - Assign wires on routing tracks
- Hybrid detail router
  - Grid-based, but can generate off-grid route whenever necessary
  - Polygon and object based DRC checker, consistent with sign-off DRC tools
  - 250K Instances route ~5 mins on 8 CPU's
  - Multi-threaded, virtually linear with number of CPU's
    - 7X speed up with 8 CPU's
- DFM handled while routing as well as post route operation
  - Foundry recommended rules, double vias, antenna fix
  - Metal fill, wire spreading (Q4)



# Advanced Design Rule Support




End-of-Line Rule

Before      After




Minimum Edge Rule

© 2006 ATopTech Inc. Confidential

15

Highly Confidential - Restricted to Outside Counsel of Record Only     AtopTech 0284011

# Router Features



Double-Via



Shielding



Special Route

© 2006 ATopTech Inc. Confidential

16

Highly Confidential - Restricted to Outside Counsel of Record Only        ATopTech 0284012



# RC extraction

- 3-D field-solver to to generate RC table
- Take ITF or equivalent input
- 2.5D RC extraction
- Mutli-thread, virtually linear with number of CPUs
- Extract mutliple corners at the same time
- Can specifly multiple RC-models
- Can store mutliple-corner RC in the DB
- Correlate very well with signal-off tools
- On-the-fly incremental RC-extraction for in-route timing/SI fixing

© 2006 ATopTech Inc. Confidential

17

Highly Confidential - Restricted to Outside Counsel of Record Only                                     ATopTech 0284013



# Sign-off Correlations

Timing



250K Instance design, 90nm, complex timing constraints

Capacitance (pf)



AtopTech

© 2006 ATopTech Inc. Confidential

**18**

Highly Confidential - Restricted to Outside Counsel of Record Only

ATopTech 0284014



# Signal Integrity

- Static IR drop
- Both cross talk delay and noise (glitch)
- Electrical filtering
- Logic filtering
- Timing window filtering
- Integrated to timing and optimization engine  <<<<<

© 2006 ATopTech Inc. Confidential

19

Highly Confidential - Restricted to Outside Counsel of Record Only                    ATopTech 0284015



# Routing & Optimization <<<<<<<

- The most timing-consuming part of most flows for closure
  - Tools not integrated, huge amount of Routing / RC data / timing data exchange with important information lost
  - Many expensive iterations make tape out unpredictable
- Unique Interconnect-Centric Physical Synthesis
  - Integrated Routing / RC / Timing / SI data structure
  - Quickly switching between different engines to identify and fix all the problems precisely
- Concurrent optimization for all corners and modes
  - Groute_opt
    - Near-Detail Route RC for timing/SI with wires assigned to track
    - Maximum flexibility for optimizing net-list and routing
  - Droute_opt
    - Precise RC while taking account into all the routing changes
    - Timing/SI aware routing algorithm to optimize routing patterns

© 2006 ATopTech Inc. Confidential

**20**

Highly Confidential - Restricted to Outside Counsel of Record Only                                        ATopTech 0284016



# Lithography Aware Routing



AtopTech has partnered with a TSMC Certified vendor to deliver a robust solution
- to be announced

© 2006 ATopTech Inc. Confidential

21

Highly Confidential - Restricted to Outside Counsel of Record Only        ATopTech 0284017



# Low Power Support

- Power is considered during placement
- Hot spot prevention
- Clock gating cells considered during placement
- Multi-Vth libraries support
- High quality leakage power optimization with timing/SI/DRC/area
- Ease of multi-Vdd designs
- Automatically deals with multi-Vdd constraints
- PG Routing for multi-Vdd
- Routing is voltage domain aware
- Buffer insertion/optimization is multi voltage domain aware
- Auto insertion/placement of level shifters (planned)
- MTCMOS design support (Q4)
-





© 2006 ATopTech Inc. Confidential

22

Highly Confidential - Restricted to Outside Counsel of Record Only                ATopTech 0284018



# RTL Debugging

- Technology
  - Verilog Parsing
  - Fast Synthesis
  - Formal Verification
- Equivalence between RTL and the physical netlist is determined
- User can click on instances or regions in the physical database and have the corresponding RTL highlighted and vice versa
- Planned for Q1'07

© 2006 ATopTech Inc. Confidential

**23**

Highly Confidential - Restricted to Outside Counsel of Record Only                                       ATopTech 0284019



# Data Requirements

- Design Information
    - Gate level netlist
    - Design constraints – SDC
    - Floorplan Information – DEF
        - Either from exisiting flow or AtopTech Floorplanner

- Library Information
    - .lib for all libraries including macros
    - Technology File – LEF/MW or equivalent data
    - Parasitic information – ITF or equivalent data
    - Physical Library
        - Either LEF or FRAM View (Milkyway DB)

Highly Confidential - Restricted to Outside Counsel of Record Only                                    ATopTech 0284020



# R&D Status

- August '06
- Complete Floorplan, Place and Route Solution
- Concurrent Timing/SI/Power/DFM with MCMM
- Block level flat design flow
- Traditional hierarchical flow

- Q4 '06
- Hierarchical flow with Scope based Virtual Hierarchy
- Multi-threaded Timer, Optimizer, SI
- MTCMOS Support

© 2006 ATopTech Inc. Confidential

25

Highly Confidential - Restricted to Outside Counsel of Record Only                    ATopTech 0284021



# Summary

- Design Closure in hours versus weeks/months
  - Advanced new software architecture
  - Interconnect-Centric physical synthesis    <<<<<<<<
  - Significantly faster than today's solutions in all aspects
  - No additional physical design tools required
- Large design support
  - Virtual hierarchy
  - High capacity (3M+) flat design
  - Small memory footprint
    - Handles 1M+ instances on 32bit platform
- Architected specifically for:
  - Design Variability – MCMM, SI, Power, and DFM
  - Multi-Threading and Multi-Processing
  - Flexibility in creating new design rules
  - Low Power

© 2006 ATopTech Inc. Confidential

26

Highly Confidential - Restricted to Outside Counsel of Record Only           ATopTech 0284022