# EXHIBIT 8
# To Declaration of Paul Alexander
# Part 1

# Exhibit 008

**ATopTech**

# Breaking the Bounds of Physical Design
## DAC
## June 2007

Highly Confidential - Restricted to Outside Counsel of Record Only

ATopTech 0284023



# Company Background

- Development started January 2004
  - $14M raised – employees, Acorn Campus, H&Q, Dragon Fund
- Headquartered in Santa Clara
  - No off-shore development
- Experienced R&D Team
  - Ping-San Tzeng, PhD – Chief Architect
    - Synopsys Fellow, Avanti, and Cadence
  - Many of the team have worked together for 10+ years
  - Third commercial place and route system (Apollo, Astro, AP)
- Company Milestones
  - Product released December 2006
  - Generating revenue
  - Several Tape-outs, including Broadcom
  - 55nm Design underway

© 2007 ATopTech Inc. Confidential

2

Highly Confidential - Restricted to Outside Counsel of Record Only    ATopTech 0284024



# History of Place of Route

- ## The 'Good' Old Days (.25um +)
  - Logic-synthesis ⇨ P&R ⇨ Tape-out

- ## The Sub-micron problem (.18um, .13um)
  - Wire-load can not be predicted without placement
  - Placement-based physical synthesis
  - Topology-based logic synthesis

- ## The Nanometer problem (90nm, 65nm, 45nm ...)
  - Crosstalk noise can not be accurately predicted without routing
  - Power is critical
    - Low-leakage cells even more sensitive to crosstalk
  - Automated design closure is rare and runtimes have exploded

Highly Confidential - Restricted to Outside Counsel of Record Only                    ATopTech 0284025

# How Older Architectures Try to Cope with Nanometer Design

- **Placement-based physical synthesis (e.g. GAIN-Based)**
  - Most physical optimization (sizing/buffering) is based on <u>estimated</u> RC
  - The nanometer problem: post-route timing surprises
- **Margin-based over-optimization**
  - Using extremely pessimistic wire cap models in placement phase
  - Oversizing cells to prevent SI problems. Penalty:
    - longer run-times,
    - higher cell-count/area
    - higher power consumption
- **Power/Area Recovery**
  - Oversized cells creating too many strong aggressors
  - Not much room for weaker signals to survive



# AtopTech's "Precision" Optimization

- **Run Physical Optimization throughout the Flow**
  - During Placement, CTS, Global Route, and Detailed Route
  - Optimization based on precise RC and SI information
  - Use average RC in the placement phase without over-optimization
  - Global route opt / Detailed route opt based on:
    - Real routing and 2.5D RC-extraction
    - Accurate timing/SI engine correlated to Sign-off quality tools
- **Benefits**
  - Faster Design Closure and TAT
  - Much less buffering
  - No timing-jump after routing
  - Lower power consumption

© 2007 ATopTech Inc. Confidential

5

Highly Confidential - Restricted to Outside Counsel of Record Only        ATopTech 0284027



# Benchmark Examples

| Design Type | Size | Frequency | Tech. | TAT | Competitor TAT |
|---|---|---|---|---|---|
| Ethernet | 1.3M | 367 Mhz | 65nm | 60 hr | 13 days |
| Custom CPU Core | 237K | 715 Mhz | 90 nm | 12 hr 47 min | 6 days |
| Graphics Block | 630K | 400 Mhz | 65nm | 44 hr 50 min | 9 days results unusable |
| Consumer Electronics | 1.51M | 266 Mhz | 90nm | 27 hr 31 min | 5 days |
| Video Block | 167K | 216 Mhz | 65nm | 7 hr 51 | 3 days |
| MIPS Core | 92K | 385 Mhz | 65nm | 9 hr 46 min | 3 days |
| Network Switch | 735K | 350 Mhz | 65nm | 68 hr 55 | Unable to route |

© 2007 ATopTech Inc. Confidential

6

Highly Confidential - Restricted to Outside Counsel of Record Only      ATopTech 0284028



# AtopTech Key Technology

- Written from scratch to solve today's challenges
- Complete Netlist to GDSII Solution
- Intuitive easy-to-use GUI
- Powerful Tcl Scripting
- Built for advanced design rules - 65nm, 45nm and below
- Precision Optimization
- Excellent QoR with fewer instances, smaller area
- Concurrent MCMM Optimization
- Sophisticated Parallel Computing
- Multi threaded and distributed
- 2-3M instances goal: 24 hr turn-around for complete closure
- Virtual Hierarchy
- Extend the solution to the full-chip level

©2007 ATopTech Inc Confidential

7

Highly Confidential - Restricted to Outside Counsel of Record Only                     ATopTech 0284029



# Floorplanning

- Floorplan can be read in from DEF or created with parameters
- Supports channeled, channel-less, and mixed designs
- Supports rectilinear floorplans
- Multi-library, Multi-height std cells
- Macro placement can be done or automatic or manually in GUI



Highly Confidential - Restricted to Outside Counsel of Record Only   ATopTech 0284030



# Hierarchy/Module Browser

▸ Allows easy analysis of hierarchy and relationship between logical connectivity and physical floorplan



© 2007 ATopTech Inc. Confidential

9

Highly Confidential - Restricted to Outside Counsel of Record Only    ATopTech 0284031



# Netlist Browser

▸ Netlist Browser for debugging timing/netlist issues :
▸ HTML style for easy cross-probing to layout



© 2007 ATopTech Inc. Confidential

**10**

Highly Confidential - Restricted to Outside Counsel of Record Only

ATopTech 0284032