EXHIBIT 8
To Declaration of Paul Alexander
Part 2

# Exhibit 008

Part 2 of 3



# Placement & Optimization

▶ Timing-driven analytical based placer
- Calls timer very frequently to dynamically obtain the best net weightings
- Iterates between wire-length, congestion, and timing optimization multiple times

▶ Handles complex floorplan / placement constraints
- Rectilinear regions
- Multi-height cells
- Mixed /overlapping sites

▶ Efficient HFS (High Fan-out Synthesis) with optimal number of buffers inserted
- Uses Clustering and Dynamic Programming to find the trade-off between area & timing
- Finds the buffer tree configuration that meets timing with smallest area



© 2007 ATopTech Inc. Confidential

**11**

Highly Confidential - Restricted to Outside Counsel of Record Only

ATopTech 0284033



# Clock Tree Synthesis and Optimization

Low Power CTS

Cluster-based clock trees or meshes

Supports gated clocks, generated clocks

Use buffers and/or inverters

Synchronize generated clock pins

Automatic clock gate cloning and de-cloning

Match latency target specified by user for any pins

Automatic creation of special routing constraints (layer, double width/spacing/via, shielding, etc.)



© 2007 ATopTech Inc. Confidential

12

Highly Confidential - Restricted to Outside Counsel of Record Only

ATopTech 0284034



# Clock Tree Synthesis and Optimization

▶ Optimization for power and area
  - Minimize number of buffers used
  - Up to 40% fewer buffers than competitive tools

▶ Optimization for skew
  - Minimize global skew
  - Minimize inter-clock skew
  - Allow useful local skew for timing optimization

▶ Clock Tree Browser (GUI)
  - Provide cross probing between clock tree hierarchy and layout
  - Detailed delay, transition, skew and load information for each node
  - Find/highlight any max or min path to calculate local skew



© 2007 ATopTech Inc. Confidential

**13**

Highly Confidential - Restricted to Outside Counsel of Record Only

ATopTech 0284035



# De-cloning Clock Gating for Low Power

▶ **Placement Optimization**
  – De-clone CG cells and move them to root

▶ **CTS Phase 1**
  – Leave CG cells at root
    • Least power, worst timing

▶ **What-If? Analysis**
  – Analyze setup slacks of the gating clock pin
  – Estimate the power increase for meeting a target setup slack

▶ **CTS Phase 2**
  – Based on the target slack from the what-if analysis





Highly Confidential - Restricted to Outside Counsel of Record Only

14

ATopTech 0284036



# Integrated Signal-Path & Clock Tree Optimization

▶ Concurrent optimization of combinational paths & clock tree
  – Consider launching, combination path, and capturing path as one
  – Optimize inter-clock skew and local skew automatically based on slack
    • Eliminates tedious manual trial & error iterations in CTS
  – Produces better timing & power QoR



Highly Confidential - Restricted to Outside Counsel of Record Only                              ATopTech 0284037



# Static Timing and MCMM

▶ Reads SDC natively

▶ Reporting format compatible with PrimeTime

▶ Extremely fast: ~5 mins per 1M instances

- Enables greater exploration space for optimization

▶ Correlates with Primetime extremely well

▶ Integrated with delay calculator and optimization engine

▶ Support for path groups and group cost

▶ Fully incremental

© 2007 ATopTech Inc. Confidential

**16**

Highly Confidential - Restricted to Outside Counsel of Record Only

ATopTech 0284038



# Timing Analysis with OCV

▷ Very fast native OCV analysis

▷ No need for pruning fan-in cones

▷ Independent control of OCV derating factors
 – Clock, Data, Launch, and Capture

▷ Control of clock reconvergence pessimism removal - CRPR

▷ Control of  transition matching for removing common point pessimism
 – remove pessimism only if both set up and launch clocks have the same edge at the common point

© 2007 ATopTech Inc. Confidential

Highly Confidential - Restricted to Outside Counsel of Record Only

ATopTech 0284039



# Multi-Corner Multi-Mode Timing Analysis

▶ Supports unlimited combinations of modes and corners
- Any timing options can be put in any scenario:
  - OCV, link_path_per_instance
▶ Parallel timing analysis
- Distributes scenarios and merges results together
  - Multi-core CPU or Multi-machine



© 2007 ATopTech Inc. Confidential

18

Highly Confidential - Restricted to Outside Counsel of Record Only

ATopTech 0284040



# Timing Browser

➤ Timing paths can be annotated in the layout using the timing browser

➤ HTML style cross-probing for cells and nets



© 2007 ATopTech Inc. Confidential

**19**

ATopTech 0284041



# Global Route / Optimization

- ► Global route with Track Assignment
- ► Fast algorithm, ~30 min for 2.8M instances
- ► RC and SI close to detail route level precision
- ► Timing-Driven, SI aware
- ► Built-in incremental/ECO mode
- ► Automatically iterate between Routing and Optimization
- ► Sizing/buffering for timing/SI/power
- ► Incremental global route to relieve congestion
- ► Timing and SI driven re-route and track re-assign
- ► Concurrent optimization for MCMM
- ► Fix most of SI violations before detail routing
- ► Fixing SI after detailed route can cause too much change in the design and route ability

© 2007 ATopTech Inc. Confidential

**20**



# Detail Router / Optimization

- ▶ Hybrid detail router
- ▶ Grid-based, but can generate off-grid route whenever necessary
- ▶ 250K Instances route ~5 mins on 8 CPU's
- ▶ Multi-threaded, virtually linear with number of CPU's
- ▶ ~7X speed up with 8 CPU's
- ▶ Supports all 90/65/45 nm design rules
- ▶ End-of-line spacing/extension, min edge, min enclosure, etc.
- ▶ Support special route rules
- ▶ Wide width/spacing, shielding, via doubling

- ▶ Automatically iterates between routing and optimization
- ▶ Precise RC while taking all the routing changes into account
- ▶ Incremental global/detail routing and RC extraction

© 2005 ATopTech Inc. Confidential

21

Highly Confidential - Restricted to Outside Counsel of Record Only

ATopTech 0284043



# DRC Checker and DRC Browser

- ▶ DRC engine
- ▶ Support all 90/65/45 nm design rules
- ▶ Multi-threaded, virtually linear with number of CPUs
- ▶ ~6 min for 1M instances on 8-CPUs
- ▶ Can check opens and shorts
- ▶ Can check violations on pre-routes
- ▶ DRC browser allows easy analysis of violations
- ▶ HTML style links allow zooming in on individual violations



© 2007 ATopTech Inc. Confidential

**22**



# ECO Capabilities

- ## By netlist comparison
  - Hierarchical or flat netlist
- ## By change file (TCL commands)
  - Replace cell, add/delete cell/net, connect/disconnect
- ## Built-in ECO P&R engine
  - ECO placement with minimal disturbance
  - ECO route modes
    - Modified nets only, modified nets first, or all nets
    - Automatically add or remove double vias during ECO routing
- ## Freeze silicon ECO
  - Skip ECO placement
- ## Quick turn-around time
  - 1 hour for an ECO with changes in 700 cells and 5K connections on a design of 650K instances

© 2007 ATopTech Inc. Confidential

Highly Confidential - Restricted to Outside Counsel of Record Only

ATopTech 0284045

*ATopTech*

# Advanced Design Rule Support

 

End-of-Line
Rule

Before                                        After

 

Minimum Edge
Rule

**24**

Highly Confidential - Restricted to Outside Counsel of Record Only

ATopTech 0284046