EXHIBIT 8
To Declaration of Paul Alexander
Part 3

# Exhibit 008

Part 3 of 3



# Router Features



Double-Via



Shielding



Special Route

© 2007 ATopTech Inc. Confidential

**25**

Highly Confidential - Restricted to Outside Counsel of Record Only

ATopTech 0284047



# Sign-off Correlations

▶ RC extraction vs. Star-RC
- Average 8% (more pessimistic)

▶ Timer vs. PrimeTime
- 100% match when using zero-RC or wire load model
- With actual RC and Arnoldi delay calculation
  - 95% of cells/nets delay error < 1%
  - Worst case 5%
- Total path slack (w/o SI)
  - Average  error < 20 ps

▶ Delta (crosstalk) delay on pins vs. CeltIC
- Average error < 20 ps
- 95% pins within 50 ps

© 2007 ATopTech Inc. Confidential

**26**



# RC Extraction

- ▶ 3-D field-solver to to generate RC tables
- ▶ Take Star-RC ITF or equivalent input
- ▶ Create TLU models for R and C
- ▶ Support temperature derating for resistance
- ▶ Generate different models based on different RC corners
- ▶ 2.5D RC extraction
- ▶ Multi-thread, virtually linear with number of CPUs
- ▶ ~3 min for 1M instances on 8 CPUs
- ▶ Extract multiple corners at the same time
- ▶ Can specify multiple RC-models
- ▶ Can store multiple-corner RC in the DB
- ▶ Correlates with signal-off tools
- ▶ On-the-fly incremental RC-extraction for in-route timing/SI fixing

© 2007 ATopTech Inc. Confidential

**27**



# Signal Integrity

- Signal Integrity addressed *EARLY* at global route phase since near detail route information is available
- Support both cross talk delay and noise (glitch)
- Timing window filtering and electrical filtering
  - CeltIC model
  - PT-SI model
- Fast mode analysis
  - 10X faster than sign-off analysis tools
  - Accuracy
    - 95% pins within 50 ps
    - 90% pins within 30 ps
- Tightly integrated into timing and optimization engine

© 2007 ATopTech Inc. Confidential

28

Highly Confidential - Restricted to Outside Counsel of Record Only

ATopTech 0284050



# 90nm Cap and Timing w/SI Correlation



**AtopTech vs. CeltIC**

**AtopTech vs. StarRC**

© 2007 ATopTech Inc. Confidential

**29**

Highly Confidential - Restricted to Outside Counsel of Record Only

ATopTech 0284051



# 65nm Cap and Timing w/SI Correlation



**AtopTech vs. CeltIC**

**AtopTech vs. StarRC**

© 2007 ATopTech Inc. Confidential

**30**

Highly Confidential - Restricted to Outside Counsel of Record Only



# Advanced Parallel Computing

▶ Multi-threaded
 – Detailed Route
 – Extraction
 – DRC Checking
 – Scan chain Optimization
 – PG Routing

▶ Multi-processing Computing
 – MCMM Timing Analysis with SI

▶ Future multi-threading
 – Placement
 – Optimization
 – MCMM Timing Analysis

© 2007 ATopTech Inc. Confidential

31

Highly Confidential - Restricted to Outside Counsel of Record Only

ATopTech 0284053



# TCL Interface to Data Model

➤ Open integrated data model allows easy TCL access to both physical and logical attributes

➤ Easy command line interface to database objects with "get" commands

➤ Support for "collections" similar to PT

➤ Filtering with boolean operation support

➤ User can query and modify object attributes through command line

➤ Analysis results from STA and extraction can be queried through attributes on db objects

➤ Example: this one command will turn all fixed cells into cells movable by the placer:

– set_attribute [get_cells * -filter place_status==fixed]  place_status placed

© 2007 ATopTech Inc. Confidential

Highly Confidential - Restricted to Outside Counsel of Record Only

ATopTech 0284054



# Low Power Support

▶ **Static Power Optimization**
  – Multi-$V_{th}$ leakage power optimization
  – MTCMOS design support

▶ **Dynamic Power Optimization**
  – Timing/power trade-off optimization
  – CTS
    • Wire length and buffer reduction
  – Multi-Voltage domain support

▶ **More in development**

Highly Confidential - Restricted to Outside Counsel of Record Only

ATopTech 0284055



# Multi-V$_{dd}$ Designs Made Easy

➤ Automatically deals with multi-V$_{dd}$
constraints

➤ PG Routing for multi-V$_{dd}$

➤ Routing is voltage domain aware

➤ Buffer insertion/optimization is
multi voltage domain aware

➤ Auto insertion/placement of level
shifters





© 2007 ATopTech Inc. Confidential

**34**

Highly Confidential - Restricted to Outside Counsel of Record Only

ATopTech 0284056



# Virtual Hierarchy



➤ In flat methodology tools cannot handle the capacity

➤ In traditional hierarchical design all blocks done without knowledge of paths outside the block – time budgeting needed and top level closure difficult

Highly Confidential - Restricted to Outside Counsel of Record Only                    ATopTech 0284057



# Virtual Hierarchy for Large "Flat" Designs



➤ Top level SDC Provided
➤ Pin Assignments and feed-throughs automatically assigned
➤ Blocks run on different machines in parallel
➤ After every pass more precise timing information is provided for next iteration
➤ Useful for customers who do not have a hierarchical methodology in place or want to flatten the design

© 2007 ATopTech Inc. Confidential

Highly Confidential - Restricted to Outside Counsel of Record Only                ATopTech 0284058



# Virtual Hierarchy for Top Level Closure



▶ After every pass more precise timing information is provided for next iteration

▶ Use traditional hierarchical flow to close block timing using block level SDC

▶ Virtual hierarchy used to close final timing using top level SDC

▶ For customers with hierarchical methodology in place

© 2007 ATopTech Inc. Confidential

Highly Confidential - Restricted to Outside Counsel of Record Only

ATopTech 0284059



# Summary

- Precision Optimization
- Real design closure at 65nm and below
- Good correlation to sign-off tool and DRC clean
- Up to 10% less standard cell area and 40% less leakage power than current tools
- Sophisticated Parallel Computing
- Concurrent MCMM
- Multi-threaded and multi-processing
- Up to 5X faster than current tools
- Small Memory Footprint and Easy-to-Use UI
- Enables large flat design
- Virtual Hierarchy eliminates hierarchical design pains

© 2007 ATopTech Inc. Confidential

38

Highly Confidential - Restricted to Outside Counsel of Record Only

ATopTech 0284060