# EXHIBIT 9
## To Declaration of Paul Alexander
## Part 1

# ATopTech

# Breaking the Bounds of Physical Design

## Design Automation Conference
## June 2008

Highly Confidential - Restricted to Outside Counsel of Record Only
ATopTech 0078023



# Company Background

➤ **Development started January 2004**
  - $14M raised – Founders, Acorn Campus, H&Q, ID Innovation, VCEDA
➤ **Headquartered in Santa Clara**
  - All R&D in Silicon Valley
➤ **Company Milestones**
  - Product released December 2006, Company Launched December 2007
  - Generating multi-million in revenues
  - 20+ Tape-outs, including Broadcom, Sharp, and Raza Micro
    - Mostly 65nm
    - 20+ Tape-outs within the next 6 months
  - Several 40nm designs underway
➤ **Experienced Team**
  - Majority of the team have worked together for 10+ years
  - Third commercial place and route system developed by team and founders (Apollo, Astro, Aprisa)

© 2008 ATopTech Inc. Confidential

2

Highly Confidential - Restricted to Outside Counsel of Record Only

ATopTech 0078024



# Why Another Place and Route Solution?

- At 180nm and 130nm wire-load models weren't accurate without placement information leading to placement based synthesis
- At 90nm and below, crosstalk noise cannot be accurately modeled without precise routing information
- At 65nm, the current generation of physical design tools broke
  - New challenges such as OCV, MCMM, and more complex design rules
  - Runtimes exploded
  - DRC's became unfixable
  - Timing did not correlate to sign-off tools
  - Timing Closure became a manual task
  - Many chips slipped schedules
- EDA vendors focused on DFM solutions not solving the designers problems
- Post-route closure solutions are not adequate or time effective

© 2008 ATopTech Inc. Confidential

3

Highly Confidential - Restricted to Outside Counsel of Record Only

ATopTech 0078025



# ATopTech's Aprisa

- <u>Complete</u> netlist to GDSII physical design solution
  - Floorplanning, Placement, CTS, Global and Detailed Routing

- Written from scratch to solve today's challenges
  - Built for advanced design rules - 65nm, 45nm and below
  - Multi-threaded and multi-processing makes use of today's multi-core CPU's for fast turn around times
  - Multi-Corner Multi-Mode, OCV
  - High capacity flat (2M instances +) with small memory footprint
  - Native support for Multi-$V_{dd}$ and Voltage Island Designs
  - DFM support
    - double via's, wire spreading, end of line, min edge, etc...
  - Easy to use GUI, Powerful Tcl scripting, Extensive ECO capabilities
  - Excellent correlation to sign off tools – PT-SI and CeltIC
  - Typically 10-15% better timing, much less buffering, and lower leakage

© 2008 ATopTech Inc. Confidential

4

# Interconnect Centric "Precision" Optimization

*ATopTech*

- ▶ Current solutions use margin-based over-optimization to compensate for today's challenges:
    - Physical optimization is based on <u>estimated</u> parasitics
        - Over-sizes cells to prevent SI problems.
        - Longer run-times, higher cell-count/area, and higher power consumption

- ▶ "Precision" runs Physical Optimization throughout the flow
    - Concurrent with placement, CTS, global route, and detailed route
    - Optimization is based on precise parasitics and SI information
    - Global route opt / detailed route optimization based on fast 2.5D extraction

- ▶ Benefits
    - Faster design closure and TAT
    - Much less buffering
    - No timing-jump after routing
    - Lower power consumption

© 2008 ATopTech Inc. Confidential

5

Highly Confidential - Restricted to Outside Counsel of Record Only



# Benchmark Examples

| Design Type | Size (Instances) | Frequency | Tech. | TAT (Netlist – GDS) | Competitor TAT |
|---|---|---|---|---|---|
| Ethernet | 1.3M | 367 Mhz | 65nm | 60 hr | 13 days |
| Custom CPU Core | 237K | 715 Mhz | 90 nm | 12 hr 47 min | 6 days |
| Graphics Block | 630K | 400 Mhz | 65nm | 44 hr 50 min | 9 days results unusable |
| Consumer Electronics | 1.51M | 266 Mhz | 90nm | 27 hr 31 min | 5 days |
| Video Block | 167K | 216 Mhz | 65nm | 7 hr 51 | 3 days |
| MIPS Core | 92K | 385 Mhz | 65nm | 9 hr 46 min | 3 days |
| Network Switch | 735K | 350 Mhz | 65nm | 68 hr 55 | Unable to route |

© 2008 ATopTech Inc. Confidential

6

Highly Confidential - Restricted to Outside Counsel of Record Only



# Floorplanning / Placement

▶ Floorplanning

– Floorplan can be read in from DEF or created with parameters

– Supports channeled, channel-less,  and mixed designs

– Supports rectilinear floorplans

– Multi-library, Multi-height std cells

– Macro placement can be done or automatic or manually in GUI



▶ Placement and Optimization

– Timing and congestion driven analytical based placer

– Handles complex floorplan / placement constraints

– Iterates between wire-length, congestion, and timing optimization multiple times



© 2008 ATopTech Inc. Confidential

7

Highly Confidential - Restricted to Outside Counsel of Record Only

ATopTech 0078029



# MCMM Clock Tree Synthesis and Optimization

- Automatically minimizes skew on all corners simultaneously
- Iterates through modes to identify the clock tree structure
- Supports gated or generated clocks
- Synchronize generated clock pins
- Clock gate cloning and de-cloning for low power CTS
- Accounts for special routing constraints (layer, wide width/spacing, shielding)



© 2008 ATopTech Inc. Confidential

8

Highly Confidential - Restricted to Outside Counsel of Record Only



# Built-In Timing Analysis

» **Extremely Fast Sign-off Quality Timer**
  – ~5 mins per million instances
  – Reads SDC natively
  – Excellent correlation with Primetime-SI or CeltIC

» **Native OCV Analysis**
  – Independent control of OCV de-rating factors
    • Clock, data, launch, and capture
  – Control of clock re-convergence pessimism removal - CRPR
  – Control of  transition matching for removing common point pessimism

© 2008 ATopTech Inc. Confidential

9

Highly Confidential - Restricted to Outside Counsel of Record Only

ATopTech 0078031



# Multi Corner Multi Mode Timing Analysis

≫ Supports unlimited scenarios
- A scenario is a combination of a mode and a corner
- Any timing options can be put in any scenario:
    - OCV, link_path_per_instance

≫ Multi-threaded or Distributed timing analysis
- Multi threaded if # scenarios $\leq$ # cores
- Distributed if # scenarios > # cores

≫ Intelligent MCMM Optimization
- Round robin - more efficient when different scenarios have little conflict
- Multi threaded - more effective when scenarios clash
- Automatically determines best mode to operate

© 2008 ATopTech Inc. Confidential

**10**

Highly Confidential - Restricted to Outside Counsel of Record Only



# Global Route / Optimization

- Global route with Track Assignment
- Fast algorithm, ~30 min for 2.8M instances
- Timing-Driven, SI aware
- Parasitics and SI close to detail route level precision
- Built-in incremental/ECO mode

- Automatically iterates between Routing and Optimization
- Sizing/buffering/spreading for Timing/SI/Power
- Incremental global route to relieve congestion
- Timing and SI driven re-route and track re-assign
- Concurrent optimization for MCMM

- Fix most of SI violations before detail routing
- Fixing SI after detailed route can cause too much change in the design and
  - route-ability

© 2008 ATopTech Inc. Confidential

**11**

Highly Confidential - Restricted to Outside Counsel of Record Only

ATopTech 0078033



# Detail Router / Optimization

➤ Hybrid detail router
➤ Grid-based, but can generate off-grid route when necessary
➤ 250K Instances route ~5 mins on 8 CPU's
➤ Multi-threaded, virtually linear with number of CPU's
➤ ~7X speed up with 8 CPU's
➤ Supports all 90/65/45 nm design rules
➤ End-of-line spacing/extension, min edge, min enclosure, etc.
➤ Support special route rules
➤ Wide width/spacing, shielding, via doubling
➤ DFM Ready
➤ Takes input from litho analysis tools

➤ Automatically iterates between routing and optimization
➤ Concurrent optimization for MCMM
➤ Timing and SI driven route and re-route
➤ Precise parasitics on the fly as changes made
➤ In-route antenna fix and via doubling

© 2008 ATopTech Inc. Confidential

**12**

Highly Confidential - Restricted to Outside Counsel of Record Only

ATopTech 0078034



# ECO Capabilities

» **Core Engines architected for ECO's**
  – ECO placement and routing with minimal disturbance
    • Automatically add or remove double vias during ECO routing

» **By net-list comparison**
  – Hierarchical or flat

» **By change file (TCL commands)**
  – Replace cell, add/delete cell/net, connect/disconnect

» **Freeze silicon ECO**

» **Quick turn-around time**
  – 1 hour for an ECO with changes in 700 cells and 5K connections on a design of 650K instances

© 2008 ATopTech Inc. Confidential

**13**



# Signal Integrity Analysis and Fixing

» Signal Integrity addressed *EARLY* at global route phase since near detail route information is available

» Timing window filtering and electrical filtering
 – CeltIC or PT-SI modes

» Fast mode analysis
 – 10X faster than sign-off analysis tools
 – Excellent Correlation with Sign-Off Tools
  • 95% pins within 50 ps
  • 90% pins within 30 ps

» CCS Noise Support for greater accuracy
 – Delta-delay analysis for 180K instances: ~2 minutes with 8 CPU's

© 2008 ATopTech Inc. Confidential

14

Highly Confidential - Restricted to Outside Counsel of Record Only

ATopTech 0078036