EXHIBIT 9
To Declaration of Paul Alexander
Part 2



# RC Extraction

▸ 3-D field-solver to to generate RC tables
▸ Take Star-RC ITF or equivalent input
▸ Create TLU models for R and C
▸ Support temperature derating for resistance

▸ 2.5D RC on-the-fly extraction
▸ Multi-threaded, virtually linear with number of CPU's
▸ ~3 min for 1M instances on 8 CPU's
▸ In-route timing/SI fixing

▸ Correlates with signal-off tools

© 2008 ATopTech Inc. Confidential

Highly Confidential - Restricted to Outside Counsel of Record Only

ATopTech 0078037



# 65nm Cap and Timing w/SI Correlation



**AtopTech vs. CeltIC**

**AtopTech vs. StarRC**

© 2008 ATopTech Inc. Confidential

**16**



# 65nm PTSI Correlation - 250K Instance Design



**AtopTech vs. PTSI Delta-Delay**



**AtopTech vs. PTSI Delta-Tran**

© 2008 ATopTech Inc. Confidential

**17**

Highly Confidential - Restricted to Outside Counsel of Record Only

ATopTech 0078039



# TCL Interface to Data Model

➢ Open integrated data model allows easy TCL access to both physical and logical attributes

➢ Easy command line interface to database objects with "get" commands

➢ Support for "collections" similar to PT

➢ Filtering with boolean operation support

➢ User can query and modify object attributes through command line

➢ Analysis results from STA and extraction can be queried through attributes on db objects

➢ Example: this one command will turn all fixed cells into cells movable by the placer:

   – set_attribute [get_cells * -filter place_status==fixed]  place_status placed

© 2008 ATopTech Inc. Confidential

**18**

Highly Confidential - Restricted to Outside Counsel of Record Only

ATopTech 0078040



# The Problem with Flat P&R Engines

- P&R engines run on flat net-list
  - First step in P&R: flatten the net-list
  - Hierarchical ports have no physical locations
  - Routing is all flat
  - Power-Ground routing are global and flat
- When Designs can be flattened for P&R
  - Timing constraints may still be on hierarchical ports
  - Verification and ECO prefer or require hierarchical net-list
  - Many constraints/intent is still based on hierarchical module
    - E.g. region, voltage, power-gating
- Users may still be forced to use do hierarchical P&R
  - Huge SOC designs are still too slow
  - Low-power control are still based on hierarchical modules
    - Power-gating, multi-VDD are based on Logic modules
  - Hierarchical P&R is painful and difficult

Highly Confidential - Restricted to Outside Counsel of Record Only                    ATopTech 0078041



# Aprisa's Hierarchical Solution

- **Unified Hierarchical Data Model for all Engines**
  - All P&R Engines runs directly on hierarchical net-list
    - Place, Route, PG, Timer, Optimization, LPE, DRC
  - No need to flatten the net-list
- **Can Run Flat Design Tasks like Hierarchical P&R**
  - Block P&R, Full chip flat P&R
  - Honor all the hierarchical design constraints
  - Much simpler than traditional hierarchical flow
  - Straight forward hierarchical Verilog-out at any time
- **Can run Hierarchical Design Tasks like flat P&R**
  - Proto-typing, hierarchical floorplan, chip-Assembly
  - Manipulate objects at any levels like flat design
  - Full flat P&R functions for hierarchical design
  - Engine and user can have a global view to find better solutions

© 2008 ATopTech Inc. Confidential

**20**



# Apogee – New Floorplan Prototyping Tool
# Traditional Hierarchical Top Down Flow

➤ Partition types – None, Flat, Hard Hierarchical
➤ Flat partition can be converted into hard-hierarchical partition
  – P/G, row, tracks copied down, timing budget for block
➤ Hard-Hierarchical partitions saved as independent projects
  – Automatic coordinate transformation for all physical data
  – Traditional block P&R on child projects



© 2008 ATopTech Inc. Confidential

**21**

Highly Confidential - Restricted to Outside Counsel of Record Only



# Aprisa Bottom Up Chip-Assembly flow

- Merge Projects
  - Replace module in top-project with module from block level project
  - MCMM RC data merged
  - prabs, gdsabs used if present
  - Block-level SDC/Scenarios ignored
- Different blocks can use different libraries (link_path_per_instance)
  - ex. for Multi-$V_{dd}$



© 2008 ATopTech Inc. Confidential

**22**

*ATopTech*

# Aprisa
# Top-level P&R with Hard-Partitions

- Full net-list viewable from top
- RC-data
- Top-level RC-tree can merge RC-tree in hard-partitions through module port
- Timing Analysis
- Trace path into hard-partitions and stop at FF/Memory
- Ignore internal timing paths inside the hard partitions
- Routing blockage
- "prabs" of hard-partition will be used
- GDS-out
- Can use "gdsabs" of hard-partition or generate GDS on the fly from routing inside hard-partition

© 2008 ATopTech Inc. Confidential

**23**

Highly Confidential - Restricted to Outside Counsel of Record Only

*ATopTech*

# Apogee
# Top-level P&R and Timing Closure

➤ Traditional channel-less design requires ECO's inside hard-partitions

➤ Virtual-hierarchical partition

➤ Treated like hard-partition when running at top-level

➤ Ability to optimize inside block partition based on top level timing

➤ Timing path tracing stopped at FF just outside module boundary



© 2008 ATopTech Inc. Confidential

**24**

Highly Confidential - Restricted to Outside Counsel of Record Only

ATopTech 0078046



# Multiple Power Domain (MPD) Support

▶ **Support for both Flat and Hierarchical Methodologies**

▶ **Power Domains**
  – Different $V_{dd}$
  – Power-gating (coarse-grain MTCMOS)
  – Assigned on any logical modules

▶ **Isolation Rules**
  – Rules for special cells between power domains
  – Rule-based automatic ISO/LS insertion
  – Automatic placement near  power domain boundary
  – Isolation rule checking
  – Incremental ISO/LS insertion





© 2008 ATopTech Inc. Confidential

**25**

Highly Confidential - Restricted to Outside Counsel of Record Only



# Multiple Power Domain (MPD) Support

▶ Power switching cells for power-gating domains
  – Header or footer
  – Auto placement with various patterns
    • Row, column, array, checkerboard, ring
  – Daisy-Chain connection for the enable-pins
  – Automatic buffering of enable nets

© 2008 ATopTech Inc. Confidential

**26**



# Retention/Always-On Cells

- Retention FF / Always-On Buffers
- Based on .lib information

- Always-active nets
- Nets driving always-on pins of retention FF
- Optimization uses Always-On buffer automatically

- Always-on PG-pin routing
- Extra-rail
- Cells should be placed in always-on islands around always-on stripes
- Extra-rail trimmed outside always-on islands
- Tie-as-signal
- Cells can be placed anywhere or inside always-on island only

© 2008 ATopTech Inc. Confidential

**27**

Highly Confidential - Restricted to Outside Counsel of Record Only

ATopTech 0078049



# Summary

▶ Written from scratch to solve 65nm and below issues

▶ Interconnect Centric Precision Optimization
- Real design closure at 65nm and below
- True correlation to sign-off tools and DRC clean
- 10-15% better timing

▶ Sophisticated Parallel Computing
- Makes use of the latest CPU technology
- Up to 5X faster than current tools

▶ Experienced team of P&R experts

▶ Complete Place and Route Technology addressing the needs of the nanometer era

▶ Tape-out proven

© 2008 ATopTech Inc. Confidential

Highly Confidential - Restricted to Outside Counsel of Record Only

ATopTech 0078050