# Exhibit 10
# To the Declaration of Paul Alexander
# In Support of ATopTech's Opposition to
# Synopsys' Motion for Summary Judgment

## CONDITIONALLY LODGED UNDER SEAL