# Exhibit 16
# To the Declaration of Paul Alexander
# In Support of ATopTech's Opposition to Synopsys' Motion for Summary Judgment

## CONDITIONALLY LODGED UNDER SEAL