| | |
|---|---|
| Robert A. Mittelstaedt (State Bar No. 60359)<br>ramittelstaedt@JonesDay.com<br>Patrick T. Michael (State Bar No. 169745)<br>pmichael@jonesday.com<br>Krista S. Schwartz (State Bar No. 303604)<br>ksschwartz@JonesDay.com<br>Joe C. Liu (State Bar No. 237356)<br>jcliu@JonesDay.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA  94104<br>Telephone:     +1.415.626.3939<br>Facsimile:     +1.415.875.5700<br><br>Heather N. Fugitt (State Bar No. 261588)<br>hfugitt@JonesDay.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA  94303<br>Telephone:     +1.650.739.3939<br>Facsimile:     +1.650.739.3900<br><br>Attorneys for Plaintiff<br>SYNOPSYS, INC. | Paul Alexander (#49997)<br>ARNOLD & PORTER LLP<br>1801 Page Mill Road, Suite 110<br>Palo Alto, CA 94304-1216<br>Telephone: (650) 798-2920<br>Fax: (650) 798-2999<br>E-Mail: paul.alexander@aporter.com<br><br>Martin R. Glick (#40187)<br>Daniel B. Asimow (#165661)<br>Willow White Noonan (#277584)<br>ARNOLD & PORTER LLP<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111-4024<br>Telephone: (415) 471-3100<br>Fax: (415) 471-3400<br>E-Mail: Marty.Glick@aporter.com<br>E-Mail: Daniel.Asimow@aporter.com<br>E-Mail: Willow.Noonan@aporter.com<br><br>Denise McKenzie (#193313)<br>Ryan Nishimoto (#235208)<br>ARNOLD & PORTER LLP<br>777 South Figueroa Street<br>Forty-Fourth Floor<br>Los Angeles, CA 90017-5844<br>Telephone: (213) 243-4000<br>Fax: (213) 243-4199<br>E-Mail: Denise.McKenzie@aporter.com<br>E-Mail: Ryan.Nishimoto@aporter.com<br><br>Attorneys for Defendant<br>ATOPTECH, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>              Plaintiff,<br><br>v.<br><br>ATOPTECH, INC.,<br><br>              Defendant. | **Case No. 3:13-cv-02965-MMC (DMR)**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING TRIAL, PRETRIAL CONFERENCE, AND SUMMARY JUDGMENT HEARING DATES** |

Pursuant to the Court's Order to propose a new trial date due to a conflict in the Court's calendar with the February 1, 2016 trial date (ECF No. 452) and the parties' agreement to propose to extend the dates for the December 4, 2015 summary judgment hearing and January 19, 2016 pretrial conference, the parties jointly propose the following stipulated dates:

| DATE | EVENT |
| --- | --- |
| December 11, 2015 at 9:00 A.M. | Motions for Summary Judgment Hearing |
| February 9, 2016 at 10:00 A.M. | Pretrial Conference |
| February 22, 2016 at 9:00 A.M. | Jury Trial |

Dated: November 19, 2015

Respectfully submitted,

JONES DAY

By: */s/ Patrick Michael*
    Patrick Michael

Attorneys for Plaintiff
SYNOPSYS, INC.

ARNOLD & PORTER

By: */s/ Paul Alexander*
    Paul Alexander

Attorneys for Defendant
ATOPTECH, INC.

- 1 -

Joint Stipulation and (Proposed) Order
Case No. 3:13-cv-02965-MMC (DMR)

# [~~PROPOSED~~] ORDER REGARDING STIPULATED TRIAL, PRETRIAL CONFERENCE, AND SUMMARY JUDGMENT HEARING DATES

The above jointly proposed and stipulated dates ~~is~~ are approved, with the exception that the hearing on the Motions for Summary Judgment is continued to December 18, 2015.

**IT IS SO ORDERED.**

Dated: November 20, 2015

By: /s/ Maxine M. Chesney
Hon. Maxine Chesney
United States District Judge