Paul Alexander (No. 49997)
ARNOLD & PORTER LLP
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304-1216
Telephone: (650) 798-2920
Facsimile:  (650) 798-2999
E-Mail:  Paul.Alexander@aporter.com

Martin R. Glick (No. 40187)
Daniel B. Asimow (No. 165661)
Willow White Noonan (No. 277584)
ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024
Telephone:  (415) 471-3100
Facsimile:  (415) 471-3400
E-Mail: Marty.Glick@aporter.com
E-Mail: Daniel.Asimow@aporter.com
E-Mail: Willow.Noonan@aporter.com

Denise McKenzie (No. 193313)
Ryan Nishimoto (No. 235208)
ARNOLD & PORTER LLP
777 South Figueroa Street
Forty-Fourth Floor
Los Angeles, CA 90017-5844
Telephone:  (213) 243-4000
Fax:  (213) 243-4199
E-Mail:  Denise.McKenzie@aporter.com
E-Mail:  Ryan.Nishimoto@aporter.com

Attorneys for Defendant
ATOPTECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATOPTECH, INC., <br><br> Defendant. | Case No. 3:13-cv-02965 MMC (DMR) <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT ATOPTECH, INC.'S MOTION FOR ORDER REMOVING INCORRECTLY FILED DOCKET ENTRY NO. 446-25** <br><br> Date: December 18, 2015 <br> Time: 9:00 a.m. <br> Place: Courtroom: 7, 19th Floor <br> Judge: Hon. Maxine M. Chesney |

1  The Court, having considered Defendant ATopTech, Inc.'s ("ATopTech") Motion for an
2  order to remove the unredacted version of ECF No. 446-25, Exhibit 25 to the Declaration of Paul
3  Alexander filed in support of Defendant ATopTech's Opposition to Synopsys, Inc.'s Motion for
4  Summary Judgment ("Exhibit 25"), and good cause appearing therefor,
5  IT IS HEREBY ORDERED that the Exhibit 25 be permanently removed from the Court's
6  docket.
7  **IT IS SO ORDERED.**
8  Dated: __November 24____, 2015

   *[signature]*
   Hon. Maxine M. Chesney
   United States District Judge

~~Proposed~~ Order Granting ATTs Motion for Order Removing Incorrectly Filed Docket Entry No. 446-25.docx

- 2 -    [PROPOSED] ORDER GRANTING MOT. TO REMOVE
         INCORRECTLY FILED DOCKET ENTRY NO. 446-25
         Case No. 3:13-cv-02965-MMC (DMR)