Robert A. Mittelstaedt (SBN 60359)
ramittelstaedt@jonesday.com
Patrick T. Michael (SBN 169745)
pmichael@jonesday.com
Krista S. Schwartz (State Bar No. 303604)
ksschwartz@jonesday.com
Joe C. Liu (SBN 237356)
jcliu@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Heather N. Fugitt (SBN 261588)
hfugitt@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900

Attorneys for Plaintiff
SYNOPSYS, INC.

Paul Alexander (#49997)
ARNOLD & PORTER LLP
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304-1216
Telephone: (650) 798-2920
Fax: (650) 798-2999
E-Mail: paul.alexander@aporter.com

Martin R. Glick (#40187)
ARNOLD & PORTER LLP
Three Embarcadero Center. 7th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
Fax: (415) 471-3400
E-Mail: Marty.Glick@aporter.com

Denise McKenzie (#193313)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Fax: (213) 243-4199
E-Mail: Denise.McKenzie@aporter.com

Attorneys for Defendant
ATOPTECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATOPTECH, INC., <br><br> Defendant. | **Case No. 3:13-cv-02965 MMC (DMR)** <br><br> **STIPULATED REQUEST FOR AND [PROPOSED] ORDER GRANTING LEAVE TO PROVIDE AND USE EQUIPMENT AT SUMMARY JUDGMENT HEARING** <br><br> Date: December 18, 2015 <br> Time: 9:00 a.m. <br> Judge: Hon. Maxine M. Chesney <br> Courtroom: 7, 19th Floor |

Pursuant to Civil Local Rules 7-12, Plaintiff Synopsys, Inc. and Defendant ATopTech, Inc. jointly request leave to bring the following equipment into Courtroom 7 on the afternoon of December 17, 2015 to be setup for use during the Motions for Summary Judgment Hearing, which is scheduled to begin at 9:00 A.M. on December 18, 2015.

- Projector with stand
- 7.5 x 10 feet projection screen
- Switching devices
- Associated cabling

**IT IS SO STIPULATED.**

Dated:  December 14, 2015					Respectfully submitted,

							JONES DAY

							By:	/s/ *Patrick Michael*
								Patrick Michael

							Attorneys for Plaintiff
							SYNOPSYS, INC.

In accordance with Local Rule 5-1(i)(3), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated:  December 14, 2015					ARNOLD & PORTER LLP

							By:	/s/ *Paul Alexander*
								Paul Alexander

							Attorneys for Defendant
							ATOPTECH, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The parties are DIRECTED to contact the Deputy Clerk to arrange for access to the courtroom.

Dated: December 16, 2015

_____
Honorable Maxine M. Chesney
United States District Judge