**CIVIL PRETRIAL MINUTES**

**Judge MAXINE M. CHESNEY**

Date: **December 18, 2015**

**C - 13 - 2965 - MMC**

| Synopsys Inc. | v | Atoptech, Inc. |

Attorneys:   Patrick Michael          Paul Alexander
             Krista Schwartz          Martin Glick

Deputy Clerk: **Tracy Lucero**          Court Reporter: **Debra Pas**

**PROCEEDINGS:**

Plaintiff's Motion for Summary Judgment - Deemed Submitted

Defendant's Motion for Summary Judgment - Deemed Submitted.

**PREVIOUSLY SCHEDULED DATES:**

Pretrial Conference - February 9, 2016 at 10:00 a.m.

Jury Selection / Jury Trial (5 day estimate) - February 22, 2016 at 9:00 a.m.


(3 hours 55 minutes)