IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., | No. C-13-2965 MMC |
| Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO SHORTEN TIME; SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO SUPPLEMENT** |
| v. | |
| ATOPTECH, INC., | |
| Defendant. | |

Before the Court is plaintiff Synopsys, Inc.'s ("Synopsys") "Emergency Motion to Shorten Time to Hear Plaintiff Synopsys, Inc.'s Motion for Leave (A) to File Supplemental Complaint and (B) to File Motion for Reconsideration [(hereinafter, "Motion to Supplement")]," filed January 11, 2016.

In light of the upcoming deadline for the parties' filings in connection with the pretrial conference, the Court finds it appropriate to hear the Motion to Supplement on an expedited basis, although with less expedition than requested.

Accordingly, Synopsys's Motion to Shorten Time is hereby GRANTED in part and DENIED in part, and the Court hereby SETS the following briefing schedule on Synopsys's Motion to Supplement:

1. ATopTech's opposition shall be filed on or before January 15, 2016.

2. Synopsys's reply shall be filed on or before January 19, 2016.

3. Unless the Court orders otherwise, the hearing will be held on January 22, 2016, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: January 12, 2016

MAXINE M. CHESNEY
United States District Judge