UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>ATOPTECH, INC,<br><br>        Defendant. | Case No. 13-cv-02965-MMC   (DMR)<br><br>**ORDER RESETTING HEARING DATE ON PLAINTIFF'S MOTION TO STRIKE AND DEFENDANT'S MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS**<br><br>Re: Dkt. No. 449, 488 |

TO ALL PARTIES AND COUNSEL OF RECORD:

Please be advised that the previously-noticed hearing date of January 28, 2016 on Synopsys' Motion to Strike Invalidity Contentions and ATopTech's Motion for Leave to Amend Invalidity Contentions [Docket No. 449] has been vacated. The court denies these motions [Docket No. 449] without prejudice.

The parties shall meet and confer and regarding whether the Hon. Maxine M. Chesney's January 19, 2016 claim construction order [Docket No. 507] changes any of the arguments in the parties' motions. By no later than February 11, 2016, the parties shall file a new joint letter brief of no more than **five** pages (12-point font or greater; margins no less than one inch) setting forth Synopsys' Motion to Strike Invalidity Contentions and ATopTech's Motion for Leave to Amend Invalidity Contentions. The parties may not incorporate the letter filed as Docket No. 449 by reference. The court will conduct a hearing on the joint letter to be filed by February 11, 2016 on February 25, 2016 at 11:00 a.m. at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars – Judges' Weekly Calendars" link, then select Judge Ryu's calendar).

**IT IS SO ORDERED**.

Dated: January 21, 2016

_____
DONNA M. RYU
United States Magistrate Judge