Paul Alexander (#49997)
ARNOLD & PORTER LLP
1801 Page Mill Road, Suite 110
Palo Alto, CA  94304-1216
Telephone:  (650) 798-2920
Fax:  (650) 798-2999
E-Mail:  paul.alexander@aporter.com

Martin R. Glick (#40187)
ARNOLD & PORTER LLP
Three Embarcadero Center. 7th Floor
San Francisco, CA  94111-4024
Telephone:  (415) 471-3100
Fax:  (415) 471-3400
E-Mail:  Marty.Glick@aporter.com

Denise McKenzie (#193313)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA  90017-5844
Telephone:  (213) 243-4000
Fax:  (213) 243-4199
E-Mail:  Denise.McKenzie@aporter.com

Attorneys for Defendant
ATOPTECH, INC.

Robert A. Mittelstaedt (SBN 60359)
ramittelstaedt@jonesday.com
Patrick T. Michael (SBN 169745)
pmichael@jonesday.com
Krista S. Schwartz (State Bar No. 303604)
ksschwartz@jonesday.com
Joe C. Liu (SBN 237356)
jcliu@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Heather N. Fugitt (SBN 261588)
hfugitt@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900

Attorneys for Plaintiff
SYNOPSYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>ATOPTECH, INC.,<br><br>          Defendant. | **Case No. 3:13-cv-02965 MMC (DMR)**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL DEADLINES** |

Plaintiff Synopsys, Inc. ("Synopsys") and Defendant ATopTech, Inc. ("ATopTech") (together, "the Parties"), by and through the undersigned counsel, submit this Stipulation and Proposed Order Regarding Pretrial Deadlines.

WHEREAS the Parties wish to facilitate the orderly and efficient exchange of pretrial information required by ECF Nos. 174 and 458, the Court's standing Pretrial Instructions, and Federal Rule of Civil Procedure 26;

WHEREAS the Parties' Joint Pretrial Statement, witness lists, proposed voir dire questions and verdict forms are presently due on January 26, 2016;

WHEREAS motions in limine are presently due on January 26, 2016, and oppositions due on February 2, 2016;

WHEREAS on January 22, 2016, the Court granted Synopsys' Motion For Leave To File Supplemental Complaint;

WHEREAS on January 22, 2016, the Court ordered that the Parties' proposed jury instructions be filed on January 29, 2016;

WHEREAS the Parties believe they will benefit from a limited extension of the filing date of the Joint Pretrial Statement, witness lists, proposed voir dire questions and verdict forms, and motions in limine;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties as follows:

1. The Parties' Joint Pretrial Statement, witness lists, proposed voir dire questions and verdict forms shall be due on January 29, 2016, at 5 p.m.;

2. Motions in limine shall be due on January 29, 2016, at 5 p.m., and any oppositions to such motion shall be due on February 4, 2016, at 5 p.m.

**IT IS SO STIPULATED.**

1  Dated: January 22, 2016

Respectfully submitted,
ARNOLD & PORTER LLP

By: _____/s/ *Paul Alexander*_____
　　　　　　Paul Alexander

Attorneys for Defendant
ATOPTECH, INC.

In accordance with Local Rule 5-1(i)(3), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated:  January 22, 2016

JONES DAY

By: _____/s/ *Patrick T. Michael*_____
　　　　　　Patrick T. Michael

Attorneys for Plaintiff
SYNOPSYS, INC.

**IT IS SO ORDERED.**, with the exception that the motions in limine and oppositions thereto shall be filed in accordance with the Pretrial Preparation Order, filed September 19, 2014.

Dated:  __January 22, 2016__

_____
Honorable Maxine M. Chesney
United States District Judge

- 2 -   STIPULATION AND [PROPOSED] ORDER REGARDING
PRETRIAL DEADLINES
Case No. 3:13-cv-02965 MMC (DMR)