IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., | No. C-13-2965 MMC |
| Plaintiff, | **ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPIES OF DOCUMENTS IN SINGLE-SIDED FORMAT** |
| v. | |
| ATOPTECH, INC., | |
| Defendant. | |

On January 26, 2016, Synopsys, Inc. ("Synopsys") filed the "Declaration of Patrick T. Michael in Support of Plaintiff Synopsys, Inc.'s Motions in Limine," attached to which are twenty-two exhibits. Synopsys has violated the Court's Standing Orders, however, by failing to provide a chambers copy of each said exhibit in single-sided format. See Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2; see also Civil L.R. 3-4 (setting forth the requirements for "papers presented for filing"); Civil L.R. 3-4(c)(2) (providing "text must appear on one side only").

Accordingly, Synopsys is hereby ORDERED to comply with this Court's Standing Orders by immediately submitting single-sided chambers copies of the above-referenced documents.

**IT IS SO ORDERED.**

Dated: February 2, 2016

MAXINE M. CHESNEY
United States District Judge