United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., | No. C-13-2965 MMC |
| Plaintiff, | **ORDER DENYING MOTION TO DISMISS FIRST SUPPLEMENTAL AMENDED COMPLAINT; VACATING HEARING** |
| v. | |
| ATOPTECH, INC., | |
| Defendant. | |

Before the Court is defendant ATopTech, Inc.'s ("ATopTech") "Motion to Dismiss First Supplemental Amended Complaint," filed January 29, 2016. Plaintiff Synopsys, Inc. ("Synopsys") has filed opposition, to which ATopTech has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision on the parties' respective written submissions, VACATES the hearing scheduled for February 5, 2016, and rules as follows:

Based on Synopsys's applications for supplementary registration, the Court finds Synopsys has effectively accomplished supplementary registration of the previously unregistered material identified therein, and, consequently, is entitled to go forward on each

of its remaining claims.  The Court further finds the effective date of each such supplementary registration is the respective date of the corresponding basic registration.

Accordingly, the motion to dismiss is hereby DENIED.

**IT IS SO ORDERED.**

Dated: February 4, 2016

MAXINE M. CHESNEY
United States District Judge