Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Patrick T. Michael (State Bar No. 169745)
pmichael@jonesday.com
Krista S. Schwartz (State Bar No. 303604)
ksschwartz@jonesday.com
Joe C. Liu (State Bar No. 237356)
jcliu@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     +1.415.626.3939
Facsimile:     +1.415.875.5700

Heather N. Fugitt (State Bar No. 261588)
hfugitt@jonesday.com
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:     +1.650.739.3939
Facsimile:     +1.650.739.3900

Attorneys for Plaintiff
SYNOPSYS, INC.

Attorneys for Plaintiff SYNOPSYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ATOPTECH, INC.,<br><br>　　　　　Defendant. | Case No. 3:13-cv-02965-MMC (DMR)<br><br>**PLAINTIFF'S REQUEST AND [PROPOSED] ORDER GRANTING LEAVE TO PROVIDE AND USE EQUIPMENT AT PRETRIAL CONFERENCE**<br><br>Date:　　　February 9, 2016<br>Time:　　　10:00 a.m.<br>Judge:　　　Hon. Maxine M. Chesney<br>Courtroom:　7, 19th Floor |

NAI-1500829730v1

Pl.'s Request and [Proposed] Order Regarding
Equipment for Pretrial Conference
3:13-cv-02965-MMC (DMR)

Plaintiff Synopsys, Inc. hereby requests leave to bring the following equipment into Courtroom 7 for use during the Pretrial Conference scheduled to begin at 10:00 a.m. on February 9, 2016.

- Projector with stand
- 7.5 x 10 feet projection screen
- Associated cabling

Dated:  February 5, 2016

Respectfully submitted,

Jones Day

By: */s/ Patrick T. Michael*
       Patrick T. Michael

Counsel for Plaintiff
SYNOPSYS, INC.

**IT IS SO ORDERED.**

Plaintiff is DIRECTED to contact the Deputy Clerk to arrange for access to the courtroom.

DATED:  February 8, 2016

By: _____
       Hon. Maxine M. Chesney