Robert A. Mittelstaedt (SBN 60359)
ramittelstaedt@jonesday.com
Patrick T. Michael (SBN 169745)
pmichael@jonesday.com
Krista S. Schwartz (State Bar No. 303604)
ksschwartz@jonesday.com
Joe C. Liu (SBN 237356)
jcliu@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Heather N. Fugitt (SBN 261588)
hfugitt@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900

Attorneys for Plaintiff
SYNOPSYS, INC.

Paul Alexander (#49997)
ARNOLD & PORTER LLP
1801 Page Mill Road, Suite 110
Palo Alto, CA  94304-1216
Telephone:  (650) 798-2920
Fax:  (650) 798-2999
E-Mail:  paul.alexander@aporter.com

Martin R. Glick (#40187)
ARNOLD & PORTER LLP
Three Embarcadero Center. 7th Floor
San Francisco, CA  94111-4024
Telephone:  (415) 471-3100
Fax:  (415) 471-3400
E-Mail:  Marty.Glick@aporter.com

Denise McKenzie (#193313)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA  90017-5844
Telephone:  (213) 243-4000
Fax:  (213) 243-4199
E-Mail:  Denise.McKenzie@aporter.com

Attorneys for Defendant
ATOPTECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATOPTECH, INC., <br><br> Defendant. | **Case No. 3:13-cv-02965 MMC (DMR)** <br><br> **STIPULATED REQUEST FOR AND [PROPOSED] ORDER GRANTING LEAVE TO BRING AND USE EQUIPMENT AND MATERIALS AT TRIAL** <br><br> **Date:** February 22, 2016 <br> **Time:** 9:00 a.m. <br> **Judge:** Hon. Maxine M. Chesney <br> **Courtroom:** 7, 19th Floor |

Pursuant to Civil Local Rules 7-12, Plaintiff Synopsys, Inc. and Defendant ATopTech, Inc. jointly request leave to bring the following equipment into Courtroom 7 on February 19, 2016 at 2:00 p.m. for the trial which is scheduled to commence on February 22, 2016 at 9:00 a.m.:

- Folding tables
- Color printer
- Projector
- Projector stands
- Elmo
- Switching devices
- LCD monitors
- Speakers
- Caps
- Associated cables

**IT IS SO STIPULATED.**

Dated: February 11, 2016               Respectfully submitted,

                                       JONES DAY

                                       By:   /s/ *Patrick T. Michael*
                                             Patrick T. Michael

                                       Attorneys for Plaintiff
                                       SYNOPSYS, INC.

In accordance with Local Rule 5-1(i)(3), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

1  Dated: February 11, 2016                    ARNOLD & PORTER LLP

3                                              By:  /s/ *Paul Alexander*
                                                     Paul Alexander

   Attorneys for Defendant
   ATOPTECH, INC.

7     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8     The parties are DIRECTED to contact the Deputy Clerk to arrange for access to the courtroom.

11 Dated: February 18, 2016

                                               _____
                                               Honorable Maxine M. Chesney
                                               United States District Judge

---

NAI-1500837500v1

- 2 -

STIPULATION AND [PROPOSED] ORDER REGARDING
EQUIPMENT FOR TRIAL; Case No. 3:13-cv-02965 MMC