IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYNOPSYS, INC.,                        No. C - 13-2965 MMC

       Plaintiff,                   **ORDER for JURY REFRESHMENTS**

  v.

ATOPTECH, INC.,

       Defendant.
_____/

    IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning refreshments and pastries for the eight (8) members of the jury in the above-entitled matter beginning **February 23, 2016 at 8:00 A.M.** for the duration of the trial, and lunch during jury deliberations, at the expense of the United States.  The trial will be held in Courtroom 7, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA.

    **IT IS SO ORDERED.**

Dated: February 18, 2016                  _____
                                                       MAXINE M. CHESNEY
                                                       UNITED STATES DISTRICT JUDGE