Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Synopsys, Inc., )
                 Plaintiff(s), )
   v. )
ATopTech, Inc., )
                 Defendant(s). )

Case No: 3:13-cv-02965-M

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Amanda Tessar, an active member in good standing of the bar of State of Colorado, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Broadcom Corp (a non-party trial witness) in the above-entitled action. My local co-counsel in this case is James F. Valentine, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Perkins Coie LLP<br>1900 Sixteenth St., Suite 1400<br>Denver, CO 80202 | Perkins Coie LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (303) 291-2357 | (650) 838-4469 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| atessar@perkinscoie.com | jvalentine@perkinscoie.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 33173.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 02/26/15

                                   Amanda Tessar
                                   APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Amanda Tessar is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 29, 2016

*Maxine M. Chesney*
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE