Robert A. Mittelstaedt (SBN 60359)
ramittelstaedt@jonesday.com
Patrick T. Michael (SBN 169745)
pmichael@jonesday.com
Krista S. Schwartz (State Bar No. 303604)
ksschwartz@jonesday.com
Joe C. Liu (SBN 237356)
jcliu@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Heather N. Fugitt (SBN 261588)
hfugitt@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900

Attorneys for Plaintiff
SYNOPSYS, INC.

Paul Alexander (#49997)
ARNOLD & PORTER LLP
1801 Page Mill Road, Suite 110
Palo Alto, CA  94304-1216
Telephone:  (650) 798-2920
Fax:  (650) 798-2999
E-Mail:  paul.alexander@aporter.com

Martin R. Glick (#40187)
Daniel Asimow (#165661)
Willow White Noonan (#277584)
ARNOLD & PORTER LLP
Three Embarcadero Center. 7th Floor
San Francisco, CA  94111-4024
Telephone:  (415) 471-3100
Fax:  (415) 471-3400
E-Mail:  marty.glick@aporter.com
E-Mail:  daniel.asimow@aporter.com
E-Mail:  willow.noonan@aporter.com

Denise McKenzie (#193313)
Ryan Nishimoto (#235208)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA  90017-5844
Telephone:  (213) 243-4000
Fax:  (213) 243-4199
E-Mail:  denise.mckenzie@aporter.com
E-Mail:  ryan.nishimoto@aporter.com

Attorneys for Defendant
ATOPTECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATOPTECH, INC., <br><br> Defendant. | **Case No. 3:13-cv-02965 MMC (DMR)** <br><br> **FURTHER PRETRIAL STIPULATION AND [PROPOSED] ORDER REGARDING ADMISSION OF IDENTIFIED EXHIBITS** <br><br> **Date:** February 29, 2016 <br> **Time:** 9:00 A.M. <br> **Judge:** Hon. Maxine M. Chesney <br> **Courtroom:** 7, 19th Floor |

Plaintiff Synopsys, Inc. ("Synopsys") and Defendant ATopTech, Inc. ("ATopTech") (together, "the Parties"), by and through the undersigned counsel, submit this Stipulation and Proposed Order Regarding Admission of Identified Exhibits.

WHEREAS the Parties agree to the admissibility of a number of trial exhibits; and

WHEREAS the Parties agree that admission of evidence should be streamlined;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties as follows:

The Parties agree that the following exhibits are admissible and may be entered into evidence without any requirement of laying a foundation:

**From Synopsys' Trial Exhibit List**

| Trial Exhibit No. | Description | Beginning Bates | Ending Bates |
|---|---|---|---|
| 6 | Deposit Materials for PrimeTime 2006.12., Registration No. TX 7-261-049 - PrimeTime User Guide: Advanced Timing Analysis, Version Z-2006.12, December 2006 | SYNPS-00002287 | SYNPS-00002702 |
| 18 | PrimeTime 2006.12 E628 | SNPS_EXE_011 | SNPS_EXE_011 |
| 26 | Deposit Materials for PrimeTime 2010.06., Registration No. TX 7-260-556 - PrimeTime Commands, Version 2010.06, June 2010 | SYNPS-00005353 | SYNPS-00006699 |
| 27 | Deposit Materials for PrimeTime 2010.06., Registration No. TX 7-260-556 - PrimeTime Advanced Timing Analysis User Guide, Version D-2010.06, June 2010 | SYNPS-00006700 | SYNPS-00007077 |
| 36 | Deposit Materials for PrimeTime 2010.06., Registration No. TX 7-260-556 - PrimeTime Variables, Version D-2010.06, June 2010 | SYNPS-00009863 | SYNPS-00010232 |
| 79 | Deposit Materials for Synopsys GoldTime 2011.12., Registration No. TX 7-670-937 - Synopsys GoldTime Documentation: User Guide 2011.12-patch Edition | SYNPS-00001340 | SYNPS-00001913 |
| 235 | Aprisa/ Apogee Parameter Guide, Release 09.10. rel. 1, November 25, 2009 | ATopTech 0012827 | ATopTech 0013090 |
| 252 | Aprisa Apogee Reference Manual 09.10.rel.1, November 25, 2009 | ATopTech 0025075 | ATopTech 0026757 |

| Trial Exhibit No. | Description | Beginning Bates | Ending Bates |
|---|---|---|---|
| 289 | PrimeTime Commands Version G-2012.06, June 2012 | ATopTech 0138922 | ATopTech 0140359 |
| 290 | PrimeTime Variables Version G-2012.06, June 2012 | ATopTech 0140360 | ATopTech 0140693 |
| 296 | PrimeTime Quick Reference Version 2004.06, June 2004 | ATopTech 0245246 | ATopTech 0245369 |
| 398 | Chen Ex. 04 - Revenue by Quarter | ATopTech 0059570 | ATopTech 0059570 |
| 419 | Chern Ex. 25 - 8/5/2014 Aprisa/Apogee Parameter Guide, Release 13.11.rel.4.0 | ATopTech 0018305 | ATopTech 0018852 |
| 518[1] | Thune Ex. 07 - Compilation of ATopTech Balance Sheets, Statement of Operations, and Cash Flow Statements | ATopTech 0285136 | ATopTech 0285153 |
| 519[2] | Thune Ex. 08 - 12/31/2009 Composite exhibit of quarterly financial statements | ATopTech 1966708 | ATopTech 1966713 |
| 542 | Tregillis Ex. 03 - Table - Revenues by Customer | SYNPS-02282670 | SYNPS-02282670 |
| 675 | Tier 2 Profit Contribution - Q1'08 to Q4'08 | SYNPS-01372583 | SYNPS-01372583 |
| 676 | IG Tier 2 Product Profit Margins - 2009-Q1 - 2011-Q4 | SYNPS-01372585 | SYNPS-01372585 |
| 677 | IG Tier 2 Product Profit Margins - 2012-Q1 - 2015-Q1 | SYNPS-01372586 | SYNPS-01372586 |
| 1439 | 1006 summary | | |
| 1440 | 1006 summary | | |
| 1441 | 1006 summary | | |
| 1443 | DG Quarterly Profit Report - Q215 and Q116 | SYNPS-02393352 | SYNPS-02393352 |
| 1444 | DG Q315 and Q415 Quarterly Profit Report | SYNPS-02393353 | SYNPS-02393353 |
| 1445[3] | ATopTech's Financials - Income Statement | ATopTech 1982959 | ATopTech 1982959 |
| 1446[4] | ATopTech's Financials - Balance Sheet | ATopTech 1982960 | ATopTech 1982960 |

---

[1] Subject to confidentiality agreement and order

[2] Subject to confidentiality agreement and order

[3] Subject to confidentiality agreement and order

[4] Subject to confidentiality agreement and order

| Trial Exhibit No. | Description | Beginning Bates | Ending Bates |
|---|---|---|---|
| 1447[5] | ATopTech's Financials - Cash Flow | ATopTech 1982961 | ATopTech 1982961 |
| 1457[6] | ATopTech 2015 Financial Spreadsheet | ATopTech 1982976 | ATopTech 1982976 |

**From ATopTech's Trial Exhibit List**

| Trial Exhibit No. | Bates Range/Document Identifier | DESCRIPTION |
|---|---|---|
| 1922 | | ATopTech, Inc. Revenue by customer - Updated |

Dated: February 29, 2016                    Respectfully submitted,

                                            JONES DAY

                                            By:      /s/ *Patrick T. Michael*
                                                        Patrick T. Michael

                                            Attorneys for Plaintiff
                                            SYNOPSYS, INC.

In accordance with Local Rule 5-1(i)(3), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated:  February 29, 2016                   ARNOLD & PORTER LLP

                                            By:      /s/ *Paul Alexander*
                                                        Paul Alexander

                                            Attorneys for Defendant
                                            ATOPTECH, INC.

IT IS SO ORDERED.

Dated: February 29, 2016                    [signature]
                                            Honorable Maxine M. Chesney
                                            United States District Judge

---

[5] Subject to confidentiality agreement and order

[6] Subject to confidentiality agreement and order