CIVIL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

Date:  March 4, 2016

**The Honorable MAXINE M. CHESNEY**

**Clerk:** Tracy Lucero

**Court Reporter:**  Lydia Zinn / Joann Bryce

Case No. **C-13-2965 MMC**          Case Name: Synopsys, Inc. vs. AtopTech, Inc.

Trial Began: **February 22, 2016**          Trial Ended: _____

**Trial Motions Heard**:                                                    **Disposition**

1. _____          _____

2. _____          _____

3. _____          _____

Other:

Jury instruction conference.
_____
_____

Verdict:
_____
_____
_____
_____

Disposition of Exhibits:

(6 hours 58 minutes)