CIVIL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

Date: March 7, 2016

**The Honorable MAXINE M. CHESNEY**

**Clerk:** Tracy Lucero

**Court Reporter:** Lydia Zinn / Joann Bryce

Case No. **C-13-2965 MMC**        Case Name: Synopsys, Inc. vs. AtopTech, Inc.

Trial Began: **February 22, 2016**        Trial Ended: _____

**Trial Motions Heard:**                                                                **Disposition**

1.   Plaintiff's Rule 50(a) Motion on Breach of Contract (#650)         Denied

2.   Plaintiff's Rule 50(a) Motion on Fair Use (#652)                          Denied

3.   Plaintiff's Rule 50(a) Motion on Infringer's Profits (#653)     Granted in part/Denied in part

4.   Plaintiff's Rule 50(a) Motion on Copying (#654)                          Granted

5.   Plaintiff's Rule 50(a) Motion on Statute of Limitations (#655)         Granted

6.   Defendant's Motion for Judgment as Matter of Law (#657)         Granted in part /Denied in part

Other:

Jury instruction conference.

(7 hours 18 minutes)