CIVIL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

Date: March 8, 2016

**The Honorable MAXINE M. CHESNEY**

**Clerk: Tracy Lucero**

**Court Reporter:** Lydia Zinn / Joann Bryce

Case No. **C-13-2965 MMC**        Case Name: Synopsys, Inc. vs. AtopTech, Inc.

Trial Began: **February 22, 2016**        Trial Ended: _____

**Trial Motions Heard**:                                                                          **Disposition**

1. Defendant's Motion for Judgment as a Matter of Law for           Denied
   Non-Infringement & Lack of Registered Copyright (#670)

2. Defendant's Motion for Judgment as a Matter of Law that          Denied
   IC Compiler is not a Derivative Work as Primetime (#671)


Other:

Plaintiff's closing statement.    Defendant's closing statement.  Plaintiff's rebuttal statement.

Plaintiff moved exhibit #102 into evidence.    Court gave jury final instructions.

Jury began deliberations.


Verdict:




Disposition of Exhibits: All admitted exhibits given to jury.


(4 hours 28 minutes)