Case No: **C-13-2965-MMC**     Case Name: **Synopsys, Inc. v. AtopTech, Inc.**

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:30 am | | | Court reconvened - all counsel present | |
| | | | | | Court and counsel reviewed jury instructions and verdict form | |
| | | 8:45 am | | | Court recess | |
| | | 9:00 am | | | Court reconvened - all counsel present. | |
| | | | | | Court addressed defense motion (s): | |
| | | | | | Defendant's motions for judgment as a matter of law for | |
| | | | | | non-infringement & lack of registered copyright - Denied. | |
| | | | | | Defendant's motion for judgment as a matter of law that ic | |
| | | | | | compiler is not a derivative work of primetime - Denied. | |
| | | 9:08 am | | | Jury brought into courtroom | |
| | | 9:10 am | | | Plaintiff's closing argument | |
| | | 10:24 am | | | Concluded | |
| | | | | | Jury recess - 15 minutes | |
| 102 | | 3/8/16 | x | x | | |
| | | 10:26 am | | | Court recess | |
| | | 10:42 am | | | Court reconvened - with jury | |
| | | | | | Defendant's closing argument | |
| | | 12:10 pm | | | Concluded | |
| | | 12:11 pm | | | Plaintiff's rebuttal argument | |
| | | 12:25 pm | | | Concluded | |
| | | 12:26 pm | | | Jury recess - 5 minutes | |
| | | 12:30 pm | | | Court recess - 30 minutes | |
| | | 1:00 pm | | | Court reconvened with jury | |
| | | | | | Court gave jury final instructions | |
| | | 1:35 pm | | | Jury retired to jury room to begin deliberations. | |
| | | 1:39 pm | | | Court recess | |
| | | 3:37 pm | | | Court reconvened - without jury. | |
| | | | | | Court and counsel addressed Jury Note #1 | |

| | 3:50 pm | | | Jury brought into courtroom | |
| --- | --- | --- | --- | --- | --- |
| | | | | Court answered jury note # 1 | |
| | 3:56 pm | | | Jury recess to return 3/9/2016 at 8:30 a.m. | |
| | 3:57 pm | | | Court recess | |

Page _____