IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATOPTECH, INC., <br><br> Defendant. | No. C 13-2965 MMC <br><br> **ORDER RE: ADMINISTRATIVE MOTION TO SEAL PORTIONS OF DEFENDANT'S OPPOSITION TO MOTION TO SUPPLEMENT AND EXHIBITS 3 - 6 IN SUPPORT THEREOF** |

   Before the Court is an administrative motion to file under seal, filed January 15, 2016, by defendant ATopTech, Inc. ("ATopTech"), by which ATopTech seeks permission to seal material designated as confidential by plaintiff Synopsys, Inc., namely, portions of ATopTech's opposition to plaintiff Synopsys, Inc.'s ("Synopsys") "Motion for Leave (A) to File Supplemental Complaint and (B) to File Motion for Reconsideration," as well as the entirety of Exhibits 3 - 6 to the Supporting Declaration of Paul Alexander ("Alexander Declaration").

   By order filed January 22, 2016, the Court deferred ruling on the administrative motion to the extent it seeks to seal Exhibits 3 and 4 and related portions of the opposition, and directed Synopsys to file a version of each said exhibit in which the redactions are limited to sealable material.[1]  On January 29, 2016, Synopsys timely filed redacted versions of each said exhibit.  Having read and considered the redacted versions of Exhibits 3 and

---

[1] By the same order, the Court denied the motion to the extent it sought to seal Exhibits 5 and 6 to the Alexander Declaration and related portions of the opposition.

4, the Court finds good cause to seal the portions therein that are identified as sealable material, and accordingly, hereby GRANTS the administrative motion to the extent it seeks to seal portions of Exhibits 3 and 4 to the Alexander Declaration.

On January 29, 2016, concurrently with its filing of the redacted versions of Exhibits 3 and 4, Synopsys filed in the public record a version of ATopTech's opposition that contains no redactions. Accordingly, to the extent the administrative motion seeks to seal portions of the opposition that refer to Exhibits 3 and 4, the motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: March 9, 2016

MAXINE M. CHESNEY
United States District Judge