1  Robert A. Mittelstaedt (State Bar No. 60359)
   ramittelstaedt@JonesDay.com
2  Patrick T. Michael (State Bar No. 169745)
   pmichael@JonesDay.com
3  Krista S. Schwartz (State Bar No. 303604)
   ksschwartz@JonesDay.com
4  Joe C. Liu (State Bar No. 237356)
   jcliu@JonesDay.com
5  Nathaniel P. Garrett (State Bar No. 248211)
   ngarrett@JonesDay.com
6  JONES DAY
   555 California Street, 26th Floor
7  San Francisco, CA  94104
   Telephone:    +1.415.626.3939
8  Facsimile:    +1.415.875.5700

9  Heather N. Fugitt (State Bar No. 261588)
   hfugitt@jonesday.com
10 JONES DAY
11 1755 Embarcadero Road
   Palo Alto, CA  94303
12 Telephone: +1.650.739.3939
   Facsimile: +1.650.739.3900
13

14 Attorneys for Plaintiff
   SYNOPSYS, INC.
15

16

                    UNITED STATES DISTRICT COURT
17
                    NORTHERN DISTRICT OF CALIFORNIA
18
                    SAN FRANCISCO DIVISION
19

20

21 SYNOPSYS, INC.,                        **Case No. 3:13-cv-02965-MMC (DMR)**

22           Plaintiff,                   **[PROPOSED] ORDER GRANTING
                                          PLAINTIFF SYNOPSYS, INC.'S
23 v.                                     ADMINISTRATIVE MOTION TO FILE
                                          UNDER SEAL JOINT PRETRIAL
24 ATOPTECH, INC.,                        STATEMENT**

25           Defendant.

26

27

28

                                          [PROPOSED] ORDER REGARDING MOTION TO SEAL
                                          Case No. 3:13-cv-02965-MMC (DMR)

Having considered the following documents as set forth in Synopsys' Administrative Motion to File under Seal the parties' Joint Pretrial Statement: ~~the Declaration of Paul Alexander, filed January 29, 2016, and the parties' Joint Pretrial Statement:~~ ~~Plaintiff Synopsys, Inc.'s Motions in Limine Nos. 2-11:~~

| DOCUMENT | PORTION~~S~~ |
|---|---|
| Joint Pretrial Statement | Page 2, Line 3. |

IT IS HEREBY ORDERED that Synopsys's Administrative ~~Administration~~ Motion is GRANTED.  ~~The Clerk of the Court shall file under seal the identified portions.~~  The above-referenced portion of the parties' Joint Pretrial Statement shall remain filed under seal.

Dated: Mar. 9, 2016

_____
The Honorable Maxine M. Chesney
United States ~~Magistrate Judge~~ District Judge

~~[PROPOSED]~~ ORDER REGARDING MOTION TO SEAL
Case No. 3:13-cv-02965-MMC (DMR)

- 1 -