**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   SYNOPSYS, INC.,                              No. C-13-2965 MMC

12              Plaintiff,                         **ORDER GRANTING IN PART AND
                                                   DENYING IN PART DEFENDANT'S**
13      v.                                         **MOTION TO FILE UNDER SEAL (a)
                                                   PORTIONS OF ITS OPPOSITIONS TO**
14   ATOPTECH, INC.,                               **PLAINTIFFS MOTIONS IN LIMINE AND
                                                   (b) CERTAIN SUPPORTING EXHIBITS**
15              Defendant.                         **(DOC. NO. 589); DIRECTIONS TO**
                                          /        **DEFENDANT**
16

17
         Before the Court is defendant ATopTech, Inc.'s ("ATopTech") administrative motion
18
     to seal (Doc. No. 589), filed February 2, 2016, by which ATopTech seeks permission to
19
     seal the entirety of Exhibits 1, 2, and 4 - 8 to the "Omnibus Declaration of Paul Alexander in
20
     Support of ATopTech's Oppositions to Synopsys Motions in Limine Nos. 2 through 11"
21
     ("Alexander Declaration"), as well as portions of ATopTech's Oppositions to Synopsys's
22
     Motions in Limine Nos. 2 - 4, 6, 7, and 9 - 11.  Exhibits 1 and 2 and portions of the
23
     Oppositions to Motions in Limine Nos. 7 and 10 have been designated confidential by
24
     ATopTech; Exhibits 4 - 8 and portions of the Oppositions to Motions in Limine Nos. 4, 6, 9,
25
     and 11 have been designated confidential by plaintiff Synopsys, Inc. ("Synopsys"); and
26
     portions of the Oppositions to Motions in Limine Nos. 2 and 3 have been designated
27
     confidential by both parties.
28
         On February 2, 2016, ATopTech filed a declaration in support of sealing its

1   confidential material.  <u>See</u> Civil L. R. 79-5(d) (providing motion to file document under seal

2   must be "accompanied by . . . [a] declaration establishing that the document sought to be

3   filed under seal, or portions thereof, are sealable").  Thereafter, on February 8, 2016,

4   Synopsys filed a responsive declaration in support of sealing Exhibit 7 to the Alexander

5   Declaration.  <u>See</u> Civil L.R. 79-5(d)-(e) (providing, where party seeks to file under seal

6   material designated confidential by another party, designating party must file, within four

7   days, "a declaration . . . establishing that all of the designated information is sealable").

8   Having read and considered the administrative motion and the parties' respective

9   declarations, the Court rules as follows.

10      "A sealing order may issue only upon a request that establishes that the document,

11   or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to

12   protection under the law."  Civil L.R. 79-5(a).  "The request must be narrowly tailored to

13   seek sealing only of sealable material."  <u>Id.</u>

14      To the extent the administrative motion seeks permission to seal the entirety of

15   Exhibits 1, 2, and 7 to the Alexander Declaration, as well as portions of the Oppositions to

16   Synopsys's Motions in Limine Nos. 2, 3, 7, and 10, the Court finds good cause has been

17   shown, and, accordingly, the motion is hereby GRANTED.  ATopTech is hereby

18   DIRECTED to file in the public record versions of the Oppositions to Motions in Limine Nos.

19   2 and 3 in which only ATopTech's confidential information is redacted.

20      To the extent the administrative motion seeks permission to seal the entirety of

21   Exhibits 4 - 6 and 8, as well as portions of the Oppositions to Synopsys's Motions in Limine

22   Nos. 4, 6, 9, and 11, the motion is hereby DENIED, as Synopsys has not addressed such

23   material in its responsive declaration.  ATopTech is hereby DIRECTED to file in the public

24   record, no later than March 18, 2016, unredacted versions of said exhibits and Oppositions.

25      **IT IS SO ORDERED.**

26   Dated: March 9, 2016

MAXINE M. CHESNEY
United States District Judge

2