IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATOPTECH, INC., <br><br> Defendant. | No. C-13-2965 MMC <br><br> **ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO FILE UNDER SEAL (a) PORTIONS OF ITS OPPOSITIONS TO DEFENDANT'S MOTIONS IN LIMINE AND (b) CERTAIN SUPPORTING EXHIBITS (DOC. NO. 577)** |

Before the Court is plaintiff Synopsys, Inc.'s ("Synopsys") administrative motion to seal (Doc. No. 577), filed February 2, 2016, by which Synopsys seeks permission to seal the entirety of Exhibits 23 - 26, 28 - 31, and 33 - 65 to the Declaration of Patrick T. Michael ("Michael Declaration"), filed February 2, 2016, as well as portions of Synopsys's Oppositions to defendant ATopTech, Inc.'s ("ATopTech") Motions in Limine Nos. 1, 2, 4, and 5.

Exhibits 23, 31, 63, and 64 have been designated confidential by Synopsys; Exhibits 24, 29, 30, 34 - 44, and 46 - 62, as well as portions the Oppositions to Motions in Limine Nos. 4 and 5, have been designated confidential by ATopTech. Exhibits 25, 26, 28, 33, 45, and 65, as well as portions of the Oppositions to Motions in Limine Nos. 1 and 2, have been designated confidential by both parties. On February 2, 2016, Synopsys filed a declaration in support of sealing. See Civil L. R. 79-5(d) (providing motion to file document

1  under seal must be "accompanied by . . . [a] declaration establishing that the document
2  sought to be filed under seal, or portions thereof, are sealable"). Pursuant to the Local
3  Rules of this district, ATopTech was required to file by February 8, 2016, a responsive
4  declaration in support of sealing the material it has designated as confidential. See Civil
5  L.R. 79-5(d)-(e) (providing, where party seeks to file under seal material designated
6  confidential by another party, designating party must file, within four days, "a declaration . .
7  . establishing that all of the designated information is sealable"). To date, no such
8  declaration has been filed. Having read and considered the administrative motion and
9  Synopsys's declaration, the Court rules as follows.

10  "A sealing order may issue only upon a request that establishes that the document,
11  or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to
12  protection under the law." Civil L.R. 79-5(a). "The request must be narrowly tailored to
13  seek sealing only of sealable material." Id.

14  To the extent the administrative motion seeks permission to seal the entirety of
15  Exhibits 23, 25, 26, 28, 31, 45, 63, 64, and 65, as well as portions of the Oppositions to
16  ATopTech's Motions in Limine Nos. 1 and 2, the Court finds good cause has been shown,
17  and, accordingly, the motion is hereby GRANTED. Synopsys is hereby DIRECTED to file
18  in the public record, no later than March 18, 2016, versions of its Oppositions to Motions in
19  Limine Nos. 1 and 2 in which only Synopsys's confidential material is redacted.

20  To the extent the administrative motion seeks permission to seal the entirety of
21  Exhibits 24, 29, 30, 33 - 44, and 46 - 62 to the Michael Declaration and portions of the
22  Oppositions to ATopTech's Motions in Limine Nos. 4 and 5, the motion is hereby DENIED,
23  as neither party has shown said material is sealable. Synopsys is hereby DIRECTED to file
24  in the public record, no later than March 18, 2016, unredacted versions of said exhibits and
25  oppositions.

26  **IT IS SO ORDERED.**
27  Dated: March 9, 2016

MAXINE M. CHESNEY
United States District Judge

2