IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., | No. C-13-2965 MMC |
| Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO FILE UNDER SEAL (a) PORTIONS OF ITS MOTION IN LIMINE NO. 1 AND (b) CERTAIN SUPPORTING EXHIBITS (DOC. NO. 389); DIRECTIONS TO PLAINTIFF** |
| v. | |
| ATOPTECH, INC., | |
| Defendant. | |

Before the Court is plaintiff Synopsys, Inc.'s ("Synopsys") administrative motion to seal (Doc. No. 389), filed October 16, 2015, by which Synopsys seeks permission to seal the entirety of Exhibits 9, 11 - 14, 16, and 17 to the "Declaration of Patrick T. Michael in Support of Plaintiff Synopsys, Inc.'s Motion in Limine No. 1 to Limit Evidence of a 'Non-Infringing Alternative'" ("Michael Declaration"), as well as portions of Synopsys's Motion in Limine No. 1. Exhibits 9 and 11 have been designated confidential by both parties, whereas Exhibits 12 - 14, 16, and 17, and the portions of the Motion in Limine have been designated confidential by defendant ATopTech, Inc. ("ATopTech").

Concurrently with the instant motion, Synopsys filed a declaration in support of sealing Exhibits 9 and 11 to the Michael Declaration. See Civil L. R. 79-5(d) (providing motion to file document under seal must be "accompanied by . . . [a] declaration establishing that the document sought to be filed under seal, or portions thereof, are sealable"). Pursuant to the Local Rules of this district, ATopTech was required to file by

October 20, 2015, a responsive declaration in support of sealing the material it has designated as confidential. See Civil L.R. 79-5(d)-(e) (providing, where party seeks to file under seal material designated confidential by another party, designating party must file, within four days, "a declaration . . . establishing that all of the designated information is sealable"). To date, no such declaration has been filed. Having read and considered the administrative motion and Synopsys's declaration, the Court rules as follows.

"A sealing order may issue only upon a request that establishes that the document, or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to protection under the law." Civil L.R. 79-5(a). "The request must be narrowly tailored to seek sealing only of sealable material." Id.

To the extent the administrative motion seeks permission to seal the entirety of Exhibits 9 and 11 to the Michael Declaration, the Court finds good cause has been shown, and, accordingly, the motion is hereby GRANTED.

To the extent the administrative motion seeks permission to seal Exhibits 12 - 14, 16, and 17, as well as portions of Synopsys's Motion in Limine No. 1, the motion is hereby DENIED, as ATopTech has not shown such material is sealable. Synopsys is hereby DIRECTED to file in the public record, no later than March 18, 2016, unredacted versions of said exhibits and motion.

**IT IS SO ORDERED.**

Dated: March 10, 2016

MAXINE M. CHESNEY
United States District Judge

2