UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Maxine M. Chesney, Judge

```
SYNOPSYS, INC.,              )
                             )
          Plaintiff,         )
                             )
  VS.                        )      NO. C 13-02965 MMC
                             )
ATOPTECH, INC.,              )
                             )
          Defendant.         )
_____    )
```

San Francisco, California
Thursday, March 10, 2016

**TRIAL TRANSCRIPT MASTER INDEX**

Reported By:  Lydia Zinn, CSR No. 9223, FCRR,
              Jo Ann Bryce, CSR No. 3321, RMR, CRR, FCRR
              Official Reporters

2

| | |
|---|---|
| 1 | **I N D E X** |
| 2 | Monday, February 22, 2016 - Volume 1 |
| 3 | Tuesday, February 23, 2016 - Volume 2 |
| 4 | Wednesday, February 24, 2016 - Volume 3 |
| 5 | Thursday, February 25, 2016 - Volume 4 |
| 6 | Monday, February 29, 2016 - Volume 5 |
| 7 | Tuesday, March 1, 2016 - Volume 6 |
| 8 | Wednesday, March 2, 2016 - Volume 7 |
| 9 | Thursday, March 3, 2016 - Volume 8 |
| 10 | Friday, March 4, 2016 - Volume 9 |
| 11 | Monday, March 7, 2016 - Volume 10 |
| 12 | Tuesday, March 8, 2016 - Volume 11 |
| 13 | Wednesday, March 9, 2016 - Volume 13 |
| 14 | Thursday, March 10, 2016 - Volume 13 |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

I N D E X

|                                          | PAGE | VOL. |
|------------------------------------------|------|------|
| Jury Voir Dire                           | 27   | 1    |
| Jury Instructions                        | 116  | 1    |
| Opening Statement by Mr. Michael         | 175  | 1    |
| Opening Statement by Mr. Alexander       | 211  | 1    |
| Plaintiff Rests                          | 1330 | 6    |
| Defense Rests                            | 1854 | 8    |
| Plaintiff Rests Rebuttal                 | 1971 | 8    |
| Closing Argument by Mr. Michael          | 2213 | 11   |
| Closing Argument by Mr. Alexander        | 2256 | 11   |
| Rebuttal Argument by Mr. Michael         | 2309 | 11   |
| Jury Instructions                        | 2319 | 11   |

**PLAINTIFF'S WITNESSES**                                  PAGE   VOL.

**BOOTEHSAZ, AHSAN**

| (SWORN)                                  | 290  | 2    |
| Direct Examination by Mr. Michael        | 291  | 2    |
| Cross-Examination by Mr. Callagy         | 326  | 2    |

**BOOTEHSAZ, AHSAN (RECALLED)**

| Cross-Examination resumed by Mr. Callagy | 350  | 2    |
| Redirect Examination by Mr. Michael      | 353  | 2    |

**KUCUKCAKAR, KAYHAN**

| (SWORN)                                  | 356  | 2    |
| Direct Examination by Ms. Schwartz       | 357  | 2    |
| Cross-Examination by Mr. Callagy         | 427  | 2    |
| Redirect Examination by Ms. Schwartz     | 439  | 2    |

**I N D E X**

| **PLAINTIFF'S WITNESSES** | **PAGE** | **VOL.** |
|---|---|---|
| **DENG, STEPHEN** | | |
| (SWORN) | 442 | 2 |
| Direct Examination by Ms. Schwartz | 442 | 2 |
| | | |
| **DENG, STEPHEN (RECALLED)** | | |
| Direct Examination resumed by Ms. Schwartz | 473 | 2 |
| | | |
| **DENG, STEPHEN (RECALLED)** | | |
| Direct Examination resumed by Ms. Schwartz | 507 | 3 |
| Cross-Examination by Ms. McKenzie | 519 | 3 |
| Redirect Examination by Ms. Schwarz | 545 | 3 |
| | | |
| **LEE, KAIWIN** | | |
| (SWORN) | 563 | 3 |
| Direct Examination by Ms. Schwartz | 564 | 3 |
| Cross-Examination by Mr. Alexander | 575 | 3 |
| Redirect Examination by Ms. Schwartz | 596 | 3 |
| | | |
| **CHERN, JUE-HSIEN** | | |
| (SWORN) | 600 | 3 |
| Direct Examination by Mr. Mittelstaedt | 600 | 3 |
| Cross-Examination by Mr. Alexander | 615 | 3 |
| Redirect Examination by Mr. Mittelstaedt | 624 | 3 |
| Recross-Examination by Mr. Alexander | 625 | 3 |
| Further Redirect Examination by Mr. Mittelstaedt | 628 | 3 |
| | | |
| **TZENG, PING-SAN** | | |
| (SWORN) | 630 | 3 |
| Direct Examination by Ms. Schwartz | 630 | 3 |
| Cross-Examination by Mr. Marsh | 649 | 3 |
| | | |
| **TZENG, PING SAN (RECALLED)** | | |
| Cross-Examination resumed by Mr. Marsh | 721 | 4 |
| Redirect Examination by Ms. Schwartz | 758 | 4 |

I N D E X

| PLAINTIFF'S WITNESSES | PAGE | VOL. |
|---|---|---|
| KIANI, BIJAN | | |
| (SWORN) | 773 | 4 |
| Direct Examination by Mr. Michael | 773 | 4 |
| Cross-Examination by Mr. Callagy | 790 | 4 |
| Redirect Examination by Mr. Michael | 808 | 4 |
| | | |
| HOOGENSTRYD, ROBERT WILLIAM | | |
| Direct Examination by Mr. Mittelstaedt | 810 | 4 |
| Cross-Examination by Mr. Alexander | 844 | 4 |
| Redirect Examination by Mr. Mittelstaedt | 878 | 4 |
| Recross-Examination by Mr. Alexander | 885 | 4 |
| Further Redirect Examination by Mr. Mittelstaedt | 887 | 4 |
| | | |
| SHENG, HENRY | | |
| Direct Examination by Ms. Schwartz | 888 | 4 |
| | | |
| SHENG, HENRY (RECALLED) | | |
| Direct Examination by Ms. Schwartz | 911 | 4 |
| Cross-Examination by Mr. Callagy | 929 | 4 |
| | | |
| STORER, JAMES A. | | |
| (SWORN) | 992 | 5 |
| Direct Examination by Ms. Schwartz | 993 | 5 |
| | | |
| STORER, JAMES A. (RECALLED) | | |
| Direct Examination resumed by Ms. Schwartz | 1101 | 5 |
| Cross-Examination by Mr. Marsh | 1132 | 5 |
| Redirect Examination by Ms. Schwartz | 1189 | 5 |
| Recross-Examination by Mr. Marsh | 1192 | 5 |
| Further Redirect Examination by Ms. Schwartz | 1192 | 5 |

1                          <u>I N D E X</u>

2    <u>PLAINTIFF'S WITNESSES</u>                        <u>PAGE</u>  <u>VOL.</u>

3    <u>LOGAN, JOSEPH WILLIAM</u>
     Direct Examination by Mr. Mittelstaedt        1199   5
4    Cross-Examination by Mr. Callagy             1214   5
     Redirect Examination by Mr. Mittelsteadt     1220   5
5

6    <u>NAPPER, BRIAN WILLIAM</u>
     Direct Examination by Mr. Michael            1268   6
7    Cross-Examination by Mr. Alexander           1302   6

8

9    <u>BLAAUW, DAVID  (CALLED IN REBUTTAL)</u>
     (SWORN)                                      1880   8
10   Direct Examination by Ms. Schwartz           1881   8
     Cross-Examination by Mr. Callagy             1921   8
11

12   <u>HOOGENSTRYD, ROBERT  (RECALLED IN REBUTTAL)</u>
     Direct Examination by Mr. Michael            1942   8
13   Cross-Examination by Mr. Alexander           1949   8
     Direct Examination by Mr. Michael            1956   8
14   Recross-Examination by Mr. Alexander         1956   8

15

16   <u>SHENG, HENRY  (RECALLED IN REBUTTAL)</u>
     Direct Examination by Ms. Schwartz           1958   8
17   Cross-Examination by Mr. Callagy             1965   8

18

19   <u>DEFENDANT'S WITNESSES</u>                        <u>PAGE</u>  <u>VOL.</u>

20   <u>WANG, YUCHENG</u>
     (SWORN)                                      1342   6
21   Direct Examination by Mr. Marsh              1343   6
     Cross-Examination by Mr. Michael             1427   6
22

23   <u>WANG, YUCHENG  (RECALLED)</u>
     Cross-Examination resumed by Mr. Michael     1450   6
24   Redirect Examination by Mr. Marsh            1473   6

25

## I N D E X

| DEFENDANT'S WITNESSES | PAGE | VOL. |
|---|---|---|
| **BAI, GENG** | | |
| (SWORN) | 1477 | 6 |
| Direct Examination by Mr. Callagy | 1477 | 6 |
| | | |
| **BAI, GENG (RECALLED)** | | |
| Direct Examination resumed by Mr. Callagy | 1525 | 7 |
| Cross-Examination by Mr. Michael | 1533 | 7 |
| | | |
| **KAHNG, ANDREW** | | |
| (SWORN) | 1543 | 7 |
| Direct Examination by Mr. Callagy | 1543 | 7 |
| | | |
| **CHAN, STEVEN** | | |
| Direct Examination by Mr. Alexander | 1661 | 7 |
| | | |
| **KAHNG, ANDREW (RECALLED)** | | |
| Cross-Examination by Ms. Schwartz | 1675 | 7 |
| | | |
| **THUNE, ERIC BRUCE** | | |
| (SWORN) | 1761 | 8 |
| Direct Examination by Mr. Alexander | 1761 | 8 |
| Cross-Examination by Mr. Mittelstaedt | 1839 | 8 |
| Redirect Examination by Mr. Alexander | 1853 | 8 |

## E X H I B I T S

| PLAINTIFF'S EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 1 | | 297 | 2 |
| 3 | | 297 | 2 |
| 6 | | 983 | 5 |
| 18 | | 983 | 5 |
| 19 | | 297 | 2 |
| 21 | | 297 | 2 |

**E X H I B I T S**

| PLAINTIFF'S EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 26 | | 983 | 5 |
| 27 | | 983 | 5 |
| 36 | | 983 | 5 |
| 39 | | 297 | 2 |
| 41 | | 297 | 2 |
| 55 | | 297 | 2 |
| 57 | | 297 | 2 |
| 64 | | 297 | 2 |
| 66 | | 297 | 2 |
| 79 | | 983 | 5 |
| 102 | | 2255 | 11 |
| 153 | | 345 | 2 |
| 235 | | 983 | 5 |
| 252 | | 983 | 5 |
| 266 | | 722 | 4 |
| 269 | | 917 | 4 |
| 289 | | 983 | 5 |
| 290 | | 983 | 5 |
| 296 | | 983 | 5 |
| 335 | | 322 | 2 |
| 336 | | 373 | 2 |
| 351 | | 1400 | 6 |
| 372 | | 464 | 2 |

**E X H I B I T S**

| PLAINTIFF'S EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 378 | | 656 | 3 |
| 398 | | 983 | 5 |
| 418 | | 581 | 3 |
| 419 | | 983 | 5 |
| 422 | | 511 | 3 |
| 450 | | 508 | 3 |
| 460 | | 514 | 3 |
| 461 | | 517 | 3 |
| 462 | | 639 | 3 |
| 467 | | 570 | 3 |
| 482 | | 568 | 3 |
| 518 | | 983 | 5 |
| 519 | | 983 | 5 |
| 523 | | 821 | 4 |
| 531 | | 1831 | 8 |
| 542 | | 983 | 5 |
| 555 | | 1894 | 8 |
| 556 | | 1894 | 8 |
| 564 | | 466 | 2 |
| 572 | | 452 | 2 |
| 675 | | 983 | 5 |
| 676 | | 983 | 5 |
| 677 | | 983 | 5 |

**E X H I B I T S**

| PLAINTIFF'S EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 824 | | 1513 | 7 |
| 851 | | 802 | 4 |
| 886 | | 1402 | 6 |
| 911 | | 749 | 4 |
| 916 | | 1396 | 6 |
| 1162 | | 456 | 2 |
| 1166 | | 525 | 3 |
| 1179 | | 460 | 2 |
| 1197 | | 1438 | 6 |
| 1214 | | 454 | 2 |
| 1269 | | 317 | 2 |
| 1336 | | 318 | 2 |
| 1428-1 | | 1105 | 5 |
| 1438 | | 916 | 4 |
| 1439 | | 983 | 5 |
| 1440 | | 983 | 5 |
| 1441 | | 983 | 5 |
| 1443 | | 983 | 5 |
| 1454 | | 1207 | 5 |
| 1457 | | 983 | 5 |
| 1458 | | 1847 | 8 |
| 429 | | 475 | 2 |
| 433 | | 491 | 2 |

**E X H I B I T S**

| PLAINTIFF'S EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 551 | | 480 | 2 |
| 1226 | | 478 | 2 |

| DEFENDANT'S EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 1783 | | 857 | 4 |
| 1807 | | 879 | 4 |
| 1922 | | 991 | 5 |
| 1744 | | 1575 | 7 |
| 1938 | | 1772 | 8 |
| 1940 | | 1785 | 8 |
| 1937 | | 1791 | 8 |
| 1939 | | 1834 | 8 |