United States District Court

For the Northern District of California

1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   SYNOPSYS, INC.,                              No. C-13-2965 MMC

11              Plaintiff,              **ORDER GRANTING IN PART AND**
                                        **DENYING IN PART DEFENDANT'S**
12        v.                            **MOTION TO FILE UNDER SEAL (a)**
                                        **PORTIONS OF ITS REPLY IN SUPPORT**
13   ATOPTECH, INC.,                    **OF MOTION FOR SUMMARY**
                                        **JUDGMENT AND (b) CERTAIN**
14              Defendant.              **SUPPORTING EXHIBITS (DOC. NO.**
                                        **461); DIRECTIONS TO DEFENDANT**
15   _____/

16

17        Before the Court is defendant ATopTech, Inc.'s ("ATopTech") administrative motion

18   to seal (Doc. No. 461), filed November 20, 2015, by which ATopTech seeks permission to

19   seal material designated as confidential by plaintiff Synopsys, Inc. ("Synopsys"), namely,

20   Exhibits 1, 2, and 5 to the "Declaration of Paul Alexander in Support of Defendant

21   ATopTech, Inc.'s Reply to Synopsys' Opposition to ATopTech's Motion for Summary

22   Judgment" ("Alexander Declaration"), as well as portions of ATopTech's reply brief.

23        On November 27, 2015, Synopsys filed a responsive declaration in support of

24   sealing Exhibits 1 and 2 to the Alexander Declaration and portions of the reply brief. See

25   Civil L.R. 79-5(d)-(e) (providing, where party seeks to file under seal material designated

26   confidential by another party, designating party must file, within four days, "a declaration . .

27   . establishing that all of the designated information is sealable"). Having read and

28   considered the administrative motion and Synopsys's declaration, the Court rules as

     follows.

1    "A sealing order may issue only upon a request that establishes that the document,

2  or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to

3  protection under the law."  Civil L.R. 79-5(a).  "The request must be narrowly tailored to

4  seek sealing only of sealable material."  Id.

5    To the extent the administrative motion seeks permission to seal the entirety of

6  Exhibits 1 and 2 and portions of the reply brief, the Court finds good cause has been

7  shown, and, accordingly, the motion is hereby GRANTED.  To the extent the administrative

8  motion seeks permission to seal the entirety of Exhibit 5, the motion is hereby DENIED, as

9  Synopsys has not addressed such material in its responsive declaration.  ATopTech is

10  hereby DIRECTED to file in the public record, no later than March 25, 2016, an unredacted

11  version of Exhibit 5.

12    **IT IS SO ORDERED.**

13  Dated: March 11, 2016

MAXINE M. CHESNEY
14  United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2