IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYNOPSYS, INC.,

    Plaintiff,

  v.

ATOPTECH, INC.,

    Defendant.

No. C-13-2965 MMC

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO FILE UNDER SEAL PORTIONS OF ITS REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (DOC. NO. 462); DIRECTIONS TO PLAINTIFF**

    Before the Court is plaintiff Synopsys, Inc.'s ("Synopsys") administrative motion to seal (Doc. No. 462), filed November 20, 2015, by which Synopsys seeks permission to seal portions of its reply brief in support of its Motion for Summary Judgment. Part of that material has been designated confidential by Synopsys, whereas other parts have been designated confidential by defendant ATopTech, Inc. ("ATopTech").

    Concurrently with the instant motion, Synopsys filed a declaration in support of sealing its confidential material . See Civil L. R. 79-5(d) (providing motion to file document under seal must be "accompanied by . . . [a] declaration establishing that the document sought to be filed under seal, or portions thereof, are sealable"). Pursuant to the Local Rules of this district, ATopTech was required to file by November 24, 2015, a responsive declaration in support of sealing the material it has designated as confidential. See Civil L.R. 79-5(d)-(e) (providing, where party seeks to file under seal material designated confidential by another party, designating party must file, within four days, "a declaration . .

1  . establishing that all of the designated information is sealable"). To date, no such
2  declaration has been filed. Having read and considered the administrative motion and
3  Synopsys's declaration, the Court rules as follows.
4      "A sealing order may issue only upon a request that establishes that the document,
5  or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to
6  protection under the law." Civil L.R. 79-5(a). "The request must be narrowly tailored to
7  seek sealing only of sealable material." Id.
8      To the extent the administrative motion seeks permission to seal Synopsys's
9  confidential information in the reply brief, specifically, lines seventeen and nineteen on
10  page eleven, the Court finds good cause has been shown, and, accordingly, the motion is
11  hereby GRANTED.
12      To the extent the administrative motion seeks permission to seal the portions of the
13  reply brief designated confidential by ATopTech, the motion is hereby DENIED, as
14  ATopTech has not shown such material is confidential. Synopsys is hereby DIRECTED to
15  file in the public record, no later than March 25, 2016, a version of the reply brief in which
16  only lines seventeen and nineteen on page eleven are redacted.
17      **IT IS SO ORDERED.**
18  Dated: March 14, 2016
19                                       MAXINE M. CHESNEY
                                       United States District Judge
20
21
22
23
24
25
26
27
28