IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYNOPSYS, INC.,

        Plaintiff,

  v.

ATOPTECH, INC,

        Defendant.

Case No. 13-cv-02965-MMC

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTIONS FOR PERMANENT INJUNCTION, JUDGMENT NOTWITHSTANDING VERDICT ON BREACH OF CONTRACT, AND ENTRY OF JUDGMENT; DIRECTIONS TO PARTIES**

Re: Dkt. Nos. 723, 727, 729

       The Court is in receipt of plaintiff Synopsys, Inc.'s "Motion for Permanent Injunction and for Disposition of Infringing Copies and Means," as well as plaintiff's "Rule 50(b) Motion on Breach of Contract," and "Motion for Entry of Final Judgment," each filed April 7, 2016. Said motions would appear to be premature, however, as the issue of equitable estoppel, which defendant ATopTech, Inc. has asserted as an affirmative defense to plaintiff's copyright infringement claim, remains pending.

       Accordingly, the above-referenced three motions are hereby DENIED, without prejudice to re-filing[1] after the equitable estoppel issue has been resolved. The parties are hereby DIRECTED to meet and confer, and submit, no later than April 22, 2016, a joint stipulation as to the manner and schedule upon which said issue will be presented to

---

[1] If no changes have been made, chambers copies of the re-filed motions need not be provided.

1 | the Court.
2 | **IT IS SO ORDERED.**
3 | Dated:  April 11, 2016

_MAXINE M. CHESNEY_
United States District Judge