Paul Alexander (#49997)
Paul.Alexander@aporter.com
Martin R. Glick (#40187)
Marty.Glick@aporter.com
Sean M. Callagy (#255230)
Sean.Callagy@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

Philip W. Marsh (#276383)
Philip.Marsh@aporter.com
ARNOLD & PORTER LLP
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304-1216
Telephone: (650) 798-2920
Facsimile: (650) 798-2999

Denise McKenzie (#193313)
Denise.McKenzie@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street
Forty-Fourth Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Attorneys for Defendant
ATOPTECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ATOPTECH, INC.,<br><br>Defendant. | Case No. 3:13-cv-02965 MMC (DMR)<br><br>CONSTRUCING [PROPOSED] ORDER ˄ GRANTING DEFENDANT ATOPTECH, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER GRANTING IN PART AND DENYING IN PART MOTION TO FILE UNDER SEAL [ECF NO. 740] AS MOTION FOR RECONSIDERATION; GRANTING MOTION FOR RECONSIDERATION; MODIFYING IN PART AND VACATING IN PART ORDER, FILED MAY 16, 2016; DIRECTIONS TO PLAINTIFF |

By Administrative Motion pursuant to Northern District of California Civil Local Rules 7-9 and 9-11, Defendant ATopTech, Inc. ("ATopTech") has moved for leave of this Court to file a motion for partial reconsideration of this Court's May 16, 2016 Order Granting in Part and Denying in Part Plaintiff's Motion to File Under Seal (1) Portions of Its Motion for Permanent Injunction and (2) Certain Supporting Declarations and Schedules ("Order") (ECF No. 740). The Court construes ATopTech's Motion for Leave as its Motion for Reconsideration. ATopTech indicates it understood no response was due to Synopsys' multiple motions filed on April 7, 2016 (ECF Nos. 723, 727, 728 and 729), which included the subject motion to seal, because the Court had issued an Order denying the substantive motions on April 11, 2016 as premature (ECF No. 732). Upon reviewing the Order, ATopTech promptly prepared the Declaration of Henry Chang ("Chang Declaration"), filed in support of its motion, which sets forth grounds for sealing certain specifically identified materials filed in connection with Synopsys' Motion for Permanent Injunction, in compliance with Local Rule 79-5(d) and (e).

Accordingly, for good cause shown, the Court GRANTS ATopTech's ~~Administrative Motion for Leave to File~~ Motion for Reconsideration of Order Granting in Part and Denying in Part Motion to File Under Seal [ECF No. 740]. The Court hereby modifies its prior Order to provide that the following materials shall be sealed:

Paragraphs 7, 8, 9, 10, 11, 13, 14, and 15 12 of the Declaration of David Blaauw (ECF No. 724);

Exhibits 2, 4 and 5 to the Declaration of David Blaauw (ECF Nos. 724-2, 724-4 and 724-5);

Paragraphs 3, 4, 5, 6, 7, 8, 9, 10 - 15, 18, 19 and 20 of the Declaration of James Storer (ECF No. 725);

Exhibits 2, 4 and 5 to the Declaration of James Storer (ECF Nos. 725-2, 725-4 and 725-5);

Exhibits 4, 5 and 6 to the Declaration of Patrick Michael (ECF Nos. 726-4, 726-5 and 726-6); and

The following passages in Synopsys' Motion for Permanent Injunction, which references the foregoing materials, specifically: p. 13, lines 14-23 and 26-29; p. 14, lines 9-15.

To the extent the Order directs Synopsys to file certain documents in the public record, the Order is hereby VACATED, and Synopsys is hereby DIRECTED to file in the public record, no later than May 27, 2016, versions of the Motion for Permanent Injunction, Blaauw declaration, and Storer declaration, in which, in addition to Synopsys's confidential material,

identified in its motion to seal (Dkt. No. 727), ATopTech's confidential material, as identified herein, likewise is redacted.

**IT IS SO ORDERED.**

Dated: ___May 20___, 2016

Hon. Maxine M. Chesney
United States District Judge