IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., <br><br>  Plaintiff <br> v. <br><br> ATOPTECH, INC., <br><br>  Defendant. | No. C 13-2965 MMC <br><br> **ORDER REFERRING TO MAGISTRATE JUDGE RYU PLAINTIFF'S BENCH TRIAL MOTION IN LIMINE NO. 1 AND FOR PROTECTIVE ORDER, AND MOTION TO SHORTEN TIME** |

Pursuant to Civil Local Rule 72-1, plaintiff's "Bench Trial Motion in Limine No. 1 and Motion for Protective Order," filed May 23, 2016, and "Emergency Motion to Shorten Time to Hear Plaintiff Synopsys, Inc.'s Bench Trial Motion in Limine No. 1 and Motion for Protective Order," filed May 23, 2016, are hereby REFERRED to Magistrate Judge Donna Ryu, to whom all discovery matters previously were referred.

The parties will be advised of the next appearance, if any, by Magistrate Judge Ryu's chambers.

The July 1, 2016 hearings before the undersigned are hereby VACATED.

**IT IS SO ORDERED**.

Dated: May 24, 2016

MAXINE M. CHESNEY
United States District Judge