UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SYNOPSYS, INC.,

    Plaintiff,

v.

ATOPTECH, INC,

    Defendant.

Case No. 13-cv-02965-MMC   (DMR)

**ORDER REQUESTING RESPONSE FROM SYNOPSYS**

Re: Dkt. Nos. 744, 753

On May 24, 2016, the Honorable Maxine M. Chesney referred Plaintiff Synopsys, Inc.'s Bench Trial Motion in Limine No. 1 and Motion for Protective Order [Docket No. 744] regarding the deposition of Mr. Alpesh Kothari to the undersigned. [Docket No. 749.]

On June 6, 2016, ATopTech, Inc. filed a response stating that ATopTech will withdraw the notice of Kothari's deposition and will not seek to call him as a witness at the July 25, 2016 Bench Trial. [Docket No. 753 at 2, 5.] In light of ATopTech's response to Synopsys's Bench Trial Motion in Limine No. 1 and Motion for Protective Order, it appears that the two motions are moot. **By June 10, 2016,** Synopsys shall either withdraw its motions, or shall submit a one paragraph letter explaining why the motions are not moot and why the June 30, 2016 hearing should go forward.

**IT IS SO ORDERED.**

Dated: June 7, 2016

Donna M. Ryu
United States Magistrate Judge