Robert A. Mittelstaedt (SBN 60359)
ramittelstaedt@JonesDay.com
Patrick T. Michael (SBN 169745)
pmichael@jonesday.com
Krista S. Schwartz (SBN 303604)
ksschwartz@JonesDay.com
David C. Kiernan (SBN 215335)
dkiernan@jonesday.com
Nathaniel P. Garrett (SBN 248211)
ngarrett@JonesDay.com
Joe C. Liu (SBN 237356)
jcliu@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    +1.415.626.3939
Facsimile:    +1.415.875.5700

Heather N. Fugitt (SBN 261588)
hfugitt@JonesDay.com
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:    +1.650.739.3939
Facsimile:    +1.650.739.3900

Attorneys for Plaintiff
SYNOPSYS, INC.

Paul Alexander (#49997)
Paul.Alexander@aporter.com
Martin R. Glick (#40187)
Marty.Glick@aporter.com
Sean M. Callagy (#255230)
Sean.Callagy@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

Philip W. Marsh, (#276383)
Philip.marsh@aporter.com
ARNOLD & PORTER LLP
1801 Page Mill Road, Suite 110
Palo Alto, CA  94304-1216
Telephone:  (650) 798-2920
Facsimile:  (650) 798-2999

Denise McKenzie (#193313)
Denise.McKenzie@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street
Forty-Fourth Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Attorneys for Defendant
ATOPTECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ATOPTECH, INC.,<br><br>Defendant. | **Case No. 3:13-cv-02965-MMC (DMR)**<br><br>**JOINT STIPULATION OF PARTIAL DISMISSAL AND [PROPOSED] ORDER** |

## STIPULATION OF PARTIAL DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Synopsys, Inc. ("Synopsys") and Defendant ATopTech, Inc. ("ATopTech"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1.      The Court, in its Order Construing Claims dated January 19, 2016 (ECF No. 507), held that the claim term "means for identifying a cross-coupled circuit contained within said netlist, wherein said cross-coupled circuit includes a primary net and an aggressor net" of Claims 15-19 of U.S. Patent No. 6,405,348 (the '348 patent) is indefinite.

2.      The U.S. Patent and Trademark Office's Patent Trial and Appeal Board (PTAB) issued its final decision in *inter partes* review (IPR) case no. IPR2014-01145 finding Claims 1-4 and 7-11 of U.S. Patent No. 6,237,127 (the '127 patent) to be unpatentable.  Synopsys did not appeal that decision.

3.      The PTAB issued its final decision in IPR case no. IPR2014-01150 finding, *inter alia*, Claims 33-36 of U.S. Patent No. 6,567,967 (the '967 patent) to be unpatentable.  Synopsys did not appeal the portion of the decision pertaining to Claims 33-36.

4.      Based on the Court's claim construction order, the parties agree that Synopsys' claim for infringement of Claims 15-19 of the '348 patent should be dismissed with prejudice and that ATopTech's defenses pertaining to Claims 15-19 of the '348 patent should be dismissed without prejudice.  By entering into this stipulation, neither party concedes that the rulings in the Court's claim construction order are correct and Synopsys and ATopTech reserve all rights to appeal the Court's claim construction order and all other decisions entered prior to this stipulation.

5.      In light of the PTAB's decisions in the above-referenced IPR proceedings, the parties agree that all claims pertaining to Claims 1-4 and 7-11 of the '127 patent and Claims 33-36 of the '967 patent are moot.

Dated: June 14, 2016

Respectfully submitted,

JONES DAY

By:  */s/ Patrick T. Michael*

Patrick T. Michael

Attorneys for Plaintiff

SYNOPSYS, INC.

In accordance with Local Rule 5-1(i)(3), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

ARNOLD & PORTER

By:  */s/ Philip W. Marsh*

Philip W. Marsh

Attorneys for Defendant
ATOPTECH, INC.

## [PROPOSED] ORDER OF PARTIAL DISMISSAL

**IT SO ORDERED,** pursuant to Fed. R. Civ. P., Rule 41(a)(2) and the Parties' stipulation, that:

1.      Synopsys' claims for infringement of Claims 15-19 of the '348 patent are dismissed with prejudice.

2.      ATopTech's defenses pertaining to Claims 15-19 of the '348 patent are dismissed without prejudice.

3.      Synopsys' claims for infringement of Claims 1-4 and 7-11 of the '127 patent and Claims 33-36 of the '967 patent are dismissed with prejudice as moot.

Dated: __June 14, 2016__

By: _____
Hon. Maxine Chesney
United States District Judge

Joint Stipulation and (Proposed) Order
Case No. 3:13-cv-02965-MMC (DMR)