UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>ATOPTECH, INC,<br><br>        Defendant. | Case No.  13-cv-02965-MMC   (DMR)<br><br>**ORDER RE: DEPOSITION OF STEVEN MEIER; REQUESTING RESPONSE FROM ATOPTECH**<br><br>Re: Dkt. No. 775 |

On June 27, 2016, Synopsys filed a unilateral discovery letter seeking to quash a subpoena that purports to set a June 28, 2016 deposition for Mr. Steven Meier.  [Docket No. 775.] Synopsys contends that the deposition subpoena is invalid, and also violates the court's scheduling order, which set a June 30, 2015 discovery deadline for the copyright portion of the case.

ATopTech is hereby ordered to file a response of no more than two pages by 5:00 p.m. on June 28, 2016.

The deposition of Steven Meier shall not go forward until the court resolves this dispute.

**IT IS SO ORDERED.**

Dated: June 27, 2016

                                         Donna M. Ryu<br>                                    United States Magistrate Judge