UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., <br>     Plaintiff, <br>   v. <br> ATOPTECH, INC, <br>     Defendant. | Case No. 13-cv-02965-MMC (DMR) <br><br> **ORDER REQUESTING SUPPLEMENTAL INFORMATION REGARDING THE DEPOSITION OF STEVEN MEIER** <br><br> Re: Dkt. Nos. 775, 782 |

On June 27, 2016, Synopsys filed a unilateral discovery letter moving to quash the deposition subpoena of Mr. Steven Meier and moving for a protective order, purportedly on behalf of Synopsys and Meier. [Docket No. 775 at 1.] The court ordered that Meier's deposition not go forward until the court resolved the issue, and requested ATopTech's position. [Docket No. 776.] ATopTech responded that Meier had voluntarily agreed to sit for his deposition and had actually selected the June 28, 2016 date that his deposition was originally noticed for. [Docket No. 782 at 1.]

In light of this seemingly conflicting information, the parties are instructed to file a joint letter by July 7, 2016. Each side is allotted 100 words to answer the following questions:

1) Does Synopsys's counsel represent Mr. Meier?
2) Does Mr. Meier object to the deposition subpoena?
3) Did Mr. Meier voluntarily agree to sit for his deposition on the date noticed by ATopTech?

**IT IS SO ORDERED.**

Dated: July 1, 2016

Donna M. Ryu
United States Magistrate Judge