

**DENIED***
*Maxine M. Chesney*
Judge Maxine M. Chesney

Dated: July 14, 2016
*Insufficient notice and improper form of request.

# JONES DAY

555 CALIFORNIA STREET, 26TH FLOOR • SAN FRANCISCO, CALIFORNIA 94104

TELEPHONE: +1.415.626.3939 • FACSIMILE: +1.415.875.5700

Direct Number: (415) 875-5710
ramittelstaedt@JonesDay.com

July 14, 2016

*VIA* CM/ECF

Hon. Maxine M. Chesney
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   Pretrial Conference in *Synopsys, Inc. v. ATopTech, Inc.*, No. 3:13-cv-02965-MMC

Dear Judge Chesney:

Synopsys respectfully requests that the Court schedule a pretrial conference on Tuesday, July 19, 2016 at 3:00 p.m. in anticipation of the parties' July 25 bench trial on ATopTech's equitable estoppel defense.

A pretrial conference is warranted because ATopTech has declined to identify the non-ATopTech witnesses it actually intends to call at trial. In its list of witnesses *likely* to be called at trial, ATopTech has identified eight former and current Synopsys employees and independent contractors. *See* ECF No. 783-1 at 44-50, 72-74.[1] But seven of these witnesses were never disclosed by ATopTech in the copyright case and its belated designation of such witnesses violates the parties' September 2015 stipulation. As set forth in Synopsys' pending *Motion in Limine No. 2*, ATopTech should be precluded from calling these previously undisclosed witnesses at trial. A pretrial conference will allow the Court to decide Synopsys' pending *in limine* motion to ensure an orderly trial.

A pretrial conference also will provide the opportunity to establish time limits for opening statements and for each party to present its case. And, to the extent ATopTech is permitted to examine previously undisclosed witnesses, a pretrial conference should be held to settle on the identity and order of witnesses that will actually be called at trial. While ATopTech has acknowledged that it does not intend to call all the non-ATopTech witnesses identified on its list, it has declined to provide Synopsys with a final list. For the sake of efficient trial management, and out of respect for the professional schedules of Synopsys' former and current employees, a pretrial conference should be held to determine the parties' final witness lists.

---

[1] The non-ATopTech witnesses include Dr. Dwight Hill, Noel Strader, Richard Goldman, Stephen Meier, Mark Lewis, Sridhar Panchapakesan, Mark B. Lefevre, and Mustafa Celik.

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

Hon. Maxine M. Chesney
July 14, 2016
Page 2

                                          Respectfully submitted,

                                          JONES DAY

                                          */s/Robert A. Mittelstaedt*
                                          Robert A. Mittelstaedt

                                          ATTORNEYS FOR SYNOPSYS, INC.