Paul Alexander (#49997)
Paul.Alexander@aporter.com
Martin R. Glick (#40187)
Marty.Glick@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:  (415) 471-3100
Facsimile:  (415) 471-3400

Denise McKenzie (#193313)
Denise.McKenzie@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street
Forty-Fourth Floor
Los Angeles, CA 90017-5844
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199

Attorneys for Defendant
ATOPTECH, INC.

Robert A. Mittelstaedt (SBN 60359)
ramittelstaedt@jonesday.com
Patrick T. Michael (SBN 169745)
pmichael@jonesday.com
Krista S. Schwartz (SBN 303604)
ksschwartz@jonesday.com
Joe C. Liu (SBN 237356)
jcliu@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Heather N. Fugitt (SBN 261588)
hfugitt@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900

Attorneys for Plaintiff SYNOPSYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>ATOPTECH, INC.,<br><br>            Defendant. | Case No. 3:13-cv-02965-MMC (DMR)<br><br>**STIPULATED REQUEST FOR AND [PROPOSED] ORDER GRANTING LEAVE TO BRING AND USE EQUIPMENT AND MATERIALS AT TRIAL**<br><br>**Date:        July 25, 2016**<br>**Time:        9:00 a.m.**<br>**Judge:       Hon. Maxine M. Chesney**<br>**Courtroom:  7, 19th Floor** |

1  Pursuant to Civil Local Rule 7-12, Defendant ATopTech, Inc. and Plaintiff Synopsys,
2  Inc. and jointly request leave to bring the following equipment into Courtroom 7 on July 21,
3  2016 at 4:00 p.m.. for the trial which is scheduled to commence on July 25, 2016 at 9:00 a.m.:

- Folding tables
- Color printer
- Projector
- Projector stands
- Elmo
- Switching devices
- LCD monitors
- Speakers
- Caps
- Associated cables
- Rolling carts
- Easels and easel pads

**IT IS SO STIPULATED.**

Dated:  July 19, 2016                    Respectfully submitted,

By:     */s/ Paul Alexander*
Paul Alexander (#49997)
Paul.Alexander@aporter.com
Martin R. Glick (#40187)
Marty.Glick@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:  (415) 471-3100
Facsimile:  (415) 471-3400

Denise McKenzie (#193313)
Denise.McKenzie@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street
Forty-Fourth Floor
Los Angeles, CA 90017-5844
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199

Attorneys for Defendant ATOPTECH, INC.

Dated: July 19, 2016

By:    */s/ Patrick T. Michael*
Patrick T. Michael (SBN 169745)
pmichael@jonesday.com
Robert A. Mittelstaedt (SBN 60359)
ramittelstaedt@jonesday.com
Krista S. Schwartz (State Bar No. 303604)
ksschwartz@jonesday.com
Joe C. Liu (SBN 237356)
jcliu@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Heather N. Fugitt (SBN 261588)
hfugitt@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900

Attorneys for Plaintiff SYNOPSYS, INC

    In accordance with Local Rule 5-1(i)(3), Defendant's counsel attests that concurrence in the filing of this document has been obtained from Plaintiff's counsel.

Dated: July 19, 2016                 JONES DAY

By:    */s/ Patrick T. Michael*
Patrick T. Michael

Attorneys for Plaintiff SYNOPSYS, INC.

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____July 20_____, 2016

_____
Honorable Maxine M. Chesney
United States District Judge

Stipulated Request & ~~Proposed~~ Order re Trial Equipment & Materials.docx