| | |
|---|---|
| Paul Alexander (No. 49997) | Robert A. Mittelstaedt (SBN 60359) |
| Paul.Alexander@aporter.com | ramittelstaedt@JonesDay.com |
| Martin R. Glick (No. 40187) | Patrick T. Michael (SBN 169745) |
| Marty.Glick@aporter.com | pmichael@jonesday.com |
| Sean M. Callagy (No. 255230) | Krista S. Schwartz (SBN 303604) |
| Sean.Callagy@aporter.com | ksschwartz@JonesDay.com |
| ARNOLD & PORTER LLP | David C. Kiernan (SBN 215335) |
| Three Embarcadero Center, 10th Floor | dkiernan@jonesday.com |
| San Francisco, CA 94111-4024 | Nathaniel P. Garrett (SBN 248211) |
| Telephone: (415) 471-3100 | ngarrett@JonesDay.com |
| Facsimile: (415) 471-3400 | Joe C. Liu (SBN 237356) |
| | jcliu@JonesDay.com |
| Philip W. Marsh (No. 276383) | JONES DAY |
| E-Mail: Philip.Marsh@aporter.com | 555 California Street, 26th Floor |
| ARNOLD & PORTER LLP | San Francisco, CA 94104 |
| 1801 Page Mill Road, Suite 110 | Telephone: +1.415.626.3939 |
| Palo Alto, CA 94304-1216 | Facsimile: +1.415.875.5700 |
| Telephone: (650) 798-2920 | |
| Facsimile: (650) 798-2999 | Heather N. Fugitt (SBN 261588) |
| | hfugitt@JonesDay.com |
| Denise McKenzie (No. 193313) | JONES DAY |
| Denise.McKenzie@aporter.com | Silicon Valley Office |
| ARNOLD & PORTER LLP | 1755 Embarcadero Road |
| 777 South Figueroa Street | Palo Alto, CA 94303 |
| Forty-Fourth Floor | Telephone: +1.650.739.3939 |
| Los Angeles, CA 90017-5844 | Facsimile: +1.650.739.3900 |
| Telephone: (213) 243-4000 | |
| Facsimile: (213) 243-4199 | Attorneys for Plaintiff |
| | SYNOPSYS, INC. |
| Attorneys for Defendant | |
| ATOPTECH, INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., <br><br>　　　　Plaintiff, <br><br>v. <br><br>ATOPTECH, INC., <br><br>　　　　Defendant. | **Case No. 3:13-cv-02965-MMC (DMR)** <br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT LETTER BRIEF (DKT. NO. 803) TO TAKE DEPOSITIONS OUT OF TIME** <br><br>Judge:　　Hon. Donna M. Ryu <br>Courtroom:　4, 3rd Floor <br>　　　　　　1301 Clay Street, Oakland |

The Court has received and considered the parties' joint letter brief (Dkt. No. 803), wherein the parties' jointly request that the Court permit limited depositions to go forward after the patent fact discovery deadline. After considering the parties' joint submission, the Court finds good cause to grant the parties' motion.

Dated: July 25, 2016

Respectfully submitted,

ARNOLD & PORTER LLP

By: */s/ Philip W. Marsh*
    Philip W. Marsh

Attorneys for Plaintiff
ATOPTECH, INC.

In accordance with Local Rule 5-1(i)(3), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

JONES DAY

By: */s/ Joe C. Liu*
    Joe C. Liu

Attorneys for Defendant
SYNOPSYS, INC.

**IT IS HEREBY ORDERED THAT**

(1) ATopTech is permitted to take the continued deposition of Mr. James Luo; and

(2) Synopsys is permitted the additional corporate witness(es) designated by ATopTech for up to a total of two (2) hours on facts relating a particular patent license with a company called Golden Gate Technology, Inc. and facts supporting ATopTech's license defense.

**IT SO ORDERED.**

Dated: July 27, 2016

By: _____
Hon. Donna M. Ryu
United States Magistrate Judge

*[Stamp: IT IS SO ORDERED — Judge Donna M. Ryu — United States District Court, Northern District of California]*

36328106v1

- 1 -

Joint (Proposed) Order
Case No. 3:13-cv-02965-MMC (DMR)