| | |
|---|---|
| Robert A. Mittelstaedt (SBN 60359) | Paul Alexander (#49997) |
| ramittelstaedt@JonesDay.com | Paul.Alexander@aporter.com |
| Patrick T. Michael (SBN 169745) | Martin R. Glick (#40187) |
| pmichael@jonesday.com | Marty.Glick@aporter.com |
| Krista S. Schwartz (SBN 303604) | Sean M. Callagy (#255230) |
| ksschwartz@JonesDay.com | Sean.Callagy@aporter.com |
| Joe C. Liu (SBN 237356) | Willow White Noonan (#277584) |
| jcliu@JonesDay.com | Willow.Noonan@aporter.com |
| JONES DAY | ARNOLD & PORTER LLP |
| 555 California Street, 26th Floor | Three Embarcadero Center, 7th Floor |
| San Francisco, CA 94104 | San Francisco, CA 94111-4024 |
| Telephone: +1.415.626.3939 | Telephone: (415) 471-3100 |
| Facsimile: +1.415.875.5700 | Facsimile: (415) 471-3400 |
| | |
| Thomas W. Ritchie (*pro hac vice*) | Philip W. Marsh (#276383) |
| twritchie@JonesDay.com | Philip.Marsh@aporter.com |
| JONES DAY | ARNOLD & PORTER LLP |
| 77 W. Wacker Dr. | 1801 Page Mill Road, Suite 110 |
| Chicago, IL 60601 | Palo Alto, CA 94304-1216 |
| Telephone: +1.312.782.3939 | Telephone: (650) 798-2920 |
| Facsimile: +1.312.782.8585 | Facsimile: (650) 798-2999 |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |
| SYNOPSYS, INC. | ATOPTECH, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATOPTECH, INC., <br><br> Defendant. | **Case No. 3:13-cv-02965-MMC (DMR)** <br><br> **JOINT STIPULATION OF PARTIAL DISMISSAL AND [PROPOSED] ORDER** |

**STIPULATION OF PARTIAL DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Synopsys, Inc. ("Synopsys") and Defendant ATopTech, Inc. ("ATopTech"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Synopsys filed a Second Amended Complaint on November 25, 2013 alleging, *inter alia*, ATopTech infringes U.S. Patent No. 6,405,348 ("the '348 Patent"). ECF No. 43. Synopsys repeated those allegations in its First Supplemental Amended Complaint, filed on January 23, 2016. ECF No. 523.

2. In its infringement contentions, Synopsys alleged that ATopTech infringes Claims 1-5, 7-12, 15-19, and 22-26 of the '348 Patent.

3. Pursuant to the parties' stipulation, the Court dismissed with prejudice Synopsys' claim for infringement of Claims 15-19 of the '348 Patent. ECF No. 763.

4. The parties agree that all of Synopsys' claims for infringement of the remaining asserted claims of the '348 Patent against ATopTech should be dismissed with prejudice as to all past and present products made, used, sold, offered for sale, or imported into the United States by ATopTech and that ATopTech's defenses pertaining to the remaining asserted claims of the '348 Patent should be dismissed without prejudice.

5. The parties agree that each party will bear its own fees and costs with respect to Synopsys' claims for infringement of the '348 Patent.

Dated: August 15, 2016

Respectfully submitted,

JONES DAY

By:  */s/ Patrick T. Michael*
      Patrick T. Michael

Attorneys for Plaintiff
SYNOPSYS, INC.

In accordance with Local Rule 5-1(i)(3), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

ARNOLD & PORTER

By: */s/ Philip W. Marsh*
 Philip W. Marsh

Attorneys for Defendant
ATOPTECH, INC.

**[PROPOSED] ORDER OF PARTIAL DISMISSAL**

**IT SO ORDERED,** pursuant to Fed. R. Civ. P., Rule 41(a)(2) and the Parties' stipulation, that:

1. Synopsys' claim for infringement of Claims 1-5, 7-12, and 22-26 of U.S. Patent No. 6,405,348 is dismissed with prejudice.

2. ATopTech's defenses pertaining to Claims 1-5, 7-12, and 22-26 of U.S. Patent No. 6,405,348 are dismissed without prejudice.

3. Each party will bear its own fees and costs with respect to Synopsys' claim for infringement of U.S. Patent No. 6,405,348.

Dated: August 15, 2016

By: /s/ Maxine M. Chesney
 Hon. Maxine Chesney
 United States District Judge

NAI-1501963924v1