United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYNOPSYS, INC.,

        Plaintiff,

  v.

ATOPTECH, INC.,

        Defendant.

_____/

No. C-13-2965 MMC

**ORDER RE: CHAMBERS COPIES**

On August 12, 2016, defendant ATopTech, Inc. ("ATopTech") filed its "Proposed Findings of Fact and Conclusions of Law Regarding the Affirmative Defense of Equitable Estoppel." ATopTech has violated the Court's Standing Orders, however, by failing to provide a chambers copy of said filing in single-sided format. See Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2; see also Civil L.R. 3-4 (setting forth the requirements for "papers presented for filing"); Civil L.R. 3-4(c)(2) (providing "text must appear on one side only").

Accordingly, ATopTech is hereby ORDERED to comply with this Court's Standing Orders by immediately submitting a single-sided chambers copy of the above-referenced document.

**IT IS SO ORDERED.**

Dated: August 16, 2016

_____
MAXINE M. CHESNEY
United States District Judge