IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>ATOPTECH, INC,<br><br>    Defendant. | Case No. 13-cv-02965-MMC<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**<br><br>Re: Dkt. No. 852 |

    Before the Court is plaintiff's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge, filed September 30, 2016, by which plaintiff objects to Magistrate Judge Donna M. Ryu's order of September 16, 2016, denying plaintiff's motion for leave to amend its infringement contentions.

    Plaintiff's motion for relief is based on evidence not previously submitted to Magistrate Judge Ryu, specifically, (1) a declaration of Dr. Matthew Guthaus, dated September 30, 2016, and (2) an exhibit "providing further detail to" an exhibit previously filed by defendant in support of its opposition to plaintiff's motion for leave to amend infringement contentions. As a consequence, plaintiff's motion for relief is, in essence, a motion for reconsideration based on newly-offered evidence.

    Accordingly, plaintiff's motion for leave is hereby DENIED, without prejudice to plaintiff's filing a motion for leave to file a motion for reconsideration, to be presented to Magistrate Judge Ryu. See Civil L.R. 7-9(b)(2).

    In light of the above, plaintiff's administrative motion to file exhibits to its motion for

relief under seal is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: October 5, 2016

MAXINE M. CHESNEY
United States District Judge