Robert A. Mittelstaedt (SBN 60359)
ramittelstaedt@JonesDay.com
Patrick T. Michael (SBN 169745)
pmichael@jonesday.com
Krista S. Schwartz (SBN 303604)
ksschwartz@JonesDay.com
Joe C. Liu (SBN 237356)
jcliu@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     +1.415.626.3939
Facsimile:      +1.415.875.5700

Thomas W. Ritchie (*pro hac vice*)
twritchie@jonesday.com
JONES DAY
77 W. Wacker Dr.
Chicago, IL 60601
Telephone:     +1.312.782.3939
Facsimile:      +1.312.782.8585

Attorneys for Plaintiff
SYNOPSYS, INC.

Paul Alexander (#49997)
Paul.Alexander@aporter.com
Martin R. Glick (#40187)
Marty.Glick@aporter.com
Sean M. Callagy (#255230)
Sean.Callagy@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

Philip W. Marsh, (#276383)
Philip.Marsh@aporter.com
ARNOLD & PORTER LLP
1801 Page Mill Road, Suite 110
Palo Alto, CA  94304-1216
Telephone:  (650) 798-2920
Facsimile:  (650) 798-2999

Denise McKenzie (#193313)
Denise.McKenzie@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street
Forty-Fourth Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Attorneys for Defendant
ATOPTECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ATOPTECH, INC.,<br><br>　　　　Defendant. | **Case No. 3:13-cv-02965-MMC (DMR)**<br><br>**JOINT STIPULATION EXTENDING EXPERT DISCOVERY AND [PROPOSED] ORDER** |

**STIPULATION TO EXTEND EXPERT DISCOVERY**

Plaintiff Synopsys, Inc. ("Synopsys") and Defendant ATopTech, Inc. ("ATopTech"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Pursuant to the parties' stipulation, the Order Regarding Deadlines and Discovery Limits for Synopsys' Patent Claims (Counts II-V) (Dkt. No. 291) was amended such that the deadline for "Expert Discovery Cutoff" was extended by one week to October 22, 2016 (Dkt. No. 856).

2. To accommodate one of Synopsys' attorneys with an unforeseen medical condition, the parties have agreed to an extension of one additional week for expert discovery.

3. Accordingly, the parties request that the Court enter the attached (proposed) order extending the close of expert discovery by one additional week to October 29, 2016.

4. The parties do not believe that the requested extension will require any other changes to the schedule.  Specifically, the remaining deadlines for filing summary judgment motions, the pre-trial conference, and trial would remain the same.

Dated: October 7, 2016

Respectfully submitted,

JONES DAY

By:  */s/ Patrick T. Michael*
          Patrick T. Michael

Attorneys for Plaintiff
SYNOPSYS, INC.

In accordance with Local Rule 5-1(i)(3), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

ARNOLD & PORTER

By:  */s/ Philip W. Marsh*
          Philip W. Marsh

Attorneys for Defendant
ATOPTECH, INC.

1 **[PROPOSED] ORDER**

2 **IT SO ORDERED,** pursuant to the parties' stipulation, that:

3 1. The Order Regarding Deadlines and Discovery Limits for Synopsys' Patent Claims (Counts II-V) (Dkt. No. 291) is further amended such that the deadline for "Expert Discovery Cutoff" is changed to October 29, 2016.

6 2. All other deadlines in the case remain unchanged.

Dated: October 11, 2016

By: _____
Hon. Maxine Chesney
United States District Judge