IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYNOPSYS, INC.,

        Plaintiff,

  v.

ATOPTECH, INC,

        Defendant.

Case No. 13-cv-02965-MMC

**ORDER DENYING MOTION FOR RELIEF FROM NOVEMBER 9, 2016 ORDER**

Re: Dkt. No. 902

    Before the Court is defendant's motion, filed November 28, 2016, for relief from a nondispositive pretrial order of Magistrate Judge Ryu, filed November 9, 2016.

    Having fully considered the matter, the Court hereby DENIES the motion, for the reason that defendant has failed to show the subject order is clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A) (providing district court may reconsider magistrate judge's order where it has been shown to be "clearly erroneous or contrary to law").

    **IT IS SO ORDERED.**

Dated: December 8, 2016

                                      MAXINE M. CHESNEY
                                      United States District Judge