IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATOPTECH, INC, <br><br> Defendant. | Case No. 13-cv-02965-MMC <br><br> **ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S RENEWED MOTION FOR FINAL ENTRY OF JUDGMENT** <br><br> Re: Dkt. No. 875 |

Before the Court is plaintiff Synopsys, Inc.'s ("Synopsys") "Renewed Motion for Entry of Final Judgment," filed October 28, 2016, by which Synopsys seeks, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, entry of final judgment on its copyright and contract claims in the above-titled action. Defendant ATopTech, Inc. ("ATopTech") has filed opposition, to which Synopsys has replied. The matter came on regularly for hearing on December 9, 2016. Patrick T. Michael, Krista S. Schwartz, and Nathaniel P. Garrett of Jones Day appeared on behalf of Synopsys and Paul Alexander and Philip W. Marsh of Arnold & Porter LLP appeared on behalf of ATopTech.

For the reasons stated on the record at the hearing, the motion is hereby DENIED, without prejudice to re-filing after the patent claims in the instant action have been resolved.

**IT IS SO ORDERED.**

Dated: December 9, 2016

MAXINE M. CHESNEY
United States District Judge