IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., <br>     Plaintiff, <br> v. <br> ATOPTECH, INC, <br>     Defendant. | Case No. 13-cv-02965-MMC <br><br> **PERMANENT INJUNCTION AND DISPOSITION ORDER** <br> Re: Dkt. No. 877 |

On plaintiff Synopsys Inc.'s ("Synopsys") Motion for Permanent Injunction and Disposition of Infringing Copies and Means, the Court, having considered the evidence introduced at trial, the relevant legal authority, the parties' respective written submissions, and the arguments made at the hearing on the motion, finds, for the reasons stated on the record at the hearing, plaintiff has shown good cause for entry of the following permanent injunction and disposition order.

**PERMANENT INJUNCTION PURSUANT TO 17 U.S.C. § 502(a) AND DISPOSITION ORDER PURSUANT TO 17 U.S.C. § 503**

The Court hereby permanently ENJOINS and RESTRAINS defendant Atoptech, Inc. and its successors or assigns (including any purchaser under 11 U.S.C. § 363), subsidiaries, affiliates, officers, directors, employees, principals, agents, and attorneys, and those who are in active concert or participation with them (collectively, "ATopTech") from infringing Synopsys' copyrights with U.S. Registration Nos. TX 7-261-049, TX 7-260-556, TX 7-663-729, and TX 7-664-316, until the expiration of the copyrights, as follows:

1. AToPTech shall not develop, make, prepare, license, lease, sell, offer to license, lease, or sell, import into the United States, distribute, market, use, or provide support, service, or maintenance for any product (including without limitation Aprisa versions 07.11 through 15.10), script, translation table, program, version or documentation containing (i) PrimeTime's report formats, or (ii) the name and associated syntax of the PrimeTime non-SDC commands, variables or attributes ("non-SDC command set") identified in Trial Exhibits 1439-1441, electronically attached hereto as an Appendix; provided, however, that for any such enjoined product, AToPTech may provide support, service, or maintenance until three months after the date this Injunction and Disposition Order is entered;

2. No later than one month from the date of this Injunction and Disposition Order, AToPTech shall provide notice of this Injunction and Disposition Order to all successors, assigns, subsidiaries, affiliates, officers, directors, employees, principals, agents, and attorneys that may have any involvement whatsoever in developing, making, preparing, licensing, leasing, selling, offering to license, lease, or sell, distributing, marketing, supporting, servicing, maintaining or using any products, programs, or documentation that contained or contain any part of PrimeTime's non-SDC command set;

3. No later than three months from the date of this Injunction and Disposition Order, AToPTech shall remove from its possession, custody, or control, and provide to a third-party escrow service, all Synopsys documentation containing any part of PrimeTime's non-SDC command set, including but not limited to any documentation for Synopsys' PrimeTime, GoldTime, Design Compiler, and IC Compiler products; said materials shall remain with the escrow service until all appeals have run and this case reaches final disposition and thereafter shall be destroyed.

4. No later than three months from the date of this Injunction and Disposition Order, AToPTech shall file and serve on Synopsys a declaration detailing the manner in which AToPTech has complied with this Injunction and Disposition Order;

5. The undersigned expressly retains jurisdiction to enforce this Injunction and

1  Disposition Order.

3  **IT IS SO ORDERED.**

5  Dated: December 19, 2016

MAXINE M. CHESNEY
United States District Judge