| | |
|---|---|
| Robert A. Mittelstaedt (SBN 60359)<br>ramittelstaedt@JonesDay.com<br>Patrick T. Michael (SBN 169745)<br>pmichael@jonesday.com<br>Krista S. Schwartz (SBN 303604)<br>ksschwartz@JonesDay.com<br>Joe C. Liu (SBN 237356)<br>jcliu@JonesDay.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA  94104<br>Telephone:     +1.415.626.3939<br>Facsimile:     +1.415.875.5700<br><br>Thomas W. Ritchie (*pro hac vice*)<br>twritchie@JonesDay.com<br>JONES DAY<br>77 W. Wacker Dr.<br>Chicago, IL  60601<br>Telephone:     +1.312.782.3939<br>Facsimile:     +1.312.782.8585<br><br>Attorneys for Plaintiff<br>SYNOPSYS, INC. | Paul Alexander (#49997)<br>Paul.Alexander@aporter.com<br>Martin R. Glick (#40187)<br>Marty.Glick@aporter.com<br>Sean M. Callagy (#255230)<br>Sean.Callagy@aporter.com<br>Willow White Noonan (#277584)<br>Willow.Noonan@aporter.com<br>ARNOLD & PORTER LLP<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111-4024<br>Telephone: (415) 471-3100<br>Facsimile: (415) 471-3400<br><br>Philip W. Marsh (#276383)<br>Philip.Marsh@aporter.com<br>ARNOLD & PORTER LLP<br>1801 Page Mill Road, Suite 110<br>Palo Alto, CA 94304-1216<br>Telephone: (650) 798-2920<br>Facsimile: (650) 798-2999<br><br>Attorneys for Defendant<br>ATOPTECH, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>ATOPTECH, INC.,<br><br>   Defendant. | **Case No. 3:13-cv-02965-MMC (DMR)**<br><br>**JOINT STIPULATION OF PARTIAL DISMISSAL AND [PROPOSED] ORDER** |

**STIPULATION OF PARTIAL DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Synopsys, Inc. ("Synopsys") and Defendant ATopTech, Inc. ("ATopTech"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Synopsys filed an Amended Complaint on November 25, 2013 alleging, *inter alia*, ATopTech infringes U.S. Patent No. 6,567,967 ("the '967 Patent"). ECF No. 43. Synopsys repeated those allegations in its First Supplemental Amended Complaint, filed on January 23, 2016. ECF No. 523.

3. Pursuant to the parties' stipulation, the Court dismissed with prejudice as moot Synopsys' claim for infringement of Claims 33-36 of the '967 Patent. ECF No. 763.

4. The parties agree that all of Synopsys' remaining claims for infringement of the '967 Patent against ATopTech (Count V of Synopsys' First Supplemental Amended Complaint) should be dismissed with prejudice as to all past and present products made, used, sold, offered for sale, or imported into the United States by ATopTech and that ATopTech's defenses pertaining to the '967 Patent should be dismissed without prejudice.

5. The parties agree that each party will bear its own fees and costs with respect to Synopsys' claims for infringement of the '967 Patent.

Dated: December 27, 2016

Respectfully submitted,

JONES DAY

By:  */s/ Patrick T. Michael*

Patrick T. Michael

Attorneys for Plaintiff
SYNOPSYS, INC.

In accordance with Local Rule 5-1(i)(3), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

ARNOLD & PORTER

By: */s/ Philip W. Marsh*
Philip W. Marsh

Attorneys for Defendant
ATOPTECH, INC.

### [PROPOSED] ORDER OF PARTIAL DISMISSAL

**IT SO ORDERED,** pursuant to Fed. R. Civ. P., Rule 41(a)(2) and the Parties' stipulation, that:

1. Synopsys' claim for infringement of U.S. Patent No. 6,567,967 as to all past and present products made, used, sold, offered for sale, or imported into the United States by ATopTech is dismissed with prejudice.

2. ATopTech's defenses pertaining to U.S. Patent No. 6,567,967 are dismissed without prejudice.

3. Each party will bear its own fees and costs with respect to Synopsys' claim for infringement of U.S. Patent No. 6,567,967.

Dated: December 28, 2016

By: *[signature]*
Hon. Maxine Chesney
United States District Judge