Paul Alexander (#49997)
Sean M. Callagy (#255230)
Willow White Noonan (#277584)
ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024
Telephone:  (415) 471-3100
Fax:  (415) 471-3400
E-Mail:  Paul.Alexander@aporter.com
E-Mail:  Sean.Callagy@aporter.com
E-Mail:  Willow.Noonan@aporter.com

Philip W. Marsh (#276383)
Jedediah Phillips (#218083)
ARNOLD & PORTER LLP
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304-1216
Telephone:  (650) 798-2920
Fax:  (650) 798-2999
E-Mail : Philip.Marsh@aporter.com
E-Mail : Jed.phillips@aporter.com

Attorneys for Defendant
ATOPTECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>                Plaintiff,<br><br>        v.<br><br>ATOPTECH, INC.,<br><br>                Defendant. | **Case No. 3:13-cv-02965 MMC (DMR)**<br><br>**[PROPOSED] ORDER ~~GRANTING~~ DENYING DEFENDANT ATOPTECH, INC.'S ADMINISTRATIVE MOTION TO ENLARGE TIME FOR HEARING ON MOTIONS FOR SUMMARY JUDGMENT**<br><br>Judge:        Hon. Maxine M. Chesney<br>Courtroom:  7, 19th Floor |

Having considered AToptTech, Inc.'s Administrative Motion to Enlarge Time for Hearing on the Motions for Summary Judgment, ~~and~~ Synopsys, Inc.'s response, and the respective supporting papers:

IT IS HEREBY ORDERED THAT:  ATopTech's Administrative Motion to Enlarge Time for Hearing on the Motions for Summary Judgment is hereby denied. ~~granted.  The January 20, 2017 hearing date is vacated and reset to January 24, 2017 at 9:00 am.~~

**IT IS SO ORDERED.**

Dated:  January 3, 2017

Hon. Maxine M. Chesney
United States District Court Judge

[PROPOSED] ORDER ~~GRANTING~~ DENYING ATOPTECH'S ADMIN. MTN TO ENLARGE TIME FOR HEARING ON MSJ'S
Case No. 3:13-cv-02965-MMC (DMR)