IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>ATOPTECH, INC,<br><br>        Defendant. | Case No. 13-cv-02965-MMC<br><br>**ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY OF DOCUMENTS IN COMPLIANCE WITH CIVIL LOCAL RULES AND COURT'S STANDING ORDERS** |

      In connection with the pending motions for summary judgment, defendant ATopTech, Inc. has electronically filed, inter alia, the following four documents: (1) "Defendant ATopTech, Inc.'s Opposition to Synopsys, Inc.'s Motion for Partial Summary Judgment," filed December 29, 2016; (2) "Defendant ATopTech, Inc.'s Administrative Motion to File Documents Under Seal," filed December 29, 2016; (3) "Defendant ATopTech, Inc.'s Reply in Support of Its Motion for Partial Summary Judgment on the Patent Claims," filed January 5, 2017; and (4) "Defendant ATopTech, Inc.'s Administrative Motion to File Documents Under Seal," filed January 5, 2017.  With respect to each such document, defendant has violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

      Defendant is hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents.  Defendant is again advised that if it in the future to comply with

1  the Court's Standing Orders to provide a chambers copy of each electronically filed
2  document, the Court may impose sanctions, including, but not limited to, striking from the
3  record any electronically filed document for which a chambers copy has not been timely
4  provided to the Court.

5  **IT IS SO ORDERED.**

7  Dated: January 12, 2017

_____
MAXINE M. CHESNEY
United States District Judge