IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYNOPSYS, INC.,

    Plaintiff,

  v.

ATOPTECH, INC,

    Defendant.

Case No. 13-cv-02965-MMC

**ORDER REOPENING CASE**

On January 17, 2017, the Court conditionally closed the above-titled action for statistical purposes, due to defendant's initiation of bankruptcy proceedings and the resulting automatic stay. On June 21, 2017, the Court was advised that the stay had been temporarily lifted for the limited purpose of the parties' filing and the Court's approval of: (1) declarations demonstrating defendants' compliance with the permanent injunction issued by the Court on December 19, 2016, and (2) a consent judgment resolving the instant case in its entirety.

Accordingly, the order conditionally closing the case is hereby SET ASIDE and VACATED and the instant action is hereby REOPENED for the above-referenced purpose.

**IT IS SO ORDERED.**

Dated: June 27, 2017

MAXINE M. CHESNEY
United States District Judge