# ARNOLD & PORTER
# KAYE SCHOLER

Paul Alexander
+1 415.471.3122 Direct
Paul.Alexander@apks.com

June 21, 2017



Dated: June 27, 2017

**VIA HAND DELIVERY**
**VIA CM/ECF**

Honorable Maxine M. Chesney
United States District Court
Northern District of California
Courtroom 7, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Synopsys, Inc. v. ATopTech, Inc.*, United States District Court, Northern District of California, Case No. 3:13-cv-02965-MMC (DMR)

Dear Judge Chesney:

We are writing to confirm that the parties in the above matter have reached a resolution of the entire litigation referenced above, as one part of the proceedings in Bankruptcy Court in the District of Delaware. The resolution contemplates, among other things, that AtopTech will file the declarations confirming its compliance with the Court's Permanent Injunction and Disposition Order (Dkt. 929). We are enclosing with this letter copies of the three declarations that were prepared by or on behalf of AtopTech in compliance with paragraph 4 of the Order. These were prepared and timely forwarded to counsel for Synopsys in compliance with the Court's Order, but were not filed with the Court due to the automatic stay that arose as a result of the bankruptcy proceedings.

As a part of the resolution of the case, the Bankruptcy Court has ordered that the stay be lifted to permit filing of, among other things, AtopTech's declarations detailing the manner in which AtopTech has complied with the Permanent Injunction, as called for by paragraph 4 of the Permanent Injunction and Disposition Order. This is confirmed in the Sale Order of the Bankruptcy Court at paragraph 39 and the Stipulation of the parties at paragraph 3 (g), both of which I understand are being forwarded to the Court today by Mr. Michael.

I understand that Mr. Michael will be forwarding to the Court a Consent Judgment and other related documents effectively resolving this litigation. We request that, prior to entry of the Consent Judgment that Mr. Michael is sending to the Court, that the Court accept the three declarations enclosed with this letter for filing in this matter, so that the record is complete on this issue.

Arnold & Porter Kaye Scholer LLP
Three Embarcadero Center, 10th Floor | San Francisco, CA 94111-4042 | www.apks.com

# ARNOLD & PORTER
# KAYE SCHOLER

Honorable Maxine M. Chesney
June 21, 2017
Page 2

    If the Court has questions or desires this filing to be accomplished in a different manner, we will of course respond promptly.

Very truly yours,

Paul Alexander

cc: Patrick Michael, Esq.