1  Robert A. Mittelstaedt (State Bar No. 60359)
   ramittelstaedt@JonesDay.com
2  Patrick T. Michael (State Bar No. 169745)
   pmichael@JonesDay.com
3  Krista S. Schwartz (State Bar No. 303604)
   ksschwartz@JonesDay.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA 94104
   Telephone:    +1.415.626.3939
6  Facsimile:    +1.415.875.5700

Paul Alexander (#49997)
paul.alexander@aporter.com
Philip W. Marsh (#276383)
philip.marsh@aporter.com
ARNOLD & PORTER KAYE
SCHOLER LLP
1801 Page Mill Road
Suite 110
Palo Alto, CA 94304-1216
Telephone: (650) 798-2920
Facsimile: (650) 798-2999

Attorneys for Plaintiff
SYNOPSYS, INC.

Attorneys for Defendant
ATOPTECH, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **SYNOPSYS, INC.,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**ATOPTECH, INC.,**<br><br>　　　　**Defendant.** | **Case No. 3:13-cv-02965-MMC (DMR)**<br><br>**STIPULATION AND ~~[PROPOSED]~~ CONSENT JUDGMENT** |

This Stipulation and Consent Judgment ("Order") is ordered by the Court as of the date indicated below and is consented to by Plaintiff/Counterdefendant Synopsys Inc. ("Synopsys") and Defendant/Counterclaimant ATopTech Inc. ("ATopTech").

WHEREAS, on November 25, 2013, Synopsys filed its Amended Complaint asserting claims for copyright infringement, patent infringement, breach of contract and breach of covenant of good faith and fair dealing.[1]

WHEREAS, on November 25, 2015, ATopTech filed its Fourth Amended Answer and Counterclaims asserting counterclaims for violation of the Sherman Act, Sections 1 and 2, and California Business and Professions Code Section 17200 et seq. The claims and counterclaims are collectively referred to as "the Lawsuit."

WHEREAS, a jury trial on Synopsys' copyright and breach claims concluded on March 10, 2016, in which the jury found in favor of Synopsys on its copyright infringement claim and awarded Synopsys $30.4 million in damages ("Synopsys' Copyright Infringement Claims").

WHEREAS, on December 19, 2016, the Court entered a Permanent Injunction and Disposition Order in connection with Synopsys' Copyright Infringement Claims (the "Permanent Injunction").

WHEREAS, on January 13, 2017, the Debtor filed a voluntary petition for bankruptcy seeking relief under chapter 11 of title 11 of the United States Code (the "Chapter 11 Case).

WHEREAS, as a result of the Chapter 11 Case, the Lawsuit was stayed, including Synopsys' claims against ATopTech for patent infringement (the "Synopsys Patent Infringement Claims") and ATopTech's counterclaims against Synopsys for antitrust violations (the "ATopTech Antitrust Counterclaims").

WHEREAS, in the Chapter 11 Case, the parties have reached an agreement under which ATopTech has agreed, and the Bankruptcy Court has approved, that Synopsys will receive an allowed claim of $30.4 million in the Chapter 11 Case.

WHEREAS, the stay in the Chapter 11 Case has been lifted for the limited purpose of allowing the parties to file this Order with the District Court.

---

[1] Synopsys' Amended Complaint was supplemented on January 26, 2016 to include supplemental copyright registration certificate numbers.

WHEREAS, Synopsys and ATopTech wish to resolve all of the remaining claims and counterclaims that were asserted by either party in the Lawsuit.

NOW, THEREFORE, the parties to this Lawsuit hereby stipulate to dismiss this Lawsuit and enter this Order as follows.

Based on this stipulation, IT IS HEREBY ORDERED THAT:

1.     Judgment is hereby entered on the jury's verdict in the Lawsuit.  This Order and the Permanent Injunction issued in connection with the Synopsys Copyright Infringement Claims are final and non-appealable.  The Parties waive all rights to appeal in this Lawsuit.

2.     The Synopsys Patent Infringement Claims and the ATopTech Antitrust Counterclaims are dismissed with prejudice, and this Order shall finally conclude and dispose of the Lawsuit.

3.     This Court has jurisdiction over the parties and over the subject matter of this dispute and shall retain continuing subject matter jurisdiction and personal jurisdiction for the purposes of construing or enforcing the terms of this Order and the Permanent Injunction.

4.     The parties shall bear their own attorneys' fees and costs.


**IT IS SO STIPULATED AND AGREED:**

Dated: June 21, 2017                    Respectfully submitted,

                                        JONES DAY

                                        By: */s/ Patrick T. Michael*
                                        _____
                                             Patrick T. Michael

                                        Counsel for Plaintiff/Counterdefendant
                                        SYNOPSYS, INC.

Dated: June 21, 2017                    ARNOLD & PORTER KAYE SCHOLER

                                        By: */s/ Paul Alexander*
                                        _____
                                             Paul Alexander

                                        Counsel for Defendant/Counterclaimant
                                        ATOPTECH, INC.

## ATTESTATION OF E-FILER

Pursuant to Local Rule 5-1(i), the undersigned ECF user whose login and password are being used in filing this document, hereby attests that the signatory above has concurred in the filing of this document.

Dated: June 21, 2017                    JONES DAY

By: */s/ Patrick T. Michael*
    Patrick T. Michael

**IT IS SO ORDERED.**

Dated: June 27, 2017                    *[signature]*
                                        Honorable Maxine M. Chesney
                                        United States District Judge